| Attorney or Party without Attorney:<br>Aaron M. Sheanin (CSB# 214472)<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Attorney for: Individual and Representative Plaintiff Joel Eichenholtz | Telephone<br>(415) 981-4800 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Joel Eichenholtz, et al v. Verifone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein | | |
| PROOF OF SERVICE | | Case Number: CV 07 6140 MHP |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Barry Zwarenstein
   b. Person Served: Barry Zwarenstein

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: December 7, 2007
   (2) TIME: 2:20pm
   (3) ADDRESS: Verifone
              2099 Gateway Place, Suite 600
              San Jose, CA 95110

4. Witness fees were not demanded or paid.

                                                Fee for Service: $195.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco   Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: December 7, 2007    Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 07 6140 MHP

1. SUMMONS IN A CIVIL CASE;
2. CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER [BLANK];
6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
7. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
8. WAIVER OF SERVICE OF SUMMONS [BLANK];
9. NOTICE OF LAWSUIT AND REQUEST FOR WAIVE OF SERVICE OF SUMMONS [BLANK];
10. ECF REGISTRATION INFORMATION HANDOUT;
11. UNITED STATES DISTRICT COURT FILING GUIDELINES