1  Michael A. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA 90067
   Telephone:  (310) 712-6600
4  Facsimile:  (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone:  (650) 461-5600
9  Facsimile:  (650) 461-5700

10 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Civil Action No.  CV 07 6140<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

SULLIVAN & CROMWELL LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CIVIL ACTION NO. CV 07 6140

WHEREAS on December 4, 2007, Joel Eichenholtz ("Plaintiff"), individually and on behalf of all others similarly situated, filed a Class Action Complaint For Violations Of Federal Securities Laws (the "Complaint") against VeriFone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein (collectively, "Defendants");

WHEREAS the current deadline for Defendants to respond to Plaintiff's complaint is December 26, 2007;

WHEREAS several other cases against Defendants allegedly arising from the same events that allegedly give rise to the Complaint have been filed after the Complaint in this District Court, and in at least one other District Court, and the parties anticipate that this case and some or all of those cases will eventually be consolidated and that a Consolidated Amended Class Action Complaint will be filed thereafter;

WHEREAS Plaintiff and Defendants have agreed to extend the time in which Defendants may respond to Plaintiff's complaint for 60 days following the filing of a Consolidated Amended Class Action Complaint;

WHEREAS no prior extensions have been granted for the time in which Defendants could respond to Plaintiff's Complaint;

WHEREAS the parties agree that nothing in this Stipulation will be construed as a waiver of any of Defendants' rights or positions in law or in equity;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, that:

1. Defendants' time to respond to Plaintiff's Complaint is hereby extended for 60 days following the filing of a Consolidated Amended Class Action Complaint.

2. Defense counsel shall accept service of the summons and complaints in the above-captioned matter on behalf of the Defendants named above, including any amended or

1

1 consolidated complaints, and the Defendants shall not contest sufficiency of process or service of
2 process.

3     3.     In submitting this Stipulation, Defendants do not waive any of their rights or
4 positions in law or in equity, and Defendants do not waive any objection or defense they may raise to the
5 Court's personal jurisdictional over them or to the propriety of venue in this case.

    IT IS SO STIPULATED.

Date: December 21, 2007

        /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Michael A. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Attorneys for VERIFONE HOLDINGS,
INC., DOUGLAS G. BERGERON and
BARRY ZWARENSTEIN

Date:  December_21, 2007

        /s/ Aaron M. Sheanin
Daniel C. Girard (SBN 114826)
Jonathan K. Levine (SBN 220289)
Aaron M. Sheanin (SBN 214472)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:     (415) 981-4800
Facsimile:     (415) 981-4846

Attorneys for Individual and
Representative Plaintiff Joel Eichenholtz

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest

3 that I obtained the concurrence of Aaron M. Sheanin in filing this document.

4 DATED: December 21, 2007                                      /s/

5                                                                               Brendan P. Cullen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sullivan & Cromwell LLP

3

JOINT STIPULATION AND PROPOSED ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
Civil Action No. CV 07 6140