1 | Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
2 | SULLIVAN & CROMWELL LLP
1888 Century Park East
3 | Los Angeles, CA 90067
Telephone:   (310) 712-6600
4 | Facsimile:   (310) 712-8800

5 | Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
6 | Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
7 | SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
8 | Palo Alto, California 94303
Telephone:   (650) 461-5600
9 | Facsimile:   (650) 461-5700

10 | Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　Defendants. | Case No. C 07-6140 MHP<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated,   ) | Case No. C 07-6195 JSW |
| 2 | ) | |
| 3 | Plaintiff,   ) | |
| 4 | v.   ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,   ) | |
| 6 | ) | |
| 7 | Defendants.   ) | |
| 8 | BRIAN VAUGHN and MIRIAM LOGAN, On Behalf of Themselves and All Others Similarly Situated,   ) | Case No. C 07-6197 VRW |
| 9 | ) | |
| 10 | Plaintiffs,   ) | |
| 11 | v.   ) | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,   ) | |
| 13 | ) | |
| 14 | Defendants.   ) | |
| 15 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,   ) | Case No. C 07-6218 MMC |
| 16 | ) | |
| 17 | Plaintiff,   ) | |
| 18 | v.   ) | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,   ) | |
| 20 | ) | |
| 21 | Defendants.   ) | |
| 22 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated,   ) | Case No. C 07-6228 SC |
| 23 | Plaintiff,   ) | |
| 24 | v.   ) | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,   ) | |
| 26 | ) | |
| 27 | Defendants.   ) | |
| 28 | | |

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. C 07-6237 MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. C 07-6238 MHP |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-6241 JSW |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, on behalf of himself and all others similarly situated, | Case No. C 08-0118 CW |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants | |
| 28 | | |

I, Kathryn G. Heredia, declare:

    I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On January 18, 2008, I served the following documents:

**1.    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES**

**2.    CERTIFICATE OF SERVICE**

☒    by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses listed below:

Aaron M. Sheanin – ams@girardgibbs.com
Daniel C. Girard – girardgibbs@girardgibbs.com
Jonathan Krasne Levine – jkl@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA  94104

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130

Frank J. Johnson
Francis M. Bottini, Jr.
Brett M. Weaver
Derek J. Wilson
JOHNSON BOTTINI LLP
655 West Broadway, Suite 1400
San Diego, CA  92101

Joseph J. Tabacco, Jr.
Nicole Lavallee
Lesley Ann Hale
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA  94104

1  Alan R. Plutzik
   L. Timothy Fisher
2  SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, CA  94598

4  Laurence D. King
   Linda M. Fong
5  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
6  San Francisco, CA  94104

7  Joel B. Strauss
   Jeffrey P. Campisi
8  KAPLAN FOX & KILSHEIMER LLP
   850 Third Avenue, 14th Floor
9  New York, NY  10022

10 Jeffrey A. Klafter
   KLAFTER & OLSEN LLP
11 1311 Mamaroneck Avenue, Suite 220
   White Plains, NY  10605
12
   Kurt B. Olsen
13 KLAFTER & OLSEN LLP
   1250 Connecticut Avenue, N.W., Suite 200
14 Washington, DC  20036

15 Shawn A. Williams
   COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
16 100 Pine Street, Suite 2600
   San Francisco, CA  94111
17
   Darren J. Robbins
18 David C. Walton
   Ramzi Abadou
19 COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
20 San Diego, CA  92101

21 Karen Hanson Riebel
   LOCKRIDGE GRINDAL & NAUEN P.L.L.P.
22 100 Washington Avenue South, Suite 2200
   Minneapolis, MN  55401
23
           For all envelopes sent by First Class Mail, I placed each such envelope with postage
24 thereon fully prepaid for the deposit in the United States.  I am familiar with the firm's practice, which
   practice is that when correspondence is deposited with the personnel responsible for delivering
25 correspondence to the United States Postal Service, such correspondence is delivered to the United
   States Postal Service that same day in the ordinary course of business.
26
           I declare under penalty of perjury that the foregoing is true and correct.  Executed on
27 January 18, 2008, at Palo Alto, California.
                                                 /s/ Kathryn G. Heredia_____
28                                               Kathryn G. Heredia

SULLIVAN
&
CROMWELL LLP

CERTIFICATE OF SERVICE
CASE NO. C 07-6140 MHP