Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>            Defendants. | Case No. C 07-6140 MHP<br><br>**DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

SULLIVAN & CROMWELL LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. C 07 6140

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants VeriFone Holdings, Inc. ("VeriFone"), Douglas G. Bergeron, and Barry Zwarenstein submit this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

**A.   RELATED CASES**

1. *Eichenholtz* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6140 MHP, Class Action Complaint for Violations of Federal Securities Laws filed on December 4, 2007 and assigned to the Honorable Marilyn H. Patel.

2. *Lien* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6195 JSW, Class Action Complaint for Violation of Securities Laws filed on December 6, 2007 and assigned to the Honorable Jeffrey S. White.

3. *Vaughn, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6197 VRW, Class Action Complaint for Violation of the Federal Securities Laws filed on December 6, 2007 and assigned to the Honorable Vaughn R. Walker.

4. *Feldman, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6218 MMC, Class Action Complaint for Violations of Federal Securities Laws filed on December 7, 2007 and assigned to the Honorable Maxine M. Chesney.

5. *Cerini* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6228 SC, Class Action Complaint filed on December 10, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

6. *Westend Capital Management LLC* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6237 MMC, Class Action Complaint for Violation of Securities Laws filed on December 10, 2007 and assigned to the Honorable Maxine M. Chesney.

SULLIVAN & CROMWELL LLP

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. C 07 6140

7. *Hill* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6238 MHP, Class Action Complaint filed on December 10, 2007 and assigned to the Honorable Marilyn H. Patel.

8. *Offutt* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6241 JSW, Class Action Complaint for Violations of Federal Securities Laws filed on December 11, 2007 and assigned to the Honorable Jeffrey S. White.

9. *Feitel* v. *VeriFone Holdings, Inc., et al.*, Case No. C 08-0118 CW, Class Action Complaint filed on January 7, 2008 and assigned to the Honorable Claudia Wilken.

## B.     RELATIONSHIP OF THE ACTIONS

Cases should be related where they concern substantially the same parties, property, transaction or event and it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.  Civil Local Rule 3-12.  Each of these factors is met here.

These nine above-referenced actions concern substantially the same parties and events and there will be an unduly burdensome duplication of effort and unnecessary consumption of judicial resources if the cases are conducted before different judges.  All nine complaints name VeriFone, Douglas G. Bergeron, and Barry Zwarenstein as defendants and concern the same alleged intentional misrepresentations and purportedly misleading financial statements made between August 2006 and November 2007.  All of the cases were filed in the wake of, and arise from, VeriFone's December 3, 2007 announcement that it would be restating certain of its financial statements for fiscal year 2007 – eight of the complaints were filed within a week of that announcement.  To have six different judges direct the same inquiries and conduct the same analyses regarding the facts and law surrounding the same alleged misconduct and events would be inefficient and would increase the possibility of inconsistent rulings and outcomes.

SULLIVAN & CROMWELL LLP

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. C 07 6140

1  **C.     CONCLUSION**

2        The actions referred to above satisfy the criteria of Civil Local Rule 3-12.  Defendants respectfully request that the cases be deemed related and that they be assigned to the Honorable Marilyn H. Patel, the Judge assigned to the first-filed action, *Eichenholtz* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6140 MHP.

Date: January 25, 2008

                      /s/
                      Brendan P. Cullen (SBN 194057)
                      SULLIVAN & CROMWELL LLP
                      1870 Embarcadero Road
                      Palo Alto, California 94303
                      Telephone:    (650) 461-5600
                      Facsimile:     (650) 461-5700

                      Michael H. Steinberg (SBN 134179)
                      SULLIVAN & CROMWELL LLP
                      1888 Century Park East
                      Los Angeles, CA  90067
                      Telephone:    (310) 712-6600
                      Facsimile:     (310) 712-8800

                      Attorneys for VeriFone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein

SULLIVAN & CROMWELL LLP

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. C 07 6140