1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA  90067
   Telephone:    (310) 712-6600
4  Facsimile:    (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
7  Palo Alto, California 94303
   Telephone:    (650) 461-5600
8  Facsimile:    (650) 461-5700

9  Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. C 07-6140 MHP<br><br>**DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

SULLIVAN & CROMWELL LLP

DECLARATION OF BRENDAN P. CULLEN IN SUPPORT
OF ADMINISTRATIVE MOTION TO RELATE CASES
CIVIL ACTION NO. C 07 6140

I, BRENDAN P. CULLEN, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this court. I am a partner at Sullivan & Cromwell LLP, and am responsible for the representation of Defendants VeriFone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein in the above-referenced matters.

2. I provide this declaration in support of the Defendants' Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12.

3. Attached hereto as Exhibit A is a true and correct copy of a complaint captioned *Eichenholtz* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6140 MHP filed on December 4, 2007 in the Northern District of California and assigned to the Honorable Marilyn H. Patel.

4. Attached hereto as Exhibit B is a true and correct copy of a complaint captioned *Lien* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6195 JSW filed on December 6, 2007 and assigned to the Honorable Jeffrey S. White.

5. Attached hereto as Exhibit C is a true and correct copy of a complaint captioned *Vaughn, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6197 VRW filed on December 6, 2007 and assigned to the Honorable Vaughn R. Walker.

6. Attached hereto as Exhibit D is a true and correct copy of a complaint captioned *Feldman, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6218 MMC filed on December 7, 2007 and assigned to the Honorable Maxine M. Chesney.

7. Attached hereto as Exhibit E is a true and correct copy of a complaint captioned *Cerini* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6228 SC filed on December 10, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

8. Attached hereto as Exhibit F is a true and correct copy of a complaint captioned *Westend Capital Management LLC* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6237 MMC filed on December 10, 2007 and assigned to the Honorable Maxine M. Chesney.

9. Attached hereto as Exhibit G is a true and correct copy of a complaint captioned *Hill* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6238 MHP filed on December 10, 2007 and assigned to the Honorable Marilyn H. Patel.

1  10.  Attached hereto as Exhibit H is a true and correct copy of a complaint captioned *Offutt* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6241 JSW filed on December 11, 2007 and assigned to the Honorable Jeffrey S. White.

11.  Attached hereto as Exhibit I is a true and correct copy of a complaint captioned *Feitel* v. *VeriFone Holdings, Inc., et al.*, Case No. C 08-0118 CW filed on January 7, 2008 and assigned to the Honorable Claudia Wilken.

12.  All parties to the actions that this motion seeks to have related have stipulated pursuant to Civil Local Rule 7-11(a) to a Stipulation and [Proposed] Order Consolidating Related Cases, (Docket No. 9), which is currently pending before this Court and which necessarily indicates those parties' agreement that these cases should be related.  Given the difficulty of obtaining a second set of stipulations from the large number of plaintiffs in a timely fashion and in order to avoid duplication or confusion, no additional stipulations as to this motion were obtained.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this January 25, 2008 in Palo Alto, California.

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:      (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:    (310) 712-6600
Facsimile:      (310) 712-8800

Attorneys for VeriFone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein

2

SULLIVAN & CROMWELL LLP

DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES
CIVIL ACTION NO. C 07 6140