# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | Case No. C 07-6140 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

On January 25, 2008, Defendants in the instant action and in *Lien* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6195 JSW, *Vaughn, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6197 VRW, *Feldman, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6218 MMC, *Cerini* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6228 SC, *Westend Capital Management LLC* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6237 MMC, *Hill* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6238 MHP, *Offutt* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6241 JSW, and *Feitel* v. *VeriFone Holdings, Inc., et al.*, Case No. C 08-0118 CW, filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, seeking to relate those actions to this action. Upon consideration of the papers and the pleadings on file, and good cause appearing, the Court GRANTS the motion.

1

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. CV 07 6140

IT IS HEREBY ORDERED that the above-named cases are deemed related to the instant action and the following cases previously assigned to other District Judges are reassigned to the undersigned as related cases:

1. *Lien* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6195 JSW;
2. *Vaughn, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6197 VRW;
3. *Feldman, et al.* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6218 MMC;
4. *Cerini* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6228 SC;
5. *Westend Capital Management LLC* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6237 MMC;
6. *Offutt* v. *VeriFone Holdings, Inc., et al.*, Case No. C 07-6241 JSW; and
7. *Feitel* v. *VeriFone Holdings, Inc., et al.*, Case No. C 08-0118 CW.

Date: _____, 2008

Hon. Marilyn H. Patel
United States District Court Judge

Submitted by:

 /s/
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Attorneys for Defendants VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTE

2

SULLIVAN & CROMWELL LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
CIVIL ACTION NO. CV 07 6140