Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. C 07-6140 MHP<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

I, Kathryn G. Heredia, declare:

    I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On January 25, 2008, I served the following documents:

**1. DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

**2. DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS, G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

**3. [PROPOSED] ORDER GRANTING DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

**4. CERTIFICATE OF SERVICE.**

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses listed below:

Aaron M. Sheanin – ams@girardgibbs.com
Daniel C. Girard – girardgibbs@girardgibbs.com
Jonathan Krasne Levine – jkl@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Frank J. Johnson
Francis M. Bottini, Jr.

1

```
 1        Brett M. Weaver
          Derek J. Wilson
 2        JOHNSON BOTTINI LLP
          655 West Broadway, Suite 1400
 3        San Diego, CA  92101

 4        Joseph J. Tabacco, Jr.
          Nicole Lavallee
 5        Lesley Ann Hale
          BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
 6        425 California Street, Suite 2100
          San Francisco, CA  94104
 7
          Alan R. Plutzik
 8        L. Timothy Fisher
          SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
 9        2125 Oak Grove Road, Suite 120
          Walnut Creek, CA  94598
10
          Laurence D. King
11        Linda M. Fong
          KAPLAN FOX & KILSHEIMER LLP
12        350 Sansome Street, Suite 400
          San Francisco, CA  94104
13
          Joel B. Strauss
14        Jeffrey P. Campisi
          KAPLAN FOX & KILSHEIMER LLP
15        850 Third Avenue, 14th Floor
          New York, NY  10022
16
          Jeffrey A. Klafter
17        KLAFTER & OLSEN LLP
          1311 Mamaroneck Avenue, Suite 220
18        White Plains, NY  10605

19        Kurt B. Olsen
          KLAFTER & OLSEN LLP
20        1250 Connecticut Avenue, N.W., Suite 200
          Washington, DC  20036
21
          Shawn A. Williams
22        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
          100 Pine Street, Suite 2600
23        San Francisco, CA  94111

24        Darren J. Robbins
          David C. Walton
25        Ramzi Abadou
          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
26        655 West Broadway, Suite 1900
          San Diego, CA  92101
27
          Karen Hanson Riebel
28        LOCKRIDGE GRINDAL & NAUEN P.L.L.P.
```

1   100 Washington Avenue South, Suite 2200
    Minneapolis, MN  55401

2

3   For all envelopes sent by First Class Mail, I placed each such envelope with postage thereon fully prepaid for the deposit in the United States.  I am familiar with the firm's practice, which practice is that when correspondence is deposited with the personnel responsible for delivering

4   correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

5

6   I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 25, 2008, at Palo Alto, California.

    <u>/s/ Kathryn G. Heredia</u>
7   Kathryn G. Heredia

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S<small>ULLIVAN</small>
&
C<small>ROMWELL LLP</small>

3

CERTIFICATE OF SERVICE
CASE NO. C 07-6140 MHP