1   Michael H. Steinberg (SBN 134179)
    (steinbergm@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    1888 Century Park East
3   Los Angeles, CA 90067
    Telephone:    (310) 712-6600
4   Facsimile:    (310) 712-8800

5   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
6   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
7   Palo Alto, California 94303
    Telephone:    (650) 461-5600
8   Facsimile:    (650) 461-5700

9   Attorneys for Defendants VERIFONE HOLDINGS, INC.,
    DOUGLAS G. BERGERON and BARRY ZWARENSTEIN

10

11

12                  **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15   JOEL EICHENHOLTZ, Individually and On   )   Case No. C 07-6140 MHP
     Behalf of All Others Similarly Situated,   )
16                                              )   **CERTIFICATE OF SERVICE**
                         Plaintiff,             )
17                                              )
     v.                                         )   Judge: The Hon. Marilyn H. Patel
18                                              )   Courtroom: 15
     VERIFONE HOLDINGS, INC., DOUGLAS           )
19   G. BERGERON, and BARRY                     )
     ZWARENSTEIN,                               )
20                                              )
                         Defendants.            )
21                                              )
                                                )
22   _____)

23

24

25

26

27

28

I, Kathryn G. Heredia, declare:

I am employed in the City of Palo Alto, State of California.  I am over the age of eighteen years and am not a party to this action.  My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303.  On January 28, 2008, I served the following documents:

1.    **EXHIBITS A – I TO DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS, G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

2.    **CERTIFICATE OF SERVICE.**

☒    by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses listed below:

Aaron M. Sheanin – ams@girardgibbs.com
Daniel C. Girard – girardgibbs@girardgibbs.com
Jonathan Krasne Levine – jkl@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA  94104

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130

Frank J. Johnson
Francis M. Bottini, Jr.
Brett M. Weaver
Derek J. Wilson
JOHNSON BOTTINI LLP
655 West Broadway, Suite 1400
San Diego, CA  92101

Joseph J. Tabacco, Jr.
Nicole Lavallee
Lesley Ann Hale
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

SULLIVAN
&
CROMWELL LLP

425 California Street, Suite 2100
San Francisco, CA  94104

Alan R. Plutzik
L. Timothy Fisher
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA  94104

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10605

Kurt B. Olsen
KLAFTER & OLSEN LLP
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC  20036

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111

Darren J. Robbins
David C. Walton
Ramzi Abadou
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

Karen Hanson Riebel
LOCKRIDGE GRINDAL & NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401

For all envelopes sent by First Class Mail, I placed each such envelope with postage thereon fully prepaid for the deposit in the United States.  I am familiar with the firm's practice, which practice is that when correspondence is deposited with the personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

SULLIVAN
&
CROMWELL LLP

CERTIFICATE OF SERVICE
CASE NO. C 07-6140 MHP

1          I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2  January 28, 2008, at Palo Alto, California.

/s/ Kathryn G. Heredia

3                                                                     Kathryn G. Heredia

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

CERTIFICATE OF SERVICE
CASE NO. C 07-6140 MHP