Joseph J. Tabacco. Jr. (75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO**
 **BURT & PUCILLO**
425 California Street. Suite 2100
San Francisco. CA 94104
Telephone: (415) 433-3200

*Proposed Liaison Counsel*

Christopher Lometti
Email: chris@spornlaw.com
Ashley Kim
Email: Ashley@spornlaw.com
**SCHOENGOLD SPORN LAITMAN**
 **& LOMETTI, P.C.**
19 Fulton Street. Suite 406
New York. New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class*
*and Attorneys for the IBEW Local 363*
*Pension and Benefit Funds*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ. Individually and On Behalf of All Others Similarly Situated. | ) ) ) **ECF CASE** |
| Plaintiff. | ) ) ) **No. 07-CV-6140-MHP** |
| v. | ) ) **DECLARATION OF ASHLEY KIM IN** |
| VERIFONE HOLDINGS. INC., DOUGLAS G. BERGERON. and BARRY ZWARENSTEIN. | ) **SUPPORT OF THE IBEW LOCAL 363** ) **PENSION AND BENEFIT FUNDS'** ) **MOTION FOR CONSOLIDATION,** |
| Defendants. | ) **APPOINTMENT OF LEAD PLAINTIFF** ) **AND APPROVAL OF LEAD COUNSEL** ) |
| | ) Date:      March 17. 2008 |
| | ) Time:      2:00 PM ) Courtroom:  15 |

[C-07-06140 MHP] DECLARATION OF ASHLEY KIM ISO IBEW FUNDS` MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1

1    I, Ashley Kim, an attorney duly admitted to practice law before the courts of the State of

2  New York, declare, under the penalty of perjury, as follows:

3    1.    I am an associate with the firm of Schoengold Sporn Laitman & Lometti, P.C.  I am

4  fully familiar with all the facts and circumstances herein.  I submit this Declaration in support of

5  the Motion of the IBEW Local 363 Pension and Benefit Funds (the "IBEW Funds") for

6  Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel.

7    2.    Exhibit A is a true and correct copy of the notification of the within securities class

8  action published on a widely-circulated, business-oriented wire service on December 4, 2007.

9    3.    Exhibit B is a true and correct copy of the IBEW Funds' Certification of Securities

10  Class Action Complaint.

11    4.    Exhibit C is a true and correct copy of the firm biography of proposed Lead Counsel

12  Schoengold Sporn Laitman & Lometti, P.C.

13    5.    Exhibit D is a true and correct copy of the firm biography of proposed Liaison

14  Counsel Berman DeValerio Pease Tabacco Burt & Pucillo.

15    Executed this 4th day of February, 2008, at New York, New York.

16

17                                    Ashley Kim

18

19

20

21

22

23

24

25

26

27

28

[C-07-06140 MHP] DECLARATION OF ASHLEY KIM ISO IBEW FUNDS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD
COUNSEL                                                                                                1