1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  **BERMAN DEVALERIO PEASE TABACCO**
      **BURT & PUCILLO**
4  425 California Street, Suite 2100
   San Francisco, CA 94104
5  Telephone: (415) 433-3200

6  *Proposed Liaison Counsel*

7  Christopher Lometti
   Email: chris@spornlaw.com
8  Ashley Kim
   Email: Ashley@spornlaw.com
9  **SCHOENGOLD SPORN LAITMAN**
      **& LOMETTI, P.C.**
10 19 Fulton Street, Suite 406
   New York, New York 10038
11 Telephone: (212) 964-0046

12 *Proposed Lead Counsel for the Class*
   *and Attorneys for the IBEW Local 363*
13 *Pension and Benefit Funds*

14

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17 JOEL EICHENHOLTZ, Individually and On    )
   Behalf of All Others Similarly Situated, )
18                                          )   **ECF CASE**
              Plaintiff,                    )
19                                          )   **No. 07-CV-6140-MHP**
   v.                                       )
20                                          )   **CERTIFICATE OF COUNSEL**
   VERIFONE HOLDINGS, INC., DOUGLAS G.      )   **NICOLE LAVALLEE PURSUANT TO**
21 BERGERON, and BARRY ZWARENSTEIN,         )   **CIV. L.R. 3-7(D)**
                                            )
22            Defendants.                   )
                                            )
23                                          )
                                            )
24                                          )

25

26

27

28

[C-07-06140 MHP] CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO
CIV. L.R. 3-7(D)

1    Pursuant to Northern District Local Rule 3-7(d), I, Nicole Lavallee, declare as follows:

2    Exclusive of securities held through mutual funds or discretionary accounts managed by

3  professional money managers, I do not directly own or otherwise have a beneficial interest in the

4  securities that are the subject of this action.

5    I declare under penalty of perjury pursuant to the laws of the United States that the

6  foregoing is true and correct.

7    Executed this 4th day of February, 2008, at San Francisco, California.

8

9                                    Nicole Lavallee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C-07-06140 MHP] CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO
CIV. L.R. 3-7(D)                                                                          1