| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (75484) |
|   | Email: jtabacco@bermanesq.com |
| 2 | Nicole Lavallee (165755) |
|   | Email: nlavallee@bermanesq.com |
| 3 | **BERMAN, DeVALERIO, PEASE TABACCO** |
|   |   **BURT & PUCILLO** |
| 4 | 425 California Street, 21st Floor |
|   | San Francisco, California 94104 |
| 5 | Telephone: (415) 433-3200 |
|   | Facsimile: (415) 433-6382 |
| 6 | |
|   | *Proposed Liaison Counsel* |
| 7 | |
| 8 | Christopher Lometti |
|   | Email: chris@spornlaw.com |
| 9 | Ashley Kim |
|   | Email: Ashley@spornlaw.com |
|   | **SCHOENGOLD SPORN LAITMAN** |
| 10 |   **& LOMETTI, P.C.** |
|   | 19 Fulton Street, Suite 406 |
| 11 | New York, New York 10038 |
|   | Telephone: (212) 964-0046 |
| 12 | |
|   | *Proposed Lead Counsel for the Class* |
| 13 | *and Attorneys for the IBEW Local 363* |
|   | *Pension and Benefit Funds* |
| 14 | |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. C-07-6140-MHP |
| Plaintiff, ) ) | **CERTIFICATE OF COUNSEL CHRISTOPHER LOMETTI PURSUANT TO CIV. L.R. 3-7(D)** |
| vs. ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY MARVELL ZWARENSTEIN, ) ) ) ) | |
| Defendants. ) ) ) ) ) | |

Pursuant to Northern District Local Rule 3-7(d), I, Christopher Lometti, declare as follows:

---

[C-07-06140 MHP] CERTIFICATE OF COUNSEL CHRISTOPHER LOMETTI PURSUANT TO CIV. L.R. 3-7(D)                                                                                              1

1      Exclusive of securities held through mutual funds or discretionary accounts managed by
2 professional money managers, I do not directly own or otherwise have a beneficial interest in the
3 securities that are the subject of this action.
4      I declare under penalty of perjury pursuant to the laws of the United States that the
5 foregoing is true and correct.
6      Executed this 4th day of February, 2008, at New York, New York.

_____
Christopher Lometti

28 [C-07-06140 MHP] CERTIFICATE OF COUNSEL CHRISTOPHER LOMETTI PURSUANT TO CIV. L.R. 3-7(D)

2