Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
**BERMAN, DeVALERIO, PEASE TABACCO BURT & PUCILLO**
425 California Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Proposed Liaison Counsel*

Christopher Lometti
Email: chris@spornlaw.com
Ashley Kim
Email: Ashley@spornlaw.com
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class and Attorneys for the IBEW Local 363 Pension and Benefit Funds*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY MARVELL ZWARENSTEIN,<br><br>Defendants. | Case No. C-07-6140-MHP<br><br>**CERTIFICATE OF COUNSEL ASHLEY KIM PURSUANT TO CIV. L.R. 3-7(D)** |

Pursuant to Northern District Local Rule 3-7(d), I, Ashley Kim, declare as follows:

[C-07-06140 MHP] CERTIFICATE OF COUNSEL ASHLEY KIM PURSUANT TO CIV. L.R. 3-7(D)

1

1     Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

    Executed this 4th day of February, 2008, at New York, New York.

_____
Ashley Kim

[C-07-06140 MHP] CERTIFICATE OF COUNSEL ASHLEY KIM PURSUANT TO CIV. L.R. 3-7(D)

2