Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. C 07-6140 MHP<br><br>**NOTICE OF MOTION AND MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: March 17, 2008<br>Time: 2:00 p.m.<br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

1  PLEASE TAKE NOTICE that Class members Bryce Baldwin and Debra Baldwin ("Movants") by their counsel, will move this Court on March 17, 2008 at 2:00 p.m., or on such date and time as may be designated by the Court, at 450 Golden Gate Avenue, San Francisco, California for an Order: (i) appointing Movants as lead Plaintiff; (ii) approving Movants' selection of the law firm of Girard Gibbs LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movants submit herewith a Memorandum of Law, [Proposed] Order and the Declaration of Jonathan K. Levine, dated February 4, 2008.

Dated: February 4, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

_/s/ Jonathan K. Levine_
Jonathan K. Levine

Daniel C. Girard
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Proposed Lead Counsel