1  Daniel C. Girard (State Bar No. 114826)
   dcg@girardgibbs.com
2  Jonathan K. Levine (State Bar No. 220289)
   jkl@girardgibbs.com
3  Aaron M. Sheanin (State Bar No. 214472)
   ams@girardgibbs.com
4  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
5  San Francisco, CA 94108
   Telephone: (415) 981-4800
6  Facsimile:  (415) 981-4846

7  Proposed Lead Counsel

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | JOEL EICHENHOLTZ, Individually And On      ) Case No. C 07-6140 MHP
   | Behalf of All Others Similarly Situated,   )
12 |                                            )
   |                                            ) **CERTIFICATE OF COUNSEL
13 |                                            ) PURSUANT TO LOCAL RULE 3-7(d)**
   |              Plaintiff,                    )
14 |                                            ) Date: March 17, 2008
   | v.                                         ) Time: 2:00 p.m.
15 |                                            ) Judge: The Hon. Marilyn H. Patel
   | VERIFONE HOLDINGS, INC., DOUGLAS G.        ) Courtroom: 15
16 | BERGERON, and BARRY ZWARENSTEIN,           )
   |                                            )
17 |              Defendants.                   )
   |                                            )
18 |_____)

19

20    Pursuant to Northern District of California Local Rule 3-7(d), I affirm that none of the proposed

21 lead counsel in this action directly owns or otherwise has a beneficial interest in the securities that are

22 the subject of this action.

23

24 Dated: February 4, 2008           /s/ Jonathan K. Levine
                                     Jonathan K. Levine
25

26

27

28

- 1 -

CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)