Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Proposed Lead Counsel

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. C 07-6140 MHP<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: March 17, 2008<br>Time: 2:00 p.m.<br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

I, Jonathan K. Levine, declare as follows:

1. I am member in good standing of the State Bar of California and am admitted to practice before this Court. I am a partner of the law firm of Girard Gibbs LLP, counsel for Bryce Baldwin and Debra Baldwin ("Movants") and proposed lead counsel in the above-entitled action. I make this declaration in support of Movants' motion for appointment as lead plaintiff and selection of lead counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a news release entitled, "Girard Gibbs LLP Files Class Action Lawsuit Against VeriFone Holdings, Inc. (NYSE:PAY)," published on *Business Wire* on December 4, 2007.

3.      Attached hereto as Exhibit B are true and correct copies of Movants' sworn certifications.

4.      Attached hereto as Exhibit C is a chart of Movants' purchases and losses in the securities of VeriFone Holdings, Inc. between August 31, 2006 and November 30, 2007.

5.      Attached hereto as Exhibit D is the firm resume of Girard Gibbs LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 4th day of February, 2008.

                                                  */s/ Jonathan K. Levine*
                                                   Jonathan K. Levine

DECL. OF JONATHAN K. LEVINE IN SUPPORT OF THE MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL