# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Bryce Baldwin, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint against VeriFone Holdings, Inc. and its officers, prepared by Girard Gibbs LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire the securities of VeriFone Holdings, Inc. at the direction of Girard Gibbs LLP or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. I understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation, and whose duties may include testifying at deposition or trial.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a class member is not affected by my decision to serve as a representative party.

1

7. My purchases and sales of VeriFone Holdings, Inc. securities between August 31, 2006 and November 30, 2007 are listed in the table below:

| Transaction Date | Bought / Sold | Price Per Share | Numbers of Shares Bought / Sold |
|---|---|---|---|
| 12/21/2006 | Bought | 36.75 | 540 |
| 12/21/2006 | Bought | 26.76 | 820 |

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2008

_____
Bryce Baldwin

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Debra Baldwin, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint against VeriFone Holdings, Inc. and its officers, prepared by Girard Gibbs LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire the securities of VeriFone Holdings, Inc. at the direction of Girard Gibbs LLP or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. I understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation, and whose duties may include testifying at deposition or trial.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a class member is not affected by my decision to serve as a representative party.

7. My purchases and sales of VeriFone Holdings, Inc. securities between August 31, 2006 and November 30, 2007 are listed in the table below:

| Transaction Date | Bought / Sold | Price Per Share | Numbers of Shares Bought / Sold |
|---|---|---|---|
| 12/21/2006 | Bought | 36.76 | 2400 |

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2008

_Debra Baldwin_
Debra Baldwin