# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Total Gain (Loss)* |
|---|---|---|---|---|---|
| Bryce Baldwin | 12/21/2006 | 540 | $ 36.75 | $ 19,845.00 | |
| Bryce Baldwin | 12/21/2006 | 820 | $ 36.76 | $ 30,143.20 | |
| **Bryce Baldwin** | | **1360** | | **$ 49,988.20** | **$ (22,747.40)** |
| Debra Baldwin | 12/21/2006 | 2400 | $ 36.76 | $ 88,224.00 | |
| **Debra Baldwin** | | **2400** | | **$ 88,224.00** | **$ (40,152.00)** |
| **Movants' Total** | | **3760** | | **$ 138,212.20** | **$ (62,899.40)** |

* For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $20.03 as of February 1, 2008.