Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. C 07-6140 MHP<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>Date: March 17, 2008<br>Time: 2:00 p.m.<br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

- 1 –

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

- 2 -

      Having considered the motion of Bryce and Debra Baldwin ("Movants") for appointment of Lead Plaintiff and approval of selection of Lead Counsel, the Court orders as follows:

1. The Motion is GRANTED;

2. Movants are the "most adequate plaintiff[s]" and accordingly, are appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii); and

3. Girard Gibbs LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

Dated: _____, 2008

                                                    HON. MARILYN H. PATEL
                                                    UNITED STATES DISTRICT JUDGE