Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated, | Case No. C 07-6140 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date:  March 17, 2008<br>Time:  2:00 p.m. |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | Judge:  The Hon. Marilyn H. Patel<br>Courtroom:  15 |
| Defendants. | |

CERTIFICATE OF SERVICE

I, Jonathan K. Levine, hereby declare as follows:

I am employed by Girard Gibbs, A Limited Liability Partnership, 601 California Street, 14th Floor, San Francisco, California 94108.  I am over the age of eighteen years and am not a party to this action.  On February 4, 2008, I served the following documents:

1. **NOTICE OF MOTION AND MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;**

2. **CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d);**

3. **MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;**

4. **DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD;**

5. **PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;**

6. **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL; and**

7. **CERTIFICATE OF SERVICE.**

On:

<u>X X</u>    BY ECF: Via the Court's ECF system on all parties registered to receive notice via that service.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct, executed February 4, 2008, at San Francisco, California.

*/s/ Jonathan K. Levine*

Jonathan K. Levine