Joseph W. Cotchett
Steve Williams
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

| | |
|---|---|
| Stanley M. Grossman | Patrick V. Dahlstrom |
| Marc I. Gross | Joshua B. Silverman |
| Jeremy A. Lieberman | **POMERANTZ HAUDEK BLOCK** |
| **POMERANTZ HAUDEK BLOCK** | **GROSSMAN & GROSS LLP** |
| **GROSSMAN & GROSS LLP** | One North LaSalle Street |
| 100 Park Avenue | Suite 2225 |
| New York, New York 10017-5516 | Chicago, Illinois 60602 |
| Telephone: (212) 661-1100 | Telephone: (312) 377-1181 |
| Facsimile: (212) 661-8665 | Facsimile: (312) 377-1184 |

**Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. C 07-6140 MHP |
| Plaintiff, ) ) | |
| - against - ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) ) | Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |
| Defendants. ) ) | |

**DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF NOTICE OF MOTION & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD.'S AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD.'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD COUNSEL**

DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF THE MOTION TO APPOINT CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD., AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS), LTD., AS LEAD PLAINTIFF

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, ) ) | |
| 2 | ) | |
| 3 | Plaintiff, ) ) | Case No. C 07-6195 JSW |
| 4 | - against - ) ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 6 | ) | |
| 7 | Defendants. ) ) _____) | |
| 8 | BRIAN VAUGHN and MIRIAM LOGAN On Behalf of Themselves and All Others Similarly Situated, ) ) ) | |
| 9 | ) | |
| 10 | Plaintiffs, ) ) | Case No. C 07-6197 VRW |
| 11 | - against - ) ) | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 13 | ) | |
| 14 | Defendants. ) _____) | |
| 15 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| 16 | ) | |
| 17 | Plaintiff, ) ) | Case No. C 07-6218 MMC |
| 18 | - against - ) ) | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 20 | ) | |
| 21 | Defendants. ) _____) | |

DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF THE MOTION TO APPOINT CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD., AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS), LTD., AS LEAD PLAINTIFF

| | | |
|---|---|---|
| 1 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, ) ) | |
| 2 | ) | |
| 3 | Plaintiff, ) ) | Case No. C 07-6228 SC |
| 4 | - against - ) ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) ) | |
| 6 | ) | |
| 7 | Defendants. ) ) ) | |
| 8 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, ) ) ) | |
| 9 | ) | |
| 10 | Plaintiffs, ) ) | Case No. C 07-6237 MMC |
| 11 | - against - ) ) | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) ) | |
| 13 | ) | |
| 14 | Defendants. ) ) | |
| 15 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| 16 | ) | |
| 17 | Plaintiff, ) ) | Case No. C 07-623 MHP |
| 18 | - against - ) ) | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) ) | |
| 20 | ) | |
| 21 | Defendants. ) ) | |

DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF THE MOTION TO APPOINT CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD., AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS), LTD., AS LEAD PLAINTIFF

1    I, Patrick V. Dahlstrom, hereby declare as follows:

2    1.    I am a member the firm of Pomerantz Haudek Block Grossman & Gross LLP, counsel on behalf of CLAL Batucha Investment Management, Ltd and Direct Investment House (Providence Funds), Ltd. I make this Declaration in support of the motion by CLAL Batucha Investment Management, Ltd., and Direct Investment House (Providence Funds), Ltd. for appointment as lead plaintiff and for approval of their selection of Pomerantz Haudek Block Grossman & Gross LLP as Lead Counsel and Cotchett, Pitre, Simon & McCarthy as Local Counsel for the Class.

   2.    Attached hereto as Exhibit A is a true and correct copy of the press release published over the Business Wire in the above-referenced action on December 5, 2007.

   4.    Attached hereto as Exhibit B is true and correct copy of CLAL Batucha Investment Management, Ltd.'s Certification in the above captioned action.

   5.    Attached hereto as Exhibit C is true and correct copy of Direct Investment House (Providence Funds) Ltd.'s Certification in the above captioned action.

   4.    Attached hereto as Exhibit D is a true and correct copy of the firm resume for Pomerantz Haudek Block Grossman & Gross LLP.

   I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 4, 2008, at Chicago, Illinois.

                                            s/*Patrick V. Dahlstrom*
                                            Patrick V. Dahlstrom

DECLARATION OF PATRICK V. DAHLSTROM IN SUPPORT OF THE MOTION TO APPOINT CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD., AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS), LTD., AS LEAD PLAINTIFF                                -2-