# EXHIBIT C

**CERTIFICATION OF PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1. I, Giora Dan. Zarechansky & Ron Aharon, on behalf of Direct Investment House (providence Funds) LTD on behalf of funds under managements., make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934 and Section 27(a)(2) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the Complaint against VeriFone Holdings, Inc. ("Verifone"), and authorize the firm of Pomerantz Haudek Block Grossman & Gross LLP (the "Pomerantz Firm") to file a complaint as necessary and move on my behalf for appointment as lead plaintiff.

3. I did not purchase VeriFone securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 or the Securities Act of 1933.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased VeriFone during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the Pomerantz Firm may exercise its discretion in determining whether to move on my behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in VeriFone securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty or perjury that the foregoing is true and correct.

**Executed____________________, at** **Petah Tiqwa Israel 31st Jan, 2008**
**(Date)**
**(City, State)**

____________________
**(Signature)**

ZARECHANSKY Ron Aharon
**(Type or Print Name)**

**Direct Investment House**
**(providence Funds) LTD**

**Attchment 1**
**CLASS PERIOD: MAR 01 2007 through DEC 03 2007 (8:00 AM EST)**

| Yashir A/C | Trade Date | Shares Pur | NIS Price | NIS Amount | Trade Date | Shares (Sld) | NIS Price | NIS Amount | Shares Retained | 57-Day* Mean Price 78.0783 Est Value | FIFO Estimated Gain(Loss) | LIFO Basis Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33-414-00013271 | | | | | PreClass | 0 | | | | | | |
| 33-414-00013271 | 9/18/2007 | 274.00 | 159.3293 | (43,656) | 11/26/2007 | (288.00) | 171.3000 | 49,334 | | | | |
| 33-414-00013271 | 11/13/2007 | 1,229.00 | 173.8865 | (213,706) | 11/27/2007 | (500.00) | 174.8000 | 87,400 | | | | |
| 33-414-00013271 | 11/14/2007 | 288.00 | 179.2000 | (51,610) | 11/27/2007 | (224.00) | 176.4000 | 39,514 | | | | |
| 33-414-00013271 | | 1,791.00 | | (308,972) | | (1,012.00) | | 176,248 | 779.00 | 60,823 | (71,901) | (71,901) |
| 33-414-00013298 | | | | | PreClass | 0 | | | | | | |
| 33-414-00013298 | 9/18/2007 | 163.00 | 159.3293 | (25,971) | 11/26/2007 | (181.00) | 171.3000 | 31,005 | | | | |
| 33-414-00013298 | 10/23/2007 | 0.38 | 178.7000 | (68) | 11/27/2007 | (235.00) | 176.4000 | 41,454 | | | | |
| 33-414-00013298 | 11/13/2007 | 770.00 | 173.8865 | (133,893) | | | | | | | | |
| 33-414-00013298 | 11/14/2007 | 180.00 | 179.2000 | (32,256) | | | | | | | | |
| 33-414-00013298 | | 1,113.38 | | (192,187) | | (416.00) | | 72,459 | 697.38 | 54,450 | (65,278) | (65,278) |
| 31-46-00036498 | | | | | PreClass | 0 | | | | | | |
| 31-46-00036498 | | | | | 9/9/2007 | (29.00) | 160.6000 | 4,657 | | | | |
| 31-46-00036498 | | | | | 9/9/2007 | (271.00) | 160.6000 | 43,523 | | | | |
| 31-46-00036498 | | | | | 9/10/2007 | (400.00) | 160.7000 | 64,280 | | | | |
| 31-46-00036498 | | 0.00 | | 0 | | (700.00) | | 112,460 | (700.00) | (54,655) | 57,805 | 57,805 |
| 31-46-00119350 | | | | | PreClass | 28.50 | | | | | | |
| 31-46-00119350 | 3/13/2007 | 6,000.00 | 154.2127 | (925,276) | 9/9/2007 | (403.00) | 160.6000 | 64,722 | | | | |
| 31-46-00119350 | 3/13/2007 | 307.00 | 153.7000 | (47,186) | 9/9/2007 | (797.00) | 160.6000 | 127,998 | | | | |
| 31-46-00119350 | 3/13/2007 | 15.00 | 153.6000 | (2,304) | 9/10/2007 | (141.00) | 160.7000 | 22,659 | | | | |
| 31-46-00119350 | 3/13/2007 | 278.00 | 153.6000 | (42,701) | 9/10/2007 | (100.00) | 160.7000 | 16,070 | | | | |
| 31-46-00119350 | 3/18/2007 | 2,000.00 | 148.5625 | (297,125) | 9/10/2007 | (26.00) | 160.6000 | 4,176 | | | | |
| 31-46-00119350 | | | | | 9/10/2007 | (1,274.00) | 160.5000 | 204,477 | | | | |
| 31-46-00119350 | | 8,600.00 | | (1,314,592) | | (2,741.00) | | 440,101 | 5,887.50 | 459,686 | (419,382) | (419,382) |
| 31-46-00134031 | | | | | PreClass | 180.00 | | | | | | |
| 31-46-00134031 | 3/13/2007 | 4,000.00 | 154.2127 | (616,851) | | | | | | | | |
| 31-46-00134031 | 3/18/2007 | 800.00 | 148.5625 | (118,850) | | | | | | | | |
| | | 4,800.00 | | (735,701) | | | | | 4,800.00 | 374,776 | (360,925) | (360,925) |
| 31-46-00559245 | | | | | PreClass | 100.00 | | | | | | |
| 31-46-00559245 | 3/13/2007 | 200.00 | 154.2127 | (30,843) | | | | | 200.00 | 15,616 | (15,227) | (15,227) |
| 31-46-00800201 | | | | | PreClass | 7,466.50 | | | | | | |
| 31-46-00800201 | 4/26/2007 | 0.50 | 145.9000 | (73) | | | | | 0.50 | 39 | (34) | (34) |
| 31-46-00907030 | | | | | PreClass | 838.50 | | | | | | |
| 31-46-00907030 | 3/13/2007 | 6,500.00 | 154.2127 | (1,002,382) | | | | | | | | |
| 31-46-00907030 | 3/18/2007 | 1,200.00 | 148.5625 | (178,275) | | | | | | | | |
| 31-46-00907030 | | 7,700.00 | | (1,180,657) | | | | | 7,700.00 | 601,203 | (579,454) | (579,454) |
| **Total NIS Transactions** | | | | | | | | | **19,364.38** | | **(1,454,395)** | **(1,454,395)** |
| **US $ Amounts** | | | | | | | | | | | **($405,631)** | **($405,631)** |
| **US $Transactions Gain(Loss)** | | | | | | | | | | | **$50,475** | **$50,475** |
| **Total Transactions in US$ Gain(Loss)** | | | | | | | | | | | **($355,156)** | **($355,156)** |

*Avg of Closing Prices Dec 03 2007-Jan 28 2008

**VERIFONE HOLDGS INC (N.D. Cal.)**
**CLASS PERIOD: MAR 01 2007 through DEC 03 2007 (8:00 AM EST)**

| Yashir A/C | Trade Date | Shares Pur(Sld) | Price | Amount | Shares Retained | 57-Day* Mean Price $20.1426 Est Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| 31-46-00036498 | 6/5/2007 | 569.00 | $34.4633 | ($19,610) | | | |
| 31-46-00036498 | 6/6/2007 | 200.00 | $33.9700 | ($6,794) | | | |
| 31-46-00036498 | 6/12/2007 | 100.00 | $32.6000 | ($3,260) | | | |
| 31-46-00036498 | 6/19/2007 | (419.00) | $37.1000 | $15,545 | | | |
| 31-46-00036498 | 7/18/2007 | (79.00) | $37.2833 | $2,945 | | | |
| 31-46-00036498 | 7/26/2007 | (371.00) | $38.7352 | $14,371 | | | |
| 31-46-00036498 | 7/29/2007 | 200.00 | $36.6400 | ($7,328) | | | |
| 31-46-00036498 | 9/9/2007 | (100.00) | $38.7501 | $3,875 | | | |
| 31-46-00036498 | 9/16/2007 | (100.00) | $39.8273 | $3,983 | 0.00 | $0 | $3,727 |
| | | | | | | | |
| 31-46-00119350 | 3/14/2007 | 3,700.00 | $36.2500 | ($134,125) | | | |
| 31-46-00119350 | 3/21/2007 | (3,700.00) | $37.3205 | $138,086 | | | |
| 31-46-00119350 | 6/5/2007 | 13,931.00 | $34.4633 | ($480,108) | | | |
| 31-46-00119350 | 6/6/2007 | 4,800.00 | $33.9700 | ($163,056) | | | |
| 31-46-00119350 | 6/12/2007 | 3,870.00 | $32.6000 | ($126,162) | | | |
| 31-46-00119350 | 6/13/2007 | (3,600.00) | $35.9710 | $129,496 | | | |
| 31-46-00119350 | 6/19/2007 | (4,581.00) | $37.1000 | $169,955 | | | |
| 31-46-00119350 | 7/15/2007 | (2,700.00) | $37.0000 | $99,900 | | | |
| 31-46-00119350 | 7/16/2007 | (3,000.00) | $36.3300 | $108,990 | | | |
| 31-46-00119350 | 7/18/2007 | (2,080.00) | $37.2833 | $77,549 | | | |
| 31-46-00119350 | 7/25/2007 | (3,000.00) | $38.1100 | $114,330 | | | |
| 31-46-00119350 | 7/26/2007 | (2,129.00) | $38.7352 | $82,467 | | | |
| 31-46-00119350 | 7/29/2007 | 3,900.00 | $36.6400 | ($142,896) | | | |
| 31-46-00119350 | 8/9/2007 | (3,000.00) | $36.8200 | $110,460 | | | |
| 31-46-00119350 | 9/9/2007 | (412.63) | $38.7501 | $15,989 | 1,998.37 | $40,252 | $41,128 |
| | | | | | | | |
| 31-46-00134031 | 3/14/2007 | 2,500.00 | $36.2500 | ($90,625) | | | |
| 31-46-00134031 | 3/21/2007 | (2,500.00) | $37.3205 | $93,301 | 0.00 | $0 | $2,676 |
| | | | | | | | |
| 31-46-00907030 | 3/14/2007 | 2,750.00 | $36.2500 | ($99,688) | | | |
| 31-46-00907030 | 3/21/2007 | (2,750.00) | $37.3205 | $102,631 | 0.00 | $0 | $2,944 |
| **Total US $Transactions** | | | | | **1,998.37** | | **$50,475** |

*Avg of Closing Prices Dec 03 2007-Jan 28 2008

**Attachment 2**
**CLASS PERIOD AUG 31 2006 through DEC 03 2007 (8:00 AM EST)**
**DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD.**

| Yashir A/C | Trade Date | Shares Pur(Sld) | NIS Price | NIS Amount | Shares Retained | 57-Day* Mean Price 78.0783 Est Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| 33-414-00013271 | 9/18/2007 | 274.00 | 159.3293 | (43,656) | | | |
| 33-414-00013271 | 11/13/2007 | 1,229.00 | 173.8865 | (213,706) | | | |
| 33-414-00013271 | 11/14/2007 | 288.00 | 179.2000 | (51,610) | | | |
| 33-414-00013271 | 11/26/2007 | (288.00) | 171.3000 | 49,334 | | | |
| 33-414-00013271 | 11/27/2007 | (500.00) | 174.8000 | 87,400 | | | |
| 33-414-00013271 | 11/27/2007 | (224.00) | 176.4000 | 39,514 | 779.00 | 60,823 | (71,901) |
| 33-414-00013298 | 9/18/2007 | 163.00 | 159.3293 | (25,971) | | | |
| 33-414-00013298 | 10/23/2007 | 0.38 | 178.7000 | (68) | | | |
| 33-414-00013298 | 11/13/2007 | 770.00 | 173.8865 | (133,893) | | | |
| 33-414-00013298 | 11/14/2007 | 180.00 | 179.2000 | (32,256) | | | |
| 33-414-00013298 | 11/26/2007 | (181.00) | 171.3000 | 31,005 | | | |
| 33-414-00013298 | 11/27/2007 | (235.00) | 176.4000 | 41,454 | 697.38 | 54,450 | (65,278) |
| 33-414-00013328 | 11/13/2007 | 135.00 | 173.8865 | (23,475) | | | |
| 33-414-00013328 | 11/14/2007 | 32.00 | 179.2000 | (5,734) | | | |
| 33-414-00013328 | 11/26/2007 | (31.00) | 171.3000 | 5,310 | | | |
| 33-414-00013328 | 11/27/2007 | (41.00) | 176.4000 | 7,232 | 95.00 | 7,417 | (9,249) |
| 31-46-00036498 | 1/11/2007 | 1,300.00 | 148.7000 | (193,310) | | | |
| 31-46-00036498 | 9/9/2007 | (200.00) | 160.6000 | 32,120 | | | |
| 31-46-00036498 | 9/9/2007 | (29.00) | 160.6000 | 4,657 | | | |
| 31-46-00036498 | 9/9/2007 | (271.00) | 160.6000 | 43,523 | | | |
| 31-46-00036498 | 9/10/2007 | (400.00) | 160.7000 | 64,280 | 400.00 | 31,231 | (17,499) |
| 31-46-00119342 | 11/2/2006 | 8,490.00 | 127.6000 | (1,083,324) | | | |
| 31-46-00119342 | 12/4/2006 | (625.00) | 143.5000 | 89,688 | | | |
| 31-46-00119342 | 12/4/2006 | (4.00) | 143.9000 | 576 | | | |
| 31-46-00119342 | 12/7/2006 | (380.00) | 144.5000 | 54,910 | | | |
| 31-46-00119342 | 12/7/2006 | (133.00) | 144.5000 | 19,219 | | | |
| 31-46-00119342 | 12/7/2006 | (133.00) | 144.5000 | 19,219 | | | |
| 31-46-00119342 | 12/7/2006 | (133.00) | 144.5000 | 19,219 | | | |
| 31-46-00119342 | 12/7/2006 | (165.00) | 144.8000 | 23,892 | | | |
| 31-46-00119342 | 12/7/2006 | (134.00) | 144.8000 | 19,403 | | | |
| 31-46-00119342 | 12/7/2006 | (132.00) | 144.5000 | 19,074 | | | |
| 31-46-00119342 | 12/7/2006 | (115.00) | 144.5000 | 16,618 | | | |
| 31-46-00119342 | 12/7/2006 | (83.00) | 144.5000 | 11,994 | | | |
| 31-46-00119342 | 12/7/2006 | (133.00) | 144.5000 | 19,219 | | | |
| 31-46-00119342 | 12/7/2006 | (132.00) | 144.5000 | 19,074 | | | |
| 31-46-00119342 | 12/7/2006 | (132.00) | 144.5000 | 19,074 | | | |
| 31-46-00119342 | 12/11/2006 | (52.00) | 152.5000 | 7,930 | | | |
| 31-46-00119342 | 12/11/2006 | (796.00) | 152.5000 | 121,390 | | | |
| 31-46-00119342 | 12/20/2006 | 4,056.00 | 154.2278 | (625,548) | | | |
| 31-46-00119342 | 12/26/2006 | (133.00) | 152.5000 | 20,283 | | | |
| 31-46-00119342 | 12/26/2006 | (238.00) | 152.5000 | 36,295 | | | |
| 31-46-00119342 | 12/26/2006 | (133.00) | 152.5000 | 20,283 | | | |
| 31-46-00119342 | 12/26/2006 | (133.00) | 152.5000 | 20,283 | | | |
| 31-46-00119342 | 12/26/2006 | (133.00) | 152.5000 | 20,283 | | | |
| 31-46-00119342 | 12/26/2006 | (121.00) | 152.5000 | 18,453 | | | |
| 31-46-00119342 | 12/26/2006 | (99.00) | 152.5000 | 15,098 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |
| 31-46-00119342 | 12/27/2006 | (80.00) | 151.6000 | 12,128 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |

*Avg of Closing Prices Dec 03 2007-Jan 28 2008

**Attachment 2**
**CLASS PERIOD AUG 31 2006 through DEC 03 2007 (8:00 AM EST)**
**DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD.**

| Yashir A/C | Trade Date | Shares Pur(Sld) | NIS Price | NIS Amount | Shares Retained | 57-Day* Mean Price 78.0783 Est Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |
| 31-46-00119342 | 12/27/2006 | (264.00) | 151.6000 | 40,022 | | | |
| 31-46-00119342 | 12/27/2006 | (165.00) | 151.8000 | 25,047 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.7000 | 20,176 | | | |
| 31-46-00119342 | 12/27/2006 | (78.00) | 151.6000 | 11,825 | | | |
| 31-46-00119342 | 12/27/2006 | (132.00) | 151.6000 | 20,011 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | | | |
| 31-46-00119342 | 12/27/2006 | (29.00) | 151.6000 | 4,396 | | | |
| 31-46-00119342 | 12/27/2006 | (133.00) | 151.6000 | 20,163 | 6,462.00 | 504,542 | (298,114) |
| 31-46-00119350 | 11/2/2006 | 620.50 | 127.6000 | (79,176) | | | |
| 31-46-00119350 | 11/2/2006 | 250.00 | 127.5000 | (31,875) | | | |
| 31-46-00119350 | 2/13/2007 | (676.00) | 171.2000 | 115,731 | | | |
| 31-46-00119350 | 2/13/2007 | (166.00) | 171.2000 | 28,419 | | | |
| 31-46-00119350 | 3/13/2007 | 278.00 | 153.6000 | (42,701) | | | |
| 31-46-00119350 | 3/13/2007 | 15.00 | 153.6000 | (2,304) | | | |
| 31-46-00119350 | 3/13/2007 | 307.00 | 153.7000 | (47,186) | | | |
| 31-46-00119350 | 3/13/2007 | 6,000.00 | 154.2127 | (925,276) | | | |
| 31-46-00119350 | 3/18/2007 | 2,000.00 | 148.5625 | (297,125) | | | |
| 31-46-00119350 | 9/9/2007 | (797.00) | 160.6000 | 127,998 | | | |
| 31-46-00119350 | 9/9/2007 | (403.00) | 160.6000 | 64,722 | | | |
| 31-46-00119350 | 9/10/2007 | (26.00) | 160.6000 | 4,176 | | | |
| 31-46-00119350 | 9/10/2007 | (1,274.00) | 160.5000 | 204,477 | | | |
| 31-46-00119350 | 9/10/2007 | (100.00) | 160.7000 | 16,070 | | | |
| 31-46-00119350 | 9/10/2007 | (141.00) | 160.7000 | 22,659 | 5,887.50 | 459,686 | (381,705) |
| 31-46-00134031 | 11/2/2006 | 180.00 | 127.5000 | (22,950) | | | |
| 31-46-00134031 | 3/13/2007 | 4,000.00 | 154.2127 | (616,851) | | | |
| 31-46-00134031 | 3/18/2007 | 800.00 | 148.5625 | (118,850) | 4,980.00 | 388,830 | (369,821) |
| 31-46-00210455 | 11/2/2006 | 197.00 | 127.5000 | (25,118) | 197.00 | 15,381 | (9,736) |
| 31-46-00355739 | 11/2/2006 | 2,244.50 | 127.6000 | (286,398) | | | |
| 31-46-00355739 | 11/2/2006 | 94.00 | 127.5000 | (11,985) | | | |
| 31-46-00355739 | 3/13/2007 | 2,000.00 | 154.2127 | (308,425) | 4,338.50 | 338,743 | (268,066) |
| 31-46-00406228 | 11/2/2006 | 500.00 | 127.6000 | (63,800) | | | |
| 31-46-00406228 | 12/18/2006 | 390.00 | 153.0000 | (59,670) | | | |
| 31-46-00406228 | 12/18/2006 | 26.00 | 153.0000 | (3,978) | | | |
| 31-46-00406228 | 12/20/2006 | 740.00 | 154.2278 | (114,129) | 1,656.00 | 129,298 | (112,279) |
| 31-46-00542733 | 12/18/2006 | 40.00 | 153.3000 | (6,132) | | | |
| 31-46-00542733 | 12/20/2006 | 70.00 | 154.2278 | (10,796) | 110.00 | 8,589 | (8,339) |
| 31-46-00542784 | 12/20/2006 | 76.00 | 154.2278 | (11,721) | 76.00 | 5,934 | (5,787) |
| 31-46-00542938 | 2/14/2007 | 180.00 | 171.0000 | (30,780) | 180.00 | 14,054 | (16,726) |
| 31-46-00559245 | 11/2/2006 | 50.00 | 127.6000 | (6,380) | | | |
| 31-46-00559245 | 12/18/2006 | 42.00 | 153.3000 | (6,439) | | | |

*Avg of Closing Prices Dec 03 2007-Jan 28 2008

**Attachment 2**
**CLASS PERIOD AUG 31 2006 through DEC 03 2007 (8:00 AM EST)**
**DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD.**

| Yashir A/C | Trade Date | Shares Pur(Sld) | NIS Price | NIS Amount | Shares Retained | 57-Day* Mean Price 78.0783 Est Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| 31-46-00559245 | 12/18/2006 | 8.00 | 153.3000 | (1,226) | | | |
| 31-46-00559245 | 3/13/2007 | 200.00 | 154.2127 | (30,843) | 300.00 | 23,423 | (21,464) |
| 31-46-00677051 | 11/2/2006 | 100.00 | 127.6000 | (12,760) | | | |
| 31-46-00677051 | 12/18/2006 | 100.00 | 153.3000 | (15,330) | | | |
| 31-46-00677051 | 12/20/2006 | 99.00 | 154.2278 | (15,269) | 299.00 | 23,345 | (20,013) |
| 31-46-00800201 | 11/2/2006 | 9,466.50 | 127.6000 | (1,207,925) | | | |
| 31-46-00800201 | 11/23/2006 | (2,000.00) | 146.2000 | 292,400 | | | |
| 31-46-00800201 | 4/26/2007 | 0.50 | 145.9000 | (73) | 7,467.00 | 583,011 | (332,588) |
| 31-46-00907030 | 11/2/2006 | 588.50 | 127.6000 | (75,093) | | | |
| 31-46-00907030 | 11/2/2006 | 250.00 | 127.5000 | (31,875) | | | |
| 31-46-00907030 | 3/13/2007 | 6,500.00 | 154.2127 | (1,002,382) | | | |
| 31-46-00907030 | 3/18/2007 | 1,200.00 | 148.5625 | (178,275) | 8,538.50 | 666,672 | (620,953) |
| 31-46-00919810 | 11/2/2006 | 699.00 | 127.5000 | (89,123) | | | |
| 31-46-00919810 | 11/2/2006 | 29.00 | 127.5000 | (3,698) | | | |
| 31-46-00919810 | 2/1/2007 | (100.00) | 169.5000 | 16,950 | | | |
| 31-46-00919810 | 2/13/2007 | (54.00) | 172.9000 | 9,337 | | | |
| 31-46-00919810 | 2/13/2007 | (71.00) | 172.9000 | 12,276 | | | |
| 31-46-00919810 | 2/22/2007 | (77.00) | 171.6000 | 13,213 | | | |
| 31-46-00919810 | 2/22/2007 | (16.00) | 171.6000 | 2,746 | | | |
| 31-46-00919810 | 3/13/2007 | 800.00 | 154.2127 | (123,370) | | | |
| 31-46-00919810 | 5/7/2007 | (203.00) | 154.3000 | 31,323 | | | |
| 31-46-00919810 | 5/14/2007 | (214.00) | 151.5000 | 32,421 | | | |
| 31-46-00919810 | 5/16/2007 | (77.00) | 147.7000 | 11,373 | | | |
| 31-46-00919810 | 5/16/2007 | (24.00) | 147.7000 | 3,545 | 692.00 | 54,030 | (28,977) |
| 31-46-00919845 | 11/2/2006 | 699.00 | 127.5000 | (89,123) | | | |
| 31-46-00919845 | 12/20/2006 | 659.00 | 154.2278 | (101,636) | | | |
| 31-46-00919845 | 12/26/2006 | (37.00) | 152.7000 | 5,650 | | | |
| 31-46-00919845 | 12/26/2006 | (90.00) | 152.7000 | 13,743 | | | |
| 31-46-00919845 | 1/28/2007 | (5.00) | 166.1000 | 831 | | | |
| 31-46-00919845 | 1/28/2007 | (134.00) | 166.1000 | 22,257 | | | |
| 31-46-00919845 | 2/22/2007 | (140.00) | 172.3000 | 24,122 | | | |
| 31-46-00919845 | 2/27/2007 | 256.00 | 161.0000 | (41,216) | | | |
| 31-46-00919845 | 2/28/2007 | 25.00 | 166.4000 | (4,160) | | | |
| 31-46-00919845 | 2/28/2007 | 87.00 | 166.4000 | (14,477) | | | |
| 31-46-00919845 | 3/13/2007 | 1,000.00 | 154.2127 | (154,213) | | | |
| 31-46-00919845 | 3/20/2007 | (143.00) | 154.6000 | 22,108 | | | |
| 31-46-00919845 | 5/3/2007 | (84.00) | 152.3000 | 12,793 | | | |
| 31-46-00919845 | 5/3/2007 | (35.00) | 152.3000 | 5,331 | | | |
| 31-46-00919845 | 5/3/2007 | (84.00) | 152.3000 | 12,793 | | | |
| 31-46-00919845 | 5/7/2007 | (177.00) | 154.4000 | 27,329 | | | |
| 31-46-00919845 | 5/14/2007 | (86.00) | 151.5000 | 13,029 | | | |
| 31-46-00919845 | 5/29/2007 | (82.00) | 148.0000 | 12,136 | 1,629.00 | 127,190 | (105,513) |
| **Total NIS Transactions** | | | | | **44,783.88** | | **(2,764,008)** |
| **US $ Amount** | | | | | | | **($770,882)** |
| **US $Transactions** | | | | | **1,998.37** | | **$106,141** |
| **Total Transctions in US$** | | | | | **46,782.25** | | **($664,741)** |

*Avg of Closing Prices Dec 03 2007-Jan 28 2008

**VERIFONE HOLDGS INC (N.D. Cal.)** .
**CLASS PERIOD AUG 31 2006 through DEC 03 2007 (8:00 AM EST)** .
**DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD.**

| Yashir A/C | Trade Date | Shares Pur(Sld) | Price | Amount | Shares Retained | 57-Day* Mean Price $20.1426 Est Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| 31-46-00036498 | 6/5/2007 | 569.00 | $34.4633 | ($19,610) | | | |
| 31-46-00036498 | 6/6/2007 | 200.00 | $33.9700 | ($6,794) | | | |
| 31-46-00036498 | 6/12/2007 | 100.00 | $32.6000 | ($3,260) | | | |
| 31-46-00036498 | 6/19/2007 | (419.00) | $37.1000 | $15,545 | | | |
| 31-46-00036498 | 7/18/2007 | (79.00) | $37.2833 | $2,945 | | | |
| 31-46-00036498 | 7/26/2007 | (371.00) | $38.7352 | $14,371 | | | |
| 31-46-00036498 | 7/29/2007 | 200.00 | $36.6400 | ($7,328) | | | |
| 31-46-00036498 | 9/9/2007 | (100.00) | $38.7501 | $3,875 | | | |
| 31-46-00036498 | 9/16/2007 | (100.00) | $39.8273 | $3,983 | 0.00 | $0 | $3,727 |
| | | | | | | | |
| 31-46-00119350 | 3/14/2007 | 3,700.00 | $36.2500 | ($134,125) | | | |
| 31-46-00119350 | 3/21/2007 | (3,700.00) | $37.3205 | $138,086 | | | |
| 31-46-00119350 | 6/5/2007 | 13,931.00 | $34.4633 | ($480,108) | | | |
| 31-46-00119350 | 6/6/2007 | 4,800.00 | $33.9700 | ($163,056) | | | |
| 31-46-00119350 | 6/12/2007 | 3,870.00 | $32.6000 | ($126,162) | | | |
| 31-46-00119350 | 6/13/2007 | (3,600.00) | $35.9710 | $129,496 | | | |
| 31-46-00119350 | 6/19/2007 | (4,581.00) | $37.1000 | $169,955 | | | |
| 31-46-00119350 | 7/15/2007 | (2,700.00) | $37.0000 | $99,900 | | | |
| 31-46-00119350 | 7/16/2007 | (3,000.00) | $36.3300 | $108,990 | | | |
| 31-46-00119350 | 7/18/2007 | (2,080.00) | $37.2833 | $77,549 | | | |
| 31-46-00119350 | 7/25/2007 | (3,000.00) | $38.1100 | $114,330 | | | |
| 31-46-00119350 | 7/26/2007 | (2,129.00) | $38.7352 | $82,467 | | | |
| 31-46-00119350 | 7/29/2007 | 3,900.00 | $36.6400 | ($142,896) | | | |
| 31-46-00119350 | 8/9/2007 | (3,000.00) | $36.8200 | $110,460 | | | |
| 31-46-00119350 | 9/9/2007 | (412.63) | $38.7501 | $15,989 | 1,998.37 | $40,252 | $41,128 |
| | | | | | | | |
| 31-46-00134031 | 3/14/2007 | 2,500.00 | $36.2500 | ($90,625) | | | |
| 31-46-00134031 | 3/21/2007 | (2,500.00) | $37.3205 | $93,301 | 0.00 | $0 | $2,676 |
| | | | | | | | |
| 31-46-00355739 | 3/14/2007 | 750.00 | $36.2500 | ($27,188) | | | |
| 31-46-00355739 | 3/21/2007 | (750.00) | $37.3205 | $27,990 | | | |
| 31-46-00355739 | 6/5/2007 | 4,000.00 | $34.4633 | ($137,853) | | | |
| 31-46-00355739 | 6/6/2007 | 750.00 | $33.9700 | ($25,478) | | | |
| 31-46-00355739 | 6/12/2007 | 1,200.00 | $32.6000 | ($39,120) | | | |
| 31-46-00355739 | 6/13/2007 | (1,400.00) | $35.9710 | $50,359 | | | |
| 31-46-00355739 | 7/18/2007 | (423.00) | $37.2833 | $15,771 | | | |
| 31-46-00355739 | 11/27/2007 | (4,127.00) | $46.3250 | $191,183 | 0.00 | $0 | $55,666 |
| | | | | | | | |
| 31-46-00907030 | 3/14/2007 | 2,750.00 | $36.2500 | ($99,688) | | | |
| 31-46-00907030 | 3/21/2007 | (2,750.00) | $37.3205 | $102,631 | 0.00 | $0 | $2,944 |
| | | | | | | | |
| **Total US $Transactions** | | | | | **1,998.37** | | **$106,141** |

*Avg of Closing Prices Dec 03 3007-Jan 28 2008