1 | Joseph W. Cotchett
Steven N. Williams
2 | **COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
3 | Burlingame, California 94010
Telephone:    (650) 697-6000
4 | Facsimile:    (650) 697-0577

5 | Stanley M. Grossman                         Patrick V. Dahlstrom
Marc I. Gross                                Joshua B. Silverman
6 | Jeremy A. Lieberman                          **POMERANTZ HAUDEK BLOCK**
**POMERANTZ HAUDEK BLOCK**                   **GROSSMAN & GROSS LLP**
7 | **GROSSMAN & GROSS LLP**                    One North LaSalle Street
100 Park Avenue                              Suite 2225
8 | New York, New York 10017-5516               Chicago, Illinois 60602
Telephone: (212) 661-1100                    Telephone: (312) 377-1181
9 | Facsimile: (212) 661-8665                   Facsimile: (312) 377-1184

10 | **Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-6140 MHP |
| Plaintiff, | |
| - against - | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |
| Defendants. | |

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)**

CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)

| | | |
|---|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. C 07-6195 JSW |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |
| BRIAN VAUGHN and MIRIAM LOGAN On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. C 07-6197 VRW |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. C 07-6218 MMC |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)

| | | |
|---|---|---|
| DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. C 07-6228 SC |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |
| WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. C 07-6237 MMC |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |
| KURT HILL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. C 07-623 MHP |
| - against - | ) ) | |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Northern District of California Local Rule 3-7(d), I affirm that none of the proposed counsel in this action directly owns or otherwise has a beneficial interest in the securities that are the subject of this action.

Dated: February 4, 2008

                                          *s/ Patrick V. Dahlstrom*
                                          Patrick V. Dahlstrom

CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)