Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN,<br><br>Defendants. | No.: 07-CV-06140-MHP<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION OF ALL CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL<br><br>DATE:  March 10, 2008<br>TIME:  2:00 P.M.<br>DEPT:  Courtroom 15, 18th Floor<br><br>Action filed: December 4, 2007 |

010006-12  221576 V1

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 07-CV-06195-JSW |
| 2 | ) | |
| | Plaintiff, ) | |
| 3 | ) | |
| | v. ) | |
| 4 | ) | |
| | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 5 | ) | |
| 6 | Defendants. ) ) | |
| 7 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves and All Others Similarly Situated, ) ) ) | No. 07-CV-06197-VRW |
| 8 | ) | |
| 9 | Plaintiffs, ) | |
| 10 | v. ) ) | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 12 | ) | |
| | Defendants. ) | |
| 13 | ) | |
| 14 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. 07-CV-06228-SC |
| 15 | ) | |
| 16 | Plaintiffs, ) ) | |
| 17 | v. ) | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 19 | Defendants. ) ) | |
| 20 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 07-CV-06228-SC |
| 21 | ) | |
| 22 | Plaintiff, ) ) | |
| 23 | v. ) | |
| 24 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 25 | Defendants. ) ) | |
| 26 | ) | |

010006-12 221576 V1

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, ) <br> Individually and on Behalf of All Others ) | No. 07-CV-6237 MMC |
| 2 | Similarly Situated, ) <br> ) | |
| 3 | Plaintiff, ) <br> ) | |
| 4 | v. ) <br> ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 6 | ) <br> Defendants. ) | |
| 7 | _____) | |
| 8 | KURT HILL, Individually and On Behalf of All ) <br> Others Similarly Situated , ) | No. 07-CV-06238-MHP |
| 9 | ) <br> Plaintiff, ) | |
| 10 | ) <br> v. ) | |
| 11 | ) <br> VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 12 | ) <br> Defendants. ) | |
| 13 | _____) | |
| 14 | DANIEL OFFUTT, Individually and On Behalf ) <br> of All Others Similarly Situated , ) | No. 07-CV-06241-JSW |
| 15 | ) <br> Plaintiff, ) | |
| 16 | ) <br> v. ) | |
| 17 | ) <br> VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 18 | ) <br> Defendants. ) | |
| 19 | _____) | |
| 20 | EDWARD FEITEL, On Behalf of Himself and ) <br> All Others Similarly Situated, ) | No. 08-CV-00118-CW |
| 21 | ) <br> Plaintiff, ) | |
| 22 | ) <br> v. ) | |
| 23 | ) <br> VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 24 | ) <br> Defendants. ) | |
| 25 | _____) | |
| 26 | | |
| 27 | | |
| 28 | | |

010006-12 221576 V1

1  **TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on March 10, 2008, at 2:00 P.M., or as soon thereafter as the matter may be heard, before the Honorable Marilyn H. Patel, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 15, 18th Floor, WestEnd Capital Management, LLC ("Movant" or "WestEnd") will, and hereby move this Court for an order to consolidate all similar actions, to be appointed Lead Plaintiff in this action against VeriFone Holdings, Inc. ("VeriFone" or the "Company") pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of its selection of the law firm of Kahn Gauthier Swick, LLC ("KGS") as Lead Counsel and Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), as Liaison Counsel for the Class in this action.

WestEnd makes this motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because:

1. It has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $1,002,206.90 as a result of its purchases of VeriFone stock during the Class Period, and

2. It satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

WestEnd further requests that the Court approve its selection of KGS and Hagens Berman, as Lead and Liaison Counsel (respectively) for the Class. KGS and Hagens Berman are nationally recognized law firms with significant class action, securities fraud and complex litigation experience, and have sufficient resources to effectively and efficiently pursue this action.

Finally, the above captioned cases are substantially similar and should be consolidated under Federal Rule of Civil Procedure 42.

//
//
//
//
//

NOTICE OF MOT. & MOT. OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION, APPOINTMENT OF LEAD PL. AND APPROVAL OF LEAD PL.'S CHOICE OF COUNSEL - No. 07-CV-6140 MHP

- 1 -

1  For all of the foregoing reasons, WestEnd respectfully requests that this Court: (1) consolidate all similar actions; (2) appoint WestEnd to serve as Lead Plaintiff in this action; (3) approve WestEnd's selection of Lead and Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: February 4, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Reed R. Kathrein
     REED R. KATHREIN (139304)

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

Attorneys for Lead Plaintiff Movant, WestEnd Capital Management, LLC and Proposed Lead Counsel for the Class

NOTICE OF MOT. & MOT. OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION, APPOINTMENT OF LEAD PL. AND APPROVAL OF LEAD PL.'S CHOICE OF COUNSEL - No. 07-CV-6140 MHP       - 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Reed R. Kathrein  
          REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)