Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN,<br><br>Defendants. | No.: 07-CV-06140-MHP<br><br>CLASS ACTION<br><br>DECLARATION OF REED R. KATHREIN IN SUPPORT OF THE MOTION OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION OF ALL CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL<br><br>DATE:  March 10, 2008<br>TIME:  2:00 P.M.<br>DEPT:  Courtroom 15, 18th Floor<br><br>Action filed: December 4, 2007 |

010006-12  221596 V1

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 07-CV-06195-JSW |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 6 | ) Defendants. ) ———————————————————) | |
| 7 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves ) ) | No. 07-CV-06197-VRW |
| 8 | and All Others Similarly Situated, ) ) | |
| 9 | Plaintiffs, ) ) | |
| 10 | v. ) ) | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 12 | ) Defendants. ) | |
| 13 | ———————————————————) ALBERT L. FELDMAN and ELEANOR JEAN ) | No. 07-CV-06228-SC |
| 14 | FELDMAN, Individually and On Behalf of All Others Similarly Situated, ) ) | |
| 15 | ) Plaintiffs, ) | |
| 16 | ) v. ) | |
| 17 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) | |
| 18 | BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 19 | Defendants. ) ———————————————————) | |
| 20 | DONALD CERINI, Individually and On Behalf ) of All Others Similarly Situated, ) | No. 07-CV-06228-SC |
| 21 | ) Plaintiff, ) | |
| 22 | ) v. ) | |
| 23 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) | |
| 24 | BERGERON, and BARRY ZWARENSTEIN, ) ) | |
| 25 | Defendants. ) ———————————————————) | |

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, ) <br> Individually and on Behalf of All Others ) <br> Similarly Situated, ) | No. 07-CV-6237 MMC |
| 2 | ) | |
| 3 | Plaintiff, ) | |
| 4 | v. ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 6 | ) | |
| 7 | Defendants. ) | |
| 8 | KURT HILL, Individually and On Behalf of All ) <br> Others Similarly Situated, ) | No. 07-CV-06238-MHP |
| 9 | Plaintiff, ) | |
| 10 | v. ) | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 12 | Defendants. ) | |
| 13 | DANIEL OFFUTT, Individually and On Behalf ) <br> of All Others Similarly Situated, ) | No. 07-CV-06241-JSW |
| 14 | Plaintiff, ) | |
| 15 | v. ) | |
| 16 | VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 17 | Defendants. ) | |
| 18 | EDWARD FEITEL, On Behalf of Himself and ) <br> All Others Similarly Situated, ) | No. 08-CV-00118-CW |
| 19 | Plaintiff, ) | |
| 20 | v. ) | |
| 21 | VERIFONE HOLDINGS, INC., DOUGLAS G. ) <br> BERGERON, and BARRY ZWARENSTEIN, ) | |
| 22 | Defendants. ) | |

010006-12 221596 V1

1  I, Reed R. Kathrein, hereby declare as follows:

2  1. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP.

3  2. I submit this Declaration, together with the attached exhibits, in support of the Motion of WestEnd Capital Management, LLC ("Movant" or "WestEnd"), to appoint it to serve as Lead Plaintiff on behalf of the Class in the Actions and to approve Movant's choice of Kahn Gauthier Swick, LLC, as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP, as Liaison Counsel for the Class. I am fully familiar with the facts set forth herein.

4  3. Attached hereto as Exhibit A is a true and correct copy of the sworn shareholder certification of WestEnd Capital Management, LLC, as well as a table reflecting the calculated losses incurred by Movant as a result of its transactions in VeriFone Holdings, Inc. securities.

5  4. Attached hereto as Exhibit B is a true and correct copy of the Press release published on December 4, 2007, on *Business Wire*, a well-known national business-oriented publication, announcing the pendency of the lawsuit commenced by Joel Eichenholtz, against Defendants herein.

6  5. Attached hereto as Exhibit C are true and correct copies of the firm resumes of Kahn Gauthier Swick, LLC and Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the state of California that the foregoing facts are true and correct. Executed this 4th day of February 2008, at Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

DECL. OF REED R. KATHREIN ISO THE MOT. OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION, APPOINTMENT OF LEAD PL. AND APPROVAL OF LEAD PL.'S CHOICE OF COUNSEL - No. 07-CV-6140 MHP

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    /s/ Reed R. Kathrein
                    REED R. KATHREIN

DECL. OF REED R. KATHREIN ISO THE MOT. OF WESTEND CAPITAL MANAGEMENT, LLC FOR CONSOLIDATION, APPOINTMENT OF LEAD PL. AND APPROVAL OF LEAD PL.'S CHOICE OF COUNSEL - No. 07-CV-6140 MHP - 2 -

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)