# Exhibit B

Girard Gibbs LLP Files Class Action Lawsuit Against VeriFone Holdings, Inc. (NYSE:PAY): Financial News - Yahoo! Finance

Case 3:07-cv-06140-MHP    Document 31-3    Filed 02/04/2008    Page 2 of 3

Yahoo!My Yahoo!Mail    Make Y! your home page    Search: YAHOO! FINANCE    Sign In
New User? Sign Up

Finance Home -Help

- Home
- Investing
- News & Opinion
- Personal Finance
- Get Quotes
- Finance Search

  

**Press Release**                                                                 Source: Girard Gibbs LLP

# Girard Gibbs LLP Files Class Action Lawsuit Against VeriFone Holdings, Inc. (NYSE:PAY)

Tuesday December 4, 7:43 pm ET

SAN FRANCISCO--(BUSINESS WIRE)--The law firm of Girard Gibbs LLP (http://www.girardgibbs.com) filed a class action lawsuit on December 4, 2007, on behalf of persons who purchased or otherwise acquired securities of VeriFone Holdings, Inc. (NYSE:PAY - News) between March 1, 2007 and November 30, 2007, inclusive (the "Class Period"). The class action alleges that VeriFone and certain of its present and former officers violated the Securities Exchange Act of 1934.

ADVERTISEMENT

The class action, captioned *Eichenholtz v. VeriFone Holdings, Inc. et al.*, 07-cv-6140 (MHP), is pending in the United States District Court for the Northern District of California. The class action is brought against defendants VeriFone Holdings, Inc., Douglas G. Bergeron and Barry Zwarenstein ("Defendants").

The Complaint alleges that Defendants violated the federal securities laws by issuing a series of material misrepresentations in its filings with the Securities and Exchange Commission ("SEC") and press releases. According to the Complaint, Defendants failed to disclose that: (1) VeriFone overstated previously reported inventories in violation of Generally Accepted Accounting Principles; (2) VeriFone understated the cost of net revenues in violation of Generally Accepted Accounting Principles; and (3) as a result, VeriFone's financial results were unreliable. The Complaint also alleges that, as a result of the inflated share price, the individual defendants were able sell their personal shares of VeriFone stock for tens of millions of dollars during the Class Period.

On December 3, 2007, VeriFone announced that it was restating its financial statements for the first three fiscal quarters of 2007, and that the previous statements could no longer be relied upon. In reaction to this news, VeriFone's share price fell by 45%--or $22 per share--on nearly 35 times its average trading volume.

If you purchased or otherwise acquired VeriFone securities between March 1, 2007 and November 30, 2007 you may, no later than February 4, 2008, request that the Court appoint you as lead plaintiff. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. To be appointed lead plaintiff, the Court must decide that your claim is typical of the claims of other class members, and that you will adequately represent the class. Your ability to share in any recovery is not affected by the decision whether or not to serve as a lead plaintiff. You may retain Girard Gibbs LLP, or other attorneys, to serve as your counsel in this action.

If you wish to discuss this action or your rights as an investor in VeriFone, please contact Girard Gibbs LLP toll-free at (866) 981-4800. A copy of the complaint is available from the Court, or can be viewed on Girard Gibbs LLP's website at: http://www.girardgibbs.com/pay.html.



**Related Quote**

PAY    20.28    +0.83    News
**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Related News Stories**

- VERIFONE HOLDINGS, INC. Files SEC form 8-K, Entry into a Material Definitive Agreement - EDGAR Online (Tue Jan 29)
- Archie MacAllaster's Seven Stock Picks for 2008 - Barron's - at Seeking Alpha (Sun Jan 27)
- Stock Upgrades, Downgrades from TheStreet.com Ratings - at TheStreet.com (Thu Jan 17)
- VeriFone Announces MX800 Series Price Checker - Business Wire (Mon Jan 14)

More...

- By industry: Business Equipment

ADVERTISEMENT

Girard Gibbs LLP Files Class Action Lawsuit Against VeriFone Holdings, Inc. (NYSE:PAY): Financial News - Yahoo! Finance

Case 3:07-cv-06140-MHP    Document 31-3    Filed 02/04/2008    Page 3 of 3

Girard Gibbs LLP is one of the nation's leading firms representing individual and institutional investors in securities fraud class actions and litigation to correct abusive corporate governance practices, breaches of fiduciary duty and proxy violations. For more information, please access the firm's web site, www.girardgibbs.com/pay.html. To discuss this class action with us, please contact the following attorney:

Aaron M. Sheanin

601 California Street, 14th Floor

San Francisco, CA 94108

Phone number: (866) 981-4800

Email: ams@girardgibbs.com

Website: http://www.girardgibbs.com/pay.html

*Contact:*

Girard Gibbs LLP
Aaron Sheanin, 415-981-4800

Source: Girard Gibbs LLP

 Email Story      Set News Alert     Print Story

**Top Stories**

- Microsoft Offers $44.6B for Yahoo - AP (10:12 am)
- Stocks Rise on Microsoft Bid for Yahoo - AP (10:34 am)
- Payrolls Drop for 1st Time Since 2003 - AP (10:34 am)
- Exxon Mobil Posts Record Profits - AP (10:26 am)

More...

- Most-viewed articles

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

PAY Headlines
-  My Yahoo
- RSS

Business Equipment Headlines
-  My Yahoo
- RSS

More Finance RSS Feeds

---

Sponsor Results

**Trade Forex Online with GFT**
Free Forex Demo & Training. Trade 24 hrs-a-day 5.5 days a week.
www.GFTforex.com

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

**Car Insurance Quotes Online**
Compare auto insurance quotes from top companies online.
www.insurance.com

(What's This?)

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.