Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Attorneys for Plaintiff

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON and BARRY ZWARENSTEIN,<br><br>Defendants. | No.: 07-CV-06140-MHP<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CONSOLIDATING ALL CASES, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL<br><br>DATE:  March 10, 2008<br>TIME:   2:00 P.M.<br>DEPT:  Courtroom 15, 18th Floor<br><br>Action filed: December 4, 2007 |

010006-12 221589 V1

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 07-CV-06195-JSW |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 6 | Defendants. ) ) | |
| 7 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves ) ) | No. 07-CV-06197-VRW |
| 8 | and All Others Similarly Situated, ) ) | |
| 9 | Plaintiffs, ) ) | |
| 10 | v. ) ) | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 12 | Defendants. ) ) | |
| 13 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All ) ) | No. 07-CV-06228-SC |
| 14 | Others Similarly Situated, ) ) | |
| 15 | Plaintiffs, ) ) | |
| 16 | v. ) ) | |
| 17 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 18 | Defendants. ) ) | |
| 19 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, ) ) | No. 07-CV-06228-SC |
| 20 | ) | |
| 21 | Plaintiff, ) ) | |
| 22 | v. ) ) | |
| 23 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, ) ) ) | |
| 24 | Defendants. ) ) | |

010006-12 221589 V1

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, ) | No. 07-CV-6237 MMC |
| 2 | Individually and on Behalf of All Others ) Similarly Situated, ) | |
| 3 | ) Plaintiff, ) | |
| 4 | ) v. ) | |
| 5 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) BERGERON, and BARRY ZWARENSTEIN, ) | |
| 6 | ) Defendants. ) | |
| 7 | _____ ) | |
| 8 | KURT HILL, Individually and On Behalf of All ) Others Similarly Situated , ) | No. 07-CV-06238-MHP |
| 9 | ) Plaintiff, ) | |
| 10 | ) v. ) | |
| 11 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) BERGERON, and BARRY ZWARENSTEIN, ) | |
| 12 | ) Defendants. ) | |
| 13 | _____ ) | |
| 14 | DANIEL OFFUTT, Individually and On Behalf ) of All Others Similarly Situated , ) | No. 07-CV-06241-JSW |
| 15 | ) Plaintiff, ) | |
| 16 | ) v. ) | |
| 17 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) BERGERON, and BARRY ZWARENSTEIN, ) | |
| 18 | ) Defendants. ) | |
| 19 | _____ ) | |
| 20 | EDWARD FEITEL, On Behalf of Himself and ) All Others Similarly Situated, ) | No. 08-CV-00118-CW |
| 21 | ) Plaintiff, ) | |
| 22 | ) v. ) | |
| 23 | ) VERIFONE HOLDINGS, INC., DOUGLAS G. ) BERGERON, and BARRY ZWARENSTEIN, ) | |
| 24 | ) Defendants. ) | |
| 25 | _____ ) | |
| 26 | | |
| 27 | | |
| 28 | | |

010006-12 221589 V1

Having considered the motion of WestEnd Capital Management, LLC to consolidate all similar actions, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel and the Memorandum of Law and Declaration of Reed R. Kathrein, in support thereof, and good cause appearing therefore:

1. The actions are hereby consolidated;

2. WestEnd Capital Management, LLC is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Kahn Gauthier Swick, LLC, is hereby appointed Lead Counsel and Hagens Berman Sobol Shapiro LLP is hereby appointed Liaison Counsel for the Class.

IT IS SO ORDERED.

DATED: _____   _____
                              THE HONORABLE MARILYN HALL PATEL
                              UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: February 4, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Reed R. Kathrein
     REED R. KATHREIN

Peter E. Borkon (212596)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

[PROP.] ORDER CONSOLIDATING CASES, APPOINTING LEAD PL. AND APPROVING LEAD PL.'S CHOICE OF COUNSEL - No. 07-CV-6140 MHP

- 1 -

Facsimile: (206) 623-0594
steve@hbsslaw.com

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@kgscounsel.com

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
kim.miller@kgscounsel.com

Attorneys for Lead Plaintiff Movant, WestEnd Capital Management, LLC and Proposed Lead Counsel for the Class

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Reed R. Kathrein
      REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)