SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn H. Patel |

[Captions Continued on Next Page]

MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6195 JSW |
| 3 | | |
| 4 | Plaintiff, | CLASS ACTION |
| 5 | v. | |
| 6 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6228 SC |
| 10 | | |
| 11 | Plaintiff, | CLASS ACTION |
| 12 | v. | |
| 13 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 14 | | |
| 15 | Defendants. | |
| 16 | BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6197 VRW |
| 17 | | |
| 18 | Plaintiff, | CLASS ACTION |
| 19 | v. | |
| 20 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 21 | | |
| 22 | Defendants. | |

[Captions Continued on Next Page]

NOTICE OF MOTION AND MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | No. C 07-6128 MMC<br><br>CLASS ACTION |
| WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | No. C 07-6237 MMC<br><br>CLASS ACTION |
| KURT HILL, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | No. C 07-6238 MHP<br><br>CLASS ACTION |

[Captions Continued on Next Page]

NOTICE OF MOTION AND MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　Defendants. | No. C 07-6241 JSW<br><br>CLASS ACTION |
| EDWARD FEITEL, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　Defendants. | No. C 08-0118 CW<br><br>CLASS ACTION |

NOTICE OF MOTION AND MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 15, 2008, at 2:00 p.m., or as soon thereafter as the matter can be heard, in Courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Marilyn Hall Patel, United States District Judge, the Arkansas Public Employees' Retirement System ("Movant") will move, and hereby does move, this Court, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order:

1. Consolidating for all purposes the above-captioned related actions in the Northern District of California, as well as any other unknown related actions;

2. Appointing Movant as Lead Plaintiff in the consolidated action; and

3. Approving Movant's selection of the law firm of Nix, Patterson & Roach, L.L.P. to serve as Lead Counsel and the law firm of Schiffrin Barroway Topaz & Kessler, LLP to serve as Local Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Alan R. Plutzik and the exhibit annexed thereto, all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Dated: February 4, 2008

Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

s/Alan R. Plutzik
Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0770
Facsimile:   (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road

---

MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

1

Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Local Counsel


NIX, PATTERSON & ROACH, L.L.P.
Bradley E. Beckworth
Jeffrey J. Angelovich
Susan Whatley
Brad E. Seidel
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

[Proposed Lead Counsel

KEIL & GOODSON, PA
Matt C. Keil
John W. Goodson
611 Pecan Street
Texarkana, AR 71854
Telephone: 870-772-4113
Facsimile: 870-773-2967

Additional Counsel for Arkansas Public Employees' Retirement System

---

MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

2