1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone:  (925) 945-0770
4  Facsimile:   (925) 945-8792
5
        -and-
6
   Sean M. Handler
7  Ian D. Berg
   280 King of Prussia Road
8  Radnor, PA 19087
   Telephone:  (610) 667-7706
9  Facsimile:   (610) 667-7056
10
   [Proposed] Liaison Counsel
11
12
13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA
15                 SAN FRANCISCO DIVISION
16

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6140 MHP<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn H. Patel |

[Captions Continued on Next Page]

MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6195 JSW<br><br>__CLASS ACTION__ |
| DONALD CERINI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6228 SC<br><br>__CLASS ACTION__ |
| BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6197 VRW<br><br>__CLASS ACTION__ |

[Captions Continued on Next Page]

DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6128 MMC<br><br>CLASS ACTION |
| WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6237 MMC<br><br>CLASS ACTION |
| KURT HILL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6238 MHP<br><br>CLASS ACTION |

[Captions Continued on Next Page]

DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>    Defendants. | No. C 07-6241 JSW<br><br>CLASS ACTION |
| EDWARD FEITEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>    Defendants. | No. C 08-0118 CW<br><br>CLASS ACTION |

DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL
CASE NO. C 07-06140-MHP

I, Alan R. Plutzik, declare as follows:

I am an attorney duly licensed to practice law in the State of California. I am an attorney with the law firm of Schiffrin Barroway Topaz & Kessler, LLP. I respectfully submit this declaration in support of the Motion of The Arkansas Public Employees' Retirement System For Consolidation, Appointment as Lead Plaintiff, And Approval of Selection of Lead And Local Counsel. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit A is a true and correct copy of the Certification of Gail H. Stone, Executive Director of the Arkansas Public Employees Retirement System.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of February, 2008, at Walnut Creek California.

/s Alan R. Plutzik
ALAN R. PLUTZIK

DECLARATION OF ALAN R. PLUTZIK IN SUPPORT OF THE MOTION OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

1

# EXHIBIT A

## CERTIFICATION

I, GAIL H. STONE, Executive Director of Arkansas Public Employees Retirement System ("APERS"), hereby states that:

1. I have reviewed a complaint containing certain factual allegations regarding VeriFone Holdings, Inc.'s ("VeriFone") anticipated restatement of earnings. APERS adopts the factual allegations in the complaint. However, APERS contends that the class period should be August 31, 2006 to December 3, 2007, and reserves the right to seek to modify this period as necessary.

2. On behalf of APERS, I authorize the law firms of Nix, Patterson & Roach, L.L.P. to serve as APERS' lead counsel and Keil & Goodson, L.L.P. to serve as APERS' additional counsel in this matter. On behalf of APERS, I authorize these law firms to represent the interests of APERS in this matter.

2. APERS did not purchase any securities of VeriFone at the direction of counsel or in order to participate in this private action.

3. APERS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of the transactions of APERS in the securities of VeriFone during the class period specified in the Complaint are attached hereto as Schedule "A."

5. APERS has sought to serve as a representative party on behalf of a class under the federal securities laws twice during the last three years, in *In re Brocade Securities Litigation*, No. 3:05-cv-2042 (N.D. Cal.), and *Kim v. Harman Int'l Indus., Inc.*, No. 07-1757 (D.D.C.). APERS is currently a class representative in *In re Brocade Securities Litigation*; appointment of a representative party in *Kim v. Harman Int'l Indus., Inc.* remains pending.

6. APERS will not accept any payment for serving as a representative party on behalf of a class except to receive its pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of February, 2008.

*Gail H. Stone*

Gail H. Stone
Executive Director
ARKANSAS PUBLIC
EMPLOYEES RETIREMENT
SYSTEM

**Arkansas Public Employees' Retirement System**

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 9/26/07 | Purchase | Com Stk | 2,300 | 42.0700 |
| 10/19/07 | Purchase | Com Stk | 600 | 43.9800 |
| 12/4/07 | Sale | Com Stk | 2,900 | 26.0200 |
| 10/22/07 | Purchase | 1.375 15JUN2012 Bond | 975,000 | 118.0600 |
| 11/6/07 | Purchase | 1.375 15JUN2012 Bond | 370,000 | 123.9900 |
| 11/21/07 | Purchase | 1.375 15JUN2012 Bond | 560,000 | 118.5900 |
| 12/3/07 | Sale | 1.375 15JUN2012 Bond | 955,000 | 89.8300 |
| 12/4/07 | Sale | 1.375 15JUN2012 Bond | 950,000 | 88.9100 |