SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

　　　　-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　Defendants. | No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD AND LOCAL COUNSEL<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn H. Patel |

[Captions Continued on Next Page]

---

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6195 JSW<br><br>CLASS ACTION |
| DONALD CERINI, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6228 SC<br><br>CLASS ACTION |
| BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6197 VRW<br><br>CLASS ACTION |

[Captions Continued on Next Page]

---

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6128 MMC |
| 3 | | CLASS ACTION |
| 4 | Plaintiffs, | |
| 5 | v. | |
| 6 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6237 MMC |
| 10 | | |
| 11 | | CLASS ACTION |
| 12 | Plaintiff, | |
| | v. | |
| 13 | | |
| 14 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 15 | Defendants. | |
| 16 | | |
| 17 | KURT HILL, on behalf of himself and all others similarly situated, | No. C 07-6238 MHP |
| 18 | | CLASS ACTION |
| | Plaintiff, | |
| 19 | v. | |
| 20 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 21 | | |
| 22 | Defendants. | |
| 23 | [Captions Continued on Next Page] | |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD AND LOCAL COUNSEL
CASE NO. C 07-06140-MHP

| | |
|---|---|
| DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | No. C 07-6241 JSW<br><br><u>CLASS ACTION</u> |
| EDWARD FEITEL, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | No. C 08-0118 CW<br><br><u>CLASS ACTION</u> |

Having considered the Motion of the Movant, the Arkansas Public Employees' Retirement System, for Consolidation, Appointment as Lead Plaintiff, Approval of Selection of Lead and Local Counsel, and the Memorandum of Law and Declaration of Alan R. Plutzik, in support thereof, and good cause appearing therefor:

1. The Actions *Eichenholtz v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06140-MHP; *Lien v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06195-JSW; *Cerini v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06228-SC; *Vaughn v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06197-VRW; *Feldman v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06218-MMC; *Westend Capital Management, LLC v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06237-MMC; *Hill v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06238-MHP; *Offutt v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-06241-JSW; and *Feitel v. VeriFone Holdings, Inc., et al.*, Case No. 3:07-cv-0118-CW are hereby consolidated into one action under the cause number _____, to be styled *In re VeriFone Holdings, Inc. Securities Litigation*, in the Northern District of California, San Francisco Division;

2. The Arkansas Public Employees' Retirement System is hereby appointed Lead Plaintiff for the class pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and

3. The law firm of Nix, Patterson & Roach, L.L.P. is hereby appoint Lead Counsel and the law firm of Schiffrin Barroway Topaz & Kessler, LLP is hereby appointed Local Counsel.

IT IS SO ORDERED.

DATED:_____

_____
Marilyn H. Patel, United States District Judge