COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
        – and –
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS INC., et al.,<br><br>   Defendants. | No. CV-07-06140-MHP<br><br>CLASS ACTION<br><br>NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL<br><br>DATE:          March 17, 2008<br>TIME:          2:00 p.m.<br>COURTROOM: 15<br>         Honorable Marilyn Hall Patel |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on March 17, 2008, at 2:00 p.m., in the Courtroom of the

3  Honorable Marilyn Hall Patel, Courtroom 15, 18th Floor, United States District Court for the

4  Northern District of California, the National Elevator Industry Pension Fund ("National Elevator

5  Fund") will, and hereby does, move this Court under §21D(a)(3)(B) of the Securities Exchange Act

6  of 1934, 15 U.S.C. §78u-4(a)(3)(B), for an Order (attached hereto as Exhibit 1) appointing it as Lead

7  Plaintiff and approving its selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead

8  counsel. In support of this Motion, the National Elevator Fund submits herewith a Memorandum of

9  Law and Declaration of Ramzi Abadou.

10 DATED: February 4, 2008                COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
11                                         RAMZI ABADOU

12

13                                         _____s/ Ramzi Abadou_____
                                           RAMZI ABADOU
14
                                           655 West Broadway, Suite 1900
15                                         San Diego, CA  92101
                                           Telephone:  619/231-1058
16                                         619/231-7423 (fax)

17                                         COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
18                                         CHRISTOPHER P. SEEFER
                                           100 Pine Street, Suite 2600
19                                         San Francisco, CA  94111
                                           Telephone:  415/288-4545
20                                         415/288-4534 (fax)

21                                         [Proposed] Lead Counsel for Plaintiffs

22  S:\CasesSD\Verifone 07\NOT00048901-LP.doc

23

24

25

26

27

28

NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL - CV-07-06140-MHP    - 1 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk
3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on February 4, 2008.

     s/ Ramzi Abadou
10   RAMZI ABADOU

11   COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
12   655 West Broadway, Suite 1900
13   San Diego, CA  92101-3301
     Telephone:  619/231-1058
14   619/231-7423 (fax)

15   E-mail:  ramzia@csgrr.com

## Mailing Information for a Case 3:07-cv-06140-MHP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`