# EXHIBIT 1

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | CHRISTOPHER P. SEEFER (201197) |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | chriss@csgrr.com |
| 5 |      – and – |
|   | RAMZI ABADOU (222567) |
| 6 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 8 | ramzia@csgrr.com |
| 9 | [Proposed] Lead Counsel for Plaintiffs |

                            UNITED STATES DISTRICT COURT

                            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>VERIFONE HOLDINGS INC., et al.,<br><br>                  Defendants. | No. CV-07-06140-MHP<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER APPOINTING NATIONAL ELEVATOR INDUSTRY PENSION FUND AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

1  Having considered the National Elevator Industry Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Its Selection of Lead Counsel and the Memorandum of Law and Declaration of Ramzi Abadou in support thereof, and good cause appearing therefore: National Elevator Industry Pension Fund is appointed Lead Plaintiff for the class pursuant to §21D of the Securities Exchange Act of 1934, and Lead Plaintiff's selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Verifone 07\ORD00048906-LP.doc

[PROPOSED] ORDER APPOINTING NATIONAL ELEVATOR INDUSTRY PENSION FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL - CV-07-06140-MHP      - 1 -