COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
        – and –
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS INC., et al.,<br><br>Defendants. | No. CV-07-06140-MHP<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF RAMZI ABADOU IN SUPPORT OF NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL<br><br>DATE:         March 17, 2008<br>TIME:          2:00 p.m.<br>COURTROOM: 15<br>         Honorable Marilyn Hall Patel |

1    I, Ramzi Abadou declares:

2    1.    I am a member of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"). I submit this declaration in support of the motion to appoint National Elevator Industry Pension Fund as Lead Plaintiff and for approval of its selection of Coughlin Stoia as lead counsel.

2.    Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the action entitled *Eichenholtz v. VeriFone Holdings Inc.*, Civil Action No. CV-07-06140-MHP (N.D. Cal.), on *Business Wire*, a national, business-oriented newswire service, on December 4, 2007.

3.    Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the National Elevator Industry Pension Fund's transactions in VeriFone Holding Inc. securities.

4.    Attached hereto as Exhibit C is a true and correct copy of the certification of National Elevator Industry Pension Fund;

5.    Attached hereto as Exhibit D is a true and correct copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP; and

6.    Attached here to as Exhibit E is a true and correct copy of *Cortese v. Radian Group Inc.*, No. 07-3375, Memorandum and Order (E.D. Pa. Jan. 30, 2008).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 4th day of February, 2008, at San Diego, California.

                                         s/ Ramzi Abadou
                                         RAMZI ABADOU

S:\CasesSD\Verifone 07\DEC00048905-LP.doc

DECLARATION OF RAMZI ABADOU IN SUPPORT OF NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF - CV-07-06140-MHP        - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2008.

      s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: ramzia@csgrr.com

## Mailing Information for a Case 3:07-cv-06140-MHP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`