# EXHIBIT B

Movant's Purchases and Losses

Verifone

| Name | Date | Shares Purchased | Share Price | Total Cost | Date* | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| National Elevator Industry Pension Fund | 09/07/2006 | 5,550 | $27.29 | $151,442.30 | 09/26/2006 | 775 | $29.00 | $22,475.00 | |
| National Elevator Industry Pension Fund | 09/11/2006 | 875 | $27.30 | $23,884.61 | 02/20/2007 | 12,875 | $42.30 | $544,589.33 | |
| National Elevator Industry Pension Fund | 09/12/2006 | 1,221 | $27.46 | $33,528.05 | 02/22/2007 | 9,850 | $41.02 | $404,003.66 | |
| National Elevator Industry Pension Fund | 09/13/2006 | 429 | $27.37 | $11,739.76 | 02/23/2007 | 10,975 | $40.78 | $447,598.91 | |
| National Elevator Industry Pension Fund | 09/20/2006 | 1,925 | $28.09 | $54,063.82 | 06/28/2007 | 1,797 | $35.70 | $64,159.91 | |
| National Elevator Industry Pension Fund | 09/22/2006 | 2,325 | $27.14 | $63,107.24 | 07/09/2007 | 24,367 | $36.95 | $900,270.49 | |
| National Elevator Industry Pension Fund | 09/22/2006 | 4,975 | $27.07 | $134,673.25 | 07/25/2007 | 750 | $38.73 | $29,045.63 | |
| National Elevator Industry Pension Fund | 09/25/2006 | 4,675 | $27.55 | $128,781.29 | 08/09/2007 | 1,850 | $39.92 | $73,849.23 | |
| National Elevator Industry Pension Fund | 09/26/2006 | 2,350 | $28.52 | $67,016.36 | 08/29/2007 | 2,950 | $34.66 | $102,260.28 | |
| National Elevator Industry Pension Fund | 09/26/2006 | 4,400 | $29.00 | $127,600.00 | 09/25/2007 | 1,800 | $38.88 | $69,992.64 | |
| National Elevator Industry Pension Fund | 10/04/2006 | 3,240 | $28.03 | $90,820.12 | 10/30/2007 | 2,425 | $49.28 | $119,499.39 | |
| National Elevator Industry Pension Fund | 10/05/2006 | 1,360 | $28.26 | $38,434.55 | 11/27/2007 | 2,350 | $45.97 | $108,020.10 | |
| National Elevator Industry Pension Fund | 10/06/2006 | 2,025 | $27.92 | $56,541.24 | 12/03/2007 | 2,575 | $25.26 | $65,042.96 | |
| National Elevator Industry Pension Fund | 10/09/2006 | 2,279 | $27.85 | $63,466.96 | 12/03/2007 | 25,745 | $29.73 | $765,416.87 | |
| National Elevator Industry Pension Fund | 10/10/2006 | 620 | $27.92 | $17,310.71 | 12/04/2007 | 2,545 | $25.45 | $64,781.19 | |
| National Elevator Industry Pension Fund | 10/10/2006 | 9,680 | $28.01 | $271,119.38 | 12/04/2007 | 5,075 | $25.17 | $127,737.75 | |
| National Elevator Industry Pension Fund | 10/11/2006 | 5,846 | $27.63 | $161,527.32 | 12/04/2007 | 10,180 | $25.17 | $256,230.60 | |
| National Elevator Industry Pension Fund | 10/16/2006 | 2,125 | $27.81 | $59,103.48 | 12/05/2007 | 9,175 | $23.68 | $217,264.00 | |
| National Elevator Industry Pension Fund | 10/17/2006 | 2,450 | $28.71 | $70,333.13 | 12/06/2007 | 3,565 | $22.52 | $80,283.80 | |
| National Elevator Industry Pension Fund | 10/18/2006 | 3,500 | $28.89 | $101,129.35 | 12/06/2007 | 7,485 | $22.52 | $168,562.20 | |
| National Elevator Industry Pension Fund | 10/30/2006 | 3,575 | $28.69 | $102,578.91 | 12/06/2007 | 21,515 | $22.52 | $484,517.80 | |
| National Elevator Industry Pension Fund | 10/31/2006 | 3,600 | $29.11 | $104,781.24 | 12/06/2007 | 21,926 | $22.52 | $493,773.52 | |
| National Elevator Industry Pension Fund | 11/30/2006 | 5,460 | $33.01 | $180,230.23 | 12/07/2007 | 8,250 | $22.43 | $185,026.88 | |
| National Elevator Industry Pension Fund | 12/01/2006 | 2,200 | $33.24 | $73,126.02 | 12/07/2007 | 10,750 | $22.43 | $241,095.63 | |
| National Elevator Industry Pension Fund | 01/09/2007 | 5,600 | $35.35 | $197,968.96 | 12/12/2007 | 18,600 | $22.74 | $422,910.06 | |
| National Elevator Industry Pension Fund | 01/11/2007 | 2,925 | $35.45 | $103,685.11 | 12/12/2007 | 22,600 | $22.68 | $512,633.54 | |
| National Elevator Industry Pension Fund | 01/12/2007 | 1,595 | $35.89 | $57,251.73 | | | | | |
| National Elevator Industry Pension Fund | 03/05/2007 | 6,300 | $38.66 | $243,543.51 | | | | | |
| National Elevator Industry Pension Fund | 03/13/2007 | 6,525 | $36.19 | $236,164.55 | | | | | |
| National Elevator Industry Pension Fund | 03/19/2007 | 6,725 | $36.57 | $245,924.51 | | | | | |
| National Elevator Industry Pension Fund | 03/20/2007 | 3,075 | $37.45 | $115,152.91 | | | | | |
| National Elevator Industry Pension Fund | 04/10/2007 | 5,070 | $37.89 | $192,084.56 | | | | | |
| National Elevator Industry Pension Fund | 04/16/2007 | 4,025 | $36.74 | $147,869.24 | | | | | |
| National Elevator Industry Pension Fund | 04/18/2007 | 4,725 | $36.75 | $173,640.44 | | | | | |
| National Elevator Industry Pension Fund | 04/20/2007 | 3,775 | $35.85 | $135,333.75 | | | | | |
| National Elevator Industry Pension Fund | 04/25/2007 | 2,800 | $34.98 | $97,939.80 | | | | | |
| National Elevator Industry Pension Fund | 04/25/2007 | 5,900 | $35.14 | $207,333.08 | | | | | |
| National Elevator Industry Pension Fund | 06/11/2007 | 4,325 | $32.55 | $140,773.99 | | | | | |
| National Elevator Industry Pension Fund | 07/03/2007 | 3,025 | $35.59 | $107,669.73 | | | | | |
| National Elevator Industry Pension Fund | 07/05/2007 | 4,525 | $36.01 | $162,957.02 | | | | | |
| National Elevator Industry Pension Fund | 09/26/2007 | 7,000 | $42.84 | $299,872.30 | | | | | |
| National Elevator Industry Pension Fund | 09/26/2007 | 13,000 | $43.18 | $561,323.10 | | | | | |
| National Elevator Industry Pension Fund | 09/28/2007 | 1,800 | $43.35 | $78,030.00 | | | | | |
| National Elevator Industry Pension Fund | 09/28/2007 | 2,900 | $44.51 | $129,064.50 | | | | | |
| National Elevator Industry Pension Fund | 09/28/2007 | 16,300 | $44.09 | $718,746.87 | | | | | |
| National Elevator Industry Pension Fund | 10/04/2007 | 1,100 | $44.44 | $48,879.71 | | | | | |
| National Elevator Industry Pension Fund | 10/04/2007 | 12,900 | $45.44 | $586,215.99 | | | | | |
| National Elevator Industry Pension Fund | 10/09/2007 | 1,200 | $43.76 | $52,516.08 | | | | | |

## Movant's Purchases and Losses — Verifone

| Movant | Date | Shares | Price |
|---|---|---|---|
| National Elevator Industry Pension Fund | 10/09/2007 | 7,000 | $44.47 |
| National Elevator Industry Pension Fund | 10/18/2007 | 3,875 | $44.70 |
| National Elevator Industry Pension Fund | 10/19/2007 | 2,075 | $44.01 |
| National Elevator Industry Pension Fund | 10/31/2007 | 4,617 | $49.22 |
| National Elevator Industry Pension Fund | 10/31/2007 | 7,383 | $49.01 |
| National Elevator Industry Pension Fund | 11/16/2007 | 466 | $43.26 |
| National Elevator Industry Pension Fund | 11/16/2007 | 557 | $42.84 |
| National Elevator Industry Pension Fund | 11/16/2007 | 12,977 | $43.44 |

| | Shares | Cost | | Proceeds | Loss |
|---|---|---|---|---|---|
| | | $311,269.70 | | | |
| | | $173,204.75 | | | |
| | | $91,314.32 | | | |
| | | $227,248.74 | | | |
| | | $361,872.58 | | | |
| | | $20,160.79 | | | |
| | | $23,863.27 | | | |
| | | $563,762.41 | | | |
| **Movant's Total** | 242,750 | $8,998,977.28 | 242,750 | $6,971,041.35 | ($2,027,935.93) |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.