COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
    – and –
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>VERIFONE HOLDINGS INC., et al.,<br><br>                Defendants. | No. CV-07-06140-MHP<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF RAMZI ABADOU PURSUANT TO LOCAL RULE 3-7(d) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Ramzi Abadou, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 4th day of February, 2008, at San Diego, California.

                                                  s/ Ramzi Abadou
                                                 RAMZI ABADOU

S:\CasesSD\Verifone 07\CERT00048926.doc

1                          CERTIFICATE OF SERVICE

2       I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on February 4, 2008.

9

10                            s/ Ramzi Abadou
                               RAMZI ABADOU

11                            COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
12                            655 West Broadway, Suite 1900
                           San Diego, CA 92101-3301
13                            Telephone: 619/231-1058
14                            619/231-7423 (fax)

15                            E-mail: ramzia@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,AMV@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)