BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DELANGE   (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:    (215) 875-3000
Fax:    (215) 875-4604

Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and the Police and
Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**<br><br>Date:          March 10, 2008<br>Time:         2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:        Hon. Marilyn H. Patel |

NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT
OF LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL
Case No. 07-cv-06140 MHP

| | |
|---|---|
| PETER LIEN, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                Defendants. | Case No. 07-cv-06195 JSW<br><br>Judge: Hon. Jeffrey S. White |
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                Defendants. | Case No. 07-cv-06197 VRW<br><br>Judge: Hon. Vaughn R. Walker |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                Defendants. | Case No. 07-cv-06218 MMC<br><br>Judge: Hon. Maxine M. Chesney |

| | |
|---|---|
| DONALD CERINI, Individually And On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>   Defendants. | Case No. 07-cv-06228 SC<br><br>Judge: Hon. Samuel Conti |
| WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>   Defendants. | Case No. 07-cv-06237 MMC<br><br>Judge: Hon. Maxine M. Chesney |
| KURT HILL, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>   Defendants. | Case No. 07-cv-06238 MHP<br><br>Judge: Hon. Marilyn H. Patel |
| DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>   Defendants. | Case No. 07-cv-06241 JSW<br><br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

PLEASE TAKE NOTICE that on March 10, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn H. Patel, United States District Court, Northern District of California, 450 Golden Gate Ave., San Francisco, California 94102. Class Members Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit ("Steelworkers-Detroit P&F" or "Movants") will, and hereby do, move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), for an order consolidating the nine related actions and granting Steelworkers-Detroit P&F's motion for appointment as Lead Plaintiffs in this action and to approve their selection of the law firms of Berger & Montague, P.C. and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel for the Class.

This motion is made on the grounds that the Movants are the "most adequate plaintiffs" pursuant to the Exchange Act. *See* 15 U.S.C. § 78u-4(a)(3)(B). In addition, Steelworkers-Detroit P&F meet the requirements of Federal Rule of Civil Procedure 23(a) because their claims are typical of the other Class Members' claims and because they will fairly and adequately represent the class. Further, Movants have selected and retained counsel with extensive experience in the area of securities litigation who have successfully prosecuted numerous securities fraud actions on behalf of injured investors.

This Notice of Motion is based upon the Memorandum of Law in support thereof, the Declaration of Blair A. Nicholas in support thereof, the pleadings and files herein, and such other written or oral argument as may be presented to the Court. A Proposed Order is also submitted herewith.

Dated: February 4, 2008                 Respectfully submitted,

                                        BERNSTEIN LITOWITZ BERGER
                                        & GROSSMANN LLP


                                        */s/ Timothy A. DeLange*
                                        TIMOTHY A. DeLANGE

                                        BLAIR A. NICHOLAS
                                        TIMOTHY A. DeLANGE
                                        12481 High Bluff Drive, Suite 300
                                        San Diego, CA 92130

NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT
OF LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL                           -1-
Case No. 07-cv-06140 MHP

| | |
|---|---|
| 1 | Tel:  (858) 793-0070 |
| 2 | Fax: (858) 793-0323 |

*Attorneys for the Police and Fire
Retirement System of the City of Detroit*

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Steelworkers Pension Trust*

***Proposed Co-Lead Counsel***

---

NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT
OF LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL                                -2-
Case No. 07-cv-06140 MHP