BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and the Police and
Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF MOTION BY THE STEELWORKERS PENSION TRUST AND THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn H. Patel |

DECLARATION OF BLAIR A. NICHOLAS
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | PETER LIEN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06195 JSW |
| 2 | | Judge: Hon. Jeffrey S. White |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated, | Case No. 07-cv-06197 VRW |
| 9 | | Judge: Hon. Vaughn R. Walker |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | | |
| 16 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06218 MMC |
| 17 | | Judge: Hon. Maxine M. Chesney |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 21 | | |
| 22 | Defendants. | |

DECLARATION OF BLAIR A. NICHOLAS
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | DONALD CERINI, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06228 SC |
| 2 | | Judge: Hon. Samuel Conti |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06237 MMC |
| 9 | | Judge: Hon. Maxine M. Chesney |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-06238 MHP |
| 16 | | Judge: Hon. Marilyn H. Patel |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06241 JSW |
| 23 | | Judge: Hon. Jeffrey S. White |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 27 | | |
| 28 | Defendants. | |

DECLARATION OF BLAIR A. NICHOLAS
Case No. 07-cv-06140 MHP

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　　　Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

DECLARATION OF BLAIR A. NICHOLAS
Case No. 07-cv-06140 MHP

I, BLAIR A. NICHOLAS hereby declares as follows:

1. I am an attorney admitted to practice in California, and I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP, which represents the Steelworkers Pension Trust ("Steelworkers") and The Police and Fire Retirement System of the City of Detroit ("Detroit P&F") (collectively, "Steelworkers-Detroit P&F" or "Movants").

2. I make this Declaration in Support of the Motion of the Steelworkers-Detroit P&F for Consolidation, for Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Co-Lead Counsel.

3. Attached hereto as Exhibits are true and correct copies of the following:

| **Exhibit No.** | **Description** |
|---|---|
| A | Notice to members of the Class published via *Business Wire* on December 4, 2007; |
| B | Certifications of Movants; |
| C | Charts detailing Movants' losses; |
| D | Firm Resume of Berger & Montague, P.C.; |
| E | Firm Resume of Bernstein Litowitz Berger & Grossmann LLP; and |
| F | Joint Declaration of Ronald Zajac and Richard Hoffmann in Support of the Motion of the Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit for Appointment as Lead Plaintiffs. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February, 2008, at San Diego, California.

                                                *Blair A. Nicholas*
                                              BLAIR A. NICHOLAS

DECLARATION OF BLAIR A. NICHOLAS                                         -1-
Case No. 07-cv-06140 MHP