# EXHIBIT B

## VERIFONE HOLDINGS, INC. (NYSE: PAY)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Richard S. Hoffmann, as General Counsel for and on behalf of the Steelworkers Pension Trust ("Steelworkers" or "Plaintiff"), duly swear and say as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against VeriFone Holdings, Inc. and certain of its officers and/or directors, and I hereby authorize Steelworkers' selected counsel, Berger & Montague P.C., to file a Lead Plaintiff Petition on its behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the securities of VeriFone Holdings, Inc. during the August 31, 2006 through December 3, 2007 Class Period are as follows:

*See* Schedule A attached.

5. Plaintiff has sought to serve as a representative party on behalf of a class under the United States federal securities laws in the following cases filed during the three (3) year period preceding the date on which this certification is signed:

*In re Pfizer, Inc. Sec. Litig.*, Civil Action No. 04-CV-9866-RO (S.D.N.Y. 2004)

*Higginbotham v. Baxter International, Inc., et al.*, Civil Action No. 04C 4909 (N.D. Ill. 2004) (dismissed)

*In re Excelsior, Federated and Scudder Mutual Funds Investment Litigation*, Civil Action No. 04-md-15861-CCB (D.Md. 2004) (Post-Retirement Health Insurance Plan)

*In re Veeco Instruments Inc. Sec. Litig.*, Civil Action No. 1:05-md-1695 (CM) (S.D.N.Y. 2005) (settled)

*In re Imax Corporation Sec. Litig.*, Civil Action No. 06-CV-6128 (NRB) (S.D.N.Y. 2006)

*Sheet Metal Workers Local 28 Pension Fund v. Office Depot, Inc., et al.*, Civil Action No. 07-81038-CIV-Hurley/Hopkins (S.D. Fla. 2007) (lead plaintiff motion filed on January 4, 2008)

6. Plaintiff has been or is currently serving as a lead plaintiff in the following securities class actions during the three (3) year period preceding the date on which this certification is signed:

*Higginbotham v. Baxter International, Inc., et al.*, Civil Action No. 04C 4909 (N.D. Ill. 2004) (dismissed)

*In re Veeco Instruments Inc. Sec. Litig.*, Civil Action No. 1:05-md-1695 (CM) (S.D.N.Y. 2005) (settled)

Plaintiff is currently serving as a lead plaintiff in the following securities class action:

*In re Excelsior, Federated and Scudder Mutual Funds Investment Litigation*, Civil Action No. 04-md-15861-CCB (D.Md. 2004) (Post-Retirement Health Insurance Plan)

7. Plaintiff has not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the court.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of January, 2008 at Inverse, PA.

By: /s/ Richard S. Hoffmann
Richard S. Hoffmann
General Counsel
Steelworkers Pension Trust

2

## SCHEDULE "A"

### Purchases

| Date | Number of Shares Purchased | Price per share |
|---|---|---|
| 09/26/2007 | 2,100 | $42.8389 |
| 09/26/2007 | 3,900 | $43.1787 |
| 09/28/2007 | 5,400 | $44.0949 |
| 09/28/2007 | 600 | $43.35 |
| 09/28/2007 | 1,000 | $44.505 |
| 10/04/2007 | 400 | $44.4361 |
| 10/04/2007 | 4,600 | $45.4431 |
| 10/09/2007 | 1,900 | $44.4671 |
| 10/09/2007 | 300 | $43.7634 |
| 10/31/2007 | 1,540 | $49.22 |
| 10/31/2007 | 2,460 | $49.0143 |
| 11/16/2007 | 3,708 | $43.4432 |
| 11/16/2007 | 133 | $43.2635 |
| 11/16/2007 | 159 | $42.8425 |

### Sales

| Date | Shares Sold | Price per share |
|---|---|---|
| N/A | | |

Malta433612

## CERTIFICATION

Ronald Zajac, General Counsel of the Police and Fire Retirement System of the City of Detroit ("Detroit P&F") declares, as to the claims asserted under the federal securities laws, that:

1. I am authorized to make this certification on behalf of Detroit P&F.

2. I have reviewed a complaint filed in this matter.

3. Detroit P&F did not purchase the securities that are the subject of this action at the direction of its counsel, Bernstein Litowitz Berger & Grossmann LLP, or to participate in this action.

4. Detroit P&F is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary. Detroit P&F fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act regarding its options as to selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. Detroit P&F's transactions in Verifone Holdings Inc., securities that are the subject of this action are set forth in the chart attached hereto.

6. Detroit P&F is currently serving as lead plaintiff in the following actions filed during the three years preceding the date of this Certification:

*In re Dot Hill Systems Corporation Securities Litigation*
*In re Bausch & Lomb, Incorporated Securities Litigation*
*Police and Fire Retirement System of the City of Detroit et al v. KLA-Tencor Corporation, et al.*
*Police and Fire Retirement System of the City of Detroit v. Safenet, Inc., et al.*
*In re Marvell Technology Group, Ltd. Securities Litigation*

7. Detroit P&F has sought to serve as lead plaintiff in the following actions filed under the federal securities laws during the three years preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff in those cases:

*In re Delphi Corp. Securities Litigation*
*In re Boston Scientific Corporation Securities Litigation*
*In re Sonus Networks, Inc. Securities Litigation*
*Southeastern Pennsylvania Transportation Authority et al v. Aetna, Inc., et al.*

8. Detroit P&F is currently seeking to serve as lead plaintiff in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

*McLain v. WSB Financial Group Inc et al.*

9. Detroit P&F will not accept any payment for serving as a class representative on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2008.

*Ronald Zajac*
General Counsel
*Police and Fire Retirement
System of the City of Detroit*

Police and Fire Retirement System of the City of Detroit
Transactions in Verifone Holdings, Inc. (PAY)
Class Period 8/31/06-12/3/07

| Transactions | Trade Date | Shares | Price |
|---|---|---|---|
| PURCHASE | 4/3/2007 | 32,900 | $ 38.6195 |
| PURCHASE | 4/17/2007 | 2,400 | $ 37.1930 |
| PURCHASE | 8/11/2007 | 6,000 | $ 32.5900 |
| PURCHASE | 8/22/2007 | 1,623 | $ 36.3570 |