# EXHIBIT C

## **VeriFone Holdings, Inc.**

## **Summary of Steelworkers-Detroit P&F's Losses**

| Factor | Steelworkers Pension Trust | Police and Fire Retirement System of the City of Detroit | TOTAL |
|---|---|---|---|
| Gross Purchases: | 28,200 shares | 42,923 shares | **71,123 shares** |
| Net Purchases: | 28,200 shares | 42,923 shares | **71,123 shares** |
| Net Expenditures: | $1,261,443.00 | $1,548,592.16 | **$2,810,035.16** |
| Approximate Loss (FIFO Calculation): | $607,041.00 | $460,050.00 | **$1,067,091** |
| Approximate Loss (LIFO Calculation): | $607,041.00 | $442,771.75 | **$1,049,812.75** |

## STEELWORKERS PENSION TRUST

### Loss Calculations - Shares of VeriFone Holdings, Inc. – August 31, 2006 - November 30, 2007

| TRADE DATE | TRANS TYPE | NO SHS BOUGHT | PURCH PRICE / SHARE | PURCHASE COST (excl. fees) | NO SHS SOLD | PRICE / SHARE SOLD | Avg. Closing Price from 12/03/07 to Day of Sale | Higher of Proceeds or Avg. Closing x No. of Shares |
|---|---|---|---|---|---|---|---|---|
| Shs. Held 08/30/06: | | 0 | | | | | | |
| **Class Period Transactions** | | | | | | | | |
| 09/26/07 | BUY | 2,100 | $42.8389 | $ 89,962 | | | | |
| 09/26/07 | BUY | 3,900 | $43.1787 | $ 168,397 | | | | |
| 09/28/07 | BUY | 5,400 | $44.0949 | $ 238,112 | | | | |
| 09/28/07 | BUY | 600 | $43.3500 | $ 26,010 | | | | |
| 09/28/07 | BUY | 1,000 | $44.5050 | $ 44,505 | | | | |
| 10/04/07 | BUY | 400 | $44.4361 | $ 17,774 | | | | |
| 10/04/07 | BUY | 4,600 | $45.4431 | $ 209,038 | | | | |
| 10/09/07 | BUY | 1,900 | $44.4671 | $ 84,487 | | | | |
| 10/09/07 | BUY | 300 | $43.7634 | $ 13,129 | | | | |
| 10/31/07 | BUY | 1,540 | $49.2200 | $ 75,799 | | | | |
| 10/31/07 | BUY | 2,460 | $49.0143 | $ 120,575 | | | | |
| 11/16/07 | BUY | 133 | $43.2635 | $ 5,754 | | | | |
| 11/16/07 | BUY | 159 | $42.8425 | $ 6,812 | | | | |
| 11/16/07 | BUY | 3,708 | $43.4432 | $ 161,087 | | | | |
| **CLASS PD. TOTAL** | | **28,200** | | **$ 1,261,443** | **0** | | | **$0** |

Page 1 of 2

## STEELWORKERS PENSION TRUST

### Loss Calculations - Shares of VeriFone Holdings, Inc. - August 31, 2006 - November 30, 2007

| TRADE DATE | TRANS TYPE | NO SHS BOUGHT | PURCH PRICE / SHARE | PURCHASE COST (excl. fees) | NO SHS SOLD | PRICE / SHARE SOLD | Avg. Closing Price from 12/03/07 to Day of Sale | Higher of Proceeds or Avg. Closing x No. of Shares |
|---|---|---|---|---|---|---|---|---|
| Shs. Held 11/30/07: | | 28,200 | | | | | | |
| **Post Class Period Sales** | | | | | | | | |
| 12/06/07 | SELL | | | | 2,323 | $20.2118 | $23.3975 | $ 54,352 |
| 12/06/07 | SELL | | | | 6,677 | $20.1448 | $23.3975 | $ 156,225 |
| 12/07/07 | SELL | | | | 3,394 | $22.0146 | $23.1480 | $ 78,564 |
| 12/07/07 | SELL | | | | 2,606 | $22.0067 | $23.1480 | $ 60,324 |
| 12/12/07 | SELL | | | | 7,200 | $22.4426 | $23.1013 | $ 166,329 |
| 12/12/07 | SELL | | | | 6,000 | $22.7371 | $23.1013 | $ 138,608 |
| Subtotal of Post-Class Period Sales | | | | | 28,200 | | | $ 654,402 |
| **TOTAL** | | 28,200 | | $ 1,261,443 | 28,200 | | | $ 654,402 |

PSLRA Loss = ($607,041)

Actual Market Loss = ($649,907)

Page 2 of 2

**Policemen and Firemen Retirement System of the City of Detroit**
**Losses in VeriFone Holdings Inc. (PAY)**
Class Period: 8/31/06 - 12/3/07

**FIFO losses**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance: | | 2,500 | | | Sale* | 12/03/07 | (1,500) | $29.9000 | ($44,850.00) |
| | | | | | Sale* | 12/03/07 | (1,000) | $26.0300 | ($26,030.00) |
| | | | | | *Sales offsetting opening balance:* | | (2,500) | | ($70,880.00) |
| Purchase | 04/03/07 | 32,900 | $36.6195 | $1,204,781.55 | | | | | |
| Purchase | 04/17/07 | 2,400 | $37.1930 | $89,263.20 | Sale* | 12/03/07 | (12,600) | $26.0300 | ($327,978.00) |
| Purchase | 06/11/07 | 5,000 | $32.5900 | $162,950.00 | Sale* | 12/04/07 | (9,500) | $25.1700 | ($239,115.00) |
| Purchase | 06/11/07 | 1,000 | $32.5900 | $32,590.00 | Sale* | 12/04/07 | (18,200) | $25.5610 | ($465,210.20) |
| Purchase | 06/22/07 | 1,623 | $36.3570 | $59,007.41 | Sale* | 01/10/08 | (2,623) | $21.4407 | ($56,238.96) |
| | | 42,923 | | $1,548,592.16 | | | (42,923) | | ($1,088,542.16) |
| | | | | | | | | **TOTAL LOSS:** | **($460,050.00)** |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Policemen and Firemen Retirement System of the City of Detroit**
**Losses in VeriFone Holdings Inc. (PAY)**
Class Period: 8/31/06 - 12/3/07

**LIFO losses**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance: | | 2,500 | | | Sale* | 01/10/08 | (2,500) | $21.4407 | ($53,601.75) |
| | | | | | *Sales offsetting opening balance:* | | (2,500) | | ($53,601.75) |
| Purchase | 04/03/07 | 32,900 | $36.6195 | $1,204,781.55 | Sale* | 12/03/07 | (1,500) | $29.9000 | ($44,850.00) |
| Purchase | 04/17/07 | 2,400 | $37.1930 | $89,263.20 | Sale* | 12/03/07 | (13,600) | $26.0300 | ($354,008.00) |
| Purchase | 06/11/07 | 5,000 | $32.5900 | $162,950.00 | Sale* | 12/04/07 | (9,500) | $25.1700 | ($239,115.00) |
| Purchase | 06/11/07 | 1,000 | $32.5900 | $32,590.00 | Sale* | 12/04/07 | (18,200) | $25.5610 | ($465,210.20) |
| Purchase | 06/22/07 | 1,623 | $36.3570 | $59,007.41 | Sale* | 01/10/08 | (123) | $21.4407 | ($2,637.21) |
| | | 42,923 | | $1,548,592.16 | | | (42,923) | | ($1,105,820.41) |
| | | | | | | | **TOTAL LOSS:** | | **($442,771.75)** |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Policemen and Firemen Retirement System of the City of Detroit**
**Losses in VeriFone Holdings Inc. (PAY)**
Class Period: 8/31/06 - 12/3/07

**FIFO losses**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance: | | 2,500 | | | Sale* | 12/03/07 | (1,500) | $29.9000 | ($44,850.00) |
| | | | | | Sale* | 12/03/07 | (1,000) | $25.7440 | ($25,744.00) |
| | | | | | *Sales offsetting opening balance:* | | (2,500) | | ($70,594.00) |
| Purchase | 04/03/07 | 32,900 | $36.6195 | $1,204,781.55 | | | | | |
| Purchase | 04/17/07 | 2,400 | $37.1930 | $89,263.20 | Sale* | 12/03/07 | (12,600) | $25.7440 | ($324,374.40) |
| Purchase | 06/11/07 | 5,000 | $32.5900 | $162,950.00 | Sale* | 12/04/07 | (9,500) | $25.1530 | ($238,953.50) |
| Purchase | 06/11/07 | 1,000 | $32.5900 | $32,590.00 | Sale* | 12/04/07 | (18,200) | $25.5610 | ($465,210.20) |
| Purchase | 06/22/07 | 1,623 | $36.3570 | $59,007.41 | Sale* | 01/10/08 | (2,623) | $16.4187 | ($43,066.25) |
| | | 42,923 | | $1,548,592.16 | | | (42,923) | | ($1,071,604.35) |
| | | | | | | | | **TOTAL LOSS:** | **($476,987.81)** |

*Using actual sale price rather than the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

**Policemen and Firemen Retirement System of the City of Detroit**
**Losses in VeriFone Holdings Inc. (PAY)**
Class Period: 8/31/06 - 12/3/07

**LIFO losses**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance: | | 2,500 | | | Sale* | 01/10/08 | (2,500) | $16.4187 | ($41,046.75) |
| | | | | | *Sales offsetting opening balance:* | | (2,500) | | ($41,046.75) |
| Purchase | 04/03/07 | 32,900 | $36.6195 | $1,204,781.55 | Sale* | 12/03/07 | (1,500) | $29.9000 | ($44,850.00) |
| Purchase | 04/17/07 | 2,400 | $37.1930 | $89,263.20 | Sale* | 12/03/07 | (13,600) | $25.7440 | ($350,118.40) |
| Purchase | 06/11/07 | 5,000 | $32.5900 | $162,950.00 | Sale* | 12/04/07 | (9,500) | $25.1530 | ($238,953.50) |
| Purchase | 06/11/07 | 1,000 | $32.5900 | $32,590.00 | Sale* | 12/04/07 | (18,200) | $25.5610 | ($465,210.20) |
| Purchase | 06/22/07 | 1,623 | $36.3570 | $59,007.41 | Sale* | 01/10/08 | (123) | $16.4187 | ($2,019.50) |
| | | 42,923 | | $1,548,592.16 | | | (42,923) | | ($1,101,151.60) |
| | | | | | | | | **TOTAL LOSS:** | **($447,440.56)** |

*Using actual sale price rather than the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.