# EXHIBIT F

| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
| |    & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
| | TIMOTHY A. DELANGE (Bar No. 190768) |
| 3 | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA 92130 |
| 4 | Tel:  (858) 793-0070 |
| | Fax:  (858) 793-0323 |
| 5 | |
| 6 | BERGER & MONTAGUE, P.C. |
| | SHERRIE R. SAVETT |
| 7 | BARBARA A. PODELL |
| | PHYLLIS M. PARKER |
| 8 | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| 9 | Tel:  (215) 875-3000 |
| | Fax:  (215) 875-4604 |
| 10 | |
| | Attorneys for Proposed Lead Plaintiffs |
| 11 | Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>               Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>**JOINT DECLARATION OF RONALD ZAJAC AND RICHARD HOFFMANN IN SUPPORT OF THE MOTION OF THE STEELWORKERS PENSION TRUST AND THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT AS LEAD PLAINTIFFS**<br><br>Date:       March 10, 2008<br>Time:      2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:     Hon. Marilyn H. Patel<br><br>JURY TRIAL DEMANDED |

---

JOINT DECLARATION IN SUPPORT OF MOTION FOR
APPOINTMENT OF LEAD PLAINTIFFS
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated, | Case No. 07-cv-06197 VRW |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | PETER LIEN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06195 JSW |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06218 MMC |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-06238 MHP |
| 23 | | |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 27 | | |
| 28 | Defendants. | |

JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06237 MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | DONALD CERINI, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06228 SC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06241 JSW |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated, | Case No. 08-cv-0118 CW |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

JOINT DECLARATION IN SUPPORT OF MOTION FOR
APPOINTMENT OF LEAD PLAINTIFFS
Case No. 07-cv-06140 MHP

Ronald Zajac and Richard Hoffmann, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the application of the Steelworkers Pension Trust ("Steelworkers") and the Police and Fire Retirement System of the City of Detroit ("Detroit P&F") to be appointed as Lead Plaintiffs in the above-captioned cases concerning VeriFone Holdings, Inc. ("VeriFone") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We both have personal knowledge about the information in this Joint Declaration.

2. I, Ronald Zajac, am General Counsel for the Police and Fire Retirement System of the City of Detroit. Detroit P&F is a public pension fund organized for the benefit of active and retired policemen and firemen of the City of Detroit. I am informed of and understand the requirements and duties imposed by the PSLRA. On December 6, 2007, the Board of Trustees passed a resolution authorizing Detroit P&F to seek to be appointed Lead Plaintiff in this action. After due consideration, and after a direct telephonic conversation with Mr. Hoffmann in which no outside counsel participated, I determined that it was in the best interests of Detroit P&F and the Class to file a joint motion to have Detroit P&F appointed Lead Plaintiff together with Steelworkers.

3. I, Richard Hoffmann, am the General Counsel of Steelworkers Pension Trust. Steelworkers is multi-employer pension plan with approximately $2 billion in assets. As reflected in its Certification, Steelworkers purchased a significant number of shares of VeriFone and suffered substantial loss as a result of the violations as alleged in these actions. I am informed of and understand the requirements and duties imposed by the PSLRA. After due consideration, and after a direct telephonic conversation with Mr. Zajac in which no outside counsel participated, Steelworkers determined to file a motion to have Steelworkers appointed Lead Plaintiff together with Detroit P&F.

4. Steelworkers and Detroit P&F are dedicated to maximizing the recovery to members of the Class in this Action and the strengthening of corporate governance to protect investors from fraudulent reporting by publicly traded companies such as VeriFone. After reviewing the allegations in the above-captioned actions and determining that both Steelworkers

and Detroit P&F have suffered significant losses as a result of investments in VeriFone, and prior to filing a Lead Plaintiff motion under the PSLRA, we approved the filing of a joint motion for appointment as Lead Plaintiffs.

5. As a result of the significant losses suffered by Steelworkers and Detroit P&F, and their common goals as institutional investors to serve as Lead Plaintiffs in this action under the PSLRA, Steelworkers and Detroit P&F decided to join together to prosecute this action as Lead Plaintiffs for the Class. To that end, Steelworkers and Detroit P&F have coordinated their actions herein and have communicated with each other, including through a direct telephonic conference in which no outside counsel participated, to discuss strategy and procedures for directing this litigation and monitoring counsel.

6. We understand that the Lead Plaintiff's role under the PSLRA is to select and retain Lead Counsel and to supervise the prosecution of the case. We believe our selected counsel are highly experienced and adequate to represent the interests of the Class. We are committed to overseeing Lead Counsel's prosecution of this litigation to ensure that the case is handled efficiently and without duplication of work.

7.  We understand further that it is the obligation of the Lead Plaintiff and Lead Counsel to vigorously prosecute the action on behalf of all Class members and to maximize the recovery obtainable by all Class members from all culpable parties.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge. Executed this 4th day of February, 2008.

_____
Ronald Zajac
General Counsel
*Police and Fire Retirement System of the City of Detroit*


_____
Richard Hoffmann
General Counsel
*Steelworkers Pension Trust*

JOINT DECLARATION IN SUPPORT OF MOTION FOR
APPOINTMENT OF LEAD PLAINTIFFS                                           -3-
Case No. 07-cv-06140 MHP

7. We understand further that it is the obligation of the Lead Plaintiff and Lead Counsel to vigorously prosecute the action on behalf of all Class members and to maximize the recovery obtainable by all Class members from all culpable parties.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge. Executed this 1st day of February, 2008.

_____
Ronald Zajac
General Counsel
*Police and Fire Retirement System of the City of Detroit*

_____
Richard Hoffmann
General Counsel
*Steelworkers Pension Trust*