1  BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
   TIMOTHY A. DELANGE   (Bar No. 190768)
3  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
4  Tel:    (858) 793-0070
   Fax:    (858) 793-0323
5
   BERGER & MONTAGUE, P.C.
6  SHERRIE R. SAVETT
   BARBARA A. PODELL
7  PHYLLIS M. PARKER
   1622 Locust Street
8  Philadelphia, PA 19103
   Tel:    (215) 875-3000
9  Fax:    (215) 875-4604

10 Attorneys for Proposed Lead Plaintiffs
   Steelworkers Pension Trust and the
11 Police and Fire Retirement System of the
   City of Detroit

12

13
                      UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16
   | | |
   |---|---|
   | JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATE OF BARBARA A. PODELL PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date:        March 10, 2008<br>Time:        2:00 p.m.<br>Courtroom:   15, 18th Floor<br>Judge:       Hon. Marilyn H. Patel |

| | | |
|---|---|---|
| 1 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated, | Case No. 07-cv-06197 VRW |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | PETER LIEN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06195 JSW |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06218 MMC |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-06238 MHP |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06237 MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | DONALD CERINI, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06228 SC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06241 JSW |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated, | Case No. 08-cv-0118 CW |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)
Case No. 07-cv-06140 MHP

Pursuant to Northern District Local Rule 3-7(d) I, BARBARA A. PODELL, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 1st day of February, 2008 at Philadelphia, Pennsylvania.

BERGER & MONTAGUE, P.C.

*Barbara A. Podell*
BARBARA A. PODELL

SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

*Attorneys for Proposed Lead Plaintiffs*
*Steelworkers Pension Trust and*
*The Police and Fire Retirement System*
*of the City of Detroit*

---

JOINT DECLARATION IN SUPPORT OF MOTION FOR
APPOINTMENT OF LEAD PLAINTIFFS                                              -1-
Case No. 07-cv-06140 MHP