BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

Attorneys for Proposed Lead Plaintiffs Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>CERTIFICATE OF SHERRIE R. SAVETT PURSUANT TO LOCAL RULE 3-7(d)<br><br>Date:       March 10, 2008<br>Time:       2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge:      Hon. Marilyn H. Patel |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)
Case No. 07-cv-06140 MHP

| | | |
|---|---|---|
| 1 | BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated, | Case No. 07-cv-06197 VRW |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | Defendants. | |
| 9 | PETER LIEN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06195 JSW |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06218 MMC |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-06238 MHP |
| 23 | | |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 27 | | |
| 28 | Defendants. | |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06237 MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | DONALD CERINI, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06228 SC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06241 JSW |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated, | Case No. 08-cv-0118 CW |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

Pursuant to Northern District Local Rule 3-7(d) I, SHERRIE R. SAVETT, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this ___ day of February, 2008 at Philadelphia, Pennsylvania.

BERGER & MONTAGUE, P.C.

_____
SHERRIE R. SAVETT

SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:   (215) 875-4604

*Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and
The Police and Fire Retirement System
of the City of Detroit*

---

JOINT DECLARATION IN SUPPORT OF MOTION FOR
APPOINTMENT OF LEAD PLAINTIFFS                                                                  -1-