BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and the Police and
Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Marilyn H. Patel<br>Room: 15, 18th Floor |

| | |
|---|---|
| PETER LIEN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　　Defendants. | Case No. 07-cv-06195 JSW<br><br>Judge: Hon. Jeffrey S. White |
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　　Defendants. | Case No. 07-cv-06197 VRW<br><br>Judge: Hon. Vaughn R. Walker |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　　　Defendants. | Case No. 07-cv-06218 MMC<br><br>Judge: Hon. Maxine M. Chesney |

| | |
|---|---|
| DONALD CERINI, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 07-cv-06228 SC<br><br>Judge: Hon. Samuel Conti |
| WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 07-cv-06237 MMC<br><br>Judge: Hon. Maxine M. Chesney |
| KURT HILL, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 07-cv-06238 MHP<br><br>Judge: Hon. Marilyn H. Patel |
| DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 07-cv-06241 JSW<br><br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, Police and Fire Retirement System of the City of Detroit is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or there is no such interest to report; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: February 4, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Timothy A. DeLange*
TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

*Attorneys for the Police and Fire*
*Retirement System of the City of Detroit*


BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:  (215) 875-4604

*Attorneys for Steelworkers Pension Trust*

**Proposed Co-Lead Counsel**