| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
|   |    & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS   (Bar No. 178428) |
|   | TIMOTHY A. DELANGE   (Bar No. 190768) |
| 3 | 12481 High Bluff Drive, Suite 300 |
|   | San Diego, CA 92130 |
| 4 | Tel:   (858) 793-0070 |
|   | Fax:  (858) 793-0323 |
| 5 | |
|   | BERGER & MONTAGUE, P.C. |
| 6 | SHERRIE R. SAVETT |
|   | BARBARA A. PODELL |
| 7 | PHYLLIS M. PARKER |
|   | 1622 Locust Street |
| 8 | Philadelphia, PA 19103 |
|   | Tel:   (215) 875-3000 |
| 9 | Fax:  (215) 875-4604 |
| 10 | Attorneys for Proposed Lead Plaintiffs |
|    | Steelworkers Pension Trust and the Police and |
| 11 | Fire Retirement System of the City of Detroit |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>     Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>STEELWORKERS PENSION TRUST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Marilyn H. Patel<br>Room: 15, 18th Floor |

STEELWORKERS PENSION TRUST'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 07-cv-06140 MHP

| | |
|---|---|
| PETER LIEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06195 JSW<br><br>Judge: Hon. Jeffrey S. White |
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06197 VRW<br><br>Judge: Hon. Vaughn R. Walker |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06218 MMC<br><br>Judge: Hon. Maxine M. Chesney |

| | | |
|---|---|---|
| 1 | DONALD CERINI, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06228 SC |
| 2 | | Judge: Hon. Samuel Conti |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06237 MMC |
| 9 | | Judge: Hon. Maxine M. Chesney |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-cv-06238 MHP |
| 16 | | Judge: Hon. Marilyn H. Patel |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated, | Case No. 07-cv-06241 JSW |
| 23 | | Judge: Hon. Jeffrey S. White |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 27 | | |
| 28 | Defendants. | |

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

STEELWORKERS PENSION TRUST'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No. 07-cv-06140 MHP

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, Steelworkers Pension Trust is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or there is no such interest to report; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: February 4, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


_/s/ Timothy A. DeLange_
TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for the Police and Fire
Retirement System of the City of Detroit*


BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:   (215) 875-4604

*Attorneys for Steelworkers Pension Trust*

**Proposed Co-Lead Counsel**