BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS  (Bar No. 178428)
TIMOTHY A. DELANGE  (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and the Police and
Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>                    Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION BY THE STEELWORKERS PENSION TRUST AND THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**<br><br>Date:  March 10, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Marilyn H. Patel<br>Room: 15, 18th Floor |

| | |
|---|---|
| PETER LIEN, Individually And On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>            Defendants. | Case No. 07-cv-06195 JSW<br><br>Judge: Hon. Jeffrey S. White |
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>            Defendants. | Case No. 07-cv-06197 VRW<br><br>Judge: Hon. Vaughn R. Walker |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>            Defendants. | Case No. 07-cv-06218 MMC<br><br>Judge: Hon. Maxine M. Chesney |

[PROPOSED] ORDER
Case No. 07-cv-06140 MHP

| | |
|---|---|
| DONALD CERINI, Individually And On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>              Defendants. | Case No. 07-cv-06228 SC<br><br>Judge: Hon. Samuel Conti |
| WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>              Defendants. | Case No. 07-cv-06237 MMC<br><br>Judge: Hon. Maxine M. Chesney |
| KURT HILL, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>              Defendants. | Case No. 07-cv-06238 MHP<br><br>Judge: Hon. Marilyn H. Patel |
| DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>              Defendants. | Case No. 07-cv-06241 JSW<br><br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

This Court, having considered the Steelworkers Pension Trust ("Steelworkers") and The Police and Fire Retirement System of the City of Detroit ("Detroit P&F") (collectively, "Steelworkers-Detroit P&F" or "Movants") Motion for Consolidation, for Appointment as Lead Plaintiffs and for Approval of Movants' Selection of Co-Lead Counsel, the memorandum of law submitted in support thereof, and the Declaration of Blair A. Nicholas, Esq. submitted in support thereof, hereby orders as follows:

I.   The above-captioned actions are hereby consolidated for all purposes.

II.  Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), Steelworkers-Detroit P&F are selected as Lead Plaintiffs for the Class.

III. Lead Plaintiffs' selection of counsel is approved: pursuant to section 21(D)(a)(3)(B)(V) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(V), the law firms Berger & Montague, P.C. and Bernstein Litowitz Berger & Grossmann LLP are appointed as Plaintiffs' Co-Lead Counsel in the action.

IV.  Lead Plaintiffs shall file a consolidated complaint after the date of the entry of this Order, according to the schedule agreed to between the parties.

**IT IS SO ORDERED.**

Date: _____        _____
                             UNITED STATES DISTRICT COURT JUDGE