BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Proposed Lead Plaintiffs
Steelworkers Pension Trust and the Police and
Fire Retirement System of the City of Detroit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06140 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF SERVICE<br><br>**Date: March 10, 2008**<br>**Time: 2:00 p.m.**<br>**Courtroom: 15, 18th Floor**<br>**Judge: Hon. Marilyn H. Patel** |

| | |
|---|---|
| PETER LIEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06195 JSW<br><br>Judge: Hon. Jeffrey S. White |
| BRIAN VAUGHN, RON DOCKSWELL and MIRIAM LOGAN, On Behalf of Themselves And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06197 VRW<br><br>Judge: Hon. Vaughn R. Walker |
| ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 07-cv-06218 MMC<br><br>Judge: Hon. Maxine M. Chesney |

| | |
|---|---|
| DONALD CERINI, Individually And On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br>Defendants. | Case No. 07-cv-06228 SC<br>Judge: Hon. Samuel Conti |
| WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br>Defendants. | Case No. 07-cv-06237 MMC<br>Judge: Hon. Maxine M. Chesney |
| KURT HILL, On Behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br>v.<br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br>Defendants. | Case No. 07-cv-06238 MHP<br>Judge: Hon. Marilyn H. Patel |
| DANIEL OFFUTT, Individually And On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br>Defendants. | Case No. 07-cv-06241 JSW<br>Judge: Hon. Jeffrey S. White |

| | |
|---|---|
| EDWARD FEITEL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No. 08-cv-0118 CW<br><br>Judge: Hon. Claudia Wilken |

DECLARATION OF SERVICE
Case No. 07-cv-06140 MHP

DECLARATION OF SERVICE

I, the undersigned, declare:

I. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

II. That on February 4, 2008, declarant caused to be served the following documents:

A. Notice of Motion for Consolidation and Appointment of Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel;

B. Memorandum of Law in Support of Motion by the Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit for Consolidation, for Appointment of Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel;

C. Declaration of Blair A. Nicholas in Support of Motion by the Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit for Consolidation, for Appointment of Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel;

D. Certificate of Blair A. Nicholas Pursuant to Local Rule 3-7(d);

E. Certificate of Timothy A. DeLange Pursuant to Local Rule 3-7(d);

F. Certificate of Barbara A. Podell Pursuant to Local Rule 3-7(d);

G. Certificate of Sherrie R. Savett Pursuant to Local Rule 3-7(d);

H. Certificate of Phyllis M. Parker Pursuant to Local Rule 3-7(d);

I. Steelworkers Pension Trust's Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16;

J. Police and Fire Retirement System of the City of Detroit's Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16;

K. [Proposed] Order Granting Motion by the Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit for Consolidation, for Appointment of Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Co-Lead Counsel; and

L. DECLARATION OF SERVICE.

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

**X** **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of

correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

III. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on February 4, 2008, at San Diego, California.

*/s/ Kristina L. Sousek*
Kristina L. Sousek

**VERIFONE HOLDINGS, INC.**
SERVICE LIST
February 4, 2008
Page 1

---

***ATTORNEYS FOR PLAINTIFFS:***

Joseph J. Tabacco, Jr.
Nicole Catherine Lavallee
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermanesq.com
Email: nlavallee@bermanesq.com
*Attorneys for Plaintiff Albert L. Feldman and Eleanor Jean Feldman*

Darren Jay Robbins
David C. Walton
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
Email: darrenr@csgrr.com
Email: davew@csgrr.com
*Attorneys for Plaintiff Daniel Offutt*

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@csgrr.com
*Attorneys for Plaintiff Daniel Offutt*

Daniel C. Girard
Aaron M. Sheanin
Jonathan Krasne Levine
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: girardgibbs@girardgibbs.com
Email: ams@girardgibbs.com
Email: jkl@girardgibbs.com
*Attorneys for Plaintiff Joel Eichenholtz*

Reed R. Kathrein
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: berman@hbsslaw.com
Email: reed@hbsslaw.com
*Attorneys for Plaintiff Peter Lien* and *Westland Capital Management, LLC*

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com
*Attorneys for Plaintiff Peter Lien and Westland Capital Management, LLC*

---

Francis A. Bottini, Jr.
Brett Michael Weaver
Derek J. Wilson
Frank James Johnson
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 233-5535
Email: frankb@johnsonbottini.com
Email: brettw@johnsonbottini.com
Email: derekw@johnsonbottini.com
Email: frankj@johnsonbottini.com
*Attorneys for Plaintiffs Brian Vaughn, Ron Dockswell, and Miriam Logan*

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@kgscounsel.com
*Attorneys for Plaintiff Peter Lien* and *Westland Capital Management, LLC*

Jeffrey P. Campisi
KAPLAN, FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
Email: jcampisi@kaplanfox.com
*Attorneys for Plaintiffs Kurt Hill and Edward Feitel*

Linda M. Fong
Laurence D. King
KAPLAN, FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707
Email: lfong@kaplanfox.com
Email: lking@kaplanfox.com
*Attorneys for Plaintiffs Kurt Hill and Edward Feitel*

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Tel: (914) 997-5656
Fax: (914) 997-2444
*Attorneys for Plaintiff Kurt Hill*

Jeffrey P. Campisi
Joel B. Strauss
KAPLAN, FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
Email: jcampisi@kaplanfox.com
Email: jstrauss@kaplanfox.com
*Attorneys for Plaintiffs Kurt Hill and Edward Feitel*

---

Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
*Attorneys for Plaintiff Edward Feitel*

Alan Roth Plutzik
Lawrence Timothy Fisher
SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0770
Fax: (925) 945-8792
Email: aplutzik@bramsonplutzik.com
Email: ltfisher@bramsonplutzik.com
*Attorneys for Plaintiff Donald Cerini*

D. Seamus Kaskela
Richard A. Maniskas
SCHIFFRIN BARROWAY TOPAZ
& KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
*Attorneys for Plaintiff Donald Cerini*

***ATTORNEYS FOR DEFENDANTS:***

Michael Howard Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712 8800
Email: steinbergm@sullcrom.com
*Attorneys for Defendants Verifone Holdings, Inc., Douglas G. Bergeron and Barry Zwarenstein*

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 461-5600
Fax: (650) 461-5700
Email: cullenb@sullcrom.com
*Attorneys for Defendants Verifone Holdings, Inc., Douglas G. Bergeron and Barry Zwarenstein*