1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | Case No. C 07-6140 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>　　　　　　Defendants. | Case No. C 07-6195 JSW |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES
CASE NO. C 07-6140 MHP

| | | |
|---|---|---|
| 1 | BRIAN VAUGHN and MIRIAM LOGAN, On Behalf of Themselves and All Others Similarly Situated, | Case No. C 07-6197 VRW |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | ALBERT L. FELDMAN and ELEANOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-6218 MMC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-6228 SC |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | Defendants. | |

| | | |
|---|---|---|
| 1 | WESTEND CAPITAL MANAGEMENT LLC, Individually And On Behalf of All Others Similarly Situated, | Case No. C 07-6237 MMC |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | KURT HILL, On Behalf of Himself and All Others Similarly Situated, | Case No. C 07-6238 MHP |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-6241 JSW |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, on behalf of himself and all others similarly situated, | Case No. C 08-0118 CW |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 26 | | |
| 27 | Defendants | |
| 28 | | |

Pursuant to Fed. R. Civ. P. 16(d), Civil L.R. 23-1(b), and the Manual for Complex Litigation, Fourth §§ 11.12, 11.21, and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The following nine actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and/or fact, and, therefore, are related cases within the meaning of Civil L.R. 3-12:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Eichenholtz* v. *VeriFone Holdings, Inc. et al.* | C 07-6140 MHP | 12/04/07 |
| *Lien* v. *VeriFone Holdings, Inc. et al.* | C 07-6195 JSW | 12/06/07 |
| *Vaughn et al.* v. *VeriFone Holdings, Inc. et al.* | C 07-6197 VRW | 12/06/07 |
| *Feldman et al.* v. *VeriFone Holdings, Inc. et al.* | C 07-6218 MMC | 12/07/07 |
| *Cerini* v. *VeriFone Holdings, Inc. et al.* | C 07-6228 SC | 12/10/07 |
| *Westend Capital Management LLC* v. *VeriFone Holdings, Inc. et al.* | C 07-6237 MMC | 12/10/07 |
| *Hill* v. *VeriFone Holdings, Inc. et al.* | C 07-6238 MHP | 12/10/07 |
| *Offutt* v. *VeriFone Holdings, Inc. et al.* | C 07-6241 JSW | 12/11/07 |
| *Feitel* v. *VeriFone Holdings, Inc., et al.* | C 08-0118 CW | 01/07/08 |

2. Pursuant to Fed. R. Civ. P. 42(a), the above-listed cases are hereby reassigned to United States District Judge Marilyn H. Patel and consolidated into Civil Action C 07-6140 MHP for pretrial proceedings before this Court. The consolidated action shall be captioned: "*In re VeriFone Holdings, Inc. Securities Litigation.*"

3. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes. This Order shall apply to every such related

action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

5. The docket in Civil Action No. C 07-6140 MHP shall constitute the Master Docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| This Document Relates To: | |

7. The file in Civil Action No. C 07-6140 MHP shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. CV 07 6140 (Doe)").

8. The parties shall file an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 3-12, whenever a case that should be consolidated into this action is filed in, or transferred to, this District.

## PLEADINGS AND MOTIONS

9. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

10. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

11. Following the appointment of Lead Plaintiff in this action and the filing of the consolidated complaint, Defendants shall respond to the consolidated complaint within sixty (60) days after service, unless otherwise agreed upon by the parties.

Dated: January 18, 2008

    /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Attorneys for VeriFone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein

1  *I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to*
2  *file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES.  In*
3  *compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred*
4  *in this filing.*

5  Dated:  January 18, 2008

6      /s/ Brendan P. Cullen
   Brendan P. Cullen (SBN 194057)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 Attorneys for VeriFone Holdings, Inc.,
   Douglas G. Bergeron, and Barry
11 Zwarenstein

12 Dated:  January 18, 2008

13     /s/ Aaron M. Sheanin
   Daniel C. Girard (SBN 114826)
   Jonathan K. Levine (SBN 220289)
14 Aaron M. Sheanin (SBN 214472)
   GIRARD GIBBS LLP
15 601 California Street, Suite 1400
   San Francisco, CA  94108
16 Telephone:     (415) 981-4800
   Facsimile:     (415) 981-4846
17
   Attorneys for Joel Eichenholtz
18 Dated:  January 18, 2008

19     /s/ Reed R. Kathrein
   Reed R. Kathrein (SBN 139304)
20 HAGENS BERMAN SOBOL SHAPIRO
   LLP
21 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
22 Telephone:     (510) 725-3000
   Facsimile:     (510) 725-3001

23 Lewis S. Kahn
   KAHN GAUTHIER SWICK, LLC
24 650 Poydras Street, Suite 2150
   New Orleans, LA 70130
25 Telephone:     (504) 455-1400
   Facsimile:     (504) 455-1498
26
   Attorneys for Peter Lien
27

28

1 | Dated: January 18, 2008

    /s/ Reed R. Kathrein
Reed R. Kathrein (SBN 139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:   (510) 725-3000
Facsimile:   (510) 725-3001

Lewis S. Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:   (504) 455-1400
Facsimile:   (504) 455-1498

Attorneys for WestEnd Capital Management LLC

Dated: January 18, 2008

    /s/ Francis M. Bottini, Jr.
Frank J. Johnson (SBN 174882)
Francis M. Bottini, Jr. (SBN 175783)
Brett M. Weaver (SBN 204715)
Derek J. Wilson (SBN 250309)
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone:   (619) 230-0063
Facsimile:   (619) 233-5535

Attorneys for Brian Vaughn and Miriam Logan

Dated: January 18, 2008

    /s/ Lesley Ann Hale
Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Lesley Ann Hale (SBN 237726)
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:   (415) 433-3200
Facsimile:   (415) 433-6382

Attorneys for Albert L. Feldman and Eleanor Jean Feldman

Dated: January 18, 2008

   /s/ Alan R. Plutzik
Alan R. Plutzik (SBN 077758)
L. Timothy Fisher (SBN 191626)
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:    (925) 945-0770
Facsimile:    (925) 945-8792

Attorneys for Donald Cerini

Dated: January 18, 2008

   /s/ Linda M. Fong
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:    (415) 772-4700
Facsimile:    (415) 772-4707


Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:    (212) 687-1980
Facsimile:    (212) 687-7714

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Telephone:    (914) 997-5656
Facsimile:    (914) 997-2444

Kurt B. Olsen
KLAFTER & OLSEN LLP
1250 Connecticut Avenue, N.W. Suite 200
Washington, DC 20036
Telephone:    (202) 261-3553
Facsimile:    (202) 261-3533

Attorneys for Kurt Hill

1 | Dated: January 18, 2008

/s/ Ramzi Abadou
Shawn A. Williams (SBN 213113)
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 288-4545
Facsimile:   (415) 288-4534

Darren J. Robbins (SBN 168593)
David C. Walton (SBN 167268)
Ramzi Abadou (SBN 222567)
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:   (619) 231-1058
Facsimile:   (619) 231-7423

Attorneys for Daniel Offutt

Dated: January 18, 2008

/s/ Linda M. Fong
Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:   (415) 772-4700
Facsimile:   (415) 772-4707

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone:   (212) 687-1980
Facsimile:   (212) 687-7714

Karen Hanson Riebel
LOCKRIDGE GRINDAL & NAUEN
P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:   (612) 339-6900
Facsimile:   (612) 339-0981

Attorneys for Edward Feitel

1
2                                          **ORDER**
3   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
4
5
    Dated: January 18, 2008
6                                          _____
                                            THE HONORABLE
7                                           UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

8