SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile:   (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:   (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>CERTIFICATION OF JEFFREY J. ANGELOVICH PURSUANT TO LOCAL RULE 3-7(d) |

[Captions Continued on Next Page]

| | |
|---|---|
| PETER LIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>        Defendants. | No. C 07-6195 JSW<br><br>CLASS ACTION |
| BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>       Defendants. | No. C 07-6197 VRW<br><br>CLASS ACTION |
| ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>       Defendants. | No. C 07-6128 MMC<br><br>CLASS ACTION |
| DONALD CERINI, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>       Defendants. | No. C 07-6228 SC<br><br>CLASS ACTION |

[Captions Continued on Next Page]

CERTIFICATION OF JEFFREY J. ANGELOVICH PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

| | |
|---|---|
| WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6237 MMC<br><br>CLASS ACTION |
| KURT HILL, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6238 MHP<br><br>CLASS ACTION |
| DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 07-6241 JSW<br><br>CLASS ACTION |
| EDWARD FEITEL, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>           Defendants. | No. C 08-0118 CW<br><br>CLASS ACTION |

1  I, Jeffrey J. Angelovich, make this Declaration pursuant to Local Rule 3-7(d) of the United
2  States District Court for the Northern District of California.
3  I am seeking to serve as class counsel in this action, which is governed by the Private
4  Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).
5  Exclusive of securities held through mutual funds or discretionary accounts managed by
6  professional money managers, I do not directly own or otherwise have a beneficial interest in the
7  securities that are the subject of this action.
8  I declare under penalty of perjury that the foregoing is true and correct. Executed on
9  February 8th, 2008 in Daingerfield, Texas.

*/s/ Jeffrey J. Angelovich*

Submitted by:
NIX, PATTERSON & ROACH, L.L.P.
Jeffrey J. Angelovich
205 Linda Drive
Daingerfield, TX 75638
Telephone:   (903) 645-7333
Facsimile:   (903) 645-4415

CERTIFICATION OF JEFFREY J. ANGELOVICH PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP