SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:(925) 945-0770
Facsimile:   (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:(610) 667-7706
Facsimile:   (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6140 MHP |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | CERTIFICATION OF BRADLEY E. BECKWORTH PURSUANT TO LOCAL RULE 3-7(d) |
| VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| Defendants. | |
| [Captions Continued on Next Page] | |

CERTIFICATION OF BRADLEY E. BECKWORTH PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6195 JSW |
| 3 | Plaintiff, | CLASS ACTION |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6197 VRW |
| 9 | Plaintiff, | CLASS ACTION |
| 10 | v. | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 12 | Defendants. | |
| 13 | ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6128 MMC |
| 14 | | |
| 15 | Plaintiffs, | CLASS ACTION |
| 16 | v. | |
| 17 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 18 | Defendants. | |
| 19 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6228 SC |
| 20 | | |
| 21 | Plaintiff, | CLASS ACTION |
| 22 | v. | |
| 23 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 24 | Defendants. | |
| 25 | [Captions Continued on Next Page] | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATION OF BRADELY E. BECKWORTH PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

| | |
|---|---|
| WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6237 MMC<br><br>CLASS ACTION |
| KURT HILL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6238 MHP<br><br>CLASS ACTION |
| DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6241 JSW<br><br>CLASS ACTION |
| EDWARD FEITEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 08-0118 CW<br><br>CLASS ACTION |

CERTIFICATION OF BRADELY E. BECKWORTH PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

1  I, Bradley E. Beckworth, make this Declaration pursuant to Local Rule 3-7(d) of the United
2  States District Court for the Northern District of California.
3  I am seeking to serve as class counsel in this action, which is governed by the Private
4  Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).
5  Exclusive of securities held through mutual funds or discretionary accounts managed by
6  professional money managers, I do not directly own or otherwise have a beneficial interest in the
7  securities that are the subject of this action.
8  I declare under penalty of perjury that the foregoing is true and correct. Executed on
9  February ___, 2008 in Daingerfield, Texas.

10
11                                                          _____
12                                                          Bradley E. Beckworth
13
14  Submitted by:
    NIX, PATTERSON & ROACH, L.L.P.
15  Bradley E. Beckworth
16  205 Linda Drive
    Daingerfield, TX 75638
17  Telephone:   (903) 645-7333
    Facsimile:   (903) 645-4415
18
19
20
21
22
23
24
25
26
27
28
    CERTIFICATION OF BRADLEY E. BECKWORTH PURSUANT TO RULE 3-7(d)
    CASE NO. C07-6140 MHP