SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:(925) 945-0770
Facsimile:   (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:(610) 667-7706
Facsimile:   (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL EICHENHOLTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>CERTIFICATION OF SUSAN WHATLEY PURSUANT TO LOCAL RULE 3-7(d) |

[Captions Continued on Next Page]

| | | |
|---|---|---|
| 1 | | |
| 2 | PETER LIEN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6195 JSW |
| 3 | Plaintiff, | CLASS ACTION |
| 4 | v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | BRIAN VAUGHN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6197 VRW |
| 9 | Plaintiff, | CLASS ACTION |
| 10 | v. | |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 12 | Defendants. | |
| 13 | ALBERT L. FELDMAN and ELENOR JEAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6128 MMC |
| 14 | | |
| 15 | Plaintiffs, | CLASS ACTION |
| 16 | v. | |
| 17 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 18 | Defendants. | |
| 19 | DONALD CERINI, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6228 SC |
| 20 | | |
| 21 | Plaintiff, | CLASS ACTION |
| 22 | v. | |
| 23 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 24 | Defendants. | |
| 25 | [Captions Continued on Next Page] | |

CERTIFICATION OF SUSAN WHATLEY PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | WESTEND CAPITAL MANAGEMENT LLC, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6237 MMC |
| 3 | | CLASS ACTION |
| 4 | Plaintiff, v. | |
| 5 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | KURT HILL, on behalf of himself and all others similarly situated, | No. C 07-6238 MHP |
| 9 | | |
| 10 | Plaintiff, v. | CLASS ACTION |
| 11 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | | |
| 15 | DANIEL OFFUTT, Individually and On Behalf of All Others Similarly Situated, | No. C 07-6241 JSW |
| 16 | Plaintiff, | CLASS ACTION |
| 17 | v. | |
| 18 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | EDWARD FEITEL, on behalf of himself and all others similarly situated, | No. C 08-0118 CW |
| 22 | Plaintiff, | CLASS ACTION |
| 23 | v. | |
| 24 | VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

CERTIFICATION OF SUSAN WHATLEY PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP

1  I, Susan Whatley, make this Declaration pursuant to Local Rule 3-7(d) of the United States
2  District Court for the Northern District of California.
3  I am seeking to serve as class counsel in this action, which is governed by the Private
4  Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).
5  Exclusive of securities held through mutual funds or discretionary accounts managed by
6  professional money managers, I do not directly own or otherwise have a beneficial interest in the
7  securities that are the subject of this action.
8  I declare under penalty of perjury that the foregoing is true and correct. Executed on
9  February 6, 2008 in Daingerfield, Texas.

*Susan Whatley* (signature)
Susan Whatley

Submitted by:
NIX, PATTERSON & ROACH, L.L.P.
Susan Whatley
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415

CERTIFICATION OF SUSAN WHATLEY PURSUANT TO RULE 3-7(d)
CASE NO. C07-6140 MHP