Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATIONThis Document Relates To: All Actions | Master File No.<br><br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

SULLIVAN & CROMWELL LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
MASTER FILE NO. C 07 6140 MHP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants VeriFone Holdings, Inc. ("VeriFone"), Douglas G. Bergeron, and Barry Zwarenstein submit this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

**A.     RELATED CASES**

1. *In re VeriFone Holdings, Inc. Securities Litigation*, Master File No. C 07-6140 MHP, which, prior to being related and consolidated, consisted of nine putative class actions, filed between December 4, 2007 and January 7, 2008. In an order dated February 5, 2008, those nine actions were consolidated and assigned to the Honorable Marilyn H. Patel.

2. *King* v. *Bergeron et al.*, Case No. C 07-6347 PVT, Verified Derivative Complaint for Breach of Fiduciary Duty. This purported derivative action was filed on December 14, 2007 and assigned to the Honorable Patricia V. Trumbull.

**B.     RELATIONSHIP OF THE ACTIONS**

Pursuant to Civil Local Rule 3-12, cases should be related where they concern substantially the same parties, property, transaction or event and it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Each of these factors is met here.

The nine putative class actions consolidated in *In re VeriFone Holdings, Inc. Securities Litigation* ("*In re VeriFone*") and the derivative action *King* v. *Bergeron et al.* each concern substantially the same parties and events. As a result, if these cases are conducted before different Judges of this Court, there will be an unduly burdensome duplication of effort and unnecessary consumption of judicial resources. The putative class action complaints filed in the cases that have now been consolidated into *In re VeriFone* and the complaint filed in *King* v. *Bergeron et al.* name VeriFone,

1

Sullivan & Cromwell LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
MASTER FILE NO. C 07 6140 MHP

Douglas G. Bergeron, and Barry Zwarenstein as defendants or nominal defendants and concern the same alleged intentional misrepresentations and purportedly misleading financial statements made between August 2006 and November 2007.

Each of the nine securities fraud cases and the derivative action were filed in the wake of, and arise directly from, VeriFone's December 3, 2007 announcement that it would be restating certain of its financial statements for fiscal year 2007 – with eight of the nine class action complaints consolidated in *In re VeriFone* and the complaint filed in *King* v. *Bergeron et al.* all filed within two weeks of that announcement.

Each action alleges that VeriFone made particular statements regarding its financial position in several press releases and SEC Form 10-Qs, that VeriFone's directors and officers were or should have been aware of the statements and had authority to prevent them from being disseminated to the public, that the actual situation at VeriFone was materially different than what was indicated in the press releases and SEC forms, and that certain directors and officers sold their VeriFone shares at a profit during the class period and acted with intent to mislead investors. The putative class action complaints all assert that the directors' and officers' actions violated the Securities Exchange Act Section 10(b) and Rule 10b-5, and that the directors and officers are liable pursuant to Section 20(a) of the Exchange Act. The derivative action complaint alleges state law fiduciary duty and corporate waste claims on substantially the same facts. Because the same facts will be developed for the securities class action complaints, and because the same legal questions will be addressed, relating these cases would promote efficiency and avoid duplication of evidence and motion filing. By contrast, to have different Judges of this Court direct the same inquiries and conduct the same analyses regarding the facts and law surrounding the same alleged misconduct and events would increase substantially the possibility of inconsistent rulings and outcomes, and will undermine an orderly approach to addressing these ten complaints.

2

SULLIVAN & CROMWELL LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
MASTER FILE NO. C 07 6140 MHP

Relating these cases is appropriate even though *King* v. *Bergeron et al.* asserts derivative claims and the consolidated cases in *In re VeriFone* allege claims for securities fraud. Courts routinely *consolidate*, not merely relate, derivative and class action cases arising from the same underlying events and involving the same parties. *See*, *e.g.*, *Janas* v. *McCracken*, 183 F.3d 970, 982 (9th Cir. 1999) (noting district court's prior consolidation of securities class action and three shareholders' derivative suits arising in part from same series of misleading financial statements and involving similar claims); *In re Oracle Sec. Litig.*, 829 F. Supp. 1176, 1178 (N.D. Cal. 1993) (noting court's prior consolidation of nineteen securities class actions and two shareholders' derivative suits arising from same earnings press release and involving similar claims); *Schriver* v. *Impac Mortg. Holdings, Inc.*, 2006 U.S. Dist. LEXIS 40607, *5-*6 (C.D. Cal. 2006) (consolidating five securities class actions and three shareholders' derivative suits under similar circumstances where cases arose from same set of financial press releases and Form 10Qs issued by defendant company). As stated above, all of these actions were precipitated by the same event – VeriFone's December 3, 2007 earnings restatement announcement – and implicate the same set of press releases and Form 10-Qs that VeriFone issued in 2007. As the Court presently has in front of it nine class actions and multiple pending motions to appoint lead plaintiff and lead counsel and will, therefore, have to resolve many procedural, factual, and legal issues common to both the consolidated class actions in *In re Verifone* and *King* v. *Bergeron et al.*, substantial duplication of labor and expenses would be avoided by having the Court preside over *King* v. *Bergeron et al.* as a related action.

## C. <u>CONCLUSION</u>

The actions referred to above satisfy the criteria of Civil Local Rule 3-12. Defendants respectfully request that the cases be deemed related and that *King* v. *Bergeron et al.* be assigned to the Honorable Marilyn H. Patel, the Judge assigned to the first-filed action, *Eichenholtz* v. *VeriFone Holdings Inc., et al.*, Case No. C 07-6140 MHP, which was consolidated into *In re VeriFone* on February 5, 2008.

3

Sullivan & Cromwell LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
MASTER FILE NO. C 07 6140 MHP

1
2  Date: February 14, 2008
3                                                    /s/ Brendan P. Cullen
                                                     Brendan P. Cullen (SBN 194057)
4                                                    Scott C. Hall (SBN 232492)
                                                     SULLIVAN & CROMWELL LLP
5                                                    1870 Embarcadero Road
                                                     Palo Alto, California 94303
6                                                    Telephone:    (650) 461-5600
                                                     Facsimile:    (650) 461-5700
7
                                                     Michael H. Steinberg (SBN 134179)
8                                                    SULLIVAN & CROMWELL LLP
                                                     1888 Century Park East
9                                                    Los Angeles, California 90067
                                                     Telephone:    (310) 712-6600
10                                                   Facsimile:    (310) 712-8800

11                                                   Attorneys for VeriFone Holdings, Inc.,
                                                     Douglas G. Bergeron, and Barry
12                                                   Zwarenstein

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SULLIVAN
&
CROMWELL LLP

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12
MASTER FILE NO. C 07 6140 MHP