1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA  90067
   Telephone:     (310) 712-6600
4  Facsimile:     (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone:     (650) 461-5600
9  Facsimile:     (650) 461-5700

10 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C 07-6140 MHP |
| ) | **CLASS ACTION** |
| This Document Relates to:  All Actions  ) ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| | Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

I, Kathryn G. Heredia, declare:

I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On February 14, 2008, I served the following documents:

**1.   DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

**2.   DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; EXHIBIT A TO SAME;**

**3.   [PROPOSED] ORDER GRANTING DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

**4.   CERTIFICATE OF SERVICE.**

☒   by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses listed below:

Aaron M. Sheanin – ams@girardgibbs.com
Daniel C. Girard – girardgibbs@girardgibbs.com
Jonathan Krasne Levine – jkl@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA  94104

Steven Noel Williams – swilliams@cpmlegal.com
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010

Nicole Catherin Lavallee – nlavallee@bermanesq.com
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA  94104

Alan R. Plutzik – aplutzik@bramsonplutzik.com
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598

1   Ramzi Abadou – ramzia@csgrr.com
    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
2   655 West Broadway, Suite 1900
    San Diego, CA  92101
3
    Timothy Alan DeLange – timothyd@blbglaw.com
4   BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
    12481 High Bluff Drive, Suite 300
5   San Diego, CA  92130

6   ☒   by placing the document(s) listed above in a sealed envelope with postage thereon
        fully prepaid, in the United States mail at Palo Alto, California addressed as set
7       forth below:

8   Arthur L. Shingler III
    SCOTT + SCOTT LLP
9   600 B Street, Suite 1500
    San Diego, CA  92101
10
    David R. Scott
11  SCOTT + SCOTT LLP
    108 Nowich Avenue
12  P.O. Box 192
    Colchester, CT  06415
13
    Reed R. Kathrein
14  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
15  Berkeley, CA  94710

16  Lewis S. Kahn
    KAHN GAUTHIER SWICK, LLC
17  650 Poydras Street, Suite 2150
    New Orleans, LA  70130
18
    Frank J. Johnson
19  Francis M. Bottini, Jr.
    Brett M. Weaver
20  Derek J. Wilson
    JOHNSON BOTTINI LLP
21  655 West Broadway, Suite 1400
    San Diego, CA  92101
22
    Joseph J. Tabacco, Jr.
23  Nicole Lavallee
    Lesley Ann Hale
24  BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
    425 California Street, Suite 2100
25  San Francisco, CA  94104

26  Laurence D. King
    Linda M. Fong
27  KAPLAN FOX & KILSHEIMER LLP
    350 Sansome Street, Suite 400
28  San Francisco, CA  94104

SULLIVAN
&
CROMWELL LLP

2

1  Joel B. Strauss
   Jeffrey P. Campisi
2  KAPLAN FOX & KILSHEIMER LLP
   850 Third Avenue, 14th Floor
3  New York, NY  10022

4  Jeffrey A. Klafter
   KLAFTER & OLSEN LLP
5  1311 Mamaroneck Avenue, Suite 220
   White Plains, NY  10605

6
   Shawn A. Williams
7  COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
   100 Pine Street, Suite 2600
8  San Francisco, CA  94111

9  Darren J. Robbins
   David C. Walton
10 COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
11 San Diego, CA  92101

12 Karen Hanson Riebel
   LOCKRIDGE GRINDAL & NAUEN P.L.L.P.
13 100 Washington Avenue South, Suite 2200
   Minneapolis, MN  55401
14
   Juden Justice Reed
15 SCHUBERT & REED LLP
   Three Embarcadero Center, Suite 1650
16 San Francisco, CA  94111

17 Steve W. Berman
   HAGENS BERMAN SOBOL SHAPRIO LLP
18 1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
19
   D. Seamus Kaskela
20 Richard A. Maniskas
   SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
21 280 King of Prussia Road
   Randor, PA  19087
22
   Lawrence Timothy Fisher
23 SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
   2125 Oak Grove Road, Suite 120
24 Walnut Creek, CA  94598

25        For all envelopes sent by First Class Mail, I placed each such envelope with postage
   thereon fully prepaid for the deposit in the United States.  I am familiar with the firm's practice, which
26 practice is that when correspondence is deposited with the personnel responsible for delivering
   correspondence to the United States Postal Service, such correspondence is delivered to the United
27 States Postal Service that same day in the ordinary course of business.

28

1    I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2008, at Palo Alto, California.

/s/ Kathryn G. Heredia
Kathryn G. Heredia