1  BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
   TIMOTHY A. DELANGE (Bar No. 190768)
3  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
4  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
5
   Attorneys for Proposed Lead Plaintiff
6  the Police and Fire Retirement System
   of the City of Detroit
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Case No. C 07-6140 MHP |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF WITHDRAWAL OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS' SELECTION OF LEAD COUNSEL |

NOTICE OF WITHDRAWAL
Case No. C 07-6140 MHP

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the Police and Fire Retirement System of the City of Detroit hereby withdraws from its motion for appointment as Lead Plaintiff, and for approval of its attorneys as Lead Counsel.

Dated: February 14, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


_/s/ Timothy A. DeLange_
TIMOTHY A. DeLANGE

BLAIR A. NICHOLAS
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for the Police and Fire
Retirement System of the City of Detroit*