1  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
2  BLAIR A. NICHOLAS   (Bar No. 178428)
   TIMOTHY A. DELANGE   (Bar No. 190768)
3  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
4  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
5
   Attorneys for the Police and
6  Fire Retirement System of the City of Detroit

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE VERIFONE HOLDINGS, INC. | Case No. C 07-6140 MHP
   | SECURITIES LITIGATION |
11 | | CLASS ACTION
12 | | DECLARATION OF SERVICE
   | This Document Relates To: |
13
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE
Case No. C 07-6140 MHP

## DECLARATION OF SERVICE

I, the undersigned, declare:

I.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

II.    That on February 14, 2008, declarant caused to be served the following documents:

    A.    NOTICE OF WITHDRAWAL OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS' SELECTION OF LEAD COUNSEL; and

    B.    DECLARATION OF SERVICE.

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Fed. R. Civ. P. 5(e), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DECLARATION OF SERVICE
Case No. C 07-6140 MHP                                                                                          -1-

1     III.    That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on February 14, 2008, at San Diego, California.

                                          */s/ Kristina L. Sousek*
                                              Kristina L. Sousek

DECLARATION OF SERVICE     -2-
Case No. C 07-6140 MHP