BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
TIMOTHY A. DELANGE   (Bar No. 190768)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Liaison Counsel for Proposed Lead Plaintiff*
*Steelworkers Pension Trust*

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:   (215) 875-4604

*Counsel for Proposed Lead Plaintiff*
*Steelworkers Pension Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: | Case No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF SERVICE |
|---|---|

DECLARATION OF SERVICE
Case No. C 07-6140 MHP

<u>DECLARATION OF SERVICE</u>

I, the undersigned, declare:

I.   That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

II.   That on February 15, 2008, declarant caused to be served the following documents:

    A.   RESPONSE OF STEELWORKERS PENSION TRUST TO LEAD PLAINTIFF MOTIONS; and

    B.   DECLARATION OF SERVICE.

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☐   **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐   **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X   **(BY ELECTRONIC MAIL)** Pursuant to Fed. R. Civ. P. 5(e), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐   **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

☐   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

III.   That there is a regular communication by mail between the place of mailing and

DECLARATION OF SERVICE
Case No. C 07-6140 MHP                                                                                           -1-

1  the places so addressed.

2      Executed on February 15, 2008, at San Diego, California.

3

4                                              */s/ Kristina L. Sousek*
                                                Kristina L. Sousek

DECLARATION OF SERVICE           -2-
Case No. C 07-6140 MHP