1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  **BERMAN DEVALERIO PEASE TABACCO**
     **BURT & PUCILLO**
4  425 California Street, Suite 2100
   San Francisco, CA 94104
5  Telephone: (415) 433-3200

6  *Proposed Liaison Counsel*

7  Christopher Lometti
   Email: chris@spornlaw.com
8  Ashley Kim
   Email: Ashley@spornlaw.com
9  **SCHOENGOLD SPORN LAITMAN**
     **& LOMETTI, P.C.**
10 19 Fulton Street, Suite 406
   New York, New York 10038
11 Telephone: (212) 964-0046

12 *Proposed Lead Counsel for the Class*
   *and Attorneys for the IBEW Local 363*
13 *Pension and Benefit Funds*

14               **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16 |                                              )
17 | IN RE VERIFONE HOLDINGS, INC.                ) Master File No. C-07-06140 MHP
   | SECURITIES LITIGATION                        )
18 |                                              ) **MEMORANDUM OF LAW IN FURTHER**
   | This Document Relates to:                    ) **SUPPORT OF THE IBEW**
19 |                                              ) **LOCAL 363 PENSION AND BENEFIT**
   |    ALL ACTIONS                               ) **FUNDS' MOTION FOR**
   |                                              ) **CONSOLIDATION, APPOINTMENT OF**
20 |                                              ) **LEAD PLAINTIFF AND APPROVAL OF**
   |                                              ) **LEAD COUNSEL**
21 |                                              )
   |                                              ) Date:        March 17, 2008
22 |                                              ) Time:        2:00 PM
   |                                              ) Courtroom:   15
23 |                                              )

24

25        The IBEW Local 363 Pension and Benefit Funds (the "IBEW Funds") respectfully submit

26 this memorandum of law in further support of its motion for: (i) consolidation of all cases filed in

27 this District which allege one or more common questions of law or fact (the "Related Actions")

28

[C-07-06140 MHP] MEMO OF LAW IN FURTHER SUPPORT OF THE IBEW LOCAL 363
PENSION AND BENEFIT FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT OF
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL                                    1

1    with the above-captioned action;[1] (ii) appointment of the IBEW Funds as Lead Plaintiff; and (iii)

2    approval of Schoengold Sporn Laitman & Lometti, P.C. ("SSLL") as Lead Counsel and Berman

3    DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") as Liaison Counsel.

4         As set forth in the IBEW Funds' memorandum of law filed on February 4, 2008, the IBEW

5    Funds are institutional investors – precisely the type of investor that the Private Securities

6    Litigation Reform Act of 1995 ("PSLRA") sought to have in control of securities class actions.

7    *See Gluck v. CellStar Corp.*, 976 F. Supp. 542, 548 (N.D. Tex. 1997); *see also*, *Sakhrani v.*

8    *Brightpoint*, 78 F. Supp. 2d 845, 850 (S.D. Ind. 1999) ("The PSLRA was enacted with the explicit

9    hope that institutional investors would step forward to represent the class and exercise effective

10   management and supervision of the class lawyers"). The IBEW Funds incurred a substantial

11   financial loss and are sufficiently motivated to aggressively and adequately represent the class of

12   Verifone Holdings Inc. common stock purchasers. The IBEW Funds currently do not serve in a

13   representative capacity in any other securities class actions and would be able to dedicate the time

14   and resources necessary to control and assist its chosen counsel in the prosecution of this matter.

15        Although IBEW Funds do not specifically oppose any of the other movants' applications

16   for lead plaintiff positions and appointment of their counsel as lead counsel, IBEW Funds believes

17   the other movants' applications raise myriads of issues which complicate their appointment as lead

18   plaintiff.

19   / / /

20   / / /

21   / / /

22

23

24

25

26   [1] The Related Actions include:  *Eichenholtz v. Verifone Holdings, Inc. et al.,* 07CV06140; *Lien v. Verifone Holdings, Inc. et al.,* 07CV06195; *Vaughn et al v. Verifone Holdings, Inc. et al.,*

27   07CV06197; *Feldman et al v. Verifone Holdings, Inc. et al.,* 07CV06218; *Cerini v. Verifone Holdings, Inc. et al.,* 07CV06228; *Westend Capital Management LLC v. Verifone Holdings, Inc. et*

28   *al.,* 07CV06237; *Hill v. Verifone Holdings, Inc. et al.,* 07CV06238; *Offutt v. Verifone Holdings Inc. et al.,* 07CV06241; and *Feitel v. Verifone Holdings, Inc. et al.,* 08CV00118.

[C-07-06140 MHP] MEMO OF LAW IN FURTHER SUPPORT OF THE IBEW LOCAL 363
PENSION AND BENEFIT FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT OF
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL                                    2

1       Accordingly, the IBEW Funds remain ready and willing to serve in any representative

2  capacity that the Court may deem necessary and appropriate.

3  Dated: February 15, 2008             Respectfully submitted,

**BERMAN DeVALERIO PEASE TABACCO**
  **BURT & PUCILLO**

By: _____/s/ Nicole Lavallee_____
       NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Proposed Liaison Counsel*

**SCHOENGOLD SPORN LAITMAN**
 **& LOMETTI, P.C.**
Christopher Lometti (CL-9124)
Ashley Kim (AK-0105)
Frank R. Schirripa (FS-1960)
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class
and Attorneys for the IBEW Local 363
Pension and Benefit Funds*