1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  **BERMAN DEVALERIO PEASE TABACCO
      BURT & PUCILLO**
4  425 California Street, Suite 2100
   San Francisco, CA 94104
5  Telephone: (415) 433-3200

6  *Proposed Liaison Counsel*

7  Christopher Lometti
   Email: chris@spornlaw.com
8  Ashley Kim
   Email: Ashley@spornlaw.com
9  **SCHOENGOLD SPORN LAITMAN
      & LOMETTI, P.C.**
10 19 Fulton Street, Suite 406
   New York, New York 10038
11 Telephone: (212) 964-0046

12 *Proposed Lead Counsel for the Class
   and Attorneys for the IBEW Local 363
13 Pension and Benefit Funds*

14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP  **CLASS ACTION** |
| This Document Relates To:  ALL ACTIONS | **THE IBEW LOCAL 363 PENSION AND BENEFIT FUNDS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**  Date:     March 17, 2008  Time:     2:00 PM  Courtroom: 15 |

[C-07-06140 MHP] THE IBEW LOCAL 363 PENSION AND BENEFIT FUNDS' CERT OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

**TO:  THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, IBEW Local 363 Pension and Benefit Funds are not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  February 15, 2008

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

By:  /s/ Nicole Lavallee
         Nicole Lavallee

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Proposed Liaison Counsel*

**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
Christopher Lometti
Ashley Kim
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class
and Attorneys for the IBEW Local 363
Pension and Benefit Funds*