Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200

*Proposed Liaison Counsel*

Christopher Lometti
Email: chris@spornlaw.com
Ashley Kim
Email: Ashley@spornlaw.com
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

*Proposed Lead Counsel for the Class and Attorneys for the IBEW Local 363 Pension and Benefit Funds*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. C-07-06140 MHP<br><br>CERTIFICATE OF SERVICE |

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. On February 15, 2008, I served true copies of the following documents:

1. MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE IBEW LOCAL 363 PENSION AND BENEFIT FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; and

2. THE IBEW LOCAL 363 PENSION AND BENEFIT FUNDS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

on the following, by FedEx overnight delivery or U.S. Mail, as indicated below:

**BY FEDEX OVERNIGHT DELIVERY:**

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303

**BY U.S. MAIL:**

Michael H. Steinberg
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067

Attorneys for Defendants Verifone Holdings, Inc., Douglas G. Bergeron, and Barry Zwarenstein

**BY FEDEX OVERNIGHT DELIVERY:**

Robert C. Schubert
Juden Justice Reed
Willem F. Jonckheer
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

**BY U.S. MAIL:**

Martin D. Chitwood
James M. Wilson, Jr.
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Gregory E. Keller
Darren T. Kaplan
Eran Rubinstein
Susan Boltz Rubinstein
CHITWOOD HARLEY HARNES LLP
11 Grace Avenue, Suite 306
Great Neck, NY 11021

**Attorneys for Movant Israeli Institutional Investor Group**

**BY FEDEX OVERNIGHT DELIVERY:**

Blair A. Nichols
Timothy A. Delange
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

**BY U.S. MAIL:**

Sherrie R. Savett
Barbara A. Podell
Phylis M. Parker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

**Attorneys for Movants Steelworkers Pension Trust and the Police and Fire Retirement System of the City of Detroit**

**BY FEDEX OVERNIGHT DELIVERY:**

Christopher P. Seefer
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

**BY U.S. MAIL:**

Ramzi Abadou
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Attorneys for Movant National Elevator Industry Pension Fund**

**BY FEDEX OVERNIGHT DELIVERY:**

Alan R. Plutzik
Robert M. Bramson
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

**BY U.S. MAIL:**

Sean M. Handler
Ian D. Berg
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087

Bradley E. Beckworth
Jeffrey J. Angelovich
Susan Whatley
Brad E. Seidel
NIX, PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

| | |
|---|---|
| 1 | Matt C. Keil |
| | John W. Goodson |
| 2 | KEIL & GOODSON, PA |
| | 711 Pecan Street |
| 3 | Texarkana, AR 71854 |

**Attorneys for Movant Arkansas Public Employees' Retirement System**

**BY FEDEX OVERNIGHT DELIVERY:**

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

**BY U.S. MAIL:**

Lewis S. Kahn
KAHN GAUTHIER SWICK, L.L.P.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Kim E. Miller
KAHN GAUTHIER SWICK, L.L.P.
12 East 41st Street
New York, NY 10017

**Attorneys for Movant WestEnd Capital Management, LLC**

**BY FEDEX OVERNIGHT DELIVERY:**

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & McCARTHY
850 Malcolm Road, Suite 200
Burlingame, CA 94010

**BY U.S. MAIL:**

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
PROMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017

Patrick W. Dahlstrom
Joshua B. Silverman
PROMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602

**Attorneys for Movants CLAL Finance, Batucha Investment Management, Ltd. and Direct Investment House (Providence Funds) Ltd.**

**BY FEDEX OVERNIGHT DELIVERY:**

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108

**Attorneys for Movants Bryce and Debra Baldwin**

**BY U.S. MAIL:**

Christopher Lometti
Ashley Kim
SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

**Attorneys for Movants IBEW Local 363 Pension and Benefit Funds**

**BY U.S. MAIL:**

Frank J. Johnson
Francis M. Bottini, Jr.
Brett M. Weaver
Derek J. Wilson
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101

**Attorneys for Brian Vaughn and Miriam Logan**

**BY U.S. MAIL:**

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104

**Attorneys for Kurt Hill**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on February 15, 2008.

_____
Tyler Kelly