| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| (To Be Admitted *Pro Hac Vice*) | Juden Justice Reed (State Bar No. 153748) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. | SCHUBERT & REED LLP |
| (To Be Admitted *Pro Hac Vice)* | Three Embarcadero Center, Suite 1650 |
| jwilson@chitwoodlaw.com | San Francisco, CA 94111 |
| CHITWOOD HARLEY HARNES LLP | Telephone: (415) 788-4220 |
| 2300 Promenade II | Facsimile: (415) 788-0161 |
| 1230 Peachtree Street, N.E. | |
| Atlanta, Georgia 30309 | Proposed Liaison Counsel |
| Telephone: (404) 873-3900 | |
| Facsimile: (404) 876-4476 | |

Gregory E. Keller (To Be Admitted *Pro Hac Vice)*
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice)*
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice)*
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice)*
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C 07-6140 MHP |
| ) | **CLASS ACTION** |
| This Document Relates to All Actions ) ) ) ) ) ) ) ) ) ) ) ) ) | **THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S CERTIFICATION OF INTERESTED ENTITIES OF PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn Hall Patel |

1 **TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**

2   Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the
3 named parties, The Israeli Institutional Investor Group is not aware of any persons, associations of
4 persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any
5 kind) in the subject matter in controversy or in a party to the proceedings; or (ii) any other kind of
6 interest that could be substantially affected by the outcome of the proceeding.

Dated: February 15, 2008

Respectfully submitted,
**SCHUBERT & REED LLP**

By:   s/ Juden Justice Reed
Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

*Proposed Liaison Counsel*

**CHITWOOD HARLEY HARNES LLP**
Martin D. Chitwood
James M. Wilson, Jr.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476

**CHITWOOD HARLEY HARNES LLP**
Gregory E. Keller
Darren T. Kaplan
Eran Rubinstein
Susan Boltz Rubinstein
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

*Counsel for Movants and Proposed Lead Counsel*

The Israeli Institutional Investor Group's Certification of Interested Entities of Persons Pursuant to Civil Local Rule 3-16
Case No. C 07-6140 MHP

1