| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| (To Be Admitted *Pro Hac Vice*) | Juden Justice Reed (State Bar No. 153748) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. | SCHUBERT & REED LLP |
| (To Be Admitted *Pro Hac Vice*) | Three Embarcadero Center, Suite 1650 |
| jwilson@chitwoodlaw.com | San Francisco, CA 94111 |
| CHITWOOD HARLEY HARNES LLP | Telephone: (415) 788-4220 |
| 2300 Promenade II | Facsimile: (415) 788-0161 |
| 1230 Peachtree Street, N.E. | |
| Atlanta, Georgia 30309 | Proposed Liaison Counsel |
| Telephone: (404) 873-3900 | |
| Facsimile: (404) 876-4476 | |

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. C 07-6140 MHP |
| | ) | **CLASS ACTION** |
| This Document Relates to All Actions | ) ) | **CERTIFICATE OF SERVICE** |
| | ) ) ) ) ) ) ) ) | DATE: March 17, 2008 TIME: 2:00 p.m. COURTROOM: 15 JUDGE: Hon. Marilyn Hall Patel |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing The Israeli Institutional Investor Group's Certification of Interested Entities of Persons Pursuant to Civil Local Rule 3-16 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record for Civil Action No .3:07-CV-06140:

| | |
|---|---|
| Nicole C. Lavalle | Alan R. Plutzik |
| nlavalle@bermanesq.com | aplutzik@bramsonplutzik.com |
| Joseph J. Tabacco, Jr. | Lawrence T. Fisher |
| jtabacco@bermanesq.com | ltfisher@dbramsonplutzik.com |
| Berman DeValerio, et al. | Schiffrin Barroway, et al. |
| 425 California St., Suite 2100 | 2125 Oak Grove Rd., Suite 120 |
| San Francisco, CA 94104 | Walnut Creek, CA 94598 |
| | |
| Reed R. Kathrein | Lewis S. Kahn |
| reed@hbsslaw.com | Lewis.kahn@kgscounsel.com |
| Hagens Berman, et al. | Kahn Gauthier Swick LLC |
| 715 Hearst Ave., Suite 202 | 650 Poydras St., Suite 2150 |
| Berkeley, CA 94710 | New Orleans, LA 70130 |
| | |
| Steve W. Berman | Laurence D. King |
| steve@hbsslaw.com | lking@kaplanfox.com |
| Hagens Berman, et al. | Linda M. Fong |
| 1301 Fifth Ave., Suite 2900 | lfong@kaplanfox.com |
| Seattle, WA 98101 | Kaplan Fox & Kilsheimer LLP |
| 700 Stewart St. | 350 Sansome St., Suite 400 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| | |
| Shawn A. Williams | Daniel C. Girard |
| shawnw@csgrr.com | girardgibbs@girardgibbs.com |
| Couglin Stoia, et al. | Aaron M. Sheanin |
| 100 Pine St., Suite 2600 | ams@girardgibbs.com |
| San Francisco, CA 94111 | Jonathan K. Levine |
| | jkl@girardgibbs.com |
| | Girard Gibbs LLP |
| | 601 California St., Suite 1400 |
| | San Francisco, CA 94108 |
| | |
| Michael H. Steinberg | Francis A. Bottini, Jr. |
| steinbergm@sullcrom.com | frankb@johnsonbottini.com |
| Brendan P. Cullen | Frank J. Johnson |
| cullenb@sullcrom.com | frankj@johnsonbottini.com |
| Sullivan & Cromwell | Johnson Bottini, LLP |
| 1888 Century Park East | 655 W. Broadway, Suite 1400 |

— 1 —

Los Angeles, CA  90067                                San Diego, CA  92101

and I have mailed the foregoing document by United States Postal Service, by first class mail, postage prepaid, to the following attorneys:

| | |
|---|---|
| D. Seamus Kaskela<br>Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  29087 | Jeffrey P. Campisi<br>Joel B. Strauss<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY  10022 |
| Jeffrey A. Klafter<br>Klafter & Olsen LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY  10605 | David C. Walton<br>Darren Jay Robbins<br>Coughlin Stoia Geller et al<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101-3301 |
| Karen Hanson Riebel<br>Lockridge Grindal Nauen<br>100 Washington Avenue, S.<br>Suite 2200<br>Minneapolis, MN  55401-2179 | Brett Michael Weaver<br>Derek J. Wilson<br>Johnson Bottini, LLP<br>655 West Broadway<br>Suite 1400<br>San Diego, CA  92101 |

This 15th day of February, 2008.                    s/ Juden Justice Reed
                                                    Juden Justice Reed
                                                    **SCHUBERT & REED LLP**
                                                    Three Embarcadero Center, Suite 1650
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 788-4220
                                                    Facsimile:  (415) 788-0161