COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
        – and –
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. 3:07-cv-06140-MHP<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) ) | DECLARATION OF RAMZI ABADOU IN SUPPORT OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND'S OMNIBUS OPPOSITION TO ALL OTHER MOTIONS FOR APPOINTMENT AS LEAD COUNSEL |

1  I, RAMZI ABADOU, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  *In re: Discovery Labs. Sec. Litig.*, No. 06-1820, Order (E.D. Pa. July 24, 2006);

Exhibit B:  *In re Royal Dutch/Shell Transp. Sec. Litig.*, No. 04-374 (JWB), Opinion (D.N.J. June 30, 2004);

Exhibit C:  Day Trading: Your Dollars at Risk, *available at* http://www.sec.gov/investor/pubs/daytips.htm; Oral Statement of Chairman Arthur Levitt, Before the Senate Permanent Subcommittee on Investigations, Committee on Governmental Affairs, Concerning Day Trading (Sept. 16, 1999), *available at* http://www.sec.gov/news/testimony/testarchive/1999/tsty2099.htm; and Day Trading, *available at* http://www.sec.gov/answers/daytrading.htm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this fifteenth day of February, 2008, at San Diego, California.

                                                s/ Ramzi Abadou
                                                RAMZI ABADOU

S:\CasesSD\Verifone 07\DEC 00049206.doc

DECLARATION OF RAMZI ABADOU - 3:07-cv-06140-MHP     - 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2008.

    s/ Ramzi Abadou
    RAMZI ABADOU

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)
    E-mail: rabadou@csgrr.com

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  jreed@schubert-reed.com,plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,cwalker@cpmlegal.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`