Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Aaron M. Sheanin (State Bar No. 214472)
ams@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Bryce and Debra Baldwin

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION,<br><br>This Document Relates To: All Actions | Case No. C 07-6140 MHP<br><br>**NOTICE WITHDRAWAL OF MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: March 17, 2008<br>Time: 2:00 p.m.<br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

- 1 –
NOTICE OF WITHDRAWAL OF MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that movants Bryce and Debra Baldwin hereby withdraw their Motion for appointment as lead plaintiff and approval of selection of lead counsel, which was filed on February 4, 2008, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

Dated: February 15, 2008                Respectfully submitted,

**GIRARD GIBBS LLP**

   */s/ Aaron M. Sheanin*
   Aaron M. Sheanin

Daniel C. Girard
Jonathan K. Levine
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Bryce and Debra Baldwi

- 2 -
NOTICE OF WITHDRAWAL OF MOTION OF BRYCE AND DEBRA BALDWIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
CERTIFICATE OF SERVICE