**FILED**

UNITED STATES DISTRICT COURT

FEB 2 2 2008

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC. ) Master File No.
SECURITIES LITIGATION ) C 07-6140 MHP
)
) CLASS ACTION
)
This Document Relates To: )
) ORDER GRANTING APPLICATION
All Actions ) FOR ADMISSION OF ATTORNEY
) PRO HAC VICE

JAMES M. WILSON, an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is 2300 Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309, (404) 873-3900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/21/08

MARILYN H. PATEL
United States District Court Judge

Application For Admission of Attorney *Pro Hac Vice*
Master File No. C 07-6140 MHP