SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:   (925) 945-0770
Facsimile:    (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:    (610) 667-7056

[Proposed] Local Counsel

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:   All Actions | Master File No. C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>NOTICE OF WITHDRAWAL OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL |

NOTICE OF WITHDRAWAL OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT OFLEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. C 07-06140-MHP

After careful review of the filings in this matter, the Arkansas Public Employees' Retirement System ("APERS") has concluded that The National Elevator Industry Pension Fund has the largest financial interest of any movant that also satisfies the requirements of Rule 23.

Under the last-in-first-out, or "LIFO," methodology for calculating financial losses, CLAL Finance Batucha Investment Management, LTD and Direct Investment House (Providence Funds) Ltd. (the "CLAL Batucha Group") allege the largest financial interest of all movants with aggregated losses of $3,080,237, followed by The National Elevator Industry Pension Fund with losses of $2,369,981, and then the "Israeli Institutional Investor Group"[1] with aggregated losses of $1,105,958. *See* Dahlstrom Decl. at Exh. 1.[2]

Although the CLAL Batucha Group has alleged the largest financial interest, its largest member (by losses) is subject to unique defenses that could become the focus of the litigation. Specifically, CLAL Finance Batucha Investment Management, LTD ("CLAL Finance") provided analyst coverage of the defendant VeriFone Holdings, Inc. ("VeriFone") during the putative class period and is thus subject to an attack regarding reliance under the fraud-on-the-market theory. *See* The National Elevator Industry Pension Fund's Omnibus Opposition To All Other Motions For Appointment As Lead Counsel, at 10. Additionally, the members of the CLAL Batucha Group have thus far failed to provide any sworn declarations in response to the numerous unanswered questions regarding their standing and corporate structure raised by competing movants. *See, e.g., Id.* at 6-9; Response of Steel Workers Pension Trust To Lead Plaintiff Motions at 1-2.

---

[1] The Israeli Institutional Investor Group consists of The Phoenix Insurance Company, Ltd, Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd, Harel Insurance Company and Harel Pia Mutual Funds.

[2] *See* Declaration of Patrick V. Dahlstrom In Support Of The Memorandum Of Points And Authorities In Further Support Of CLAC Finance Batucha Investment Management, Ltd.'s and Direct Investment House (Providence Funds) Ltd.'s Motion To Appoint Lead Plaintiff And Approve Lead Counsel, the ("Dahlstrom Decl.").

NOTICE OF WITHDRAWAL OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. C 07-06140-MHP

1

1  Once CLAL Finance (and the CLAL Batucha Group) is removed from consideration, The
2  National Elevator Industry Pension Fund stands as the movant with the largest financial interest.
3  As a domestic, public pension fund, APERS believes that the Class's best interests will be served
4  by the appointment of a domestic institution like The National Elevator Industry Pension Fund.
5  Accordingly, APERS withdraws its application in support of The National Elevator Industry
6  Pension Fund.

Dated: February 25, 2008

Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

s/Alan R. Plutzik
Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone:   (925) 945-0770
Facsimile:    (925) 945-8792

-and-

Sean M. Handler
Ian D. Berg
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:    (610) 667-7056

[Proposed] Local Counsel

NIX, PATTERSON & ROACH, L.L.P.
Bradley E. Beckworth
Jeffrey J. Angelovich
Susan Whatley
Brad E. Seidel
205 Linda Drive
Daingerfield, TX 75638
Telephone:   (903) 645-7333
Facsimile:    (903) 645-4415

[Proposed] Lead Counsel

NOTICE OF WITHDRAWAL OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT
SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION
OF LEAD COUNSEL
CASE NO. C 07-06140-MHP

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KEIL & GOODSON, PA
Matt C. Keil
John W. Goodson
611 Pecan Street
Texarkana, AR 71854
Telephone: 870-772-4113
Facsimile: 870-773-2967

Additional Counsel for Arkansas Public Employees' Retirement System

NOTICE OF WITHDRAWAL OF THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL
CASE NO. C 07-06140-MHP

3