# EXHIBIT A

1 of 13 DOCUMENTS

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved



(c) 2007 Reuters Limited
Reuters News

December 4, 2007 Tuesday 2:19 PM GMT

**LENGTH:** 74 words

**HEADLINE:** RESEARCH ALERT-Clal Finance ups VeriFone to "buy", cuts target

**DATELINE:** December 4, 2007

**BODY:**

JERUSALEM, Dec 4 (Reuters) - Israeli brokerage Clal Finance Batucha on Tuesday raised its rating for VeriFone to "buy" from "underperform" after the company said it will restate some financial statements and delay reporting its fourth-quarter results.

Clal analyst Tsahi Avraham in a report also lowered VeriFone's price target to $31 from $42.

VeriFone's shares closed at $26.03 on Nasdaq on Monday.

(Reporting by Sergio Tjong-Alvares)

**NOTES:** VERIFONE/RESEARCH-CLAL|LANGEN|ABN|E|RBN|MD;
PUBLISHER: Reuters Limited

**LOAD-DATE:** December 5, 2007