# EXHIBIT B

**Tsahi Avraham**
+972-3-5652510
tsahia@clal-fin.co.il



December 4, 2007

**VeriFone**
(Bloomberg Ticker: PAY IT)

## The stock's hammering makes this a far more interesting investment now.
## We're upgrading the stock to Buy.

In our previous update, we downgraded the company's shares to Underperform. The reasons included the extent of stock option grants to employees in addition to the sharp rise in accounts receivable and inventories. However, not for a minute did we think the inventory rise was particularly drastic, not to mention inflated.

The stock's 46% flameout in yesterday's NYSE-trade now makes the company an attractive investment prospect, despite all the risks entailed. **In consequence, we're upgrading the stock, to Buy, with a per-share price target of $31.**

Caution is nevertheless required. In the short run, the stock is likely to volatile. We're basing our recommendation on yesterday's conference call with management. Despite that which was stated, additional changes could be in the offing. Therefore, together with our positive outlook, we tag on a high-risk qualifier.

**In practice, what happened?** The company issued an SEC filing that stated it would take a write off of $30.2m associated with its Q3 inventory, and would lower its pre-tax profit by $29.2m for 2007's first nine months. The problem originated in the supply chain within the company—specifically, in the triangle between Singapore, Sacramento, and Tel Aviv, following the acquisition of Lipman Electronic Engineering (a subject we plan to elaborate on in a future update).

**Positives (though everything is relative)**
1.  **Revenues.** The company indicated Q4 sales would come in at a record $238m, which was higher than our forecast and analyst consensus projections, which stood at $233.5m.
2.  **Price target.** We're basing our target on the assumption of top-line 2008 growth of only 10% and EBITDA coming in no different from the level attained in 2006. We're pricing the stock at 14 times expected 2008 EBITDA.
3.  **Metrics.** VeriFone trades at only 11.4 times 2008 EV/EBITDA, and 2.3 time 2007 sales—an especially low figure for a high growth company with hefty operating margins.
4.  **The company's business strategy remains unchanged.** VeriFone's operations have undergone no alteration, and its growth engines are still firing on all cylinders. It would seem the company's problems center not on its relations with customers but its accounting and legal issues vis-à-vis the financial markets, stemming from a distorted presentation of its operations.
5.  **Cash flow for 2007.** Management has left its 9-month trailing cash flow numbers unchanged.

**Negatives**
1.  **Class action suits are now just a matter of time.** Management has been exercising stock options for quite some time, and even though this may have been part of a predetermined sales program, investors are unlikely to be amused.
2.  **Release of Q4 results to be delayed.** Additional complications are liable to push out the release date even farther. Nor is it obvious the current management will be around to release them.
3.  **We're lowering our margin expectations.** The company, in practice, has generated operating margins identical to those reached in 2006, unable to leverage them up despite top-line growth. This stands in contradiction to our earlier assumptions.
4.  **Remember Lipman!** By this we mean to say that one earnings warning could easily imply a second is on the way.
5.  **A number of problematic issues remain unresolved.** Seeing that the company's internal checks were only conducted over a matter of days, other issues may pop up upon further examination. The company's tax rate, for example, is still a matter of conjecture.

**Update**
- ☑ **Rating**
- ☑ **Price target**
- ☑ **Forecast**

### Key figures

| Rating | BUY |
| --- | --- |
| Price target ($) | 31.0 |
| Current price ($) | 25.7 |
| Gap current price | 20.6% |
| Share Yield (52 weeks) | 30% |
| TA 25 Yield (52 weeks) | -30% |
| 12-mo. high ($) | 50.0 |
| 12-mo. low ($) | 25.7 |
| Daily volume (NIS m') | 14.7 |
| Free float | 73.9% |
| EV/EBITDA 07E | 12.5 |
| EV/EBITDA 08E | 11.4 |
| Previous rating | Underperform |
| Previous Price target ($) | 42.0 |
| | |
| Financial Year End | October |



**Clal Finance Batucha Brokerage Ltd.**                    2

Clal Finance Batucha Brokerage Ltd.                3

| Verifone NYSE | | | | | |
|---|---|---|---|---|---|
| **Market cap** | 2,095 | m' $ | | **Market cap** | 8,066.1ILS |
| **Debt** | (341.4) | m' $ | | | 3.8497 $ |
| **EV** | 2,436.68 | m' $ | | | |

| | 2007 | 2008 | Comment |
|---|---|---|---|
| **Revenues** | 903.8 | 994.2 | We take a conservative estimate that revenues will grow 10% in 2008 |
| **EBITDA** | 194.3 | 213.7 | We estimate EBITDA margins will remain at 2006 levels, excluding operating leverage. |
| **EV/EBITDA** | 12.5 | 11.4 | |
| **CAPEX** | 34.8 | 23.0 | Expected decline in capex reflects ending payments for Oracle systems. |
| **Tax** | 31.1 | 33.4 | Tax rate visibility still unclear. |
| **EV/FCF** | 19.0 | 15.5 | Estimate does not account for changes in working capital |

Clal Finance Batucha Brokerage Ltd.                          4

---

**Clal Finance Batucha Brokerage Ltd.**
**Isr1aeli Desk**

| | | | |
|---|---|---|---|
| Ronen Waisserberg | Neor El-Hai | | |
| CEO | Head of Trading | | |
| +972-3-5653546 | +972-3-5653552 | | |
| ronen@clal-fin.co.il | neor@clal-fin.co.il | | |

| | | | |
|---|---|---|---|
| Arieh Lantsberg | Roni Sassover | Moshe Ben Assayag | Hagit Dalal |
| +972-3-5653542 | +972-3-7611986 | +972-3-5653550 | +972-3-5653543 |
| ariehl@clal-fin.co.il | ronis@clal-fin.co.il | mosheba@clal-fin.co.il | hagitd@clal-fin.co.il |

**International Desk**

| | | |
|---|---|---|
| Avi Weinreb | Saar Golan | Marisa Bender |
| International Equity | International Equity Sales | International Equity Sales & |
| Sales & Trading | & Trading | Trading |
| +972-3-5653556 | +972-3-7611987 | +972-3-5653554 |
| aviwe@clal-fin.co.il | saar@clal-fin.co.il | saar@clal-fin.co.il |

**International bonds**

| | |
|---|---|
| Tehila Weisberg | Yael Atzmon |
| Head of International | +972-3-5652510 |
| Bonds Desk | yaelat@clal-fin.co.il |
| +972-3-7616407 | |
| tehilaw@clal-fin.co.il | |

| **Govt. Bonds** | **Options** | | **Back Office** |
|---|---|---|---|
| Dror Wasserman | Tsahi Sokol | | Betty Mizrahi |
| +972-3-7611904 | +972-3-7616450 | | +972-3-5653537 |
| drorw@clal-fin.co.il | tzahiso@clal-fin.co.il | | betty@clal-fin.co.il |

**Research**

| | | | |
|---|---|---|---|
| Yuval Ben Ze'ev | Yisca Erez | Tsahi Avraham | Beni Dekel |
| Head of Research | Pharma, chemicals, food, | Communications | Industry |
| Financial, Holding and Real | retail chains | +972-3-5652510 | +972-3-7611319 |
| Estate | +972-3-6251037 | tsahiav@clal-fin.co.il | benid@clal-fin.co.il |
| +972-3-5653559 | yisca@clal-fin.co.il | | |
| yuvalb@clal-fin.co.il | | | |

Clal Finance Batucha Brokerage Ltd.                5

**Warning notes and full disclosure concerning this analysis**

**a.  Details on the author of the analysis**
Tsahi Avraham
ID No. 038543500
Investment Marketing License # 7553
37, Menachem Begin Road, Tel Aviv
Education: MA Economics and Business Management, Hebrew University; BA Accounting and Economics, Hebrew University.
Experience – Research and analytical roles from 2001 to date (the last 7 years) in the following companies: Clal Finance Batucha Investment Management, Infiniti Group, ERCG (Economic Research & Consulting Group), Bank of Israel – Research Dept.

The company for which the author prepared this analysis:
Clal Finance Batucha Investments Management Ltd.,
37 Menachem Begin Road, Tel Aviv
Tel: 03 565-3557

**b.  Full disclosure by the author of this analysis**
As far as he is aware, the author of this analysis does not have any conflict of interest at the time of its publication.

**c.  Notes on the analysis**
1.  Scale of recommendations
     - **Buy** – the stock is expected to out perform TA100 by 20% or more in 12 months.
     - **Outperform** - the stock is expected to out perform TA100 by 10% to 20% in 12 months.
     - **Marketperform** – the stock is expected to out perform/ under perform TA100 by 10 % in 12 months.
     - **Underperform** – the stock is expected to under perform TA100 by 10% to 20% in 12 months.
     - **Sell** – the stock is expected to under perform TA100 by 20% or more in 12 months.

2.  The method of evaluating VeriFone and determining the target price was carried out using cash flow capitalization, together with P/E and P/B ratios as well as comparison with other shares in the sector.

3.  The key risks which could significantly affect the target price of VeriFone:
     - Unexpected difficulties in integrating and/or creating synergy with Lipman or future acquisitions which are part of the company's strategic growth plan.
     - Risks associated with their dependency on external vendors; part of their production is dependent on sources outside the country.
     - The entry of First Data, which is today the most important VeriFone partner, to the production line of an additional line of terminals over and above the basic one they produce today, which may impact company sales.
     - Bashing the company-declared forecasts and increased expectations for 2008.

Clal Finance Batucha Brokerage Ltd.                    6

4.  A graph of VeriFone's share and changes in recommendations. VeriFone was established in 2005, and therefore the graph shows a period shorter than three years. Target price for the share relates to a 12 months period from the recommendation date.



Note – the share's graph is adjusted to dividend distribution, while the recommendation is not retroactively adjusted for dividend distribution and relates to the state at the time of the recommendation.

### d.  Independent Judgment

I, Tsahi Avraham, License Number 7553, declare that the opinions stated in this analysis faithfully represent my personal opinions about the shares reviewed and the corporation which issued these shares.

**Tsahi Avraham**

e.  Full disclosure on behalf of Clal Finance Batucha Investments Management Ltd. (henceforth "The licensed Corporation"). Hereafter is full disclosure on conflict of interest by the licensed Corporation, as far as known or that there is a risk for its existence at the time of the publication of this analysis,:

1.  On the publication date of this analysis or during the preceding 30 days, the licensed Corporation or, to the best knowledge of the licensed Corporation, corporations connected to it, held by it, in their Nostro accounts or in accounts managed by them, significant holdings of a certain type of shares of VeriFone,

2.  Publishing Date of this analysis – This document was published on Monday 1-10-07 and due a sharp increase in share price.

### f.  Comments and general warnings by Clal Finance Batucha Investments Management Ltd.

The analysis in this report is for information purposes only. It should not be seen as a proposal or advice to purchase and/or sale and/or holding of the shares and/or financial assets described in the report.

The analysis is published based on information which was available to the general public as well as other information, including information which was published by the company which is the subject of this report, and which Clal Finance Batucha believes to be credible; no independent tests were performed to determine the credibility of the information. The information appearing in this report does not try to represent all the information required for any investor and therefore does not attempt to be a full analysis of all the facts and details in the report and the opinions stated are likely to change without any additional announcement.

This report does not in any way negate the need for investment counseling which takes account of the data and special needs of each person.

Clal Finance Batucha, companies under its control and shareholders and their employees are not responsible in any way for damage and/or loss caused by use of this report, if caused and therefore, cannot guarantee or be responsible for the reliability of the data published in this report.

Clal Finance Batucha belongs to the I.D.B. group of companies.

Clal Finance Group which includes Clal Finance Batucha, deals among other things, in management of investment portfolios, share trading, investments marketing and activity in the stock exchange and in investment banking.

Furthermore, companies under its control and owners of its share, or other bodies connected with it one way or another, holding or may be holding, from time to time, directly land/or indirectly in shares of the companies in this report, prior, during or after its publication.

Furthermore, since Clal Finance Batucha, companies under its control, its shareholders or other bodies associated with it, bodies dealing in underwriting, may serve as underwriters of the report's company shares and may be associated with it in business dealings.

In addition, Clal Finance Batucha serves as a market maker of shares for various companies, through authorization of the Tel Aviv Stock Market Ltd., and may serve as the market maker for the company which is the subject of this report.

Yuval Ben Ze'ev, the research manager for Clal Finance Batucha Brokerage, subsidiary of Clal Finance Batucha, is an interested party in Clal Finance Batucha Brokerage.

This report is intended for the addressee whose name appears above. Transfer of portions of its content to other parties, or publication in any way, without prior approval in writing from Clal Finance Batucha, and without inclusion of this warning note in the text body, in a prominent place, is forbidden if not otherwise stated.