# EXHIBIT D

```
                                                                  1 of 1
BN        Retalix Shares Surge on Speculation That VeriFone May Buy Group
          Feb 14 2007  1:17


By Tal Barak
     Feb. 14 (Bloomberg) -- Shares of Retalix Ltd., an Israeli
maker of software used by grocery chains, climbed on trader
speculation that VeriFone Holdings Inc. may acquire the company,
according to Clal Finance Batucha Investment Management Ltd.
     Retalix rose as much as 7.51 shekels, or 9.5 percent, to
86.40 shekels, and traded at 84.44 shekels at 11:16 a.m. in Tel
Aviv.
     ``We're hearing rumors that VeriFone will buy Retalix,
although nothing has been officially announced,'' Clal said in an
e-mailed note to investors.
     VeriFone is the world's biggest maker of electronic-payment
equipment.

--Editor: A. Snyder

Story illustration: For more news on Retalix, see
{RTLX US <Equity> CN BN <GO>}.

To contact the reporter on this story:
Tal Barak in Tel Aviv at +972-3-754-1151 or
tbarak@bloomberg.net

To contact the editor responsible for this story:
Balduin Hesse at +44-20-7073-3474 or
bhesse2@bloomberg.net
```

**Bloomberg** - Your definitive source
If you need help on the BLOOMBERG press the HELP key twice
Copyright (c) 2008, Bloomberg, L. P.