# EXHIBIT E

1 of 6 DOCUMENTS

Copyright 2007 Globes (Tel Aviv, Israel)
Globes (Tel Aviv, Israel)

Distributed by McClatchy-Tribune Business News

February 14, 2007 Wednesday

**SECTION:** BUSINESS AND FINANCIAL NEWS

**ACC-NO:** 20070214-TL-0214-VeriFone-rumored-to-be-in-negotiations-to-buy-Retalix

**LENGTH:** 177 words

**HEADLINE:** VeriFone rumored to be in negotiations to buy Retalix: Retalix soared 7% on high turnover in morning trading following the report.

**BYLINE:** Amir Keidan, Globes, Tel Aviv, Israel

**BODY:**

Feb. 14--Retail software company Retalix (Nasdaq: RTLX; TASE: RTLX) soared 7 percent on high turnover in morning trading today, following reports in "Bloomberg" of rumors that it could be sold to US rival VeriFone Holdings Inc. (Nasdaq: PAY; TASE: PAY). In 2006 VeriFone acquired another Israeli retail software company, Lipman Electronics Engineering.

"Bloomberg" said that one of the sources of the report was investment house Clal Finance **Batucha,** which claimed that it heard that a sale offer was being mooted, even though no official announcement has been made to that effect.

Retalix has been the subject of speculation for some time and recent trading in its stock has reflected this. The company said in response that it would not comment on hearsay.

Copyright (c) 2007, Globes, Tel Aviv, Israel Distributed by McClatchy-Tribune Business News. For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**LOAD-DATE:** February 15, 2007