# EXHIBIT F

1 of 1

BN        VeriFone Raised to `Buy' at Clal; Price Estimate Cut by 26%
          Dec 4 2007  2:19


By Gwen Ackerman
     Dec. 4 (Bloomberg) -- VeriFone Holdings Inc., the biggest
maker of electronic-payment equipment, was raised to ``buy'' at
Clal Finance Batucha Investment Management Ltd. a day after
VeriFone said accounting errors erased four-fifths of pretax
profit for the nine months through July 31.
     VeriFone was raised from ``underperform'' and its target
price cut to $31 from $42 by Clal analyst Tsahi Avraham. The
company announced the errors yesterday, sparking a record
46 percent slide in the stock that wiped $1.79 billion off
VeriFone's market value in U.S. trading.
     The slide made VeriFone ``attractive, with all the risks,''
Avraham said in an e-mailed report today.
     VeriFone gained as much as 8.1 percent to 107 shekels,
trading at 105.40 shekels as of 12:14 p.m. in Tel Aviv.

--Editor: Jim Silver, Peter Branton

To contact the reporter on this story:
Gwen Ackerman in Jerusalem at +972-2-625-0061 or
gackerman@bloomberg.net

To contact the editors responsible for this story:
Lars Klemming at +46-8-610-0728 or lklemming@bloomberg.net