1 | Reed R. Kathrein (139304)
2 | Peter E. Borkon (212596)
  | HAGENS BERMAN SOBOL SHAPIRO LLP
3 | 715 Hearst Avenue, Suite 202
  | Berkeley, CA 94710
4 | Telephone: (510) 725-3000
  | Facsimile: (510) 725-3001
5 | reed@hbsslaw.com
  | peterb@hbsslaw.com

6 | Lewis S. Kahn (*Pro Hac Vice*)
  | KAHN GAUTHIER SWICK, LLC
7 | 650 Poydras Street, Suite 2150
  | New Orleans, LA 70130
8 | Telephone: (504) 455-1400
  | Facsimile: (504) 455-1498
9 | lewis.kahn@kgscounsel.com

10 | Attorneys for Plaintiff

11 | [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | CLASS ACTION |
| | DECLARATION OF REED R. KATHREIN IN FURTHER SUPPORT OF WESTEND CAPITAL MANAGEMENT, LLC'S MOTION FOR LEAD PLAINTIFF AND IN OPPOSITION TO COMPETING MOTIONS |
| This Document Relates To: All Actions | |

No. 07-6237 MHP

010006-13 225608 V1

I, REED R. KATHREIN, hereby declare as follows:

1. I am a member of the law firm of Hagens Berman Sobol Shapiro, LLP.

2. Movant WestEnd Capital Management, LLC seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned actions (the "Actions").

3. I submit this Declaration, together with the attached exhibits, in further support of WestEnd Capital Management, LLC's Motion for Lead Plaintiff, and in Opposition to the Competing Motions. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the Summary Plan Description of National Elevator Fund.

5. Attached hereto as Exhibit B is a true and correct copy of an article by Daniel Fisher for Forbes dated February 13, 2006.

6. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Louis P. Malone, III in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and Award of Attorney's Fees and Reimbursement, filed in *In re Cisco Systems, Inc. Securities Litigation*, No. 01-20418 on November 20, 2006.

I declare under penalty of perjury under the laws of the state of California that the foregoing facts are true and correct. Executed this 25th day of February 2008, at Berkeley, California.

                                                    /s/ Reed R. Kathrein
                                                  REED R. KATHREIN

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                    /s/ Reed R. Kathrein
                    REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,oszeto@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  jreed@schubert-reed.com,plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.c

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,cwalker@cpmlegal.com,rjit

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)