# Exhibit C

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
SPENCER A. BURKHOLZ (147029)
DANIEL S. DROSMAN (200643)
JONAH H. GOLDSTEIN (193777)
MATTHEW P. MONTGOMERY (180196)
JESSICA T. SHINNEFIELD (234432)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com
SpenceB@lerachlaw.com
DanD@lerachlaw.com
JonahG@lerachlaw.com
MattM@lerachlaw.com
JessicaS@lerachlaw.com
    – and –
PATRICK J. COUGHLIN (111070)
LESLEY E. WEAVER (191305)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
LesleyW@lerachlaw.com

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
TIMOTHY M. O'BRIEN (pro hac vice)
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/497-7057 (fax)

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C-01-20418-JW(PVT) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF LOUIS P. MALONE III IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES |

I, Louis P. Malone III, declare:

1. I am a partner in the firm of O'Donoghue & O'Donoghue LLP ("O'Donoghue"), outside counsel for Lead Plaintiff Plumbers & Pipefitters National Pension Fund ("Plumbers" or the "Fund") and submit this Declaration in support of final approval of the $99,250,000 settlement, Plan of Allocation, and for an award of $15 million in legal fees. I have personal knowledge of the statements herein, and if called as a witness, could competently testify thereto.

2. Plumbers is a Taft & Hartley Fund with approximately $3 billion in assets for the benefit of more than 145,000 participants and beneficiaries. During the Class Period, Plumbers purchased more than 500,000 shares of Cisco stock and suffered out-of-pocket losses of approximately $16 million. As outside counsel, O'Donoghue monitors litigation matters for the Fund and as part of its responsibilities, supervises outside litigation counsel on its behalf and reports to the Fund's Board of Trustees on a quarterly basis. In this case, since September 2003 I have been assigned to monitor the Cisco litigation on the Fund's behalf.

3. Like virtually all institutional investors, Plumbers' investment portfolio includes positions in a broad range of publicly traded companies. Because of its substantial participation in America's financial markets and its standing as an institutional investor, Plumbers has a vested interest in the integrity of our capital markets and in the meritorious enforcement of the federal securities laws enacted to protect investors.

4. While Plumbers has suffered investment losses in numerous publicly-traded companies since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), it has been selective in choosing the cases in which it has sought to participate as an appointed lead plaintiff and did so in the above-captioned action after determining that this case merited institutional representation and participation.

5. By seeking appointment as a lead plaintiff in this action, Plumbers responded to the call of Congress for institutional shareholders to actively participate as a lead plaintiff in class action securities litigation and to further ensure that these actions were controlled and supervised by the shareholders for whom they were brought and prosecuted. Here, in seeking appointment as a lead plaintiff, Plumbers understood its responsibility to serve the best interests of the class members by

DECLARATION OF LOUIS MALONE IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - C-01-20418-JW(PVT) - 1 -

participating in the supervision of the effective prosecution of this action and actively undertook to do so at all times.

6. On November 14, 2001, the Honorable James Ware of the United States District Court for the District of California, appointed Plumbers and others to serve as lead plaintiffs in this action. In fulfillment of its responsibilities as a lead plaintiff, and on behalf of all class members, Plumbers zealously performed its role as a Lead Plaintiff in pursuit of a substantial and favorable result in this case. To that end, at the direction of the Fund's Board of Trustees I (a) engaged in periodic conferences with lead counsel and other lead plaintiffs; (b) participated in the litigation and provided input into the case; (c) was kept fully informed regarding case status; (d) reviewed pleadings and motions filed in this action; (e) updated the Plumbers' Board of Trustees; (f) participated in providing discovery to defendants, including a deposition of Plumbers' representative (William Sweeney) and providing written discovery and Plumbers documents; (g) independently evaluated plaintiffs' claims and defendants' defenses; (h) provided significant input respecting litigation and settlement strategy; (i) attended depositions of expert witnesses; and (j) actively participated in and/or was kept advised of the settlement negotiations.

7. As a consequence of this informed and deliberative process, and in consultation with counsel, Plumbers authorized counsel to settle this action for $99,250,000. For all the reasons more particularly recited and discussed in the concurrently-filed Lead Counsels' memorandum of law in support of the approval of this settlement, Plumbers believes that, in light of the liability, causation and damages issues presented in this case, this settlement represents an outstanding recovery on behalf of the Class, an excellent resolution of the litigation that is fair, reasonable and adequate and that its approval is in the best interest of each class member.

8. As an institutional investor, the Fund supports and employs the use of the percentage of the fund recovery – *i.e.*, contingent fee – in securities class actions. Without the percentage contingent fee, it would be difficult, if not impossible, to retain the caliber of lawyers who are necessary, willing and able to properly prosecute to a favorable conclusion actions such as this one. Moreover, the Fund believes that the use of the contingent fee properly incentivizes attorneys to litigate these actions both vigorously and efficiently and to reach a resolution of the matter promptly.

DECLARATION OF LOUIS MALONE IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - C-01-20418-JW(PVT) - 2 -

1  The use of the percentage contingent fee is appropriate here as lead counsel have diligently worked
2  on this case since its inception for almost five years, without compensation or reimbursement of the
3  expenses they advanced in this case and, in doing so, have achieved a superb result that is the
4  product of excellent lawyering.

5        9.    Moreover, Plumbers agrees with Central States which negotiated a legal fee of 15.1%
6  or $15 million for Lead Counsel and supports an award of attorneys' fees in this action in that
7  amount as fair and reasonable in light of the result obtained, and the complexity of the prosecution of
8  this action. O'Donoghue's legal fees of $278,457.50 for its work on this case will be paid out of the
9  legal fee awarded by the Court to Lead Counsel. Furthermore, Plumbers also supports Lead
10 Counsel's request for reimbursement of its expenses so long as such expenses do not exceed $8.9
11 million.

12       10.    The PSLRA provides that the Court may make an "award of reasonable costs and
13 expenses (including lost wages) directly relating to the representation of the class to any
14 representative serving on behalf of a class." 15 U.S.C. §78u-4(a)(4). It is important that the Court
15 allow reimbursement of lead plaintiffs' costs and expenses because it "encourages participation of
16 plaintiffs in the active supervision of their counsel." *Varljen v. H.J. Meyers & Co.*, No. 97 Civ. 6742
17 (DLC), 2000 U.S. Dist. LEXIS 16205, at *14 n.2 (S.D.N.Y. Nov. 8, 2000). Some of the Fund's
18 travel expenses were paid by Lead Counsel and are part of their request for reimbursement. These
19 unreimbursed expenses and costs were reasonably and necessarily incurred in connection with the
20 Fund's service to all class members as a lead plaintiff in the above action and are believed to be fair
21 and reasonable.

22     I declare under penalty of perjury under the laws of the United States of America that the
23 foregoing is true and correct. Executed this *14th* day of *November*, 2006, at
24 *Washington, D.C.*

25
26 _____
                  LOUIS P. MALONE III
27
28

DECLARATION OF LOUIS MALONE IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - C-01-20418-JW(PVT)    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/Spencer A. Burkholz
SPENCER A. BURKHOLZ

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: SpenceB@lerachlaw.com

# Mailing Information for a Case 5:01-cv-20418-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Stuart L. Berman**
  sberman@sbclasslaw.com
- **Ronald S Betman**
  rbetman@winston.com
- **Patrice L. Bishop**
  service@ssbla.com
- **Norman J. Blears**
  nblears@hewm.com susan.griffin-preston@hellerehrman.com;yvonne.somek@hellerehrman.com;victor.gonzales@hellerehrman.com
- **Ruth Marian Bond, Esq**
  ruth.bond@sfgov.org blanca.martin@sfgov.org
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com
- **George H. Brown**
  gbrown@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Spencer A. Burkholz**
  SpenceB@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Connie M. Cheung**
  conniec@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoH@lerachlaw.com
- **James Nixon Daniel**
  jnd@beggslane.com
- **Daniel S. Drosman**
  DanD@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Krista M. Enns**
  kenns@winston.com hhammon@winston.com
- **Kathryn Fritz**
  kfritz@fenwick.com
- **Donald P. Gagliardi**
  dgagliardi@be-law.com vross@be-law.com
- **Bruce C. Gibney**
  bgibney@hewm.com
- **Daniel C. Girard**
  girardgibbs@girardgibbs.com cma@girardgibbs.com

- **Lionel Z. Glancy**
  info@glancylaw.com
- **Jonah Goldstein**
  jonahg@lerachlaw.com
- **Mark Gordon**
- **John Halebian**
  jhalebian@lshllp.com lshscanner@lshllp.com
- **Thomas J. Harrison**
- **Alice L. Jensen**
  ajensen@fenwick.com vadelman@fenwick.com
- **Robert A. Jigarjian**
  CAND.USCOURTS@CLASSCOUNSEL.COM
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Dean S. Kristy**
  dkristy@fenwick.com
- **Felix Lee**
  flee@fenwick.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **Robert L. Michels**
  rmichels@winston.com
- **Matthew Paul Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kevin P. Muck**
  kmuck@fenwick.com cprocida@fenwick.com
- **Lucas Olts**
  LukeO@Lerachlaw.com
- **Troy Alan Rafferty**
  trafferty@levinlaw.com balverson@levinlaw.com
- **Brian J. Robbins**
  robbins@ruflaw.com
  zimmer@ruflaw.com;maytorena@ruflaw.com;sputtick@ruflaw.com
- **Darren J. Robbins**
- **Daniel T. Rockey**
  drockey@hewm.com nsims@hewm.com;rsazegari@hewm.com
- **Michael L. Rugen**
  mrugen@hewm.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James G. Stranch, III**
  jgs@branstetterlaw.com rjordan@branstetterlaw.com
- **Jessica Tally**
  JessicaT@lerachlaw.com
- **Carol Lynn Thompson**
  CTHOMPSON@HEWM.COM

- **Lesley E. Weaver**
  lesleyw@lerachlaw.com e_file_sf@lerachlaw.com
- **Dan Keith Webb**
  dwebb@winston.com
- **Ethan Richard York**
  eyork@winston.com ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Erik Connolly
Winston & Strawn LLP
West  Wacker Drive
Chicago, IL 60601-9703

Christopher Alan Garcia
Attorney at Law
Dell,Inc
1 Dell Way-Legal
Round Rock, TX 78682

Frederick W. Gerkens, III
Wechsler Harwood Halebian & Feffer, LLP
488 Madison Avenue, 8th Floor
New York,, NY 10022

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Peter Lawrence Kaufman
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, FL 32502

Frederick T. Kuykendall
Levin Papantonio Thomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

Christopher R. Leclerc
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, Ca 94025-3506
```

Fredric G. Levin
Levin PapantonioThomas Mitchell Echsner
316 South Baylen Street, Suite 600
Pensacola, fL 32501

Timothy M. O'Brien
Levin Papantonio Thomas Mitcgell Echsner
316 South Baylen Street, Suite 600
Pensacola, Fl 32501

J. Papantonio Papantonio
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Joe Scarborough
Levin, Papantonio, Thomas, Mitchell, Ech
316 South Baylen Street, Suite 600
Pensacola,, Fl 32501

Robert E. Smith, JR
Levin Papantonio thomas Mitchell Echsner
316 South Baylen St., Ste 400
Pensacola, FL 32502

Melvyn I. Weiss
Attorney at Law
One Pennsylvania Plaza
New York, NY 10119-1063

Manual Service List (cont.)
*In re Cisco Systems, Inc. Sec. Litig.*
Master File No. C-01-20418-JW(PVT)

Stephen B. Morris, APC
MORRIS and ASSOCIATES
401 West "A" Street, Suite 2200
San Diego, CA 92101
Telephone: 619/239-1300

Wayne Schneider, General Counsel
NEW YORK STATE TEACHERS' RETIREMENT SYSTEM
10 Corporate Woods Drive
Albany, NY 12211-2395
Telephone: 800/356-3128

Richard P. Bosson
2703 Montague Court East
Clearwater, FL 33761

Charles W. Morgan
2220 Calle Opalo
San Clemente, CA 92673
Telephone: 949/498-8296

John P. Dillman
Tara L. Grundemeier
1301 Travis, Suite 300
Houston, TX 77002
Telephone: 713/844-3436

John R. Ihms
19149 Sierra Estates Drive
Newhall, CA 91321-2272

Lee M. Cassidy
1503 North Colonial Court
Arlington, VA 22209

Steven L. Moldane
3309 142nd Place NE
Bellevue, WA 98007-3249
Telephone: 425/376-2830