Martin D. Chitwood
(To Be Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
(Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARTIN D. CHITWOOD IN FURTHER SUPPORT OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S MOTION FOR LEAD PLAINTIFF AND IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn Hall Patel |

I, Martin D. Chitwood, declare under penalty of perjury as follows:

1. I am a partner at the law firm of Chitwood Harley Harnes LLP. I submit this Declaration in further support of the Israeli Institutional Investor Group's Motion for Lead Plaintiff and in Opposition to Competing Motions for Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice to Class members that was published by counsel for plaintiff in the *Lien* action on December 7, 2007 on *Prime Newswire* advising the public of the pendency of a class action filed on behalf of shareholders of VeriFone Holdings, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of the PSLRA notice to Class members that was published by counsel for plaintiff in the *Vaughn* action on December 7, 2007 on *Business Newswire* advising the public of the pendency of a class action filed on behalf of shareholders of VeriFone Holdings, Inc.

4. Attached hereto as Exhibit C is a true and correct copy of the PSLRA notice to Class members that was published by counsel for plaintiff in the *Cerini* action on December 10, 2007 on *Prime Newswire* advising the public of the pendency of a class action filed on behalf of shareholders of VeriFone Holdings, Inc.

5. Attached hereto as Exhibit D is a true and correct copy of the PSLRA notice to Class members that was published by counsel for plaintiff in the *Westend Capital Management LLC* action on December 11, 2007 on *Prime Newswire* advising the public of the pendency of a class action filed on behalf of shareholders of VeriFone Holdings, Inc.

6. Attached hereto as Exhibit E is a true and correct copy of Delek US Holdings, Inc.'s Form 10-Q dated May 15, 2007.

7. Attached hereto as Exhibit F is a true and correct copy of the Organizational Chart for Delek Group, Ltd.

8. Attached hereto as Exhibit G is a true and correct copy of the Supplemental Declaration of the Phoenix Insurance Company, Ltd. in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff, executed by Orly Kronman Dagan the General Legal Counsel and Secretary for The Phoenix Holdings Ltd., the parent company of Phoenix Insurance Company, Ltd.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2008

_____
Martin D. Chitwood