Martin D. Chitwood
(To Be Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
(To Be Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>Document Relates To All Actions: | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**JOINT DECLARATION IN SUPPORT OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn Hall Patel |

As the duly authorized representatives of the Israeli Institutional Investor Group, Eitan Levi, Ezra Attar, Golan Sapir, Hanan Fridman, and Sami Bebecov, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   We respectfully submit this Declaration in support of the motion of the Israeli Institutional Investor Group, comprised of The Phoenix Insurance Company Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds, for appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel.  We each have personal knowledge about the information in this Joint Declaration relating to the respective funds and companies with which we are associated.

2.   I, Eitan Levi, am the Chief Investment Officer for The Phoenix Insurance Company Ltd. ("Phoenix").  I am duly authorized to execute this Declaration on behalf of Phoenix, which is one of Israel's leading insurance companies that provides non-life, health and nursing insurance as well as a Long-Term Savings program focused on products that integrate between life insurance, pension and provident funds.  The Phoenix invests in publicly traded securities through various funds owned by Phoenix, such as pension funds, provident funds, and mutual funds.

3.   Phoenix made all of the investments in VeriFone securities for the funds listed on Schedule A to this Supplemental Certification (attached hereto as Exhibit A).  Phoenix has full and complete discretion to purchase and sell securities for each of the funds and to institute legal action on their behalf to recover losses as a result of Phoenix's investments for them, including serving as lead plaintiff in this action.

4.   I, Ezra Attar, am the Chief Executive Officer for Prisma Provident Funds, Ltd. ("Prisma Provident").   I am duly authorized to execute this Declaration on behalf of Prisma Provident, which is the largest provident fund management company in Israel. Prisma Provident is owned by Prisma Investment House, Ltd., Israel's largest private investment house, and shares in-house legal counsel with Prisma Mutual Funds. The company manages provident funds, training funds, compensation funds, and

funds for sickness remuneration. Prisma Provident invests in publicly traded securities through various funds owned by Prisma Provident, such as pension funds and provident funds.

5. Prisma Provident made all of the investments in VeriFone securities for the funds listed on Schedule A to this Supplemental Certification (attached hereto as Exhibit B). Prisma Provident has full and complete discretion to purchase and sell securities for each of the funds and to institute legal action on their behalf to recover losses as a result of Prisma Provident's investments for them, including serving as lead plaintiff in this action.

6. I, Golan Sapir, am the Chief Executive Officer for Prisma Mutual Funds, Ltd. ("Prisma Mutual Funds"). I am duly authorized to execute this Declaration on behalf of Prisma Mutual Funds, which was established on the base of the assets of the P.K.N. and Lahak funds, which were acquired from Bank Hapoalim, and Solomon Capital Markets' funds. Prisma Mutual is owned by Prisma Investment House, Ltd., Israel's largest private investment house, and shares in-house legal counsel with Prisma Provident Funds.

7. Prisma Mutual Funds made all of the investments in VeriFone securities for the funds listed on Schedule A to this Supplemental Certification (attached hereto as Exhibit C). Prisma Mutual Funds has full and complete discretion to purchase and sell securities for each of the funds and to institute legal action on their behalf to recover losses as a result of Prisma Mutual Funds' investments for them, including serving as lead plaintiff in this action.

8. I, Hanan Fridman, am the Legal Counsel for Harel Insurance Company ("Harel Insurance"). I am duly authorized to execute this Declaration on behalf of Harel Insurance. Harel provides comprehensive financial solutions including life, general, and health insurance, as well as provident, pension and other financial services. Also towards the end of 2006, Harel Insurance completed its purchase of Leumi-Pia from Bank Leumi, which was then renamed Harel-Pia.

9. Harel Insurance made all of the investments in VeriFone securities for the funds listed on Schedule A to this Supplemental Certification (attached hereto as Exhibit D). Harel Insurance has full

Joint Declaration in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff. C 07-6140 MHP

2

and complete discretion to purchase and sell securities for each of the funds and to institute legal action on their behalf to recover losses as a result of Harel Insurance's investments for them, including serving as lead plaintiff in this action.

10. I, Sami Bebecov, am the General Manager for Harel Pia Mutual Funds ("Harel Pia"). I am duly authorized to execute this Declaration on behalf of Harel Pia, which is one of Israel's oldest Mutual Funds investment companies, established in 1940 and now owned by Harel Insurance.

11. Harel Pia made all of the investments in VeriFone securities for the funds listed on Schedule A to this Supplemental Certification (attached hereto as Exhibit E). Harel Pia has full and complete discretion to purchase and sell securities for each of the funds and to institute legal action on their behalf to recover losses as a result of Harel Insurance's investments for them, including serving as lead plaintiff in this action.

12. We believe that the Court should appoint the Israeli Institutional Investor Group as Lead Plaintiff because its members are sophisticated institutional investors with a significant interest in the outcome of the case and have the capability and experience to oversee this litigation to a successful conclusion. The Israeli Institutional Investor Group has ample resources and is committed to working closely with class counsel to obtain the best possible recovery for the Class. We are capable of actively participating in this action through our chosen Lead Counsel and are committed to doing so.

13. We as members of this Israeli Institutional Investor Group, have agreed to follow the terms which are now reflected in this Joint Declaration. This communication was facilitated by our pre-existing professional and personal relationships.

14. We understand that one of the primary responsibilities of the Lead Plaintiff in overseeing the work of lead counsel is to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity and risk of the litigation.

15. We understand that each of us could have chosen to pursue individual actions, make a motion for appointment as Lead Plaintiff individually or could have taken no action and remained an

Joint Declaration in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff. C 07-6140 MHP

3

absent class member. However, based on our respective financial losses, collective resources and desire to actively oversee this litigation, we affirmatively decided that it would be a benefit to ourselves and the Class we seek to represent if we, together, as five sophisticated investors, sought appointment as Lead Plaintiff as part of a small, cohesive group.

16. Together, we represent a diverse cross-section of institutional investors who are interested in and committed to the successful prosecution of this action, in light of our losses and the egregious actions of the defendants as alleged in the complaints filed in the related actions.

17. Our decision to work together furthers the purpose of the enactment of the PSLRA – to encourage institutional investors to serve as lead plaintiff.

18. Each member of the Israeli Institutional Investor Group is committed to the zealous prosecution of this case and will remain actively involved in it. Each member is experienced in working with and overseeing legal counsel. Each member possesses in-house legal counsel, all of whom have been actively overseeing all aspects of this matter, and have been working closely with their proposed Lead Counsel in that regard.

19. We each have knowledge of the requirements and responsibilities of a lead plaintiff in a securities class action. The Israeli Institutional Investor Group has, through their authorized representatives, agreed to exercise joint decision making and work together if appointed in this Action to fairly and adequately protect the interest of the Class. Issues that cannot be resolved unanimously shall be resolved by a majority vote, with each member of the Israeli Institutional Investor Group entitled to one vote. If appointed as Lead Plaintiff, we intend to continue to communicate regularly with counsel as we have done thus far and with each other in order to discuss and monitor the litigation as it progresses. Procedures for joint communication among the group and with our selected Lead Counsel are in place, as are reporting requirements requested by us of our selected Lead Counsel. We selected Lead Counsel in this Action based upon their substantial experience and resources.

Joint Declaration in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff. C 07-6140 MHP

4

20. We want to assure the Court that neither distance nor time zones will affect our ability to work with proposed lead counsel to adequately represent the class. We realize that, as lead plaintiff, it may be necessary to travel to the United States. Otherwise we are prepared to use other communication devices such as telephone, email and video conference to carry out the responsibilities of lead plaintiff. In addition the Israeli Institutional Investor Group has officers and staff who are fluent in English such that we can communicate effectively.

21. As Lead Plaintiff, we shall be responsible for directing the activities of our selected counsel for the duration of the litigation, which counsel shall, inter alia:

    a. determine and present the position of the Lead Plaintiffs on all matters that may arise during litigation of the Action;

    b. coordinate the initiation and conduct discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c. conduct settlement negotiations under our direction on behalf of plaintiffs;

    d. negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

    e. retain expert consultants and witnesses;

    f. prepare and distribute periodic status reports to the Lead Plaintiffs;

    g. maintain adequate time and disbursement records covering services as Lead Counsel; and

    h. perform such other duties as may be incidental to proper coordination of the litigation or authorized by further order of the Court.

Joint Declaration in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff. C 07-6140 MHP

5

1  We declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  January ___, 2008
4                                     Eitan Levi
                                   The Phoenix Insurance Company Ltd.
5
6  January ___, 2008
7                                     Ezra Attar
                                   Prisma Provident Funds, Ltd.
8
9  January ___, 2008
10                                    Golan Sapir
                                   Prisma Mutual Funds, Ltd.
11
12 January ___, 2008
13                                    Hanan Fridman
                                   Harel Insurance Company
14
15 January ___, 2008
16                                    Sami Bebecov
                                   Harel Pia Mutual Funds
17
18
19
20
21
22
23
24
25
26
27
28

Joint Declaration in Support of the Israeli Institutional Investor Group's Motion for Appointment as Lead Plaintiff - C 6
07-6140 MHP

