Martin D. Chitwood
(To Be Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
(To Be Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (To Be Admitted *Pro Hac Vice)*
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice)*
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice)*
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice)*
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C 07-6140 MHP |
| ) | **CLASS ACTION** |
| This Document Relates to All Actions ) ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE**<br><br><br><br>DATE: March 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15<br>JUDGE: Hon. Marilyn Hall Patel |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the following documents with the Clerk of Court using the CM/ECF system:

1. **REPLY MEMORANDUM IN FURTHER SUPPORT OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

2. **DECLARATION OF MARTIN D. CHITWOOD IN FURTHER SUPPORT OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S MOTION FOR LEAD PLAINTIFF AND IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**

3. **JOINT DECLARATION IN SUPPORT OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF.**

which will automatically send email notification of such filing to the following attorneys of record for Civil Action No .3:07-CV-06140:

| | |
|---|---|
| Nicole C. Lavalle | Alan R. Plutzik |
| nlavalle@bermanesq.com | aplutzik@bramsonplutzik.com |
| Joseph J. Tabacco, Jr. | Lawrence T. Fisher |
| jtabacco@bermanesq.com | ltfisher@dbramsonplutzik.com |
| Berman DeValerio, et al. | Schiffrin Barroway, et al. |
| 425 California St., Suite 2100 | 2125 Oak Grove Rd., Suite 120 |
| San Francisco, CA  94104 | Walnut Creek, CA  94598 |
| | |
| Reed R. Kathrein | Lewis S. Kahn |
| reed@hbsslaw.com | Lewis.kahn@kgscounsel.com |
| Hagens Berman, et al. | Kahn Gauthier Swick LLC |
| 715 Hearst Ave., Suite 202 | 650 Poydras St., Suite 2150 |
| Berkeley, CA  94710 | New Orleans, LA  70130 |
| | |
| Steve W. Berman | Laurence D. King |
| steve@hbsslaw.com | lking@kaplanfox.com |
| Hagens Berman, et al. | Linda M. Fong |
| 1301 Fifth Ave., Suite 2900 | lfong@kaplanfox.com |
| Seattle, WA  98101 | Kaplan Fox & Kilsheimer LLP |
| 700 Stewart St. | 350 Sansome St., Suite 400 |
| Seattle, WA  98101 | San Francisco, CA  94104 |
| | |
| Shawn A. Williams | Daniel C. Girard |
| shawnw@csgrr.com | girardgibbs@girardgibbs.com |
| Couglin Stoia, et al. | Aaron M. Sheanin |
| 100 Pine St., Suite 2600 | ams@girardgibbs.com |

| | |
|---|---|
| San Francisco, CA  94111 | Jonathan K. Levine<br>jkl@girardgibbs.com<br>Girard Gibbs LLP<br>601 California St., Suite 1400<br>San Francisco, CA  94108 |
| Michael H. Steinberg<br>steinbergm@sullcrom.com<br>Brendan P. Cullen<br>cullenb@sullcrom.com<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA  90067 | Francis A. Bottini, Jr.<br>frankb@johnsonbottini.com<br>Frank J. Johnson<br>frankj@johnsonbottini.com<br>Johnson Bottini, LLP<br>655 W. Broadway, Suite 1400<br>San Diego, CA  92101 |

and I have mailed the foregoing document by United States Postal Service, by first class mail, postage prepaid, to the following attorneys:

| | |
|---|---|
| D. Seamus Kaskela<br>Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  29087 | Jeffrey P. Campisi<br>Joel B. Strauss<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY  10022 |
| Jeffrey A. Klafter<br>Klafter & Olsen LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY  10605 | David C. Walton<br>Darren Jay Robbins<br>Coughlin Stoia Geller et al<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101-3301 |
| Karen Hanson Riebel<br>Lockridge Grindal Nauen<br>100 Washington Avenue, S.<br>Suite 2200<br>Minneapolis, MN  55401-2179 | Brett Michael Weaver<br>Derek J. Wilson<br>Johnson Bottini, LLP<br>655 West Broadway<br>Suite 1400<br>San Diego, CA  92101 |

This 25th day of February, 2008.        s/ Aaron H. Darsky
                                        Aaron H. Darsky