UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) All Actions ) ) | Master File No. C 07-6140 MHP CLASS ACTION ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

MARTIN D. CHITWOOD, an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is 2300 Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309, (404) 873-3900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/22/08

MARILYN H. PATEL
United States District Court Judge