| | |
|---|---|
| Martin D. Chitwood<br>(To Be Admitted *Pro Hac Vice*)<br>mchitwood@chitwoodlaw.com<br>James M. Wilson, Jr.<br>(To Be Admitted *Pro Hac Vice*)<br>jwilson@chitwoodlaw.com<br>CHITWOOD HARLEY HARNES LLP<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 873-3900<br>Facsimile: (404) 876-4476<br><br>Gregory E. Keller (To Be Admitted *Pro Hac Vice*)<br>gkeller@chitwoodlaw.com<br>Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)<br>dkaplan@chitwoodlaw.com<br>Eran Rubinstein (To be Admitted *Pro Hac Vice*)<br>erubinstein@chitwoodlaw.com<br>Susan Boltz Rubinstein<br>(To be Admitted *Pro Hac Vice*)<br>srubinstein@chitwoodlaw.com<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Telephone: (516) 773-6090<br>Fax: (404) 876-4476 | Robert C. Schubert (State Bar No. 62684)<br>Juden Justice Reed (State Bar No. 153748)<br>Willem F. Jonckheer (State Bar No. 178748)<br>SCHUBERT & REED LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br><br>Proposed Liaison Counsel |

Attorneys for Movants and Proposed Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    All Actions | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

     Pursuant to Civil L.R. 11-3, JAMES M. WILSON, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Movants The Phoenix Insurance Company, Ltd., Prisma Provident

1  Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds in the
2  above-entitled action.
3      In support of this application, I certify on oath that:
4      1.    I am an active member in good standing of a United States Court or of the highest court
5  of another State or the District of Columbia, as indicated above;
6      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
7  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
8  Local Rules and the Alternative Dispute Resolution programs of this Court; and
9      3.    An attorney who is a member of the bar of this Court in good standing and who maintains
10 an office within the State of California has been designated as co-counsel in the above-entitled action.
11 The name, address and telephone number of that attorney is:

> Willem F. Jonckheer (State Bar No. 178748)
> SCHUBERT & REED LLP
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111
> Telephone: (415) 788-4220

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2008

_/s/ James M. Wilson_
JAMES M. WILSON

Application For Admission of Attorney *Pro Hac Vice*
Master File No. C 07-6140 MHP

— 2 —