| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| (To Be Admitted *Pro Hac Vice*) | Juden Justice Reed (State Bar No. 153748) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. | SCHUBERT & REED LLP |
| (To Be Admitted *Pro Hac Vice*) | Three Embarcadero Center, Suite 1650 |
| jwilson@chitwoodlaw.com | San Francisco, CA  94111 |
| CHITWOOD HARLEY HARNES LLP | Telephone: (415) 788-4220 |
| 2300 Promenade II | Facsimile:  (415) 788-0161 |
| 1230 Peachtree Street, N.E. | |
| Atlanta, Georgia 30309 | Proposed Liaison Counsel |
| Telephone: (404) 873-3900 | |
| Facsimile:  (404) 876-4476 | |

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| This Document Relates to All Actions | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR JAMES M. WILSON)**
2) **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (FOR JAMES M. WILSON)**
3) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR MARTIN D. CHITWOOD)**
4) **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE (FOR MARTIN D. CHITWOOD)**

by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows :

Nicole C. Lavalle
Joseph J. Tabacco, Jr.
Berman DeValerio, et al.
425 California St., Suite 2100
San Francisco, CA  94104

Alan R. Plutzik
Lawrence T. Fisher
Schiffrin Barroway, et al.
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA  94598

Reed R. Kathrein
Hagens Berman, et al.
715 Hearst Ave., Suite 202
Berkeley, CA  94710

Lewis S. Kahn
Kahn Gauthier Swick LLC
650 Poydras St., Suite 2150
New Orleans, LA  70130

Steve W. Berman
Hagens Berman, et al.
1301 Fifth Ave., Suite 2900
Seattle, WA  98101
700 Stewart St.
Seattle, WA  98101

Laurence D. King
Linda M. Fong
lfong@kaplanfox.com
Kaplan Fox & Kilsheimer LLP
350 Sansome St., Suite 400
San Francisco, CA  94104

Shawn A. Williams
Couglin Stoia, et al.
100 Pine St., Suite 2600
San Francisco, CA  94111

Daniel C. Girard
Aaron M. Sheanin
Jonathan K. Levine
Girard Gibbs LLP
601 California St., Suite 1400
San Francisco, CA  94108

| | | |
|---|---|---|
| 1 | Michael H. Steinberg | Francis A. Bottini, Jr. |
| 2 | Brendan P. Cullen | Frank J. Johnson |
|   | cullenb@sullcrom.com | frankj@johnsonbottini.com |
| 3 | Sullivan & Cromwell | Johnson Bottini, LLP |
|   | 1888 Century Park East | 655 W. Broadway, Suite 1400 |
| 4 | Los Angeles, CA  90067 | San Diego, CA  92101 |
| 5 | | |
| 6 | D. Seamus Kaskela | Jeffrey P. Campisi |
|   | Richard A. Maniskas | Joel B. Strauss |
| 7 | Schiffrin Barroway Topaz & Kessler LLP | Kaplan, Fox & Kilsheimer LLP |
| 8 | 280 King of Prussia Road | 850 Third Avenue |
|   | Radnor, PA  29087 | 14th Floor |
| 9 | | New York, NY  10022 |
| 10 | Jeffrey A. Klafter | David C. Walton |
|    | Klafter & Olsen LLP | Darren Jay Robbins |
| 11 | 1311 Mamaroneck Avenue | Coughlin Stoia Geller et al |
| 12 | Suite 220 | 655 West Broadway |
|    | White Plains, NY  10605 | Suite 1900 |
| 13 | | San Diego, CA  92101-3301 |
| 14 | Karen Hanson Riebel | Brett Michael Weaver |
| 15 | Lockridge Grindal Nauen | Derek J. Wilson |
|    | 100 Washington Avenue, S. | Johnson Bottini, LLP |
| 16 | Suite 2200 | 655 West Broadway |
|    | Minneapolis, MN  55401-2179 | Suite 1400 |
| 17 | | San Diego, CA  92101 |
| 18 | | |
| 19 | This 19th day of February, 2008. | _____ |
|    | | Arthur Keng |