UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | CLASS ACTION |
| This Document Relates To: | |
| All Actions | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

DARREN T. KAPLAN, an active member in good standing of the bar of the State of New York, whose business address and telephone number is 11 Grace Avenue, Suite 306, Great Neck, New York 11021, (516) 773-6090, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

MARILYN H. PATEL
United States District Court Judge