| | |
|---|---|
| Martin D. Chitwood<br>(To Be Admitted *Pro Hac Vice*)<br>mchitwood@chitwoodlaw.com<br>James M. Wilson, Jr.<br>(To Be Admitted *Pro Hac Vice*)<br>jwilson@chitwoodlaw.com<br>CHITWOOD HARLEY HARNES LLP<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 873-3900<br>Facsimile:  (404) 876-4476 | FILED<br>08 FEB 22 PM 3:51<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DIST. OF CA<br><br>Robert C. Schubert (State Bar No. 62684)<br>Juden Justice Reed (State Bar No. 153748)<br>Willem F. Jonckheer (State Bar No. 178748)<br>SCHUBERT & REED LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA  94111<br>Telephone: (415) 788-4220<br>Facsimile:  (415) 788-0161<br><br>Proposed Liaison Counsel |

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>SECURITIES LITIGATION<br><br><br>This Document Relates to All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR DARREN T. KAPLAN)**
2) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR DARREN T. KAPLAN)**

by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows :

Nicole C. Lavalle
Joseph J. Tabacco, Jr.
Berman DeValerio, et al.
425 California St., Suite 2100
San Francisco, CA  94104

Reed R. Kathrein
Hagens Berman, et al.
715 Hearst Ave., Suite 202
Berkeley, CA  94710

Steve W. Berman
Hagens Berman, et al.
1301 Fifth Ave., Suite 2900
Seattle, WA  98101
700 Stewart St.
Seattle, WA  98101

Shawn A. Williams
Couglin Stoia, et al.
100 Pine St., Suite 2600
San Francisco, CA  94111

Michael H. Steinberg
Brendan P. Cullen
cullenb@sullcrom.com

Alan R. Plutzik
Lawrence T. Fisher
Schiffrin Barroway, et al.
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA  94598

Lewis S. Kahn
Kahn Gauthier Swick LLC
650 Poydras St., Suite 2150
New Orleans, LA  70130

Laurence D. King
Linda M. Fong
lfong@kaplanfox.com
Kaplan Fox & Kilsheimer LLP
350 Sansome St., Suite 400
San Francisco, CA  94104

Daniel C. Girard
Aaron M. Sheanin
Jonathan K. Levine
Girard Gibbs LLP
601 California St., Suite 1400
San Francisco, CA  94108

Francis A. Bottini, Jr.
Frank J. Johnson
frankj@johnsonbottini.com

Case 3:07-cv-06140-MHP   Document 98   Filed 02/22/2008   Page 3 of 3

| | |
|---|---|
| Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA 90067 | Johnson Bottini, LLP<br>655 W. Broadway, Suite 1400<br>San Diego, CA 92101 |
| D. Seamus Kaskela<br>Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 29087 | Jeffrey P. Campisi<br>Joel B. Strauss<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022 |
| Jeffrey A. Klafter<br>Klafter & Olsen LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605 | David C. Walton<br>Darren Jay Robbins<br>Coughlin Stoia Geller et al<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301 |
| Karen Hanson Riebel<br>Lockridge Grindal Nauen<br>100 Washington Avenue, S.<br>Suite 2200<br>Minneapolis, MN 55401-2179 | Brett Michael Weaver<br>Derek J. Wilson<br>Johnson Bottini, LLP<br>655 West Broadway<br>Suite 1400<br>San Diego, CA 92101 |

This 22nd day of February, 2008.

_____
Arthur Keng