| | |
|---|---|
| Martin D. Chitwood<br>(To Be Admitted *Pro Hac Vice*)<br>mchitwood@chitwoodlaw.com<br>James M. Wilson, Jr.<br>(Admitted *Pro Hac Vice*)<br>jwilson@chitwoodlaw.com<br>CHITWOOD HARLEY HARNES LLP<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Telephone: (404) 873-3900<br>Facsimile: (404) 876-4476<br><br>Gregory E. Keller (To Be Admitted *Pro Hac Vice*)<br>gkeller@chitwoodlaw.com<br>Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)<br>dkaplan@chitwoodlaw.com<br>Eran Rubinstein (To be Admitted *Pro Hac Vice*)<br>erubinstein@chitwoodlaw.com<br>Susan Boltz Rubinstein<br>(To be Admitted *Pro Hac Vice*)<br>srubinstein@chitwoodlaw.com<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Telephone: (516) 773-6090<br>Fax: (404) 876-4476 | Robert C. Schubert (State Bar No. 62684)<br>Juden Justice Reed (State Bar No. 153748)<br>Willem F. Jonckheer (State Bar No. 178748)<br>SCHUBERT & REED LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br><br>Proposed Liaison Counsel |

Attorneys for Movants and Proposed Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**APPLICATION FOR ADMISSION<br>OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, GREGORY E. KELLER, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Movants The Phoenix Insurance Company, Ltd., Prisma

Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Willem F. Jonckheer (State Bar No. 178748)
> SCHUBERT & REED LLP
> Three Embarcadero Center, Suite 1650
> San Francisco, CA 94111
> Telephone: (415) 788-4220

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/26/08

GREGORY E. KELLER

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016328
Cashier ID: bucklem
Transaction Date: 02/27/2008
Payer Name: schubert and reed
------------------------------------
PRO HAC VICE
 For: eran rubinstein
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: susan b rubinstein
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: gregory e keller
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 13887
 Amt Tendered: $630.00
------------------------------------
Total Due:     $630.00
Total Tendered: $630.00
Change Amt:    $0.00

c07-6140mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```