FILED
08 FEB 27 PM 3:24
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Martin D. Chitwood
(To Be Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
(To Be Admitted *Pro Hac Vice)*
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (To Be Admitted *Pro Hac Vice)*
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice)*
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice)*
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice)*
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

Robert C. Schubert (State Bar No. 62684)
Juden Justice Reed (State Bar No. 153748)
Willem F. Jonckheer (State Bar No. 178748)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates to All Actions | ) | Master File No. C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached

1) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR GREGORY E. KELLER)**
2) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR GREGORY E. KELLER)**
3) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR ERAN RUBINSTEIN)**
4) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR ERAN RUBINSTEIN)**
5) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR SUSAN BOLTZ RUBINSTEIN)**
6) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR SUSAN BOLTZ RUBINSTEIN)**

by placing said copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows :

Nicole C. Lavalle
Joseph J. Tabacco, Jr.
Berman DeValerio, et al.
425 California St., Suite 2100
San Francisco, CA 94104

Alan R. Plutzik
Lawrence T. Fisher
Schiffrin Barroway, et al.
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598

Reed R. Kathrein
Hagens Berman, et al.
715 Hearst Ave., Suite 202
Berkeley, CA 94710

Lewis S. Kahn
Kahn Gauthier Swick LLC
650 Poydras St., Suite 2150
New Orleans, LA 70130

Steve W. Berman
Hagens Berman, et al.
1301 Fifth Ave., Suite 2900
Seattle, WA 98101
700 Stewart St.
Seattle, WA 98101

Laurence D. King
Linda M. Fong
lfong@kaplanfox.com
Kaplan Fox & Kilsheimer LLP
350 Sansome St., Suite 400
San Francisco, CA 94104

Shawn A. Williams
Couglin Stoia, et al.

Daniel C. Girard
Aaron M. Sheanin

100 Pine St., Suite 2600
San Francisco, CA 94111

Jonathan K. Levine
Girard Gibbs LLP
601 California St., Suite 1400
San Francisco, CA 94108

Michael H. Steinberg
Brendan P. Cullen
cullenb@sullcrom.com
Sullivan & Cromwell
1888 Century Park East
Los Angeles, CA 90067

Francis A. Bottini, Jr.
Frank J. Johnson
frankj@johnsonbottini.com
Johnson Bottini, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101

D. Seamus Kaskela
Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 29087

Jeffrey P. Campisi
Joel B. Strauss
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Jeffrey A. Klafter
Klafter & Olsen LLP
1311 Mamaroneck Avenue
Suite 220
White Plains, NY 10605

David C. Walton
Darren Jay Robbins
Coughlin Stoia Geller et al
655 West Broadway
Suite 1900
San Diego, CA 92101-3301

Karen Hanson Riebel
Lockridge Grindal Nauen
100 Washington Avenue, S.
Suite 2200
Minneapolis, MN 55401-2179

Brett Michael Weaver
Derek J. Wilson
Johnson Bottini, LLP
655 West Broadway
Suite 1400
San Diego, CA 92101

This 27th day of February, 2008.

Arthur Keng