JOHNSON BOTTINI, LLP
FRANK J. JOHNSON, Cal. Bar No. 174882
FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
BRETT M. WEAVER, Cal. Bar No. 204715
DEREK J. WILSON, Cal. Bar No. 250309
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: 619/230-0063
Facsimile: 619/233-5535

Attorneys for Plaintiffs Brian Vaughn and Miriam Logan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE VERIFONE HOLDINGS, INC. SEC. LITIG. | No. 3:07-cv-06140 MHP |
|---|---|
| | NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFFS BRIAN VAUGHN AND MIRIAM LOGAN |
| THIS DOCUMENT RELATES TO: | |
| Case No. 3:07-cv-06197 (Vaughn) | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a)(1), Brian Vaughn and Miriam Logan, Plaintiffs in Case No. 3:07-cv-06197, voluntarily dismiss their complaint in the above-captioned action without prejudice.

Dated: March 7, 2008

      /s/ Francis A. Bottini, Jr.
FRANCIS A. BOTTINI, JR.

Attorney for Plaintiffs Brian Vaughn and Miriam Logan

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFFS VAUGHN AND LOGAN