1   Michael H. Steinberg (SBN 134179)
    (steinbergm@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    1888 Century Park East
3   Los Angeles, California  90067
    Telephone:    (310) 712-6600
4   Facsimile:    (310) 712-8800

5   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
6   Scott C. Hall (SBN 232492)
    (halls@sullcrom.com)
7   Sverker K. Hogberg (SBN 244640)
    (hogbergs@sullcrom.com)
8   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
9   Palo Alto, California 94303
    Telephone:    (650) 461-5600
10  Facsimile:    (650) 461-5700

11  Attorneys for Defendants VERIFONE HOLDINGS, INC.,
    DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN
12

13                  UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
    IN RE VERIFONE HOLDINGS, INC.        )    Master File No.
17  SECURITIES LITIGATION                )
                                         )    C 07-6140 MHP
18                                       )
                                         )    **CLASS ACTION**
19  This Document Relates To: All Actions )
                                         )    **DEFENDANTS' STATEMENT IN LIEU**
20                                       )    **OF CASE MANAGEMENT STATEMENT**
                                         )
21                                       )    Judge: The Hon. Marilyn H. Patel
                                         )    Courtroom: 15
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
                                         )
26  _____ )

27

28

Defendants VeriFone Holdings, Inc. ("VeriFone"),  Douglas G. Bergeron, and Barry Zwarenstein (collectively, the "Defendants") submit this Statement in Lieu of Case Management Statement in response to the Clerk's Notice of an Initial Case Management Conference, scheduled for March 17, 2008.

Pending before this Court are eight class actions (the "Actions")[1] brought on behalf of persons who purchased the securities of VeriFone Holdings, Inc. ("VeriFone") at various dates through December 3, 2007.[2]  *Eichenholtz* v. *VeriFone Holdings, Inc., et al.*, CV 07-6140 MHP, was filed on December 4, 2007, and was the first of the various class action lawsuits filed.  (Docket No. 1.)  On that same day, the Court in *Eichenholtz* entered a standard ADR Scheduling Order setting a Case Management Conference for March 17, 2008, with a Case Management Statement due on March 10, 2008.  (Docket No. 2.)

Thereafter, several other class action complaints were filed, and these cases were consolidated by the Stipulation and Order entered on February 5, 2008.  (Docket No. 54.)

On February 4, 2008, various Plaintiffs in the instant action filed motions to, *inter alia*, appoint lead plaintiff and lead counsel.  On February 13, 2008, the Court rescheduled the hearing on Plaintiffs' motions for appointment of lead plaintiff and lead counsel from March 10, 2008 to March 17, 2008.  Plaintiffs filed further briefing on the matter on February 15, February 19 and February 25, 2008.

Because (i) the Court's December 4, 2007 Order setting a case management conference schedule predated the consolidation of the Actions, (ii) a consolidated class action complaint has not been filed, (iii) lead plaintiff and lead counsel have not yet been selected by the Court, and (iv) a hearing on these matters is currently set for March 17, 2008, the Defendants respectfully submit that a Case

---

[1]     At the time the Actions were consolidated, there were nine actions.  However, Plaintiffs in *Vaughn et al.* v. *VeriFone Holdings, Inc. et al.*, CV 07-6197, voluntarily dismissed their Complaint on March 7, 2008.  (Docket No. 106.)

[2]     The various complaints specify different Class Periods, with the longest proposed Class Period being August 31, 2006 through December 3, 2007.

1

1  Management Conference to discuss a Case Management Order is premature and should be deferred to a

2  later date, at which time the Court can address the status of all the Actions.

3  Date: March 10, 2008

4                                          _/s/ Brendan P. Cullen_____
                                           Brendan P. Cullen (SBN 194057)
5                                          Scott C. Hall (SBN 232492)
                                           Sverker K. Hogberg (SBN 244640)
6                                          SULLIVAN & CROMWELL LLP
                                           1870 Embarcadero Road
7                                          Palo Alto, California 94303
                                           Telephone:      (650) 461-5600
8                                          Facsimile:      (650) 461-5700

9                                          Michael H. Steinberg (SBN 134179)
10                                         SULLIVAN & CROMWELL LLP
                                           1888 Century Park East
11                                         Los Angeles, California  90067
                                           Telephone:      (310) 712-6600
12                                         Facsimile:      (310) 712-8800

13                                         Attorneys for Defendants VERIFONE
                                           HOLDINGS, INC., DOUGLAS G.
14                                         BERGERON, and BARRY
                                           ZWARENSTEIN

15

16

17

18

19

20

21

22

23

24

25

26

27

28