UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC. ) Case No. C 07-6140 MHP
SECURITIES LITIGATION )
)
) Honorable Marilyn Hall Patel
This Document Relates To: ) Courtroom 15
)
ALL ACTIONS )
)

(PROPOSED) ORDER GRANTING APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY PRO HAC VICE

JEREMY A. LIEBERMAN, an active member in good standing of the bars of the State of New York, whose business address and telephone number is 100 Park Avenue, 26th Floor, New York, New York 10017, (212) 661-1100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House (Providence Funds) Ltd.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in ths action are subject to the requirements in General Order No. 45, *Electronic Case Filing*.

Dated: 3/11/08

_____
Honorable Marilyn Hall Patel
United States District Judge

(PROPOSED) ORDER GRANTING APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*