1  Joseph W. Cotchett
   Mark Molumphy (SBN: 168009)
2  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:   (650) 697-6000
4  Facsimile:   (650) 697-0577

5  Stanley M. Grossman
   Marc I. Gross
6  Jeremy A. Lieberman
   **POMERANTZ HAUDEK BLOCK**
7    **GROSSMAN & GROSS LLP**
   100 Park Avenue
8  New York, New York 10017-5516
   Telephone: (212) 661-1100
9  Facsimile: (212) 661-8665

   Patrick V. Dahlstrom
   Joshua B. Silverman
   **POMERANTZ HAUDEK BLOCK**
     **GROSSMAN & GROSS LLP**
   One North La Salle Street
   Suite 2225
   Chicago, Illinois 60602
   Telephone: (312) 377-1181
   Facsimile: (312) 377-1184

10 Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.
   And Direct Investment House (Providence Funds) Ltd.

11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA

14  IN RE VERIFONE HOLDINGS, INC.        )   Case No. C 07-6140 MHP
    SECURITIES LITIGATION                )
15                                       )
                                         )   Honorable Marilyn Hall Patel
16  This Document Relates to:            )   Courtroom 15
                                         )
17  ALL ACTIONS                          )
                                         )
18

19              **APPLICATION OF JEREMY A. LIEBERMAN**
                **FOR ADMISSION OF ATTORNEY PRO HAC VICE**
20
21      Pursuant to Civil L.R. 11-3, Jeremy A. Lieberman, an active member in good standing of
    the following bars:
22
23      State of New York;

24      United States District Court:    Eastern District of New York, Southern District of
                                         New York;
25
    hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis
26
    representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House
27
28  APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY *PRO HAC*

(Providence Funds) Ltd. In the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set for in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitle-action. The name, address and telephone of that attorney is:

>  Mark Molumphy
>  COTCHETT, PITRE & McCARTHY
>  840 Malcolm Road
>  Suite 200
>  Burlingame, California 94010
>  Telephone: (650) 697-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2008

_____
Jeremy A. Lieberman

APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY *PRO HAC*          -2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 07-6140 MHP<br><br>Honorable Marilyn Hall Patel<br>Courtroom 15 |

**(PROPOSED) ORDER GRANTING APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY PRO HAC VICE**

JEREMY A. LIEBERMAN, an active member in good standing of the bars of the State of New York, whose business address and telephone number is 100 Park Avenue, 26th Floor, New York, New York 10017, (212) 661-1100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House (Providence Funds) Ltd.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in ths action are subject to the requirements in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Honorable Marilyn Hall Patel
United States District Judge

(PROPOSED) ORDER GRANTING APPLICATION OF JEREMY A. LIEBERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016700
Cashier ID: bucklem
Transaction Date: 03/07/2008
Payer Name: pomerantz haudek block
------------------------------------
PRO HAC VICE
 For: jeremy a lieberman
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 34682
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c07-6140mhp

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```