FILED

08 MAR 11 PM 3:15

Joseph W. Cotchett
Mark Molumphy
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
Joshua B. Silverman
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
One North La Salle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd. And Direct Investment House (Providence Funds) Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Case No. C 07-6140 MHP |
| This Document Relates to: | Honorable Marilyn Hall Patel<br>Courtroom 15 |
| ALL ACTIONS | |

### APPLICATION OF STANLEY M. GROSSMAN
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Stanley M. Grossman, an active member in good standing of the following bars:

State of New York;

United States District Court:    Eastern District of New York, Southern District of New York, Central District of California, District of Arizona, District of Colorado

United States Supreme Court;

APPLICATION OF STANLEY M. GROSSMAN FOR ADMISSION OF ATTORNEY *PRO HAC*

United States Court of Appeals:    First, Second, Third, Eighth, Ninth and Eleventh Circuits

hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House (Providence Funds) Ltd. In the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set for in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled-action. The name, address and telephone of that attorney is:

>    Mark Molumphy
>    COTCHETT, PITRE & McCARTHY
>    840 Malcolm Road
>    Suite 200
>    Burlingame, California 94010
>    Telephone: (650) 697-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2008

*Stanley M. Grossman*

APPLICATION OF STANLEY M. GROSSMAN FOR ADMISSION OF ATTORNEY *PRO HAC*    -2-

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016870
Cashier ID: almaceh
Transaction Date: 03/11/2008
Payer Name: pomerantz haudek block
--------------------------------------
PRO HAC VICE
 For: S GROSSMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 34684
 Amt Tendered: $210.00
--------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-6140 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```