UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 17, 2008

Case No.   C 07-6140  MHP          Judge: MARILYN H. PATEL

Title: IN RE VERIFONE HOLDING INC SECURITIES LITGATION

Attorneys:  Plf: William Junckherr, Jeremy Leiberman, Nanci Nishikara, Patrick Dahlstrom,
            Stanley Grossman, Darven Robbins, Gregory Keller, Juden Reed, Peter Barkon
        Dft: Michael Steinberg, Scott Hall, Sverker Hogberg

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Powell

## PROCEEDINGS

1)   Plaintffs' Motions for Appointment of Lead Plaintiffs/Lead Counsel

2) 

3) 

## ORDERED AFTER HEARING:

Counsel submit after further discussion; NAIP exh 1 introduced; Motions deemed submitted; Court to issue order accordingly;