**FILED**
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Case No. C 07-6140 MHP |
| This Document Relates To: | Honorable Marilyn Hall Patel<br>Courtroom 15 |
| ALL ACTIONS | |

(PROPOSED) ORDER GRANTING APPLICATION OF PATRICK V. DAHLSTROM FOR ADMISSION OF ATTORNEY PRO HAC VICE

PATRICK V. DAHLSTROM, an active member in good standing of the bars of the State of New York and the State of Illinois, whose business address and telephone number is One North La Salle Street, Suite 2225, Chicago Illinois 60606, (312) 377-1181, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CLAL Finance Batucha Investment Management Ltd. and Direct Investment House (Providence Funds) Ltd.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in ths action are subject to the requirements in General Order No. 45, *Electronic Case Filing*.

Dated: 3/18/08

_____
Honorable Marilyn Hall Patel
United States District Judge

(PROPOSED) ORDER GRANTING APPLICATION OF PATRICK V.
DAHLSTROM FOR ADMISSION OF ATTORNEY *PRO HAC VICE*