Joseph W. Cotchett (36324)
Nanci E. Nishimura (152621)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:    (650) 697-6000
Facsimile:    (650) 697-0577

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
Joshua B. Silverman
**POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP**
One North LaSalle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**Attorneys for Plaintiffs CLAL Finance Batucha Investment Management Ltd.
And Direct Investment House (Provident Funds) Ltd.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, | No. C 07-06140 MHP <br><br> Honorable Marilyn Hall Patel <br> Courtroom 15 |

**SUPPLEMENTAL SUBMISSION OF CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD. AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD. REGARDING RECENT DEVELOPMENTS IN THIS ACTION**

1  Lead Plaintiff Movants Clal Finance Batucha Investment Management, Ltd. ("CLAL")
2  and Direct Investment House (Providence Funds) Ltd. respectfully make this submission to
3  advise the Court that on <u>April 2, 2008</u>, Verifone Holdings, Inc. ("Verifone" or the "Company")
4  filed a Form 8-K with the Securities Exchange Commission containing a press release
5  announcing the results of the Verifone Audit Committee's investigation into the issues that
6  triggered this consolidated action.
7  According to the Form 8-K, Verifone's investigation involved approximately seventy
8  professionals who reviewed over five million documents and concluded that the Company would
9  need to restate its financial statements only for "the three month periods ended January 31, 2007,
10 April 30, 2007, and July 31, 2007." *See* Verifone Holdings, Inc. Press Release, attached hereto
11 as Exhibit A.

Dated: April 3, 2008

Respectfully Submitted,

By:  s/*Nanci E. Nishimura*
Nanci E. Nishimura (152621)
Joseph W. Cotchett
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:    (650) 697-6000
Facsimile:     (650) 697-0577

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS, LLP**
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-866

| | |
|---|---|
| 1 | Patrick V. Dahlstrom |
| 2 | Joshua B. Silverman |
| | **POMERANTZ HAUDEK BLOCK** |
| 3 | **GROSSMAN & GROSS, LLP** |
| | One North LaSalle Street |
| 4 | Suite 2225 |
| | Chicago, Illinois 60602 |
| 5 | Telephone: (312) 377-1181 |
| | Facsimile: (312) 377-1184 |
| 6 | |
| | **Attorneys for Plaintiffs** |
| 7 | **CLAL Finance Batucha Investment** |
| | **Management, Ltd. and Direct Investment** |
| 8 | **House (Providence Funds) Ltd.** |