COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
       – and –
DARREN J. ROBBINS (168593)
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) | Master File No. 3:07-cv-06140-MHP <u>CLASS ACTION</u> |
| This Document Relates To:   ) )<br>   ALL ACTIONS.              ) ) | NOTICE OF SUPPLEMENTAL AUTHORITY |

1   The National Elevator Industry Pension Fund (the "National Elevator Fund") respectfully
2   submits the following two decisions from district courts in the Ninth Circuit discussing the propriety
3   of appointing "groups" like those presently before the Court as lead plaintiffs under the Private
4   Securities Litigation Reform Act of 1995 ("PSLRA"). In particular, the National Elevator Fund
5   directs the Court's attention to *Tsirekidze v. Syntax-Brillian Corp.*, where the court appointed a sole
6   institutional investor like the National Elevator Fund over three groups with larger losses. *See*
7   *Tsirekidze v. Syntax-Brillian Corp.*, No. CV-07-2204-PHX-FJM, Order at 7 (D. Ariz. Apr. 4, 2008)
8   (attached hereto as Ex. A); *In re Atlas Mining Co. Sec. Litig.*, 2008 U.S. Dist LEXIS 24201, at *13-
9   *16 (D. Idaho Mar. 25, 2008) (finding that groups must rise or fall as groups) (attached hereto as
10  Ex. B) ("When a group does not have a pre-existing relationship, appointing that group as lead
11  plaintiff would not best serve the class. It would also defeat the PSLRA's purpose to prevent
12  lawyer-driven litigation."); *see also Steinberg v. Ericson LM Tel. Co.*, 07-CV-9615 (RPP), Hearing
13  Transcript at 3-5, 8-12, 16-21, 60-63 (S.D.N.Y. Feb. 15, 2008) (attached hereto as Ex. C) (rejecting
14  group of foreign institutional investors and doubting *res judicata* effect of court's judgment).

15  DATED:  April 8, 2008                      Respectfully submitted,

16                                             COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
17                                             DARREN J. ROBBINS
                                               RAMZI ABADOU
18

19                                                   s/ Ramzi Abadou
20                                                 RAMZI ABADOU

21                                             655 West Broadway, Suite 1900
                                               San Diego, CA  92101
22                                             Telephone:  619/231-1058
                                               619/231-7423 (fax)
23
                                               COUGHLIN STOIA GELLER
24                                               RUDMAN & ROBBINS LLP
                                               CHRISTOPHER P. SEEFER
25                                             100 Pine Street, Suite 2600
                                               San Francisco, CA  94111
26                                             Telephone:  415/288-4545
                                               415/288-4534 (fax)
27
                                               [Proposed] Lead Counsel for Plaintiffs
28  S:\CasesSD\Verifone 07\NOT00050466-Authority.doc

NOTICE OF SUPPLEMENTAL AUTHORITY - 3:07-cv-06140-MHP                              - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2008.

   s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: ramzia@csgrr.com

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Martin D. Chitwood**
  MChitwood@chitwoodlaw.com,SRubinstein@chitwoodlaw.com,ZBanks@chitwoodlaw.com,ERu

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Aaron H. Darsky**
  adarsky@schubert-reed.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com

- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Gregory E. Keller**
  gkeller@chitwoodlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,oszeto@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.c

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  jreed@schubert-reed.com,plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Susan Boltz Rubinstein**
  srubinstein@chitwoodlaw.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,cwalker@cpmlegal.

- **James M. Wilson**
  JWilson@chiwoodlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)