COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
    – and –
DARREN J. ROBBINS (168593)
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140-MHP |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |

1   The National Elevator Industry Pension Fund (the "National Elevator Fund") respectfully
2   submits the following recent pertinent lead plaintiff Opinion and Order in *Steinberg v. Ericsson LM*
3   *Tel. Co.*, 07 Civ. 9615 (RPP) (S.D.N.Y. Apr. 10, 2008) (attached hereto as Ex. A).  There, the court
4   affirmed its ruling appointing a sole lead plaintiff over a group of several foreign institutional
5   investors "based on its concerns about the circumstances surrounding the group's formation
6   indicating that it was attorney driven [and] the risk that foreign courts would not give the Court's
7   judgment *res judicata* effect."  *Id*. at 1-2.  Notably, the court also found that an affidavit submitted
8   by the group "would not have altered the conclusion reached by the Court . . . that counsel was
9   instrumental in forming the group for the purposes of the lead plaintiff motion."  *Id*. at 3.

10  DATED:  April 14, 2008                              Respectfully submitted,

11                                                     COUGHLIN STOIA GELLER
                                                          RUDMAN & ROBBINS LLP
12                                                     DARREN J. ROBBINS
                                                       RAMZI ABADOU

                                                              s/ Ramzi Abadou
15                                                          RAMZI ABADOU

16                                                     655 West Broadway, Suite 1900
                                                       San Diego, CA  92101
17                                                     Telephone:  619/231-1058
                                                       619/231-7423 (fax)

                                                       COUGHLIN STOIA GELLER
19                                                        RUDMAN & ROBBINS LLP
                                                       CHRISTOPHER P. SEEFER
20                                                     100 Pine Street, Suite 2600
                                                       San Francisco, CA  94111
21                                                     Telephone:  415/288-4545
                                                       415/288-4534 (fax)

                                                       [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Verifone 07\NOT00050575-2ND AUTHORITY.doc

SECOND NOT OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE NATIONAL
ELEVATOR FUND'S MOT FOR APPOINTMENT AS LEAD PLTF - 3:07-cv-06140-MHP         - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2008.

s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: ramzia@csgrr.com

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Martin D. Chitwood**
  MChitwood@chitwoodlaw.com,SRubinstein@chitwoodlaw.com,ZBanks@chitwoodlaw.com,ERu

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Aaron H. Darsky**
  adarsky@schubert-reed.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com

- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Gregory E. Keller**
  gkeller@chitwoodlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,oszeto@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.c

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  jreed@schubert-reed.com,plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Susan Boltz Rubinstein**
  srubinstein@chitwoodlaw.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,cwalker@cpmlegal.

- **James M. Wilson**
  JWilson@chiwoodlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)