| | |
|---|---|
| Martin D. Chitwood (Admitted *Pro Hac Vice*) | Robert C. Schubert (State Bar No. 62684) |
| mchitwood@chitwoodlaw.com | Juden Justice Reed (State Bar No. 153748) |
| James M. Wilson, Jr. (Admitted *Pro Hac Vice*) | Willem F. Jonckheer (State Bar No. 178748) |
| jwilson@chitwoodlaw.com | Aaron H. Darsky (State Bar No. 212229) |
| CHITWOOD HARLEY HARNES LLP | SCHUBERT & REED LLP |
| 2300 Promenade II | Three Embarcadero Center, Suite 1650 |
| 1230 Peachtree Street, N.E. | San Francisco, CA  94111 |
| Atlanta, Georgia 30309 | Telephone: (415) 788-4220 |
| Telephone: (404) 873-3900 | Facsimile:  (415) 788-0161 |
| Facsimile:  (404) 876-4476 | |
| | |
| Gregory E. Keller (Admitted *Pro Hac Vice)* | Proposed Liaison Counsel |
| gkeller@chitwoodlaw.com | |
| Darren T. Kaplan (Admitted *Pro Hac Vice)* | |
| dkaplan@chitwoodlaw.com | |
| Eran Rubinstein (Admitted *Pro Hac Vice)* | |
| erubinstein@chitwoodlaw.com | |
| Susan Boltz Rubinstein (Admitted *Pro Hac Vice)* | |
| srubinstein@chitwoodlaw.com | |
| 11 Grace Avenue, Suite 306 | |
| Great Neck, New York  11021 | |
| Telephone: (516) 773-6090 | |
| Fax: (404) 876-4476 | |

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C 07-6140 MHP |
| ) | **CLASS ACTION** |
| ) ) | **CERTIFICATE OF SERVICE** |
| Document Relates To: ) ) | |
| All Actions ) ) | |

I hereby certify that on April 15, 2008, I electronically filed the foregoing NOTICE

OF SUPPLEMENTAL AUTHORITY with the Clerk of Court using the CM/ECF

Certificate of Service.  Case #3:07-cv-6140 MHP

system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Nicole C. Lavalle<br>nlavalle@bermanesq.com<br>Joseph J. Tabacco, Jr.<br>jtabacco@bermanesq.com<br>Berman DeValerio, et al.<br>425 California St., Suite 2100<br>San Francisco, CA  94104 | Laurence D. King<br>lking@kaplanfox.com<br>Linda M. Fong<br>lfong@kaplanfox.com<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome St., Suite 400<br>San Francisco, CA  94104 |
| Alan R. Plutzik<br>aplutzik@bramsonplutzik.com<br>Lawrence T. Fisher<br>ltfisher@dbramsonplutzik.com<br>Schiffrin Barroway, et al.<br>2125 Oak Grove Rd., Suite 120<br>Walnut Creek, CA  94598 | Shawn A. Williams<br>shawnw@csgrr.com<br>Couglin Stoia, et al.<br>100 Pine St., Suite 2600<br>San Francisco, CA  94111 |
| Reed R. Kathrein<br>reed@hbsslaw.com<br>Hagens Berman, et al.<br>715 Hearst Ave., Suite 202<br>Berkeley, CA  94710 | Daniel C. Girard<br>girardgibbs@girardgibbs.com<br>Aaron M. Sheanin<br>ams@girardgibbs.com<br>Jonathan K. Levine<br>jkl@girardgibbs.com<br>Girard Gibbs LLP<br>601 California St., Suite 1400<br>San Francisco, CA  94108 |
| Lewis S. Kahn<br>Lewis.kahn@kgscounsel.com<br>Kahn Gauthier Swick LLC<br>650 Poydras St., Suite 2150<br>New Orleans, LA  70130 | Michael H. Steinberg<br>steinbergm@sullcrom.com<br>Brendan P. Cullen<br>cullenb@sullcrom.com<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA  90067 |
| Steve W. Berman<br>steve@hbsslaw.com<br>Hagens Berman, et al.<br>1301 Fifth Ave., Suite 2900<br>Seattle, WA  98101<br>700 Stewart St.<br>Seattle, WA  98101 | Francis A. Bottini, Jr.<br>frankb@johnsonbottini.com<br>Frank J. Johnson<br>frankj@johnsonbottini.com<br>Johnson Bottini, LLP<br>655 W. Broadway, Suite 1400<br>San Diego, CA  92101 |

and I have mailed the foregoing document by United States Postal Service, by first class mail, postage prepaid, to the following attorneys:

| | |
|---|---|
| D. Seamus Kaskela<br>Richard A. Maniskas<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  29087 | Jeffrey P. Campisi<br>Joel B. Strauss<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY  10022 |

Certificate of Service.  Case #3:07-cv-6140 MHP

| | |
|---|---|
| Jeffrey A. Klafter<br>Klafter & Olsen LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605 | Karen Hanson Riebel<br>Lockridge Grindal Nauen<br>100 Washington Avenue, S.<br>Suite 2200<br>Minneapolis, MN 55401-2179 |
| David C. Walton<br>Darren Jay Robbins<br>Coughlin Stoia Geller et al<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3301 | Brett Michael Weaver<br>Derek J. Wilson<br>Johnson Bottini, LLP<br>655 West Broadway<br>Suite 1400<br>San Diego, CA 92101 |

This 15th day of April, 2008.

　　　　　　　　　　　　　 s/ Aaron H. Darsky
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Certificate of Service. Case #3:07-cv-6140 MHP