**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 28, 2008

Case Nos.  C 07-6140  Joel Eichenholtz  v. Douglas Bergeron et al;  Judge: MARILYN H. PATEL
           C 07-6347  Charles S King    v. Douglas Bergeron et al:
           C 08-1132  Arthur Hilborn    v. Douglas Bergeron et al;
           C 08-1133  Arunbhai Patel    v. Douglas Bergeron et al:
           C 08-1301  Mary Lemmond      v. Douglas Bergeron et al:

Attorneys:  Plf: Arthur Shingler, Nicole Browning, Robin Winchester, Francis Bottini, Scott Hall, Sverker Hogberg;
            Dft: Brendan Cullen

Deputy Clerk: Anthony Bowser  Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Plaintiffs' Motion to Consolidate Actions and Appoint Lead Counsel/Plaintiff

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motions deemed submitted; Court to appoint Charles King as lead plaintiff and appointment of Scott firm as lead counsel;

Consolidated complaint to be filed by 6/13/2008;
Responsive pleadings/Motions to dismiss to be filed by 8/1/2008;
Oppositions (if needed) to be filed by 9/8/2008;
Replies (if needed) to be filed by 9/22/2008;
Motions, if any, to be heard 2:00 pm on 10/6/2008.