1  MARTIN D. CHITWOOD
   JAMES M. WILSON, JR.
2  CHITWOOD HARLEY HARNES LLP
   2300 Promenade II
3  1230 Peachtree Street, N.E.
   Atlanta, Georgia 30309
4
   *Attorneys for Movants and Proposed Lead Counsel*
5
   ROBERT C. SCHUBERT S.B.N. 62684
6  WILLEM F. JONCKHEER S.B.N. 178748
   SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
7  Three Embarcadero Center, Suite 1650
   San Francisco, California 94111
8  Telephone: (415) 788-4220

9  *Proposed Liaison Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. | Master File No.: C 07-6140 MHP |
| This Documents Relates To: All Actions | **NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Schubert & Reed LLP has changed its name to Schubert Jonckheer Kolbe & Kralowec LLP. Juden Justice Reed, P.C. is no longer a partner of the firm, and Juden Justice Reed hereby withdraws as counsel of record.

Date: May 14, 2008                    Schubert Jonckheer Kolbe & Kralowec LLP

                                      By: /s/ Robert C. Schubert