COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
      – and –
RAMZI ABADOU (222567)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
ramzia@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140-MHP |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |
|     ALL ACTIONS. | |

1    The National Elevator Industry Pension Fund (the "National Elevator Fund") respectfully

2    submits this Notice to apprise the Court of a recent decision from the United States District Court for

3    the Southern District of California in *HCL Partners Ltd. P'ship v. Leap Wireless Int'l, Inc*., 2008

4    U.S. Dist. LEXIS 43615 (S.D. Cal. May 22, 2008) ("*Leap Wireless*").  *Leap Wireless* was decided

5    subsequent to the Court's May 14, 2008 Order for additional information from two disparate groups

6    of proposed lead plaintiffs comprised of: (1) The Phoenix Insurance Company, Ltd.; (2) Prisma

7    Provident Funds, Ltd.; (3) Prisma Mutual Funds, Ltd.; (4) Harel Insurance Co.; (5) Harel Pia Mutual

8    Funds; (6) CLAL Finance Batucha Investment Management Mgmt.; and (7) Direct Investment

9    House (Providence Funds) Ltd.  *See* Docket #124.

10    Citing this district's decision in *Weisz v. Calpine Corp*., 2002 U.S. Dist. LEXIS 27831 (N.D.

11    Cal. 2002), *Leap Wireless* held that "to the extent an investment advisor seeks to claim losses

12    suffered by its clients in a bid to qualify as lead plaintiff, the investment advisor must show that its

13    clients specifically authorized it to bring securities laws claims on their behalf."  2008 U.S. Dist.

14    LEXIS 43615, at *10 - *11.  There, despite the investment advisors' supplemental submissions, the

15    court was unmoved, finding that "Westchester and G&S have not shown that their clients delegated

16    the authority to sue for losses sustained by the funds."  *Id*.  Accordingly, the court concluded that the

17    funds "do not qualify as lead plaintiff."  *Id*. at *12.  In dicta, *Leap Wireless* also reasoned that:

18    > [E]ven if Westchester & G&S had authority to sue on behalf of the funds, the Court
19    > would have concerns regarding their ability to adequately represent the class.  As
      > investment advisors, Westchester & G&S may be subject to unique defenses.
20    > Complicating matters further, the funds are foreign entities based in the Caribbean.

21    *Id*.  Ultimately, rather than burden the class with the complications attendant to appointing groups of

22    complex   foreign   entities   as   lead   plaintiff,   the   court   appointed   a   pension   fund

23

24

25

26

27

28

1  (like the National Elevator Fund) with smaller losses to lead the class.  *Id*. at *5 ("the Court finds

2  that Carpenter Funds is most capable of adequately representing the interests of class members").

3  DATED:  June 11, 2008                              Respectfully submitted,

4                                                     COUGHLIN STOIA GELLER
                                                         RUDMAN & ROBBINS LLP
5                                                     DARREN J. ROBBINS
                                                       RAMZI ABADOU
6

7                                                             /s/ Ramzi Abadou
8                                                     _____
                                                           RAMZI ABADOU

9                                                     655 West Broadway, Suite 1900
                                                       San Diego, CA  92101
10                                                     Telephone:  619/231-1058
                                                       619/231-7423 (fax)
11
                                                       COUGHLIN STOIA GELLER
12                                                       RUDMAN & ROBBINS LLP
                                                       CHRISTOPHER P. SEEFER
13                                                     100 Pine Street, Suite 2600
                                                       San Francisco, CA  94111
14                                                     Telephone:  415/288-4545
                                                       415/288-4534 (fax)
15
                                                       [Proposed] Lead Counsel for Plaintiffs
16  S:\CasesSD\Verifone 07\NOT00051949.doc

17

18

19

20

21

22

23

24

25

26

27

28

1                          <u>CERTIFICATE OF SERVICE</u>

2          I hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.  Executed on June 11, 2008.

9

10                                       <u>s/ Ramzi Abadou</u>
                                         RAMZI ABADOU
11                                       COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
12                                       655 West Broadway, Suite 1900
                                         San Diego, CA  92101-3301
13                                       Telephone:  619/231-1058
                                         619/231-7423 (fax)
14
                                         E-mail:RamziA@csgrr.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFONE 07
Service List - 6/11/2008   (07-0275)
Page 1 of 3

**Counsel For Defendant(s)**

Michael H. Steinberg
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA  90067
   310/712-6600
   310/712-8800 (Fax)

Brendan P. Cullen
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA  94303-3308
   650/461-5600
   650/461-5700 (Fax)

**Counsel For Plaintiff(s)**

Sherrie R. Savett
Barbara A. Podell
Arthur  Stock
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
   215/875-3000
   215/875-4604 (Fax)

Joseph J. Tabacco, Jr.
Nicole  Lavellee
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California St., Suite 2100
San Francisco, CA  94104-2205
   415/433-3200
   415/433-6382 (Fax)

Ramzi  Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Christopher P. Seefer
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA  94108
   415/981-4800
   415/981-4846 (Fax)

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
   206/623-7292
   206/623-0594 (Fax)

VERIFONE 07
Service List - 6/11/2008   (07-0275)
Page 2 of 3

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
  510/725-3000
  510/725-3001 (Fax)

Frank J. Johnson
Francis A. Bottini, Jr.
Brett M. Weaver
Johnson Bottini, LLP
655 West Broadway, Suite 1400
San Diego, CA  92101
  619/230-0063
  619/233-5535 (Fax)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
  504/455-1400
  504/455-1498 (Fax)

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
  212/696-3730
  504/455-1498 (Fax)

Laurence D. King
Linda M. Fong
Kaplan, Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA  94104
  415/772-4700
  415/772-4707 (Fax)

Joel B. Strauss
Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
  212/687-1980
  212/687-7714 (Fax)

Kurt B. Olsen
Klafter & Olsen LLP
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20036
  202/261-3553
  202/261-3533 (Fax)

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA  19046
  215/886-1900
  215/886-1909 (Fax)

VERIFONE 07

Service List - 6/11/2008    (07-0275)

Page 3 of 3

Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
  612/339-6900
  612/339-0981 (Fax)

Alan R. Plutzik
L. Timothy Fisher
Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
  925/945-0200
  925/945-8792 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)