Martin D. Chitwood (Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr. (Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476

Gregory E. Keller (Admitted *Pro Hac Vice)*
gkeller@chitwoodlaw.com
Darren T. Kaplan (Admitted *Pro Hac Vice)*
dkaplan@chitwoodlaw.com
Eran Rubinstein (Admitted *Pro Hac Vice)*
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice)*
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To:     All Actions | **THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S NOTICE OF FILING SUPPLEMENTAL DECLARATIONS PURSUANT TO MAY 14, 2008 ORDER** |
| | JUDGE: Hon. Marilyn Hall Patel |

Lead Plaintiff Movant, the Israeli Institutional Investor Group (Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., The Phoenix Insurance Company, Ltd., Harel Insurance

Company, and Harel Pia Mutual Funds), submits the following sworn declarations that set forth each entity's Verifone and Lipman stock transactions and holdings during the relevant time period, as required by this Court's Order dated May 14, 2008:

1. The sworn declaration for Prisma Provident Funds, Ltd. is attached at Exhibit 1.

2. The sworn declaration for Prisma Mutual Funds, Ltd. is attached at Exhibit 2.

3. The sworn declaration for The Phoenix Insurance Company, Ltd. is attached at Exhibit 3.

4. The sworn declaration for Harel Insurance Company is attached at Exhibit 4.

5. The sworn declaration for Harel Pia Mutual Funds is attached at Exhibit 5.

6. For the Court's convenience, attached at Exhibit 6 is a table that consolidates the stock transactions and holding information in Verifone and Lipman submitted by each entity in the Israeli Group in the above declarations, as well as an aggregation of the Group's transactions and holdings in Verifone and Lipman.

Respectfully submitted,

Dated: June 13, 2008

SCHUBERT JONCKHEER KOLBE &
  KRALOWEC LLP

By:   s/ Willem F. Jonckheer
Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220

Facsimile:  (415) 788-0161

*Proposed Liaison Counsel*

CHITWOOD HARLEY HARNES LLP

By:  s/ Martin D. Chitwood
Martin D. Chitwood
James M. Wilson, Jr.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476

CHITWOOD HARLEY HARNES LLP
Gregory E. Keller
Darren T. Kaplan
Eran Rubinstein
Susan Boltz Rubinstein
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

*Counsel for Movants and Proposed Lead Counsel*