# EXHIBIT 2

Martin D. Chitwood
mchitwood@chitwoodlaw.com
James M. Wilson, Jr.
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller
gkeller@chitwoodlaw.com
Darren T. Kaplan
dkaplan@chitwoodlaw.com
Eran Rubinstein
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>Document Relates To:<br><br>All Actions | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL**<br><br>COURTROOM: 14<br>JUDGE: Hon. Marilyn Hall Patel |

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED
MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

As a duly authorized representative of the Israeli Institutional Investor Group, Golan Sapir, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this Declaration as ordered by the Honorable Marilyn Hall Patel on May 14, 2008 in support of the motion of the Israeli Institutional Investor Group, comprised of The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds, for appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel.

2. I, Golan Sapir, am the Chief Executive Officer for Prisma Mutual Funds, Ltd. ("Prisma Mutual"). I am duly authorized to execute this Declaration on behalf of Prisma Mutual Funds.

3. I respectfully submit the following information in regard to the acquisition of Lipman shares by Prisma Mutual Funds, Ltd.:

| | |
|---|---|
| Prisma Mutual held the following number of Lipman shares immediately before consummation of the merger on November 1, 2006: | 0 |
| Prisma Mutual held the following number of Lipman shares immediately after the consummation of the merger on November 1, 2006: | 0 |
| Prisma Mutual converted the following number of shares of Lipman to Verifone shares as part of the merger: | 0 |
| Prisma Mutual purchased and sold Lipman shares on | N/A |

4. I respectfully submit the following information in regard to the transactions in Verifone conducted by Prisma Mutual Funds, Ltd.:

| | |
|---|---|
| Between August 30, 2006 and December 3, 2007 Prisma Mutual purchased the following number of original Verifone shares – not including Verifone shares gained as a result of the merger with Lipman: | 190,605 |
| Between August 30, 2006 and December 3, 2007 Prisma Mutual expended the following amount of total funds in purchasing Verifone shares: | $7,572,846.38 |
| Between August 30, 2006 and December 3, 2007 Prisma Mutual sold the following number of Verifone shares: | 121,992 |
| Between August 30, 2006 and December 3, 2007 Prisma Mutual received the following amount of total funds from selling the original Verifone shares: | $5,107,251.57 |
| As of December 3, 2007 Prisma Mutual retained the following number of original Verifone shares: | 68,613 |
| Prisma Mutual paid the following amount for the shares retained as of December 3, 2007 | $2,692,131.41 |
| Prisma Mutual incurred the following loss due to shares retained as of December 3, 2007 | ($1,332,221.75) |

5. All of the shares referenced above were held by funds through which, as defined in paragraphs 6 through 39 below, Prisma Mutual had exclusive authority to vote, buy, and sell securities and to bring legal action.

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

2

6. Prisma B2 20-80 Pekan was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B2 20-80 Pekan. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

7. Prisma B4 Kochav (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Kochav (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

8. Prisma 2B Best Invest was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma 2B Best Invest. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

9. Prisma B2 Shekel Plus – was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B2 Shekel Plus – k. Prisma B2 Shekel Plus – k (17) had authority to vote those shares and the authority to buy or sell those shares.

10. Prisma B4 Selected Tel Aviv 25 Selected was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Selected Tel Aviv 25. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

11. Pekan D4 Israeli High-Tech was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Pekan D4 Israeli High-Tech. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

12. Prisma B1 Government Bonds +10 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B1

Government Bonds +10. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

13. Pe'ilim B4, Stock Fund was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Pe'ilim B4, Stock Fund. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

14. Prisma B1 10-90 (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B1 10-90 (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

15. Prisma HIGH YIELD 0B was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma HIGH YIELD 0B. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

16. Prisma B1 Dividing (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B1 Dividing (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

17. Prisma B1 Shekels & Strategies was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B1 Shekels & Strategies. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

18. Prisma B4 Dynamic Tel Aviv 100 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Dynamic Tel Aviv 100. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

4

19. Prisma C3 Hedging Strategies was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma C3 Hedging Strategies. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

20. Prisma B4 Recommended Tel Aviv 100 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Recommended Tel Aviv 100. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

21. Prisma B4 Selected Stock was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Selected Stock. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

22. Prisma D4 Flexible (Lahak) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma D4 Flexible (Lahak). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

23. Prisma B4 Defensive MAOF was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Defensive MAOF. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

24. Lahak D1 Balfour 10 - Fund was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Lahak D1 Balfour 10 - Fund. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

5

25. Prisma B1 Corporate Bonds +10 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B1 Corporate Bonds +10. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

26. Prisma D4 Equities – Foreign Residents was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma D4 Equities – Foreign Residents. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

27. Prisma B2, Convertible & Corporate was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B2, Convertible & Corporate. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

28. Prisma C2, Expert 30/70 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma C2, Expert 30/70. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

29. Sfira B4, TA 100 Fund was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Sfira B4, TA 100 Fund. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

30. Prisma D4 Investments (Lahak) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma D4 Investments (Lahak). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

6

31. Prisma Flexible (Lahak) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma Flexible (Lahak). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

32. Prisma Defensive Maof (Lahak) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma Defensive Maof (Lahak). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

33. Prisma High Yield (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma High Yield (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

34. Prisma 4D Capital USA (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma 4D Capital USA (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

35. Prisma Dynamic TA 100 (Dekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma Dynamic TA 100 (Dekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

36. Prisma B4 Erez (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B4 Erez (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

7

37. Prisma B3 50-50 Fund was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B3 50-50 Fund. Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

38. Prisma B2 30-70 (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma B2 30-70 (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

39. Prisma Erez (Pekan) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Prisma Erez (Pekan). Prisma Mutual had authority to vote those shares and the authority to buy or sell those shares.

40. Prisma Mutual had no information regarding Lipman that was not generally available to the public outside of the State of Israel. Neither Prisma Mutual, nor any of its officers or directors, had any relationship with Lipman before the merger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 3, 2008

_____  *Golan Sapir*
Golan Sapir           **Prisma Mutual Funds Ltd.**
Prisma Mutual

DECLARATION OF PRISMA MUTUAL FUNDS, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

8