# EXHIBIT 4

1  Martin D. Chitwood
   mchitwood@chitwoodlaw.com
2  James M. Wilson, Jr.
3  jwilson@chitwoodlaw.com
   CHITWOOD HARLEY HARNES LLP
4  2300 Promenade II
   1230 Peachtree Street, N.E.
5  Atlanta, Georgia 30309
   Telephone: (404) 873-3900
6  Facsimile: (404) 876-4476

7  Gregory E. Keller
8  gkeller@chitwoodlaw.com
   Darren T. Kaplan
9  dkaplan@chitwoodlaw.com
10 Eran Rubinstein
   erubinstein@chitwoodlaw.com
11 Susan Boltz Rubinstein
   srubinstein@chitwoodlaw.com
12 11 Grace Avenue, Suite 306
   Great Neck, New York 11021
13 Telephone: (516) 773-6090
14 Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

15  Attorneys for Movants and Proposed Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To: | **DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL** |
| All Actions | |
| | COURTROOM: 14 |
| | JUDGE: Hon. Marilyn Hall Patel |

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

As a duly authorized representative of the Israeli Institutional Investor Group, Hanan Fridman, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this Declaration as ordered by the Honorable. Marilyn Hall Patel on May 14, 2008 in support of the motion of the Israeli Institutional Investor Group, comprised of The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds, for appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel.

2. I, Hanan Fridman, am the Legal Counsel for Harel Insurance Company ("Harel Insurance"). I am duly authorized to execute this Declaration on behalf of Harel Insurance.

3. I respectfully submit the following information in regard to the acquisition of Lipman shares by Harel Insurance Company:

| | |
|---|---|
| Harel Insurance held the following number of Lipman shares immediately before consummation of the merger on November 1, 2006: | 238,572 |
| Harel Insurance held the following number of Lipman shares immediately after the consummation of the merger on November 1, 2006: | 0 |
| Harel Insurance converted the following number of shares of Lipman to Verifone shares as part of the merger: | 238,572 |
| Harel Insurance purchased and sold Lipman shares on | Tel Aviv Stock Exchange |

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

1

4. I respectfully submit the following information in regard to the transactions in Verifone conducted by Harel Insurance Company:

| | |
|---|---|
| Between August 30, 2006 and December 3, 2007 Harel Insurance Purchased the following number of original Verifone shares – not including Verifone shares gained as a result of the merger with Lipman: | 234,275 |
| Between August 30, 2006 and December 3, 2007 Harel Insurance expended the following amount of total funds in purchasing Verifone shares: | $7,590,499.64 |
| Between August 30, 2006 and December 3, 2007 Harel Insurance sold the following number of Verifone shares: | 6,716 |
| Between August 30, 2006 and December 3, 2007 Harel Insurance received the following amount of total funds from selling the original Verifone shares: | $282,396.57 |
| As of December 3, 2007 Harel Insurance retained the following number of original Verifone shares: | 227,559 |
| Harel Insurance paid the following amount for the shares retained as of December 3, 2007 | $7,296,965.67 |
| Harel Insurance incurred the following loss due to shares retained as of December 3, 2007 | ($2,786,746.29) |

5. All of the shares referenced above were held either by Harel Insurance Company directly or by funds or accounts through which, as defined in paragraphs 6 through 48 below, Harel Insurance Company (or in certain specified isolated instances a Harel Group affiliated entity) had exclusive authority to vote, buy, and sell securities and to bring legal action.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER
DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

2

6. Otzma Pension Fund For Self-Employed (Harel Insurance Company Fund # 10-989-60044096) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Otzma Pension Fund For Self-Employed. Harel Insurance Company has authority to vote those shares and the authority to buy or sell those shares.

7. Taoz Pension Fund For Self-Employed And Salaried Workers (Harel Insurance Company Fund # 10-989-60044292) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Taoz Pension Fund For Self-Employed. Harel Insurance Company has authority to vote those shares and the authority to buy or sell those shares.

8. Harel Gemel Compensation Fund - Stock Track (Harel Insurance Company Fund # 10-989-60056968) was the was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Gemel Compensation Fund - Stock Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

9. Harel Gemel Compensation - Gen. Track (Harel Insurance Company Fund # 10-989-60057377) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Gemel Compensation - Gen. Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

10. Harel Gemel (Harel Insurance Company Fund # 10-989-60073871) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Gemel. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

3

11. Harel Study Fund (Harel Insurance Company Fund # 10-989-60074280) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Study Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

12. Netz Study Fund (Harel Insurance Company Fund # 10-989-60074476) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Netz Study Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

13. Dekel Sick Pay Fund (Harel Insurance Company Fund # 10-989-60074966 was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Dekel Sick Pay Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

14. Tzoveret Central Compensation (Harel Insurance Company Fund # 10-989-60075081) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Tzoveret Central Compensation. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

15. Rimon Pension Fund For Self-Employed And Salaried Workers (Harel Insurance Company fund # 10-989-60102897) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Rimon Pension Fund For Self-Employed And Salaried Workers. Harel Insurance Company has authority to vote those shares and the authority to buy or sell those shares.

16. Harel Insurance was the owner – the actual holder - of any Lipman and Verifone shares in the Elementary - Nostro account (Harel Insurance Company Fund # 11-733-00006939). The shares were held in the name Harel Insurance Company. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

4

17. Recanati (P) Stock-Oriented (Harel Recanati fund # 12-282-00046666) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Recanati (P) Stock-Oriented. Harel-Recanati Investment House Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd., had authority to vote those shares and the authority to buy or sell those shares.

18. Recanati (P) Flexible (Harel Recanati fund # 12-282-00046674) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Recanati (P) Stock-Oriented. Harel-Recanati Investment House Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd., had authority to vote those shares and the authority to buy or sell those shares.

19. Recanati (P) Bonds 180 (Harel Recanati fund # 12-282-00046690) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Recanati (P) Bonds 180. Harel-Recanati Investment House Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd. had authority to vote those shares and the authority to buy or sell those shares.

20. Recanati (P) Bonds +25 (Harel Recanati fund # 12-282-00047778) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Recanati (P) Bonds +25. Harel-Recanati Investment House Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd. had authority to vote those shares and the authority to buy or sell those shares.

21. Dekel Sick Pay Retirement Fund (Harel Insurance Company fund # 20-10-00087887) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Dekel Sick Pay Retirement Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

5

22. Deacon Study Fund (Harel Insurance Company fund # 20-10-00087895) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Deacon Study Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

23. Tzoveret Central Compensation Fund (Harel Insurance Company fund # 20-10-00087917) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Tzoveret Central Compensation Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

24. Provident and Compensation Fund (Harel Insurance Company fund # 20-10-00087933) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Provident and Compensation Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

25. Baz Gemel (Harel Insurance Company Fund # 20-410-00023003) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Baz Gemel. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

26. Netz Study Fund (Harel Insurance Company Fund # 20-410-00023100) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Netz Study Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

27. Harel Hishtalmut Study Fund (Harel Insurance Company Fund # 20-410-00117113) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Hishtalmut Study Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

6

28. Harel Gemel (Harel Insurance Company Fund # 20-410-00186700) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Gemel. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

29. Harel Central Compensation (Harel Insurance Company Fund # 20-410-00190090) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Central Compensation. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

30. Recanati (P) Savings With Stock (Harel Recanati fund # 20-80-00105807) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Recanati (P) Savings With Stock. Harel-Recanati Harel Insurance Investments & Financial Services Ltd. had authority to vote those shares and the authority to buy or sell those shares.

31. Adi Pension Fund - Dollar Fund (Harel Insurance Company fund # 9-1-00004598) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Adi Pension Fund - Dollar Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

32. Dikla Supportive (LTC Policies) (Harel Insurance Company account # 9-1-00005028) was the owner – the actual holder - of any Lipman and Verifone shares in the account. The shares were held in the name of Dikla Insurance Company Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

33. Shiloah Mishtatefet Eyal (Harel Insurance Company Fund # 9-1-00006303) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

7

held in the name of Shiloah Mishtatefet Eyal. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

34. Shiloah Mishtatefet - Foreign Dollar Securities (Harel Insurance Company Fund # 9-1-00006304) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Shiloah Mishtatefet - Foreign Dollar Securities. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

35. Harel Life Eyal (Harel Insurance Company Fund # 9-1-00006499) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Life Eyal. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

36. Harel Insurance was the owner – the actual holder - of any Lipman and Verifone shares in the Harel Elementary (general/non-life insurance reserves) account (Harel Insurance Company account # 9-1-00006588). The shares were held in the name of Harel Insurance Company. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

37. Manof Pension Fund (Harel Insurance Company Fund # 9-1-00007361) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Manof Pension Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

38. Veteran Atidit (Harel Insurance Company Fund # 9-1-00007363) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Veteran Atidit. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

8

39. Veteran - 1-3/95 - Harel Insurance (Harel Insurance Company Fund # 9-1-00007364) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. . The shares were held in the name of Veteran - 1-3/95-Harel Insurance. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

40. Dikla (Harel Insurance Company account # 9-1-00008093) was the owner – the actual holder - of any Lipman and Verifone shares in the account. The shares were held in the name of Dikla Insurance Company Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd.. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

41. Dikla Siyudi (Harel Insurance Company account # 9-1-00008094) was the owner – the actual holder - of any Lipman and Verifone shares in the account. The shares were held in the name of Dikla Insurance Company Ltd., which is controlled by Harel Insurance Investments & Financial Services Ltd. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

42. Harel Up to 20% Stock Track (Harel Insurance Company Fund # 9-1-00009002) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Up to 20% Stock Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

43. Harel Up to 40% Stock Track (Harel Insurance Company Fund # 9-1-00009003) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Up to 40% Stock Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

44. Harel At Least 70% Stock Track (Harel Insurance Company Fund # 9-1-00009004) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

9

The shares were held in the name of Harel At Least 70% Stock Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

45. Harel General Track (Harel Insurance Company Fund # 9-1-00009008) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel General Track. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

46. Harel Pension - Adi Pension Fund (Harel Insurance Company Fund # 9-101-00007116) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pension - Adi Pension Fund. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

47. Nativ Gemel (Harel Insurance Company Fund # 9-101-00007117) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Nativ Gemel - Harel Investment House. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

48. Harel General Fund - Nativot Governed (Harel Insurance Company Fund # 9-101-00007119) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel General Fund - Nativot Governed. Harel Insurance Company had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

10

49. Harel Insurance Company had no information regarding Lipman that was not generally available to the public outside of the State of Israel. Neither Harel Insurance Company, nor any of its subsidiaries or related parties, nor any of its officers or directors, had any relationship with Lipman before the merger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 2, 2008



Hanan Fridman, Adv.
License No. 26016
Legal Counsel
Harel Insurance Investments Ltd.
Harel Insurance Company, Ltd.

DECLARATION OF HAREL INSURANCE COMPANY, LTD. IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

11