# EXHIBIT 5

| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. | Aaron H. Darsky (State Bar No. 212229) |
| jwilson@chitwoodlaw.com | SCHUBERT JONCKHEER KOLBE & |
| CHITWOOD HARLEY HARNES LLP | KRALOWEC LLP |
| 2300 Promenade II | Three Embarcadero Center, Suite 1650 |
| 1230 Peachtree Street, N.E. | San Francisco, CA 94111 |
| Atlanta, Georgia 30309 | Telephone: (415) 788-4220 |
| Telephone: (404) 873-3900 | Facsimile: (415) 788-0161 |
| Facsimile: (404) 876-4476 | |
| | Proposed Liaison Counsel |

Gregory E. Keller
gkeller@chitwoodlaw.com
Darren T. Kaplan
dkaplan@chitwoodlaw.com
Eran Rubinstein
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To:<br><br>All Actions | **DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL**<br><br>COURTROOM: 15<br>JUDGE: Hon. Marilyn Hall Patel |

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED
MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

As a duly authorized representative of the Israeli Institutional Investor Group, Sami Bebecov, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I respectfully submit this Declaration as ordered by the Honorable Marilyn Hall Patel on May 14, 2008 in support of the motion of the Israeli Institutional Investor Group, comprised of The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company Ltd., and Harel Pia Mutual Funds, for appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel.

2. I, Sami Bebecov, am the Chief Executive Officer for Harel Pia Mutual Funds ("Harel Pia"). I am duly authorized to execute this Declaration on behalf of Harel Pia Mutual Funds.

3. I respectfully submit the following information in regard to the acquisition of Lipman shares by Harel Pia Mutual Funds:

| | |
|---|---|
| Harel Pia held the following number of Lipman shares immediately before consummation of the merger on November 1, 2006: | 79,134 |
| Harel Pia held the following number of Lipman shares immediately after the consummation of the merger on November 1, 2006: | 0 |
| Harel Pia converted the following number of shares of Lipman to Verifone shares as part of the merger: | 79,134 |
| Harel Pia purchased and sold Lipman shares on | Tel Aviv stock exchange |

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

1

4. I respectfully submit the following information in regard to the transactions in Verifone conducted by Harel Pia:

| | |
|---|---|
| Between August 30, 2006 and December 3, 2007 Harel Pia purchased the following number of original Verifone shares – not including Verifone shares gained as a result of the merger with Lipman: | 230,571 |
| Between August 30, 2006 and December 3, 2007 Harel Pia expended the following amount of total funds in purchasing Verifone shares: | $8,579,059.37 |
| Between August 30, 2006 and December 3, 2007 Harel Pia sold the following number of Verifone shares: | 98,544 |
| Between August 30, 2006 and December 3, 2007 Harel Pia received the following amount of total funds from selling the original Verifone shares: | $4,148,350.00 |
| As of December 3, 2007 Harel Pia retained the following number of original Verifone shares: | 132,027 |
| Harel Pia paid the following amount for the shares retained as of December 3, 2007 | $4,733,866.78 |
| Harel Pia incurred the following loss due to shares retained as of December 3, 2007 | ($2,117,091.64) |

5. All of the shares referenced above were held by funds through which, as defined in paragraphs 6 through 29 below, Harel Pia had exclusive authority to vote, buy, and sell securities and to bring legal action.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED
MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

2

6. Harel Pia TA 75 Stocks (Harel Pia fund # 1111) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia TA 75 Stocks. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

7. Harel Pia Stocks & Convertibles (Harel Pia fund # 1129) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Stocks & Convertibles. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

8. Harel Pia TA 100 Stocks (Harel Pia fund # 1145) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia TA 100 Stocks. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

9. Harel Pia Stocks - Yahalom (Diamond) (Harel Pia fund # 1153) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Stocks - Yahalom (Diamond). Prisma B2 Shekel Plus – k (17) had authority to vote those shares and the authority to buy or sell those shares.

10. Harel Pia Mixed (Harel Pia fund # 1161) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Mixed. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

11. Harel Pia Best Dinamit (Harel Pia fund # 1179) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Best Dinamit. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

12. Harel Pia Flexible (Harel Pia fund # 1187) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Flexible. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

13. Harel Pia Dinamit Stock Index (Harel Pia fund # 1218) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Dinamit Stock Index. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

14. Harel Pia Medium Index (Harel Pia fund # 1250) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Medium Index. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

15. Harel Pia Corporate and Convertible Bonds (Harel Pia fund # 1292) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Corporate and Convertible Bonds. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

16. Harel Pia 20/80 (Harel Pia fund # 1315) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia 20/80. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

17. Harel Pia Flexible (Hayovel) (Harel Pia fund # 1365) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Flexible (Hayovel). Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

4

18. Harel Pia TA 25 Aggressive (Harel Pia fund # 1373) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia TA 25 Aggressive. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

19. Harel Pia TA 25 Stocks (Harel Pia fund # 1381) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia TA 25 Stocks. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

20. Harel Pia Yeeter Stock Index (Harel Pia fund # 1412) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Yeeter Stock Index. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

21. Harel Pia Tel-Tec (Harel Pia fund # 1438) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Tel-Tec. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

22. Harel Pia High-Tech (Harel Pia fund # 1470) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia High-Tech. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.[1]

23. Harel Pia Selected Stocks (Harel Pia fund # 1501) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of

---

[1] Certain additional trades in this account, which through inadvertence, were not included in the Harel Pia Loss Analysis Report previously submitted to the Court. Docket Entry # 85, Jt. Decl., Schedule A attached as Exhibit E thereto. The additional relevant trades in this account are included in the Supplemental Loss Report attached to this Declaration as Exhibit A.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

5

Harel Pia Selected Stocks. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

24. Harel Pia 30/70 (Harel Pia fund # 1535) was the owner – the actual holder – of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia 30/70. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

25. Harel Pia Best + 20% (Harel Pia fund # 1577) was the owner – the actual holder – of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Best + 20%. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

26. Harel Pia TA 100 Aggressive (Harel Pia fund # 1802) was the owner – the actual holder – of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia TA 100 Aggressive. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

27. Harel Pia Shiklit + 20 (Harel Pia fund # 1808) was the owner – the actual holder – of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Shiklit + 20. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

28. Harel Pia Bonds + 10 Portfolio (Harel Pia fund # 1812) was the owner – the actual holder – of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Bonds + 10 Portfolio. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

6

29. Harel Pia Target (Harel Pia fund # 1357) was the owner – the actual holder - of any Lipman and Verifone shares in the Fund. The shares were held in the name of Harel Pia Target. Harel Pia had authority to vote those shares and the authority to buy or sell those shares.[2]

30. Harel Pia had no information regarding Lipman that was not generally available to the public outside of the State of Israel. Neither Harel Pia, nor any of its officers or directors, had any relationship with Lipman before the merger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 2, 2008

חראל פיא
קרנות נאמנות בע"מ

Sami Bebecov
Harel Pia Mutual Funds

---

[2] This is an additional account, which through inadvertence, was not included in the Harel Pia loss analysis report previously submitted to the Court. Docket Entry # 85, Jt. Decl., Schedule A attached as Exhibit E attached thereto. The relevant trades in this account are included in the Supplemental Loss Report attached to this Declaration as Exhibit A.

DECLARATION OF HAREL PIA MUTUAL FUNDS IN RESPONSE TO THE COURT'S ORDER DATED MAY 14, 2008 RE: APPOINTMENT OF LEAD COUNSEL
Master File No. C 07-6140 MHP

7