# EXHIBIT A (to Exhibit 5)

**Reconciliation by Account Report**

PIA with3TransandPAsforConversion
(92342Y109)
Class Period:  08/31/2006 to 12/03/2007
Monitoring Period:  11/01/2006 to 01/03/2008

|  | Litigation Class Period<br>08/31/2006 - 12/03/2007 | Security Monitoring Period<br>11/01/2006 to 01/03/2008 |
|---|---|---|
| Shares Held at Start | 0.0000 | NC |
| Net Shares Purchased | 158,591.8100 | NC |
| Shares Held at End | 158,591.8100 | 354,426.3100 |
| Total Shares Purchased | 304,450.5000 | 534,398.0000 |
| Total Expenditure | $10,651,194.65 | NC |
| Total Shares Sold | 145,858.6900 | 179,971.6900 |
| Total Proceeds | $6,133,179.77 | NC |
| Net Funds Received(Spent) | ($4,518,014.87) | NC |
| Total Lookback Shares Purchased | 204,142.0000 | NC |
| Total Lookback Expenditure | $5,383,284.98 | NC |
| Total Lookback Shares Sold | 7,247.0000 | NC |
| Total Lookback Proceeds | $252,140.25 | NC |
| Estimated FIFO Gain(Loss) | ($1,262,944.87) | ($2,383,812.07) |
| Estimated NET Gain(Loss) | ($1,262,944.87) | NC |
| Estimated NET-NET Gain(Loss) | ($1,374,725.20) | NC |
| Estimated LIFO Gain(Loss) | ($1,383,760.07) | NC |
| Share Price Used For Estimate | $19.82 | (As of 06/11/08)  $14.26 |

**Retained Shares Calculation:**
Using Higher of the Avg. Closing Price or the Actual Sales Price.
**Share Matching:**
Using Match only prior day or earlier transactions.

**Account Name : (1111)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108401167 | 1111 | 11/1/2006 | pa | 10,829.7600 | $0.00 | 10,829.7600 |
| 108399693 | 1111 | 11/2/2006 | p | 10,829.7600 | $28.05 | 21,659.5200 |
| 108399725 | 1111 | 11/12/2006 | p | 187.0000 | $35.21 | 21,846.5200 |
| 108399726 | 1111 | 11/12/2006 | p | 308.0000 | $35.21 | 22,154.5200 |
| 108399727 | 1111 | 11/12/2006 | p | 37.0000 | $35.21 | 22,191.5200 |
| 108399734 | 1111 | 11/13/2006 | p | 48.0000 | $34.95 | 22,239.5200 |
| 108399733 | 1111 | 11/13/2006 | p | 22.0000 | $34.95 | 22,261.5200 |
| 108399732 | 1111 | 11/13/2006 | p | 147.0000 | $34.95 | 22,408.5200 |
| 108399731 | 1111 | 11/13/2006 | p | 158.0000 | $34.95 | 22,566.5200 |
| 108399730 | 1111 | 11/13/2006 | p | 100.0000 | $34.95 | 22,666.5200 |
| 108399729 | 1111 | 11/13/2006 | p | 25.0000 | $34.95 | 22,691.5200 |
| 108399728 | 1111 | 11/13/2006 | p | 1,000.0000 | $34.95 | 23,691.5200 |
| 108399837 | 1111 | 11/20/2006 | s | -266.0000 | $37.12 | 23,425.5200 |
| 108399838 | 1111 | 11/20/2006 | s | -1,603.0000 | $37.10 | 21,822.5200 |
| 108399839 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 21,557.5200 |
| 108399840 | 1111 | 11/20/2006 | s | -212.0000 | $37.10 | 21,345.5200 |
| 108399841 | 1111 | 11/20/2006 | s | -109.0000 | $37.10 | 21,236.5200 |
| 108399836 | 1111 | 11/20/2006 | s | -211.0000 | $37.12 | 21,025.5200 |
| 108399835 | 1111 | 11/20/2006 | s | -141.0000 | $37.12 | 20,884.5200 |
| 108399834 | 1111 | 11/20/2006 | s | -263.0000 | $37.12 | 20,621.5200 |
| 108399833 | 1111 | 11/20/2006 | s | -133.0000 | $37.12 | 20,488.5200 |
| 108399832 | 1111 | 11/20/2006 | s | -133.0000 | $37.12 | 20,355.5200 |
| 108399831 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 20,090.5200 |
| 108399830 | 1111 | 11/20/2006 | s | -34.0000 | $37.10 | 20,056.5200 |
| 108399829 | 1111 | 11/20/2006 | s | -178.0000 | $37.10 | 19,878.5200 |
| 108399842 | 1111 | 11/20/2006 | s | -266.0000 | $37.10 | 19,612.5200 |
| 108399843 | 1111 | 11/20/2006 | s | -263.0000 | $37.12 | 19,349.5200 |
| 108399844 | 1111 | 11/20/2006 | s | -125.0000 | $37.12 | 19,224.5200 |
| 108399857 | 1111 | 11/20/2006 | s | -132.0000 | $37.12 | 19,092.5200 |
| 108399856 | 1111 | 11/20/2006 | s | -266.0000 | $37.12 | 18,826.5200 |
| 108399855 | 1111 | 11/20/2006 | s | -263.0000 | $37.12 | 18,563.5200 |
| 108399854 | 1111 | 11/20/2006 | s | -181.0000 | $37.12 | 18,382.5200 |
| 108399853 | 1111 | 11/20/2006 | s | -84.0000 | $37.12 | 18,298.5200 |
| 108399852 | 1111 | 11/20/2006 | s | -133.0000 | $37.12 | 18,165.5200 |
| 108399851 | 1111 | 11/20/2006 | s | -265.0000 | $37.12 | 17,900.5200 |

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108399850 | 1111 | 11/20/2006 | s | -221.0000 | $37.12 | 17,885.5200 |
| 108399849 | 1111 | 11/20/2006 | s | -211.0000 | $37.12 | 17,674.5200 |
| 108399848 | 1111 | 11/20/2006 | s | -263.0000 | $37.12 | 17,411.5200 |
| 108399847 | 1111 | 11/20/2006 | s | -133.0000 | $37.12 | 17,278.5200 |
| 108399846 | 1111 | 11/20/2006 | s | -45.0000 | $37.10 | 17,233.5200 |
| 108399845 | 1111 | 11/20/2006 | s | -70.0000 | $37.12 | 17,163.5200 |
| 108399828 | 1111 | 11/20/2006 | s | -263.0000 | $37.10 | 16,900.5200 |
| 108399827 | 1111 | 11/20/2006 | s | -431.0000 | $37.04 | 16,469.5200 |
| 108399811 | 1111 | 11/20/2006 | s | -99.0000 | $37.12 | 16,370.5200 |
| 108399810 | 1111 | 11/20/2006 | s | -34.0000 | $37.12 | 16,336.5200 |
| 108399809 | 1111 | 11/20/2006 | s | -263.0000 | $37.10 | 16,073.5200 |
| 108399808 | 1111 | 11/20/2006 | s | -211.0000 | $37.12 | 15,862.5200 |
| 108399807 | 1111 | 11/20/2006 | s | -133.0000 | $37.12 | 15,729.5200 |
| 108399806 | 1111 | 11/20/2006 | s | -23.0000 | $37.12 | 15,706.5200 |
| 108399805 | 1111 | 11/20/2006 | s | -211.0000 | $37.12 | 15,495.5200 |
| 108399804 | 1111 | 11/20/2006 | s | -71.0000 | $37.12 | 15,424.5200 |
| 108399803 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 15,159.5200 |
| 108399802 | 1111 | 11/20/2006 | s | -132.0000 | $37.12 | 15,027.5200 |
| 108399801 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 14,762.5200 |
| 108399800 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 14,497.5200 |
| 108399799 | 1111 | 11/20/2006 | s | -77.0000 | $37.10 | 14,420.5200 |
| 108399812 | 1111 | 11/20/2006 | s | -71.0000 | $37.12 | 14,349.5200 |
| 108399813 | 1111 | 11/20/2006 | s | -265.0000 | $37.10 | 14,084.5200 |
| 108399826 | 1111 | 11/20/2006 | s | -68.0000 | $37.04 | 14,016.5200 |
| 108399825 | 1111 | 11/20/2006 | s | -133.0000 | $37.04 | 13,883.5200 |
| 108399824 | 1111 | 11/20/2006 | s | -141.0000 | $37.04 | 13,742.5200 |
| 108399823 | 1111 | 11/20/2006 | s | -214.0000 | $37.04 | 13,528.5200 |
| 108399822 | 1111 | 11/20/2006 | s | -263.0000 | $37.04 | 13,265.5200 |
| 108399821 | 1111 | 11/20/2006 | s | -264.0000 | $37.04 | 13,001.5200 |
| 108399820 | 1111 | 11/20/2006 | s | -265.0000 | $37.04 | 12,736.5200 |
| 108399819 | 1111 | 11/20/2006 | s | -263.0000 | $37.04 | 12,473.5200 |
| 108399798 | 1111 | 11/20/2006 | s | -115.0000 | $37.12 | 12,358.5200 |
| 108399814 | 1111 | 11/20/2006 | s | -112.0000 | $37.04 | 12,246.5200 |
| 108399815 | 1111 | 11/20/2006 | s | -300.0000 | $37.10 | 11,946.5200 |
| 108399816 | 1111 | 11/20/2006 | s | -211.0000 | $37.12 | 11,735.5200 |
| 108399817 | 1111 | 11/20/2006 | s | -265.0000 | $37.04 | 11,470.5200 |
| 108399818 | 1111 | 11/20/2006 | s | -199.0000 | $37.04 | 11,271.5200 |
| 108399859 | 1111 | 11/21/2006 | s | -82.0000 | $37.20 | 11,189.5200 |
| 108399860 | 1111 | 11/21/2006 | s | -93.0000 | $37.20 | 11,096.5200 |
| 108399861 | 1111 | 11/21/2006 | s | -177.0000 | $37.20 | 10,919.5200 |
| 108399858 | 1111 | 11/21/2006 | s | -89.0000 | $37.20 | 10,830.5200 |
| 108400138 | 1111 | 3/22/2007 | s | -0.7600 | $41.16 | 10,829.7600 |

**Account Name : (1129)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108400654 | 1129 | 12/3/2007 | p | 200.0000 | $35.79 | 200.0000 |
| 108400661 | 1129 | 12/3/2007 | p | 50.0000 | $35.79 | 250.0000 |
| 108400660 | 1129 | 12/3/2007 | p | 500.0000 | $36.42 | 750.0000 |
| 108400659 | 1129 | 12/3/2007 | p | 150.0000 | $36.15 | 900.0000 |
| 108400658 | 1129 | 12/3/2007 | p | 200.0000 | $36.15 | 1,100.0000 |
| 108400657 | 1129 | 12/3/2007 | p | 1,500.0000 | $35.40 | 2,600.0000 |
| 108400656 | 1129 | 12/3/2007 | p | 250.0000 | $35.79 | 2,850.0000 |
| 108400655 | 1129 | 12/3/2007 | p | 150.0000 | $36.15 | 3,000.0000 |
| 108400887 | 1129 | 12/5/2007 | p | 200.0000 | $24.84 | 3,200.0000 |
| 108400886 | 1129 | 12/5/2007 | p | 400.0000 | $24.63 | 3,600.0000 |
| 108400885 | 1129 | 12/5/2007 | p | 121.0000 | $24.84 | 3,721.0000 |
| 108400884 | 1129 | 12/5/2007 | p | 600.0000 | $24.63 | 4,321.0000 |
| 108400883 | 1129 | 12/5/2007 | p | 2,179.0000 | $24.84 | 6,500.0000 |
| 108400976 | 1129 | 12/9/2007 | p | 500.0000 | $23.11 | 7,000.0000 |
| 108400977 | 1129 | 12/9/2007 | p | 1,000.0000 | $23.12 | 8,000.0000 |
| 108401006 | 1129 | 12/10/2007 | p | 75.0000 | $23.06 | 8,075.0000 |
| 108401007 | 1129 | 12/10/2007 | p | 1,000.0000 | $23.54 | 9,075.0000 |
| 108401008 | 1129 | 12/10/2007 | p | 500.0000 | $23.20 | 9,575.0000 |
| 108401009 | 1129 | 12/10/2007 | p | 125.0000 | $23.06 | 9,700.0000 |
| 108401010 | 1129 | 12/10/2007 | p | 300.0000 | $23.06 | 10,000.0000 |

**Account Name : (1145)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108401168 | 1145 | 11/1/2006 | pa | 11,854.8500 | $0.00 | 11,854.8500 |
| 108399694 | 1145 | 11/2/2006 | p | 11,854.8500 | $28.05 | 23,709.7000 |
| 108399749 | 1145 | 11/13/2006 | p | 45.0000 | $35.06 | 23,754.7000 |
| 108399748 | 1145 | 11/13/2006 | p | 91.0000 | $35.06 | 23,845.7000 |
| 108399747 | 1145 | 11/13/2006 | p | 22.0000 | $35.06 | 23,867.7000 |
| 108399746 | 1145 | 11/13/2006 | p | 1,000.0000 | $35.06 | 24,867.7000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108399705 | 1145 | 11/13/2006 | p | 35.0000 | $35.06 | 24.902.7000 |
| 108399744 | 1145 | 11/13/2006 | p | 313.0000 | $34.90 | 25,215.7000 |
| 108399743 | 1145 | 11/13/2006 | p | 220.0000 | $34.90 | 25,435.7000 |
| 108399742 | 1145 | 11/13/2006 | p | 767.0000 | $34.90 | 26,202.7000 |
| 108399735 | 1145 | 11/13/2006 | p | 16.0000 | $35.06 | 26,218.7000 |
| 108399736 | 1145 | 11/13/2006 | p | 109.0000 | $35.06 | 26,327.7000 |
| 108399737 | 1145 | 11/13/2006 | p | 78.0000 | $35.06 | 26,405.7000 |
| 108399738 | 1145 | 11/13/2006 | p | 37.0000 | $35.06 | 26,442.7000 |
| 108399739 | 1145 | 11/13/2006 | p | 26.0000 | $35.06 | 26,468.7000 |
| 108399740 | 1145 | 11/13/2006 | p | 40.0000 | $35.06 | 26,508.7000 |
| 108399741 | 1145 | 11/13/2006 | p | 1.0000 | $35.06 | 26,509.7000 |
| 108399763 | 1145 | 11/19/2006 | p | 1,500.0000 | $37.25 | 28,009.7000 |
| 108399764 | 1145 | 11/19/2006 | p | 93.0000 | $37.20 | 28,102.7000 |
| 108399765 | 1145 | 11/19/2006 | p | 1,581.0000 | $37.25 | 29,683.7000 |
| 108399766 | 1145 | 11/19/2006 | p | 87.0000 | $37.25 | 29,770.7000 |
| 108399767 | 1145 | 11/19/2006 | p | 60.0000 | $37.20 | 29,830.7000 |
| 108399768 | 1145 | 11/19/2006 | p | 258.0000 | $37.25 | 30,088.7000 |
| 108399769 | 1145 | 11/19/2006 | p | 1,264.0000 | $37.25 | 31,352.7000 |
| 108399770 | 1145 | 11/19/2006 | p | 142.0000 | $37.25 | 31,494.7000 |
| 108399771 | 1145 | 11/19/2006 | p | 568.0000 | $37.25 | 32,062.7000 |
| 108399762 | 1145 | 11/19/2006 | p | 300.0000 | $37.12 | 32,362.7000 |
| 108399761 | 1145 | 11/19/2006 | p | 2,000.0000 | $37.25 | 34,362.7000 |
| 108399751 | 1145 | 11/19/2006 | p | 320.0000 | $37.25 | 34,682.7000 |
| 108399752 | 1145 | 11/19/2006 | p | 2,000.0000 | $37.25 | 36,682.7000 |
| 108399753 | 1145 | 11/19/2006 | p | 2,000.0000 | $37.25 | 38,682.7000 |
| 108399754 | 1145 | 11/19/2006 | p | 100.0000 | $37.25 | 38,782.7000 |
| 108399755 | 1145 | 11/19/2006 | p | 200.0000 | $37.25 | 38,982.7000 |
| 108399756 | 1145 | 11/19/2006 | p | 34.0000 | $37.23 | 39,016.7000 |
| 108399757 | 1145 | 11/19/2006 | p | 19.0000 | $37.25 | 39,035.7000 |
| 108399758 | 1145 | 11/19/2006 | p | 1,123.0000 | $37.20 | 40,158.7000 |
| 108399759 | 1145 | 11/19/2006 | p | 2,000.0000 | $37.25 | 42,158.7000 |
| 108399760 | 1145 | 11/19/2006 | p | 1,481.0000 | $37.25 | 43,639.7000 |
| 108399867 | 1145 | 11/21/2006 | s | -339.0000 | $37.25 | 43,300.7000 |
| 108399866 | 1145 | 11/21/2006 | s | -57.0000 | $37.25 | 43,243.7000 |
| 108399865 | 1145 | 11/21/2006 | s | -100.0000 | $37.25 | 43,143.7000 |
| 108399864 | 1145 | 11/21/2006 | s | -264.0000 | $37.25 | 42,879.7000 |
| 108399863 | 1145 | 11/21/2006 | s | -177.0000 | $37.25 | 42,702.7000 |
| 108399862 | 1145 | 11/21/2006 | s | -263.0000 | $37.25 | 42,439.7000 |
| 108399880 | 1145 | 11/26/2006 | s | -1,284.0000 | $38.82 | 41,155.7000 |
| 108399881 | 1145 | 11/26/2006 | s | -1,300.0000 | $38.82 | 39,855.7000 |
| 108399906 | 1145 | 12/4/2006 | s | -435.0000 | $37.25 | 39,420.7000 |
| 108399905 | 1145 | 12/4/2006 | s | -70.0000 | $37.25 | 39,350.7000 |
| 108399904 | 1145 | 12/4/2006 | s | -22.0000 | $37.25 | 39,328.7000 |
| 108399903 | 1145 | 12/4/2006 | s | -100.0000 | $37.25 | 39,228.7000 |
| 108399902 | 1145 | 12/4/2006 | s | -300.0000 | $37.25 | 38,928.7000 |
| 108399901 | 1145 | 12/4/2006 | s | -245.0000 | $37.25 | 38,683.7000 |
| 108399900 | 1145 | 12/4/2006 | s | -71.0000 | $37.25 | 38,612.7000 |
| 108399899 | 1145 | 12/4/2006 | s | -236.0000 | $37.28 | 38,376.7000 |
| 108399898 | 1145 | 12/4/2006 | s | -21.0000 | $37.31 | 38,355.7000 |
| 108399910 | 1145 | 12/10/2006 | s | -243.0000 | $39.48 | 38,112.7000 |
| 108399909 | 1145 | 12/10/2006 | s | -36.0000 | $39.48 | 38,076.7000 |
| 108399908 | 1145 | 12/10/2006 | s | -651.0000 | $39.48 | 37,425.7000 |
| 108399907 | 1145 | 12/10/2006 | s | -70.0000 | $39.48 | 37,355.7000 |
| 108399925 | 1145 | 12/18/2006 | p | 326.0000 | $40.06 | 37,681.7000 |
| 108399924 | 1145 | 12/18/2006 | p | 326.0000 | $40.06 | 38,007.7000 |
| 108399923 | 1145 | 12/18/2006 | p | 326.0000 | $40.06 | 38,333.7000 |
| 108399922 | 1145 | 12/18/2006 | p | 75.0000 | $40.06 | 38,408.7000 |
| 108399921 | 1145 | 12/18/2006 | p | 121.0000 | $40.06 | 38,529.7000 |
| 108399920 | 1145 | 12/18/2006 | p | 326.0000 | $40.06 | 38,855.7000 |
| 108399951 | 1145 | 1/17/2007 | p | 268.0000 | $40.19 | 39,123.7000 |
| 108399950 | 1145 | 1/17/2007 | p | 411.0000 | $40.19 | 39,534.7000 |
| 108399949 | 1145 | 1/17/2007 | p | 548.0000 | $40.19 | 40,082.7000 |
| 108399948 | 1145 | 1/17/2007 | p | 273.0000 | $40.19 | 40,355.7000 |
| 108399960 | 1145 | 1/25/2007 | s | -160.0000 | $43.77 | 40,195.7000 |
| 108399961 | 1145 | 1/25/2007 | s | -649.0000 | $43.77 | 39,546.7000 |
| 108399962 | 1145 | 1/25/2007 | s | -691.0000 | $43.77 | 38,855.7000 |
| 108399969 | 1145 | 2/4/2007 | p | 417.0000 | $44.24 | 39,272.7000 |
| 108399968 | 1145 | 2/4/2007 | p | 217.0000 | $44.24 | 39,489.7000 |
| 108399967 | 1145 | 2/4/2007 | p | 366.0000 | $44.24 | 39,855.7000 |
| 108399995 | 1145 | 2/11/2007 | s | -214.0000 | $45.63 | 39,641.7000 |
| 108399994 | 1145 | 2/11/2007 | s | -122.0000 | $45.63 | 39,519.7000 |
| 108399993 | 1145 | 2/11/2007 | s | -250.0000 | $45.63 | 39,269.7000 |
| 108399992 | 1145 | 2/11/2007 | s | -214.0000 | $45.63 | 39,055.7000 |
| 108399991 | 1145 | 2/11/2007 | s | -86.0000 | $45.63 | 38,969.7000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108399990 | | | | | $25.66 | 38,855.7000 |
| 108400004 | 1145 | 2/18/2007 | s | -61.0000 | $46.29 | 38,794.7000 |
| 108400003 | 1145 | 2/18/2007 | s | -14.0000 | $46.10 | 38,780.7000 |
| 108400002 | 1145 | 2/18/2007 | s | -905.0000 | $46.29 | 37,875.7000 |
| 108400001 | 1145 | 2/18/2007 | s | -34.0000 | $46.29 | 37,841.7000 |
| 108400000 | 1145 | 2/18/2007 | s | -986.0000 | $46.10 | 36,855.7000 |
| 108400015 | 1145 | 2/28/2007 | s | -28.0000 | $43.90 | 36,827.7000 |
| 108400016 | 1145 | 2/28/2007 | s | -366.0000 | $43.90 | 36,461.7000 |
| 108400023 | 1145 | 3/5/2007 | s | -81.0000 | $43.28 | 36,380.7000 |
| 108400022 | 1145 | 3/5/2007 | s | -257.0000 | $43.30 | 36,123.7000 |
| 108400021 | 1145 | 3/5/2007 | s | -227.0000 | $43.30 | 35,896.7000 |
| 108400020 | 1145 | 3/5/2007 | s | -41.0000 | $43.33 | 35,855.7000 |
| 108400115 | 1145 | 3/11/2007 | p | 152.0000 | $40.53 | 36,007.7000 |
| 108400114 | 1145 | 3/11/2007 | p | 750.0000 | $40.53 | 36,757.7000 |
| 108400113 | 1145 | 3/11/2007 | p | 32.0000 | $40.53 | 36,789.7000 |
| 108400112 | 1145 | 3/11/2007 | p | 210.0000 | $40.53 | 36,999.7000 |
| 108400118 | 1145 | 3/14/2007 | s | -861.0000 | $40.13 | 36,138.7000 |
| 108400119 | 1145 | 3/14/2007 | s | -283.0000 | $40.13 | 35,855.7000 |
| 108400126 | 1145 | 3/18/2007 | p | 279.0000 | $38.98 | 36,134.7000 |
| 108400127 | 1145 | 3/18/2007 | p | 192.0000 | $38.98 | 36,326.7000 |
| 108400128 | 1145 | 3/18/2007 | p | 61.0000 | $38.98 | 36,387.7000 |
| 108400137 | 1145 | 3/21/2007 | p | 168.0000 | $41.05 | 36,555.7000 |
| 108400136 | 1145 | 3/21/2007 | p | 445.0000 | $41.05 | 37,000.7000 |
| 108400135 | 1145 | 3/21/2007 | p | 97.0000 | $40.92 | 37,097.7000 |
| 108400134 | 1145 | 3/21/2007 | p | 290.0000 | $41.05 | 37,387.7000 |
| 108400139 | 1145 | 3/22/2007 | p | 112.0000 | $40.81 | 37,499.7000 |
| 108400140 | 1145 | 3/22/2007 | p | 500.0000 | $40.81 | 37,999.7000 |
| 108400141 | 1145 | 3/22/2007 | p | 276.0000 | $40.81 | 38,275.7000 |
| 108400142 | 1145 | 3/22/2007 | p | 112.0000 | $40.81 | 38,387.7000 |
| 108400203 | 1145 | 4/29/2007 | p | 300.0000 | $37.04 | 38,687.7000 |
| 108400202 | 1145 | 4/29/2007 | p | 105.0000 | $37.04 | 38,792.7000 |
| 108400201 | 1145 | 4/29/2007 | p | 795.0000 | $37.04 | 39,587.7000 |
| 108400238 | 1145 | 5/24/2007 | p | 140.0000 | $38.17 | 39,727.7000 |
| 108400237 | 1145 | 5/24/2007 | p | 140.0000 | $38.17 | 39,867.7000 |
| 108400236 | 1145 | 5/24/2007 | p | 140.0000 | $38.17 | 40,007.7000 |
| 108400235 | 1145 | 5/24/2007 | p | 429.0000 | $38.17 | 40,436.7000 |
| 108400234 | 1145 | 5/24/2007 | p | 1.0000 | $38.17 | 40,437.7000 |
| 108400261 | 1145 | 6/3/2007 | p | 36.0000 | $36.55 | 40,473.7000 |
| 108400260 | 1145 | 6/3/2007 | p | 60.0000 | $36.55 | 40,533.7000 |
| 108400259 | 1145 | 6/3/2007 | p | 113.0000 | $36.55 | 40,646.7000 |
| 108400258 | 1145 | 6/3/2007 | p | 72.0000 | $36.55 | 40,718.7000 |
| 108400257 | 1145 | 6/3/2007 | p | 113.0000 | $36.55 | 40,831.7000 |
| 108400256 | 1145 | 6/3/2007 | p | 85.0000 | $36.55 | 40,916.7000 |
| 108400255 | 1145 | 6/3/2007 | p | 1.0000 | $36.55 | 40,917.7000 |
| 108400254 | 1145 | 6/3/2007 | p | 252.0000 | $36.55 | 41,169.7000 |
| 108400253 | 1145 | 6/3/2007 | p | 67.0000 | $36.55 | 41,236.7000 |
| 108400252 | 1145 | 6/3/2007 | p | 141.0000 | $36.55 | 41,377.7000 |
| 108400251 | 1145 | 6/3/2007 | p | 141.0000 | $36.55 | 41,518.7000 |
| 108400280 | 1145 | 6/4/2007 | p | 38.0000 | $36.65 | 41,556.7000 |
| 108400279 | 1145 | 6/4/2007 | p | 112.0000 | $36.65 | 41,668.7000 |
| 108400278 | 1145 | 6/4/2007 | p | 112.0000 | $36.65 | 41,780.7000 |
| 108400277 | 1145 | 6/4/2007 | p | 544.0000 | $36.65 | 42,324.7000 |
| 108400276 | 1145 | 6/4/2007 | p | 86.0000 | $36.65 | 42,410.7000 |
| 108400275 | 1145 | 6/4/2007 | p | 112.0000 | $36.65 | 42,522.7000 |
| 108400274 | 1145 | 6/4/2007 | p | 112.0000 | $36.65 | 42,634.7000 |
| 108400273 | 1145 | 6/4/2007 | p | 84.0000 | $36.65 | 42,718.7000 |
| 108400291 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 42,858.7000 |
| 108400290 | 1145 | 6/6/2007 | p | 117.0000 | $36.57 | 42,975.7000 |
| 108400289 | 1145 | 6/6/2007 | p | 84.0000 | $36.57 | 43,059.7000 |
| 108400288 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 43,199.7000 |
| 108400287 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 43,339.7000 |
| 108400286 | 1145 | 6/6/2007 | p | 200.0000 | $36.57 | 43,539.7000 |
| 108400285 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 43,679.7000 |
| 108400284 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 43,819.7000 |
| 108400283 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 43,959.7000 |
| 108400282 | 1145 | 6/6/2007 | p | 119.0000 | $36.57 | 44,078.7000 |
| 108400281 | 1145 | 6/6/2007 | p | 140.0000 | $36.57 | 44,218.7000 |
| 108400292 | 1145 | 6/10/2007 | p | 723.0000 | $35.16 | 44,941.7000 |
| 108400293 | 1145 | 6/10/2007 | p | 1,500.0000 | $35.00 | 46,441.7000 |
| 108400306 | 1145 | 6/12/2007 | p | 274.0000 | $35.81 | 46,715.7000 |
| 108400305 | 1145 | 6/12/2007 | p | 184.0000 | $35.81 | 46,899.7000 |
| 108400304 | 1145 | 6/12/2007 | p | 287.0000 | $35.81 | 47,186.7000 |
| 108400307 | 1145 | 6/13/2007 | s | -1,466.0000 | $37.96 | 45,720.7000 |
| 108400308 | 1145 | 6/13/2007 | s | -34.0000 | $37.96 | 45,686.7000 |

4

| 108400321 | 1145 |           |   | ... | $39.43 | 45,586.7000 |
|-----------|------|-----------|---|-----------|--------|-------------|
| 108400322 | 1145 | 6/18/2007 | s | -125.0000 | $39.43 | 45,461.7000 |
| 108400323 | 1145 | 6/18/2007 | s | -192.0000 | $39.43 | 45,269.7000 |
| 108400324 | 1145 | 6/18/2007 | s | -1,000.0000 | $39.43 | 44,269.7000 |
| 108400325 | 1145 | 6/18/2007 | s | -114.0000 | $39.43 | 44,155.7000 |
| 108400320 | 1145 | 6/18/2007 | s | -93.0000 | $39.43 | 44,062.7000 |
| 108400319 | 1145 | 6/18/2007 | s | -250.0000 | $39.43 | 43,812.7000 |
| 108400318 | 1145 | 6/18/2007 | s | -42.0000 | $39.43 | 43,770.7000 |
| 108400317 | 1145 | 6/18/2007 | s | -300.0000 | $39.43 | 43,470.7000 |
| 108400316 | 1145 | 6/18/2007 | s | -133.0000 | $39.43 | 43,337.7000 |
| 108400315 | 1145 | 6/18/2007 | s | -800.0000 | $39.40 | 42,537.7000 |
| 108400314 | 1145 | 6/18/2007 | s | -400.0000 | $39.40 | 42,137.7000 |
| 108400313 | 1145 | 6/18/2007 | s | -800.0000 | $39.43 | 41,337.7000 |
| 108400312 | 1145 | 6/18/2007 | s | -483.0000 | $39.43 | 40,854.7000 |
| 108400353 | 1145 | 7/3/2007 | p | 288.0000 | $38.85 | 41,142.7000 |
| 108400352 | 1145 | 7/3/2007 | p | 488.0000 | $38.85 | 41,630.7000 |
| 108400351 | 1145 | 7/3/2007 | p | 156.0000 | $38.85 | 41,786.7000 |
| 108400350 | 1145 | 7/3/2007 | p | 280.0000 | $38.85 | 42,066.7000 |
| 108400349 | 1145 | 7/3/2007 | p | 288.0000 | $38.85 | 42,354.7000 |
| 108400363 | 1145 | 7/15/2007 | s | -88.0000 | $41.60 | 42,266.7000 |
| 108400364 | 1145 | 7/15/2007 | s | -141.0000 | $41.60 | 42,125.7000 |
| 108400365 | 1145 | 7/15/2007 | s | -270.0000 | $41.60 | 41,855.7000 |
| 108400401 | 1145 | 7/25/2007 | s | -214.0000 | $42.91 | 41,641.7000 |
| 108400400 | 1145 | 7/25/2007 | s | -61.0000 | $42.91 | 41,580.7000 |
| 108400399 | 1145 | 7/25/2007 | s | -267.0000 | $42.91 | 41,313.7000 |
| 108400398 | 1145 | 7/25/2007 | s | -214.0000 | $42.91 | 41,099.7000 |
| 108400397 | 1145 | 7/25/2007 | s | -267.0000 | $42.91 | 40,832.7000 |
| 108400396 | 1145 | 7/25/2007 | s | -177.0000 | $42.91 | 40,655.7000 |
| 108400395 | 1145 | 7/25/2007 | s | -214.0000 | $42.91 | 40,441.7000 |
| 108400394 | 1145 | 7/25/2007 | s | -86.0000 | $42.91 | 40,355.7000 |
| 108400433 | 1145 | 8/1/2007 | s | -271.0000 | $41.21 | 40,084.7000 |
| 108400432 | 1145 | 8/1/2007 | s | -75.0000 | $41.16 | 40,009.7000 |
| 108400431 | 1145 | 8/1/2007 | s | -100.0000 | $41.16 | 39,909.7000 |
| 108400430 | 1145 | 8/1/2007 | s | -200.0000 | $41.16 | 39,709.7000 |
| 108400429 | 1145 | 8/1/2007 | s | -43.0000 | $41.16 | 39,666.7000 |
| 108400428 | 1145 | 8/1/2007 | s | -100.0000 | $41.16 | 39,566.7000 |
| 108400427 | 1145 | 8/1/2007 | s | -150.0000 | $41.16 | 39,416.7000 |
| 108400426 | 1145 | 8/1/2007 | s | -150.0000 | $41.16 | 39,266.7000 |
| 108400425 | 1145 | 8/1/2007 | s | -111.0000 | $41.16 | 39,155.7000 |
| 108400424 | 1145 | 8/1/2007 | s | -200.0000 | $41.16 | 38,955.7000 |
| 108400423 | 1145 | 8/1/2007 | s | -100.0000 | $41.16 | 38,855.7000 |
| 108400442 | 1145 | 8/2/2007 | p | 18.0000 | $40.32 | 38,873.7000 |
| 108400441 | 1145 | 8/2/2007 | p | 32.0000 | $40.32 | 38,905.7000 |
| 108400440 | 1145 | 8/2/2007 | p | 200.0000 | $40.32 | 39,105.7000 |
| 108400439 | 1145 | 8/2/2007 | p | 100.0000 | $40.32 | 39,205.7000 |
| 108400438 | 1145 | 8/2/2007 | p | 500.0000 | $40.32 | 39,705.7000 |
| 108400469 | 1145 | 8/19/2007 | s | -232.0000 | $39.64 | 39,473.7000 |
| 108400468 | 1145 | 8/19/2007 | s | -40.0000 | $39.64 | 39,433.7000 |
| 108400467 | 1145 | 8/19/2007 | s | -27.0000 | $39.64 | 39,406.7000 |
| 108400466 | 1145 | 8/19/2007 | s | -282.0000 | $39.66 | 39,124.7000 |
| 108400465 | 1145 | 8/19/2007 | s | -269.0000 | $39.64 | 38,855.7000 |
| 108400474 | 1145 | 8/26/2007 | p | 114.0000 | $37.33 | 38,969.7000 |
| 108400473 | 1145 | 8/26/2007 | p | 293.0000 | $37.33 | 39,262.7000 |
| 108400472 | 1145 | 8/26/2007 | p | 114.0000 | $37.33 | 39,376.7000 |
| 108400471 | 1145 | 8/26/2007 | p | 114.0000 | $37.33 | 39,490.7000 |
| 108400470 | 1145 | 8/26/2007 | p | 365.0000 | $37.33 | 39,855.7000 |
| 108400475 | 1145 | 8/28/2007 | p | 450.0000 | $36.91 | 40,305.7000 |
| 108400476 | 1145 | 8/28/2007 | p | 1,550.0000 | $36.91 | 41,855.7000 |
| 108400485 | 1145 | 9/4/2007 | s | -147.0000 | $40.63 | 41,708.7000 |
| 108400484 | 1145 | 9/4/2007 | s | -453.0000 | $40.63 | 41,255.7000 |
| 108400483 | 1145 | 9/4/2007 | s | -200.0000 | $40.63 | 41,055.7000 |
| 108400482 | 1145 | 9/4/2007 | s | -450.0000 | $40.63 | 40,605.7000 |
| 108400481 | 1145 | 9/4/2007 | s | -75.0000 | $40.63 | 40,530.7000 |
| 108400480 | 1145 | 9/4/2007 | s | -75.0000 | $40.63 | 40,455.7000 |
| 108400479 | 1145 | 9/4/2007 | s | -100.0000 | $40.63 | 40,355.7000 |
| 108400489 | 1145 | 9/11/2007 | s | -100.0000 | $41.86 | 40,255.7000 |
| 108400488 | 1145 | 9/11/2007 | s | -700.0000 | $41.84 | 39,555.7000 |
| 108400487 | 1145 | 9/11/2007 | s | -139.0000 | $41.84 | 39,416.7000 |
| 108400486 | 1145 | 9/11/2007 | s | -61.0000 | $41.84 | 39,355.7000 |
| 108400495 | 1145 | 9/19/2007 | s | -544.0000 | $41.57 | 38,811.7000 |
| 108400494 | 1145 | 9/19/2007 | s | -86.0000 | $41.57 | 38,725.7000 |
| 108400493 | 1145 | 9/19/2007 | s | -44.0000 | $41.57 | 38,681.7000 |
| 108400492 | 1145 | 9/19/2007 | s | -44.0000 | $41.57 | 38,637.7000 |
| 108400491 | 1145 | 9/19/2007 | s | -94.0000 | $41.57 | 38,543.7000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108400490 | 1145 | 9/28/2007 | p | 85.0000 | $31.57 | 38,505.7000 |
| 108400496 | 1145 | 9/30/2007 | s | -1,650.0000 | $46.52 | 36,855.7000 |
| 108400502 | 1145 | 10/7/2007 | s | -1,200.0000 | $47.49 | 35,655.7000 |
| 108400510 | 1145 | 10/10/2007 | s | -482.0000 | $48.12 | 35,173.7000 |
| 108400509 | 1145 | 10/10/2007 | s | -75.0000 | $48.12 | 35,098.7000 |
| 108400508 | 1145 | 10/10/2007 | s | -60.0000 | $48.12 | 35,038.7000 |
| 108400507 | 1145 | 10/10/2007 | s | -100.0000 | $48.12 | 34,938.7000 |
| 108400506 | 1145 | 10/10/2007 | s | -83.0000 | $48.12 | 34,855.7000 |
| 108400594 | 1145 | 10/28/2007 | s | -295.0000 | $50.27 | 34,560.7000 |
| 108400593 | 1145 | 10/28/2007 | s | -208.0000 | $50.27 | 34,352.7000 |
| 108400592 | 1145 | 10/28/2007 | s | -156.0000 | $50.27 | 34,196.7000 |
| 108400591 | 1145 | 10/28/2007 | s | -55.0000 | $50.27 | 34,141.7000 |
| 108400590 | 1145 | 10/28/2007 | s | -86.0000 | $50.27 | 34,055.7000 |
| 108400589 | 1145 | 10/28/2007 | s | -700.0000 | $50.27 | 33,355.7000 |
| 108400612 | 1145 | 10/29/2007 | s | -100.0000 | $51.00 | 33,255.7000 |
| 108400611 | 1145 | 10/29/2007 | s | -337.0000 | $51.00 | 32,918.7000 |
| 108400610 | 1145 | 10/29/2007 | s | -63.0000 | $51.00 | 32,855.7000 |
| 108400609 | 1145 | 10/29/2007 | s | -200.0000 | $50.53 | 32,655.7000 |
| 108400608 | 1145 | 10/29/2007 | s | -300.0000 | $50.53 | 32,355.7000 |
| 108400649 | 1145 | 11/15/2007 | p | 55.0000 | $45.29 | 32,410.7000 |
| 108400650 | 1145 | 11/15/2007 | p | 51.0000 | $45.29 | 32,461.7000 |
| 108400651 | 1145 | 11/15/2007 | p | 62.0000 | $45.29 | 32,523.7000 |
| 108400653 | 1145 | 12/2/2007 | s | -326.0000 | $48.22 | 32,197.7000 |
| 108400652 | 1145 | 12/2/2007 | s | -342.0000 | $48.22 | 31,855.7000 |
| 108400693 | 1145 | 12/3/2007 | p | 600.0000 | $37.57 | 32,455.7000 |
| 108400692 | 1145 | 12/3/2007 | p | 200.0000 | $36.86 | 32,655.7000 |
| 108400691 | 1145 | 12/3/2007 | p | 504.0000 | $36.86 | 33,159.7000 |
| 108400690 | 1145 | 12/3/2007 | p | 100.0000 | $36.86 | 33,259.7000 |
| 108400689 | 1145 | 12/3/2007 | p | 375.0000 | $35.16 | 33,634.7000 |
| 108400688 | 1145 | 12/3/2007 | p | 4,329.0000 | $36.29 | 37,963.7000 |
| 108400686 | 1145 | 12/3/2007 | p | 434.0000 | $36.29 | 38,397.7000 |
| 108400685 | 1145 | 12/3/2007 | p | 280.0000 | $35.16 | 38,677.7000 |
| 108400694 | 1145 | 12/3/2007 | p | 100.0000 | $36.86 | 38,777.7000 |
| 108400695 | 1145 | 12/3/2007 | p | 241.0000 | $37.57 | 39,018.7000 |
| 108400696 | 1145 | 12/3/2007 | p | 105.0000 | $37.57 | 39,123.7000 |
| 108400697 | 1145 | 12/3/2007 | p | 450.0000 | $37.57 | 39,573.7000 |
| 108400704 | 1145 | 12/3/2007 | p | 359.0000 | $37.57 | 39,932.7000 |
| 108400703 | 1145 | 12/3/2007 | p | 450.0000 | $37.57 | 40,382.7000 |
| 108400702 | 1145 | 12/3/2007 | p | 41.0000 | $37.57 | 40,423.7000 |
| 108400701 | 1145 | 12/3/2007 | p | 559.0000 | $37.57 | 40,982.7000 |
| 108400700 | 1145 | 12/3/2007 | p | 233.0000 | $37.57 | 41,215.7000 |
| 108400699 | 1145 | 12/3/2007 | p | 2,128.0000 | $36.86 | 43,343.7000 |
| 108400698 | 1145 | 12/3/2007 | p | 141.0000 | $37.57 | 43,484.7000 |
| 108400687 | 1145 | 12/3/2007 | p | 35.0000 | $36.29 | 43,519.7000 |
| 108400684 | 1145 | 12/3/2007 | p | 100.0000 | $35.16 | 43,619.7000 |
| 108400683 | 1145 | 12/3/2007 | p | 75.0000 | $35.16 | 43,694.7000 |
| 108400670 | 1145 | 12/3/2007 | p | 143.0000 | $36.86 | 43,837.7000 |
| 108400669 | 1145 | 12/3/2007 | p | 200.0000 | $36.86 | 44,037.7000 |
| 108400668 | 1145 | 12/3/2007 | p | 150.0000 | $36.86 | 44,187.7000 |
| 108400667 | 1145 | 12/3/2007 | p | 100.0000 | $35.16 | 44,287.7000 |
| 108400666 | 1145 | 12/3/2007 | p | 1,000.0000 | $36.86 | 45,287.7000 |
| 108400665 | 1145 | 12/3/2007 | p | 75.0000 | $36.86 | 45,362.7000 |
| 108400664 | 1145 | 12/3/2007 | p | 100.0000 | $36.86 | 45,462.7000 |
| 108400663 | 1145 | 12/3/2007 | p | 75.0000 | $36.86 | 45,537.7000 |
| 108400662 | 1145 | 12/3/2007 | p | 50.0000 | $36.86 | 45,587.7000 |
| 108400671 | 1145 | 12/3/2007 | p | 3,051.0000 | $37.57 | 48,638.7000 |
| 108400672 | 1145 | 12/3/2007 | p | 300.0000 | $37.57 | 48,938.7000 |
| 108400673 | 1145 | 12/3/2007 | p | 450.0000 | $37.57 | 49,388.7000 |
| 108400682 | 1145 | 12/3/2007 | p | 500.0000 | $35.16 | 49,888.7000 |
| 108400681 | 1145 | 12/3/2007 | p | 75.0000 | $35.16 | 49,963.7000 |
| 108400680 | 1145 | 12/3/2007 | p | 450.0000 | $37.57 | 50,413.7000 |
| 108400679 | 1145 | 12/3/2007 | p | 1,000.0000 | $35.16 | 51,413.7000 |
| 108400678 | 1145 | 12/3/2007 | p | 2,495.0000 | $35.16 | 53,908.7000 |
| 108400677 | 1145 | 12/3/2007 | p | 202.0000 | $36.29 | 54,110.7000 |
| 108400676 | 1145 | 12/3/2007 | p | 75.0000 | $36.86 | 54,185.7000 |
| 108400675 | 1145 | 12/3/2007 | p | 100.0000 | $36.86 | 54,285.7000 |
| 108400674 | 1145 | 12/3/2007 | p | 570.0000 | $37.57 | 54,855.7000 |
| 108400922 | 1145 | 12/6/2007 | p | 2,000.0000 | $23.29 | 56,855.7000 |
| 108400921 | 1145 | 12/6/2007 | p | 284.0000 | $23.29 | 57,139.7000 |
| 108400920 | 1145 | 12/6/2007 | p | 168.0000 | $23.29 | 57,307.7000 |
| 108400919 | 1145 | 12/6/2007 | p | 450.0000 | $22.91 | 57,757.7000 |
| 108400918 | 1145 | 12/6/2007 | p | 48.0000 | $23.29 | 57,805.7000 |
| 108400917 | 1145 | 12/6/2007 | p | 600.0000 | $22.91 | 58,405.7000 |
| 108400916 | 1145 | 12/6/2007 | p | 390.0000 | $22.91 | 58,795.7000 |

| 108400905 | 1145 | 12/6/2007 | p | 1,560.0000 | $22.91 | 63,355.7000 |
|-----------|------|-----------|---|-----------|--------|-------------|
| 108401011 | 1145 | 12/10/2007 | p | 1,500.0000 | $23.12 | 61,855.7000 |
| 108401053 | 1145 | 12/12/2007 | s | -112.0000 | $24.30 | 61,743.7000 |
| 108401057 | 1145 | 12/12/2007 | s | -2,500.0000 | $24.92 | 59,243.7000 |
| 108401056 | 1145 | 12/12/2007 | s | -175.0000 | $24.31 | 59,068.7000 |
| 108401055 | 1145 | 12/12/2007 | s | -250.0000 | $24.30 | 58,818.7000 |
| 108401054 | 1145 | 12/12/2007 | s | -200.0000 | $24.30 | 58,618.7000 |
| 108401052 | 1145 | 12/12/2007 | s | -250.0000 | $24.30 | 58,368.7000 |
| 108401051 | 1145 | 12/12/2007 | s | -268.0000 | $24.30 | 58,100.7000 |
| 108401050 | 1145 | 12/12/2007 | s | -710.0000 | $24.30 | 57,390.7000 |
| 108401049 | 1145 | 12/12/2007 | s | -540.0000 | $24.30 | 56,850.7000 |
| 108401067 | 1145 | 12/16/2007 | p | 2,016.0000 | $21.65 | 58,866.7000 |
| 108401066 | 1145 | 12/16/2007 | p | 384.0000 | $21.65 | 59,250.7000 |
| 108401065 | 1145 | 12/16/2007 | p | 100.0000 | $21.65 | 59,350.7000 |
| 108401129 | 1145 | 12/30/2007 | s | -155.0000 | $23.79 | 59,195.7000 |
| 108401130 | 1145 | 12/30/2007 | s | -319.0000 | $23.79 | 58,876.7000 |
| 108401128 | 1145 | 12/30/2007 | s | -551.0000 | $23.76 | 58,325.7000 |
| 108401127 | 1145 | 12/30/2007 | s | -470.0000 | $23.76 | 57,855.7000 |
| 108401147 | 1145 | 1/2/2008 | p | 28.0000 | $21.68 | 57,883.7000 |
| 108401146 | 1145 | 1/2/2008 | p | 500.0000 | $21.69 | 58,383.7000 |
| 108401145 | 1145 | 1/2/2008 | p | 500.0000 | $21.68 | 58,883.7000 |
| 108401144 | 1145 | 1/2/2008 | p | 200.0000 | $21.70 | 59,083.7000 |
| 108401143 | 1145 | 1/2/2008 | p | 500.0000 | $21.69 | 59,583.7000 |
| 108401141 | 1145 | 1/2/2008 | p | 500.0000 | $21.69 | 60,083.7000 |
| 108401140 | 1145 | 1/2/2008 | p | 328.0000 | $21.68 | 60,411.7000 |
| 108401142 | 1145 | 1/2/2008 | p | 2,500.0000 | $21.69 | 62,911.7000 |

Account Name : (1153)

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|----------|----------------|-----------|-------------|--------------|-----------------|--------------------------|
| 108400511 | 1153 | 10/11/2007 | p | 278.0000 | $48.96 | 278.0000 |
| 108400520 | 1153 | 10/11/2007 | p | 86.0000 | $48.67 | 364.0000 |
| 108400519 | 1153 | 10/11/2007 | p | 66.0000 | $48.93 | 430.0000 |
| 108400518 | 1153 | 10/11/2007 | p | 277.0000 | $48.67 | 707.0000 |
| 108400517 | 1153 | 10/11/2007 | p | 166.0000 | $48.88 | 873.0000 |
| 108400516 | 1153 | 10/11/2007 | p | 276.0000 | $48.88 | 1,149.0000 |
| 108400515 | 1153 | 10/11/2007 | p | 276.0000 | $48.85 | 1,425.0000 |
| 108400514 | 1153 | 10/11/2007 | p | 47.0000 | $48.96 | 1,472.0000 |
| 108400513 | 1153 | 10/11/2007 | p | 600.0000 | $49.22 | 2,072.0000 |
| 108400512 | 1153 | 10/11/2007 | p | 30.0000 | $49.22 | 2,102.0000 |
| 108400625 | 1153 | 10/31/2007 | p | 1,145.0000 | $50.79 | 3,247.0000 |
| 108400715 | 1153 | 12/3/2007 | s | -200.0000 | $44.64 | 3,047.0000 |
| 108400726 | 1153 | 12/3/2007 | s | -1,000.0000 | $44.64 | 2,047.0000 |
| 108400735 | 1153 | 12/3/2007 | s | -1,717.0000 | $44.61 | 330.0000 |
| 108400724 | 1153 | 12/3/2007 | s | -100.0000 | $44.77 | 230.0000 |
| 108400723 | 1153 | 12/3/2007 | s | -200.0000 | $44.79 | 30.0000 |
| 108400722 | 1153 | 12/3/2007 | s | -30.0000 | $44.79 | 0.0000 |
| 108400727 | 1153 | 12/3/2007 | p | 31.0000 | $35.21 | 31.0000 |
| 108400728 | 1153 | 12/3/2007 | p | 150.0000 | $35.21 | 181.0000 |
| 108400729 | 1153 | 12/3/2007 | p | 300.0000 | $35.21 | 481.0000 |
| 108400730 | 1153 | 12/3/2007 | p | 4,514.0000 | $35.79 | 4,995.0000 |
| 108400731 | 1153 | 12/3/2007 | p | 150.0000 | $35.21 | 5,145.0000 |
| 108400732 | 1153 | 12/3/2007 | p | 100.0000 | $35.21 | 5,245.0000 |
| 108400733 | 1153 | 12/3/2007 | p | 486.0000 | $35.79 | 5,731.0000 |
| 108400734 | 1153 | 12/3/2007 | p | 100.0000 | $35.21 | 5,831.0000 |
| 108400725 | 1153 | 12/3/2007 | p | 1,000.0000 | $35.21 | 6,831.0000 |
| 108400721 | 1153 | 12/3/2007 | p | 150.0000 | $35.21 | 6,981.0000 |
| 108400720 | 1153 | 12/3/2007 | p | 2,230.0000 | $35.21 | 9,211.0000 |
| 108400706 | 1153 | 12/3/2007 | p | 150.0000 | $35.19 | 9,361.0000 |
| 108400707 | 1153 | 12/3/2007 | p | 417.0000 | $35.21 | 9,778.0000 |
| 108400708 | 1153 | 12/3/2007 | p | 100.0000 | $35.21 | 9,878.0000 |
| 108400709 | 1153 | 12/3/2007 | p | 75.0000 | $35.21 | 9,953.0000 |
| 108400711 | 1153 | 12/3/2007 | p | 150.0000 | $35.21 | 10,103.0000 |
| 108400712 | 1153 | 12/3/2007 | p | 200.0000 | $35.21 | 10,303.0000 |
| 108400713 | 1153 | 12/3/2007 | p | 75.0000 | $35.21 | 10,378.0000 |
| 108400714 | 1153 | 12/3/2007 | p | 45.0000 | $35.21 | 10,423.0000 |
| 108400710 | 1153 | 12/3/2007 | p | 200.0000 | $35.21 | 10,623.0000 |
| 108400716 | 1153 | 12/3/2007 | p | 75.0000 | $35.21 | 10,698.0000 |
| 108400717 | 1153 | 12/3/2007 | p | 200.0000 | $35.21 | 10,898.0000 |
| 108400718 | 1153 | 12/3/2007 | p | 200.0000 | $35.21 | 11,098.0000 |
| 108400719 | 1153 | 12/3/2007 | p | 44.0000 | $35.21 | 11,142.0000 |
| 108400705 | 1153 | 12/3/2007 | p | 75.0000 | $35.21 | 11,217.0000 |

Account Name : (1161)

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|----------|----------------|-----------|-------------|--------------|-----------------|--------------------------|

| 108400250 | 1161 | 5/31/2007 | p | 115.0000 | | $36.84 | 226.0000 |
| 108400249 | 1161 | 5/31/2007 | p | 300.0000 | | $36.84 | 526.0000 |
| 108400248 | 1161 | 5/31/2007 | p | 114.0000 | | $36.84 | 640.0000 |
| 108400247 | 1161 | 5/31/2007 | p | 169.0000 | | $36.84 | 809.0000 |
| 108400246 | 1161 | 5/31/2007 | p | 85.0000 | | $36.84 | 894.0000 |
| 108400245 | 1161 | 5/31/2007 | p | 276.0000 | | $36.84 | 1,170.0000 |
| 108400244 | 1161 | 5/31/2007 | p | 141.0000 | | $36.84 | 1,311.0000 |
| 108400243 | 1161 | 5/31/2007 | p | 114.0000 | | $36.84 | 1,425.0000 |
| 108400242 | 1161 | 5/31/2007 | p | 90.0000 | | $36.84 | 1,515.0000 |
| 108400241 | 1161 | 5/31/2007 | p | 53.0000 | | $36.84 | 1,568.0000 |
| 108400240 | 1161 | 5/31/2007 | p | 1,083.0000 | | $36.84 | 2,651.0000 |
| 108400266 | 1161 | 6/3/2007 | p | 166.0000 | | $36.55 | 2,817.0000 |
| 108400265 | 1161 | 6/3/2007 | p | 11.0000 | | $36.57 | 2,828.0000 |
| 108400264 | 1161 | 6/3/2007 | p | 65.0000 | | $36.55 | 2,893.0000 |
| 108400263 | 1161 | 6/3/2007 | p | 69.0000 | | $36.55 | 2,962.0000 |
| 108400262 | 1161 | 6/3/2007 | p | 279.0000 | | $36.57 | 3,241.0000 |
| 108400294 | 1161 | 6/10/2007 | p | 52.0000 | | $35.16 | 3,293.0000 |
| 108400295 | 1161 | 6/10/2007 | p | 86.0000 | | $35.16 | 3,379.0000 |
| 108400296 | 1161 | 6/10/2007 | p | 462.0000 | | $35.16 | 3,841.0000 |
| 108400334 | 1161 | 6/18/2007 | s | -45.0000 | | $39.35 | 3,796.0000 |
| 108400333 | 1161 | 6/18/2007 | s | -114.0000 | | $39.35 | 3,682.0000 |
| 108400332 | 1161 | 6/18/2007 | s | -114.0000 | | $39.35 | 3,568.0000 |
| 108400331 | 1161 | 6/18/2007 | s | -2,500.0000 | | $39.35 | 1,068.0000 |
| 108400330 | 1161 | 6/18/2007 | s | -500.0000 | | $39.35 | 568.0000 |
| 108400329 | 1161 | 6/18/2007 | s | -143.0000 | | $39.35 | 425.0000 |
| 108400328 | 1161 | 6/18/2007 | s | -134.0000 | | $39.35 | 291.0000 |
| 108400327 | 1161 | 6/18/2007 | s | -114.0000 | | $39.35 | 177.0000 |
| 108400326 | 1161 | 6/18/2007 | s | -177.0000 | | $39.35 | 0.0000 |
| 108400362 | 1161 | 7/5/2007 | p | 84.0000 | | $38.75 | 84.0000 |
| 108400361 | 1161 | 7/5/2007 | p | 872.0000 | | $39.03 | 956.0000 |
| 108400360 | 1161 | 7/5/2007 | p | 197.0000 | | $38.75 | 1,153.0000 |
| 108400359 | 1161 | 7/5/2007 | p | 192.0000 | | $39.03 | 1,345.0000 |
| 108400358 | 1161 | 7/5/2007 | p | 109.0000 | | $39.03 | 1,454.0000 |
| 108400357 | 1161 | 7/5/2007 | p | 168.0000 | | $39.03 | 1,622.0000 |
| 108400356 | 1161 | 7/5/2007 | p | 182.0000 | | $39.03 | 1,804.0000 |
| 108400355 | 1161 | 7/5/2007 | p | 280.0000 | | $39.03 | 2,084.0000 |
| 108400354 | 1161 | 7/5/2007 | p | 197.0000 | | $39.03 | 2,281.0000 |
| 108400478 | 1161 | 8/29/2007 | p | 922.0000 | | $37.67 | 3,203.0000 |
| 108400477 | 1161 | 8/29/2007 | p | 78.0000 | | $37.67 | 3,281.0000 |
| 108400497 | 1161 | 9/30/2007 | s | -141.0000 | | $46.42 | 3,140.0000 |
| 108400498 | 1161 | 9/30/2007 | s | -750.0000 | | $46.42 | 2,390.0000 |
| 108400499 | 1161 | 9/30/2007 | s | -445.0000 | | $46.42 | 1,945.0000 |
| 108400500 | 1161 | 9/30/2007 | s | -1,945.0000 | | $46.42 | 0.0000 |
| 108400740 | 1161 | 12/3/2007 | p | 2,855.0000 | | $35.37 | 2,855.0000 |
| 108400739 | 1161 | 12/3/2007 | p | 145.0000 | | $35.40 | 3,000.0000 |
| 108400738 | 1161 | 12/3/2007 | p | 225.0000 | | $35.26 | 3,225.0000 |
| 108400737 | 1161 | 12/3/2007 | p | 2,475.0000 | | $35.40 | 5,700.0000 |
| 108400736 | 1161 | 12/3/2007 | p | 300.0000 | | $35.40 | 6,000.0000 |
| 108400850 | 1161 | 12/4/2007 | p | 42.0000 | | $25.32 | 6,042.0000 |
| 108400851 | 1161 | 12/4/2007 | p | 1,819.0000 | | $25.34 | 7,861.0000 |

**Account Name : (1179)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108401169 | 1179 | 11/1/2006 | pa | 7,772.2200 | $0.00 | 7,772.2200 |
| 108399695 | 1179 | 11/2/2006 | p | 7,772.2200 | $28.05 | 15,544.4400 |
| 108400596 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 15,402.4400 |
| 108400595 | 1179 | 10/28/2007 | s | -138.0000 | $50.27 | 15,264.4400 |
| 108400607 | 1179 | 10/28/2007 | s | -517.0000 | $50.27 | 14,747.4400 |
| 108400606 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 14,605.4400 |
| 108400605 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 14,463.4400 |
| 108400604 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 14,321.4400 |
| 108400603 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 14,179.4400 |
| 108400602 | 1179 | 10/28/2007 | s | -86.0000 | $50.27 | 14,093.4400 |
| 108400601 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 13,951.4400 |
| 108400600 | 1179 | 10/28/2007 | s | -78.0000 | $50.27 | 13,873.4400 |
| 108400599 | 1179 | 10/28/2007 | s | -105.0000 | $50.27 | 13,768.4400 |
| 108400598 | 1179 | 10/28/2007 | s | -142.0000 | $50.27 | 13,626.4400 |
| 108400597 | 1179 | 10/28/2007 | s | -82.0000 | $50.27 | 13,544.4400 |
| 108400744 | 1179 | 12/3/2007 | p | 100.0000 | $34.82 | 13,644.4400 |
| 108400743 | 1179 | 12/3/2007 | p | 327.0000 | $34.82 | 13,971.4400 |
| 108400742 | 1179 | 12/3/2007 | p | 1,373.0000 | $34.82 | 15,344.4400 |
| 108400741 | 1179 | 12/3/2007 | p | 200.0000 | $34.82 | 15,544.4400 |
| 108400862 | 1179 | 12/4/2007 | p | 1,796.0000 | $25.40 | 17,340.4400 |

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108400861 | 1179 | 12/4/2007 | p | 1,019.0000 | $27.75 | 17,738.4400 |
| 108400860 | 1179 | 12/4/2007 | p | 21.0000 | $27.75 | 17,759.4400 |
| 108400859 | 1179 | 12/4/2007 | p | 500.0000 | $27.75 | 18,259.4400 |
| 108400858 | 1179 | 12/4/2007 | p | 143.0000 | $27.78 | 18,402.4400 |
| 108400857 | 1179 | 12/4/2007 | p | 398.0000 | $27.78 | 18,800.4400 |
| 108400852 | 1179 | 12/4/2007 | p | 204.0000 | $25.40 | 19,004.4400 |
| 108400853 | 1179 | 12/4/2007 | p | 1,746.0000 | $27.83 | 20,750.4400 |
| 108400854 | 1179 | 12/4/2007 | p | 254.0000 | $27.80 | 21,004.4400 |
| 108400855 | 1179 | 12/4/2007 | p | 140.0000 | $27.80 | 21,144.4400 |
| 108400856 | 1179 | 12/4/2007 | p | 400.0000 | $27.80 | 21,544.4400 |
| 108400923 | 1179 | 12/6/2007 | p | 1,228.0000 | $23.15 | 22,772.4400 |
| 108401098 | 1179 | 12/25/2007 | s | -4,000.0000 | $23.65 | 18,772.4400 |
| 108401099 | 1179 | 12/25/2007 | s | -4,000.0000 | $23.65 | 14,772.4400 |
| 108401100 | 1179 | 12/25/2007 | s | -2,504.0000 | $23.65 | 12,268.4400 |
| 108401101 | 1179 | 12/25/2007 | s | -4,000.0000 | $23.65 | 8,268.4400 |
| 108401097 | 1179 | 12/25/2007 | s | -496.0000 | $23.65 | 7,772.4400 |

**Account Name : (1187)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108400888 | 1187 | 12/5/2007 | p | 8,000.0000 | $24.64 | 8,000.0000 |
| 108400889 | 1187 | 12/5/2007 | p | 2,500.0000 | $24.63 | 10,500.0000 |
| 108400929 | 1187 | 12/6/2007 | p | 140.0000 | $23.29 | 10,640.0000 |
| 108400928 | 1187 | 12/6/2007 | p | 127.0000 | $23.29 | 10,767.0000 |
| 108400927 | 1187 | 12/6/2007 | p | 294.0000 | $23.29 | 11,061.0000 |
| 108400926 | 1187 | 12/6/2007 | p | 500.0000 | $23.29 | 11,561.0000 |
| 108400925 | 1187 | 12/6/2007 | p | 372.0000 | $23.29 | 11,933.0000 |
| 108400924 | 1187 | 12/6/2007 | p | 67.0000 | $23.29 | 12,000.0000 |
| 108401017 | 1187 | 12/10/2007 | p | 300.0000 | $23.13 | 12,300.0000 |
| 108401016 | 1187 | 12/10/2007 | p | 804.0000 | $23.12 | 13,104.0000 |
| 108401015 | 1187 | 12/10/2007 | p | 100.0000 | $23.13 | 13,204.0000 |
| 108401014 | 1187 | 12/10/2007 | p | 1,296.0000 | $23.13 | 14,500.0000 |
| 108401013 | 1187 | 12/10/2007 | p | 500.0000 | $23.14 | 15,000.0000 |
| 108401012 | 1187 | 12/10/2007 | p | 2,000.0000 | $23.14 | 17,000.0000 |
| 108401064 | 1187 | 12/12/2007 | s | -166.0000 | $24.56 | 16,834.0000 |
| 108401063 | 1187 | 12/12/2007 | s | -277.0000 | $24.56 | 16,557.0000 |
| 108401062 | 1187 | 12/12/2007 | s | -134.0000 | $24.56 | 16,423.0000 |
| 108401061 | 1187 | 12/12/2007 | s | -1,232.0000 | $24.56 | 15,191.0000 |
| 108401060 | 1187 | 12/12/2007 | s | -300.0000 | $24.56 | 14,891.0000 |
| 108401059 | 1187 | 12/12/2007 | s | -211.0000 | $24.56 | 14,680.0000 |
| 108401058 | 1187 | 12/12/2007 | s | -180.0000 | $24.56 | 14,500.0000 |
| 108401081 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 14,575.0000 |
| 108401082 | 1187 | 12/18/2007 | p | 100.0000 | $21.71 | 14,675.0000 |
| 108401083 | 1187 | 12/18/2007 | p | 87.0000 | $21.71 | 14,762.0000 |
| 108401084 | 1187 | 12/18/2007 | p | 174.0000 | $21.72 | 14,936.0000 |
| 108401085 | 1187 | 12/18/2007 | p | 174.0000 | $21.72 | 15,110.0000 |
| 108401086 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 15,210.0000 |
| 108401087 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,285.0000 |
| 108401088 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,360.0000 |
| 108401089 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 15,460.0000 |
| 108401090 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 15,560.0000 |
| 108401080 | 1187 | 12/18/2007 | p | 36.0000 | $21.72 | 15,596.0000 |
| 108401079 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,671.0000 |
| 108401078 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,746.0000 |
| 108401068 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,821.0000 |
| 108401069 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 15,921.0000 |
| 108401070 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 15,996.0000 |
| 108401071 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 16,096.0000 |
| 108401072 | 1187 | 12/18/2007 | p | 1,200.0000 | $21.63 | 17,296.0000 |
| 108401073 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 17,396.0000 |
| 108401074 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 17,496.0000 |
| 108401075 | 1187 | 12/18/2007 | p | 75.0000 | $21.69 | 17,571.0000 |
| 108401076 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 17,671.0000 |
| 108401077 | 1187 | 12/18/2007 | p | 100.0000 | $21.69 | 17,771.0000 |
| 108401152 | 1187 | 1/2/2008 | p | 2,245.0000 | $21.07 | 20,016.0000 |
| 108401151 | 1187 | 1/2/2008 | p | 500.0000 | $21.07 | 20,516.0000 |
| 108401150 | 1187 | 1/2/2008 | p | 100.0000 | $21.07 | 20,616.0000 |
| 108401149 | 1187 | 1/2/2008 | p | 1,082.0000 | $21.07 | 21,698.0000 |
| 108401148 | 1187 | 1/2/2008 | p | 1,073.0000 | $21.07 | 22,771.0000 |
| 108401162 | 1187 | 1/3/2008 | p | 5,000.0000 | $20.04 | 27,771.0000 |

**Account Name : (1218)**

| vTransID | Account Number | Trade Date | Trans. Type | Shares/Units | Unit Price(USD) | Calculated Share Balance |
|---|---|---|---|---|---|---|
| 108400745 | 1218 | 12/3/2007 | p | 150.0000 | $35.24 | 150.0000 |
| 108400760 | 1218 | 12/3/2007 | p | 100.0000 | $34.98 | 250.0000 |