# EXHIBIT 6

The Israeli Institutional Investor Group Consolidated Information

| Question | The Phoenix Insurance Company | Prisma Provident Funds | Prisma Mutual Funds | Harel Insurance Company | Harel Pia Mutual Funds | Consolidated Totals |
|---|---|---|---|---|---|---|
| 1.1) Number of Lipman shares held immediately before consummation of the merger on November 1, 2006 | 160,747 | 354,963 | 0 | 238,572 | 79,134 | 833,416 |
| 1.2) Number of Lipman shares the entity held immediately after the consummation of the merger on November 1, 2006 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1.3) Number of Lipman shares converted to Verifone shares as part of the merger | 160,747 | 354,963 | 0 | 238,572 | 79,134 | 833,416 |
| 1.4) Name of the exchange over which each purchase and sale of Lipman shares was conducted | Tel Aviv Stock Exchange | Tel Aviv Stock Exchange | N/A | Tel Aviv Stock Exchange | Tel Aviv Stock Exchange | |
| 2.1) Number of original Verifone shares – not including Verifone shares gained as a result of the merger with Lipman – purchased between August 30, 2006 and December 3, 2007 | 277,408 | 822,148 | 190,605 | 234,275 | 230,571 | 1,755,007 |
| 2.2) The total funds expended in purchasing Verifone shares during this period | $11,276,098 | $31,272,132.69 | $7,572,846.38 | $7,590,499.64 | $8,579,059.37 | $66,290,636.08 |
| 2.3) The number of original Verifone shares sold during this period | 187,120 | 362,182 | 121,992 | 6,716 | 98,544 | 776,554 |
| 2.4) The total funds received from selling the original Verifone shares during this period | $8,150,841.33 | $14,972,653.98 | $5,107,251.57 | $282,396.57 | $4,148,350.00 | $32,661,493.45 |
| 2.5) The number of original Verifone shares retained as of December 3, 2007 | 90,288 | 459,965 | 68,613 | 227,559 | 132,027 | 978,452 |
| 2.6) The amount paid for the shares retained as of December 3, 2007 | $3,422,134.86 | $16,672,408.75 | $2,692,131.41 | $7,296,965.67 | $4,733,866.78 | $34,817,507.47 |
| 2.7) The loss incurred due to shares retained as of December 3, 2007 | ($1,632,626.70) | ($7,555,895.91) | ($1,332,221.75) | ($2,786,746.29) | ($2,117,091.64) | ($15,424,582.22) |