| | |
|---|---|
| Martin D. Chitwood | Robert C. Schubert (State Bar No. 62684) |
| (To Be Admitted *Pro Hac Vice*) | Willem F. Jonckheer (State Bar No. 178748) |
| mchitwood@chitwoodlaw.com | Aaron H. Darsky (State Bar No. 212229) |
| James M. Wilson, Jr. | SCHUBERT JONCKHEER KOLBE & |
| (To Be Admitted *Pro Hac Vice*) | KRALOWEC LLP |
| jwilson@chitwoodlaw.com | Three Embarcadero Center, Suite 1650 |
| CHITWOOD HARLEY HARNES LLP | San Francisco, CA 94111 |
| 2300 Promenade II | Telephone: (415) 788-4220 |
| 1230 Peachtree Street, N.E. | Facsimile:  (415) 788-0161 |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 873-3900 | Proposed Liaison Counsel |
| Facsimile:  (404) 876-4476 | |

Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (To Be Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
Eran Rubinstein (To be Admitted *Pro Hac Vice*)
erubinstein@chitwoodlaw.com
Susan Boltz Rubinstein
(To be Admitted *Pro Hac Vice*)
srubinstein@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| This Document Relates to All Actions | **CERTIFICATE OF SERVICE** |
| | JUDGE: Hon. Marilyn Hall Patel |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I electronically filed the foregoing The Israeli Institutional Investor Group's Notice of Filing Supplemental Declarations Pursuant to May 14, 2008 Order with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record for Civil Action No .3:07-CV-06140.

This 13th day of June, 2008.

s/ Martin D. Chitwood
Martin D. Chitwood
**CHITWOOD HARLEY HARNES LLP**
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476