UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC. ) No. C 07-06140 MHP
SECURITIES LITIGATION, )
) Honorable Marilyn Hall Patel
) Courtroom 15
)
)
)

DECLARATION OF RON AHARON IN RESPONSE TO THE COURT'S MAY 14, 2008
ORDER REQUESTING SUPPLEMENTAL INFORMATION

I, Ron Aharon, make this Declaration in Response to the Court's Order of May 14, 2008 requesting supplemental information regarding Direct's transactions in Verifone Holdings, Inc. ("Verifone") securities:

1. Schedule A reflects: a) the number Lipman shares held by Direct in each of the referenced accounts immediately before the consummation of the merger between Lipman Electronics Engineering, Ltd. ("Lipman") and Verifone Holdings, Inc. on November 1, 2006; b) the number of Lipman shares held by Direct in the referenced accounts immediately after the consummation of the merger on November 1, 2006; c) the number of Lipman shares converted to Verifone shares as part of the merger; d) the name of the exchange over which each purchase and sale of Lipman shares were conducted and e) the actual owners of the accounts referenced in the schedule.

3. Direct had discretionary authority to make investments on behalf of the accounts referenced in Schedule A.

4. Direct had the authority to vote the shares reflected in Schedule A.

1

5. Direct did not have any information available regarding Lipman that was not generally available to the public and none of Direct officers or directors had any relationship with Lipman prior to the November 1, 2006 merger.

6. Schedule B reflects: a) the number of original Verifone shares—excluding all Verifone shares gained as a result of the merger with Lipman—purchased for each referenced account between August 30, 2006 and December 3, 2007; b) the total funds expended for the referenced accounts in purchasing Verifone shares during this period; c) the number of original Verifone shares sold during this period; d) the total funds received from selling the original Verifone shares during this period; 5) the number of original Verifone shares retained as of December 3, 2007; 6) the amount paid for the shares retained as of December 3, 2007—calculated according to the price paid for the shares bought most recently in time, but prior to December 3, 2007; 7) the losses incurred due to shares retained as of December 3, 2007; and 8) the actual owner of the stocks for each account referenced in the schedule.

7. Direct had the discretion to purchase or sell the shares referenced in Schedule B.

8. Direct had the right to vote the shares held in the accounts referenced in Schedule B

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11 day of June, 2008, in Tel Aviv, Israel.

_____
Ron Aharon
Chief Financial Officer
Direct Investment House, Ltd.

2

# SCHEDULE A

06/12/2008vk
**SCHEDULE A**

Lipman Electronic Eng
Direct Investment

| Account | Shs Held Prior to Merger on 11/01/2006 | Shs Held After Merger on 11/01/2006 | Number of Shs Converted to Verifone Shs | Exchange Pur/Sld Lipman Shs | Ownership | Voting Authority | Pur/Sld Authority | Relationships with Lipman |
|---|---|---|---|---|---|---|---|---|
| 31-46-00119342 | 16,980 | 0 | 16,980 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00119350 | 1,241 | 0 | 1,241 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00134031 | 9,097 | 0 | 9,097 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00210455 | 7,465 | 0 | 7,465 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00355739 | 4,489 | 0 | 4,489 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00406228 | 1,000 | 0 | 1,000 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00559245 | 100 | 0 | 100 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00677051 | 200 | 0 | 200 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00800201 | 18,933 | 0 | 18,933 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00907030 | 1,177 | 0 | 1,177 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00919810 | 1,398 | 0 | 1,398 | Tel Aviv | Direct | Direct | Direct | None |
| 31-46-00919845 | 500 | 0 | 500 | Tel Aviv | Direct | Direct | Direct | None |
| Totals | 62,580 | 0 | 62,580 | | | | | |

yashir\paylo_080514\lpma

# SCHEDULE B

VERIFONE HLDGS INC
CLASS PERIOD: AUG 31 2006 through DEC 03 2007 (8:00 AM EST)
Direct Investment - Transactions in Original Verifone stock

SCHEDULE B

| Account | Shares Purchased | Amount Paid | Shares Sold | Amount Received | Shares Retained 12/03/2007 | Amt Paid Shs Retained 12/03/2007 | Loss on Retained Shs | Ownership | Voting Authority | Pur(Sld) Authority |
|---|---|---|---|---|---|---|---|---|---|---|
| 31-46-00036498 | 2,369.00 | ($90,099) | (1,969.00) | $80,439 | 400.00 | ($16,341) | ($4,919) | Direct | Direct | Direct |
| 31-46-00119342 | 4,056.00 | ($171,854) | 0.00 | $0 | 4,056.00 | ($171,854) | ($56,039) | Direct | Direct | Direct |
| 31-46-00119350 | 39,051.00 | ($1,416,256) | (31,165.63) | $1,178,570 | 7,885.37 | ($313,491) | ($67,960) | Direct | Direct | Direct |
| 31-46-00134031 | 7,480.00 | ($299,046) | (2,500.00) | $93,301 | 4,980.00 | ($203,253) | ($61,054) | Direct | Direct | Direct |
| 31-46-00210455 | 197.00 | ($6,901) | 0.00 | $0 | 197.00 | ($6,901) | ($1,275) | Direct | Direct | Direct |
| 31-46-00355739 | 8,794.00 | ($317,663) | (6,700.00) | $285,304 | 2,094.00 | ($88,715) | ($28,923) | Direct | Direct | Direct |
| 31-46-00406228 | 1,156.00 | ($48,840) | 0.00 | $0 | 1,156.00 | ($48,980) | ($15,971) | Direct | Direct | Direct |
| 31-46-00542733 | 110.00 | ($4,651) | 0.00 | $0 | 110.00 | ($4,661) | ($2,372) | Direct | Direct | Direct |
| 31-46-00542784 | 76.00 | ($3,220) | 0.00 | $0 | 76.00 | ($1,587) | ($6) | Direct | Direct | Direct |
| 31-46-00542938 | 180.00 | ($8,456) | 0.00 | $0 | 180.00 | ($8,456) | ($4,711) | Direct | Direct | Direct |
| 31-46-00559245 | 250.00 | ($10,579) | 0.00 | $0 | 250.00 | ($10,592) | ($3,453) | Direct | Direct | Direct |
| 31-46-00677051 | 199.00 | ($8,406) | 0.00 | $0 | 199.00 | ($8,432) | ($2,749) | Direct | Direct | Direct |
| 31-46-00800201 | 0.50 | ($20) | 0.00 | $0 | 0.50 | ($20) | ($6) | Direct | Direct | Direct |
| 31-46-00907030 | 10,700.00 | ($432,801) | (2,750.00) | $102,631 | 7,950.00 | ($324,470) | ($97,465) | Direct | Direct | Direct |
| 31-46-00919810 | 829.00 | ($34,909) | (137.00) | $5,597 | 692.00 | ($29,317) | ($9,558) | Direct | Direct | Direct |
| 31-46-00919845 | 2,027.00 | ($86,731) | (847.00) | $36,346 | 1,180.00 | ($49,992) | ($16,298) | Direct | Direct | Direct |
| 33-414-00013271 | 1,791.00 | ($84,882) | (1,012.00) | $48,420 | 779.00 | ($38,351) | ($17,491) | Direct | Direct | Direct |
| 33-414-00013298 | 1,113.38 | ($52,799) | (416.00) | $19,906 | 697.38 | ($34,332) | ($15,196) | Direct | Direct | Direct |
| 33-414-00013328 | 167.00 | ($8,024) | (72.00) | $3,446 | 95.00 | ($4,677) | ($1,945) | Direct | Direct | Direct |
| Total | 80,545.88 | ($3,086,136) | (47,568.63) | $1,853,961 | 32,977.25 | ($1,364,422) | ($407,391) | | | |

**Notes:**

US Dollar Equilavent as of March 02 2008, the last day of the 90-Day post-Class Period.

Sales Methodology: FIFO e.g.
  Day 1    Received 100 shs Verifone from Lipman Mgr
  Day 2    Purchased 100 shs Verifone
  Day 3    Sold 100 shs Verifone
  Day 4    Sold 100 shs Verifone

  Day 3 Sale is Matched to Day 1 Shs Received from Mgr
  Day 4 Sale is Matched to Day 2 Shs Purchased

Table only reflects Sales, if any, Matched to Original Verifone Purchases.