Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

Eran Rubenstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubenstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

Attorneys for the Israeli Institutional Investor Group

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) All Actions ) ) ) _____ ) | Master File No. C 07-6140 MHP  **CLASS ACTION**  **NOTICE OF APPEARANCE OF VINCENT I. PARRETT ON BEHALF OF THE ISRAELI INSTITUTIONAL INVESTOR GROUP**  JUDGE: Hon. Marilyn Hall Patel |

PLEASE TAKE NOTICE that Vincent I. Parrett, a member of the bar of this Court, hereby enters an appearance as counsel on behalf of Lead Plaintiff Movant The Israeli Institutional Investor Group, effective immediately.

Date: July 3, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<pre>
                                /s/ Vincent I. Parrett
                                Vincent I. Parrett (CA Bar No. 237563)
                                vparrett@motleyrice.com
                                MOTLEY RICE LLC
                                28 Bridgeside Blvd.
                                Mt. Pleasant, SC  29464
                                Tel: (843) 216-9000
                                Fax: (843) 216-9450

                                Eran Rubenstein (Admitted *Pro Hac Vice*)
                                eran@rubinsteinlaw.com
                                Susan Boltz Rubenstein (Admitted *Pro Hac Vice*)
                                susan@rubinsteinlaw.com
                                410 Park Avenue, Suite 1530
                                New York, NY  10022
                                Tel: (646) 205-3250
                                Fax: (646) 205-3251

                                Attorneys for the Israeli Institutional Investor Group
</pre>

Notice of Appearance of Vincent I. Parrett
Master File No. C 07-6140 MHP

2