| | |
|---|---|
| Martin D. Chitwood (Admitted *Pro Hac Vice*) | Robert C. Schubert (State Bar No. 62684) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. (Admitted *Pro Hac Vice*) | Aaron H. Darsky (State Bar No. 212229) |
| jwilson@chitwoodlaw.com | SCHUBERT JONCKHEER KOLBE & |
| CHITWOOD HARLEY HARNES LLP | KRALOWEC LLP |
| 2300 Promenade II | Three Embarcadero Center, Suite 1650 |
| 1230 Peachtree Street, N.E. | San Francisco, CA 94111 |
| Atlanta, Georgia 30309 | Telephone: (415) 788-4220 |
| Telephone: (404) 873-3900 | Facsimile: (415) 788-0161 |
| Facsimile: (404) 876-4476 | |
| | Proposed Liaison Counsel |

Gregory E. Keller (Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To: | |
| All Actions | |
| | JUDGE: Hon. Marilyn Hall Patel |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I electronically filed the foregoing NOTICE

OF CONSENT WITHDRAWAL BY CHITWOOD HARLEY HARNES LLP AND

SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP AS COUNSEL; PROPOSED

Certificate of Service (C 07-6140 MHP)

1

1 | ORDER THEREON with the Clerk of Court using the CM/ECF system which will
2 |
3 | automatically send email notification of such filing to attorneys of record registered with
4 |
5 | the CM/ECF system.

       This 7th day of July, 2008.

                             s/  Willem F. Jonckheer
                            SCHUBERT JONCKHEER KOLBE &
                             KRALOWEC LLP
                            Three Embarcadero Center, Suite 1650
                            San Francisco, CA  94111
                            Telephone: (415) 788-4220
                            Facsimile:  (415) 788-0161