| | |
|---|---|
| Joseph F. Rice (To Be Admitted *Pro Hac Vice*) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (To Be Admitted *Pro Hac Vice*) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC  29464 | Oakland, CA  94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |
| | |
| William H. Narwold | *Proposed Liaison Counsel for the* |
| bnarwold@motleyrice.com | *Israeli Institutional Investor Group* |
| One Corporate Center | |
| 20 Church Street, 17th Floor | Eran Rubinstein (Admitted *Pro Hac Vice*) |
| Hartford, CT  06103 | eran@rubinsteinlaw.com |
| Tel: (860) 882-1681 | Susan Boltz Rubinstein (Admitted *Pro Hac Vice*) |
| Fax: (860) 882-1682 | susan@rubinsteinlaw.com |
| | 410 Park Avenue, Suite 1530 |
| *Proposed Lead Counsel for the Israeli* | New York, NY  10022 |
| *Institutional Investor Group* | Tel: (646) 205-3250 |
| | Fax: (646) 205-3251 |
| | |
| | *Attorneys for the Israeli Institutional Investor Group* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) | Master File No. C 07-6140 MHP |
| | | **CLASS ACTION** |
| This Document Relates To: | ) ) ) ) ) ) ) | **NOTICE BY THE ISRAELI INSTITUTIONAL INVESTOR GROUP OF SUBSTITUTION OF PROPOSED LEAD AND LIAISON COUNSEL** |
| All Actions | | |
| | | JUDGE: Hon. Marilyn Hall Patel |

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

1

Lead Plaintiff Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds (collectively, the "Israeli Institutional Investor Group" or "Movants") hereby provide notice of the substitution and appearance of Motley Rice LLC ("Motley Rice") for Chitwood Harley Harnes LLP ("Chitwood") as Proposed Lead Counsel and Kazan, McClain, Abrams, Lyons, Greenwood & Harley, PLC ("Kazan") for Schubert & Reed LLP ("Schubert & Reed") as Proposed Liaison Counsel for the following reasons:

1. Movants were formerly represented by in this Consolidated Action by Chitwood and Schubert & Reed, and moved the Court to appoint Chitwood as Lead Counsel and Schubert & Reed Liaison Counsel on February 4, 2008. (Dkt. 39.)

2. Movants are no longer represented in this Consolidated Action by Chitwood or Schubert & Reed, and have retained Motley Rice and Kazan. *See* Declaration of Eran Rubinstein ("Rubinstein Decl.") ¶ 2. Movants wish to substitute Motley Rice for Chitwood as Proposed Lead Plaintiff. Rubinstein Decl. ¶ 3.

3. The filings and declarations filed thus far on behalf of the Israeli Institutional Investor Group in this matter are incorporated by reference. Rubinstein Decl. ¶ 4.

4. Motley Rice is experienced in litigating securities fraud class actions, and has been or is Lead or Co-Lead Counsel in many securities fraud class actions, including:

> *In re UBS AG Securities Litigation*, No. 1:07-cv-11225-RJS (S.D.N.Y.)
>
> *In re Dell, Inc. Securities Litigation*, No. A-06-CA726-SS (W.D. Tex.)
>
> *In re Molson Coors Brewing Co. Securities Litigation*, No. 1:05-294-KAJ (D. Del.)
>
> *In re NPS Pharmaceuticals, Inc. Securities Litigation*, No. 2:06-CV-00570-PGC-PMW (D. Utah)
>
> *Marsden v. Select Medical Corp.*, No. 04-CV-4020 (E.D. Pa.)
>
> *Baker v. MBNA Corp.*, No. 05-272 (D. Del.)
>
> *Abrams v. Micrus Endovascular Corp.*, No. 07-22601 (S.D. Fla.)

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

2

1 | *See also* Motley Rice LLC Shareholder and Securities Fraud Resume, attached as Ex. A to the
2 | Declaration of James M. Hughes ("Hughes Decl.").
3 |     5.    Kazan also has a nationwide practice and is experienced in complex litigation. *See*
4 | Kazan Profile, attached as Ex. B to the Hughes Decl.
5 | Date: July 8, 2008

        /s/ James Oberman
Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA 94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Joseph F. Rice (To Be Admitted *Pro Hac Vice*)
jrice@motleyrice.com
James M. Hughes (To Be Admitted *Pro Hac Vice*)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (To Be Admitted *Pro Hac Vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
Fax: (860) 882-1682)

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

4