Joseph F. Rice (To Be Admitted *Pro Hac Vice*)
jrice@motleyrice.com
James M. Hughes (To Be Admitted *Pro Hac Vice*)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) | Master File No. C 07-6140 MHP  **CLASS ACTION** |
| This Document Relates To:  All Actions | ) ) ) ) ) ) ) | **DECLARATION OF ERAN RUBINSTEIN**   JUDGE: Hon. Marilyn Hall Patel |

Declaration of Eran Rubinstein
Master File No. C 07-6140 MHP

1

I, Eran Rubinstein, declare under penalty of perjury as follows:

1. I and Susan Boltz Rubinstein were retained by the members of the Israeli Institutional Investor Group (Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., The Phoenix Insurance Company, Ltd., Harel Insurance Company, and Harel PIA Mutual Funds) on or about January 9, 2008 to represent them in connection with the VeriFone matter and at that time, we were Of Counsel to the law firm of Chitwood Harley Harnes LLP.

2. We parted from the law firm of Chitwood, Harley, Harnes LLP effective June 24, 2008.

3. Subsequent to our departure, the Israeli Institutional Investor Group has made an informed choice to continue with me and Susan Boltz Rubinstein as counsel, to discharge the law firm of Chitwood Harley Harnes LLP, and to retain Motley Rice LLC to substitute for Chitwood Harley Harnes LLP as the Israeli Institutional Investor Group's Proposed Lead Counsel.

4. I incorporate, by reference, the filings and declarations filed on behalf of the Israeli Institutional Investor Group in this matter.

5. I am personally knowledgeable of the documents and data underlying the submissions made on the Israeli Institutional Investor Group's behalf and believe, upon information and belief, that the submissions are accurate.

DATED: July 8, 2008

_____
Eran Rubinstein (Admitted *pro hac vice*)

Declaration of Eran Rubinstein
Master File No. C 07-6140 MHP                                2