Joseph F. Rice (To Be Admitted *Pro Hac Vice*)
jrice@motleyrice.com
James M. Hughes (To Be Admitted *Pro Hac Vice*)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli
Institutional Investor Group*

Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS,
LYONS, GREENWOOD &
HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the
Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor
Group*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.<br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES M. HUGHES**<br><br><br>JUDGE: Hon. Marilyn Hall Patel |

1    I, James M. Hughes, declare under penalty of perjury, that the following attached exhibits are

2  true and correct copies:

3    1.    Attached as Exhibit A to this Declaration is the Shareholder and Securities Fraud

4  Resume, 2008, of Motley Rice LLC.

5    2.    Attached as Exhibit B to this Declaration is the Firm Profile of Kazan, McClain,

6  Abrams, Lyons, Greenwood & Harley, PLC.

7  Date: July 8, 2008

8                                                    _____
                                                          James M. Hughes
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of James M. Hughes                    2
Master File No. C 07-6140 MHP

# EXHIBIT A

# SHAREHOLDER AND
# SECURITIES FRAUD RESUME
## 2008

*Securities and Consumer Fraud*
*Practice Group*













# TABLE OF CONTENTS

Firm Overview                                    2

Multiple Party Litigation                        2

     Securities Litigation

     Other Litigation

Civil Litigation                                 4

Bankruptcies                                     4

Accolades                                        5

Team Biographies                                 6

     The Firm's Members

     Additional Securities Litigators

     Securities Litigation Forensic Staff

Securities News Coverage                        17

## FIRM OVERVIEW

Founded on April 28, 2003, by Ronald Motley, Joseph Rice and nearly 50 other lawyers, Motley Rice LLC is one of the nation's largest plaintiffs' law firms. Our attorneys, assisted by over 300 support personnel, are litigators with extensive courtroom experience.

The firm's lawyers are known for their pioneering work representing asbestos victims, States' Attorneys General in their landmark litigation against Big Tobacco, and the 9/11 families and survivors in their ground breaking lawsuit against terrorist financiers.

Motley Rice lawyers initially gained widespread national recognition for conducting some of the first successful representations of injured persons against the asbestos industry. In the last decade, Motley Rice lawyers were selected by 26 States' Attorneys General to represent them against the tobacco industry in recovering medical costs associated with smoking under novel legal and equitable theories that Motley Rice lawyers spearheaded — resulting in a $246 billion settlement agreement, the largest financial resolution of civil litigation in the history of U.S. jurisprudence.

The firm represents individuals and institutions, including large institutional investors, in complex litigation involving civil racketeering (RICO), securities fraud, shareholder litigation, insurance fraud, tire and vehicle defects, defective drugs, class actions, toxic torts, workplace exposures, nursing home negligence, and the September 11, 2001 acts of terrorism.

The firm has offices in Mt. Pleasant, South Carolina; Providence, Rhode Island; and Hartford, Connecticut. Motley Rice lawyers have dealt with clients and cases throughout the world, including in Latin America, Canada, Europe and the Caribbean.

## MULTIPLE PARTY LITIGATION

The lawyers of Motley Rice LLC have substantial experience in multiple party litigation, including in numerous leadership roles in the class and consolidated actions listed below.

## SECURITIES LITIGATION

Motley Rice has been appointed as lead counsel or co-lead counsel in the following securities derivative and shareholder cases:

*In re Dell, Inc., Sec. Litig.*, No. A-06-CA726-SS (W.D. Tex.).

*Helaba Invest Kapitalanlagegesellschaft mbH v. Fialkow*, No. 2683-VCL (Del. Ch.) (regarding National Home Health Care Corp.).

*In re Lear Corp Sec. Litig.*, No. 2728-N (Del. Ch.).

*Sheet Metal Workers' Nat'l Pension Fund, Inc. v. Deaton*, No. 4:07-CV-01517 (S.D. Tex.) (regarding Baker Hughes Inc.).

*Manville Personal Injury Trust v. Blankenship*, No. 07-C-1333 (W. Va.) (regarding Massey Energy Co.).

*Schultze Asset Management, LLC v. Washington Group Int'l, Inc.*, No. 3261-VCN (Del. Ch.).

*In re Bioenvision, Inc. S'holders Litig.*, No. 3008-VCP (Del. Ch.).

*In re Molson Coors Brewing Co. Sec. Litig.*, No. 1:05-294-KAJ (D. Del.).

*West End Capital Mgmt., LLC v. Lee*, No. 06-CV-3141 (S.D.N.Y.) (regarding Pixelplus Co., Ltd.).

*In re Witness Systems Inc. Sec. Litig.*, No. 1:06-CV-1894 (N.D. Ga.).

*South Ferry LP #2 v. Killinger*, No. C04-1599C (W.D. Wash.) (regarding Washington Mutual, Inc.).

*In re NPS Pharm., Inc. Sec. Litig.*, No. 2:06-CV-00570 -PGC-PMW (D. Utah).

*Marsden v. Select Med. Corp.*, No. 04-CV-4020 (E.D. Pa.).

*Baker v. MBNA Corp.*, No. 05-272 (D. Del.).

*Abrams v. Micrus Endovascular Corp.*, No. 07-22601 (S.D. Fla.).

*In re UBS AG Sec. Litig.*, No. 1:07-cv-11225-RJS (S.D.N.Y.)

Motley Rice lawyers have served in key roles in the prosecution of the following securities litigation:

*In re Par Pharm. Sec. Litig.*, No. 06-CV-03226 (D.N.J.) (Lead Plaintiffs' Executive Committee).

*In re Clear Channel Commc'ns, Inc. S'holders Litig.*, No. 2006-CI-17492 (Tex.).

*Sheet Metal Workers' Nat'l Pension Fund v. Hill*, No. 1:07-CV-02269 (D.N.J.) (regarding Commerce Bancorp, Inc.).

## OTHER LITIGATION

Lead counsel in *Burnett v. Al Baraka Investment & Development Corp.*, No. 02-1616 (D.D.C.), consolidated actions against terrorist financing organizations in the United States District Court for the District of Columbia, representing over 6,500 families with victims of the 9/11 attacks.

Plaintiffs' steering and coordinating counsel, *Linscomb v. Pittsburgh Corning Corp.*, No. 1:90cv05000 (E.D. Tex.), a national class action on behalf of asbestos victims nationwide in the



United States District Court for the Eastern District of Texas, Beaumont Division.

Executive committee member in *In re Asbestos School Litigation*, No. 94-1494 (E.D. Pa.), a national school asbestos class action in the United States District Court for the Eastern District of Pennsylvania.

Lead plaintiffs' counsel in *Central Wesleyan College v. W.R. Grace & Co.*, No. 2:87-1860-8 (D.S.C.), a national asbestos property damage class action in the United States District Court for the District of South Carolina, Charleston Division.

Lead plaintiffs' counsel in *In re Raymark Asbestos Exposure Cases*, No. 87-1016-K (D. Kan.), a national asbestos personal injury class action filed in United States District Court of Kansas, Wichita Division, in which 19,684 claims were resolved.

Counsel for class representative in *Raytech Corp. v. White*, No. 89-05129 (D. Conn.), an asbestos bankruptcy related class action in the United States District Court of Connecticut.

Co-lead counsel for plaintiffs in *Cimino v. Pittsburgh Corning Corp.*, No. 1:85-CV-00676 (E.D. Tex.), an asbestos personal injury class action on behalf of 2,300 plaintiffs in the United States District Court for the District of Texas, Beaumont Division.

Co-lead plaintiffs' counsel in *Chatham v. AC&S, et al.*, a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

Co-lead plaintiffs' counsel in *Abrams v. GAF Corp.*, No. 88-5422(1) (Jackson Cty., Miss.), a consolidated asbestos personal action involving more than 6,000 plaintiffs.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Co-lead counsel for plaintiffs in *In re Asbestos Products Liability Litigation*, MDL 875 (E.D. Pa.).

Counsel in numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in the United States District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia.

Plaintiffs' steering committee and plaintiffs' liaison counsel in *In re Showa Denko K.K. L-Tryptophan Products Liability Litigation (No. II)*, MDL 865 (D.S.C.).

Member Interim Plaintiffs' steering committee and Multiple Plaintiffs' Counsel in *In re San Juan DuPont Plaza Hotel Fire Litigation*, MDL 721 (D.P.R.).

Plaintiffs' lead counsel in *In re Kansas Asbestos Cases* in the United States District Court for the District of Kansas, *In re Madison County Illinois Asbestos Litigation*, and *In re Wayne County Michigan Asbestos Cases*.

Class counsel in *Whitfield v. Sangamo Weston*, No. 6:84-3184 (D.S.C.), a PCB personal injury and property damage class action settled while pending before the United States District Court for the District of South Carolina, Greenville Division.

Lead counsel in *Bates v. Tenco Services Inc.*,132 F.R.D. 160 (D.S.C. 1990), a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision, in the United States District Court for the District of South Carolina, Charleston Division.

Member by appointment of a three (3) person steering committee on the Food Lion Multidistrict Litigation Panel.

Plaintiffs' lead counsel in a case involving ten (10) persons injured in a crane disaster in Florence County, South Carolina.

Plaintiffs' steering committee and plaintiffs' liaison counsel in *In re Policy Management Systems Corp.*, No. 3:93-0807-17 (D.S.C. 1993), a securities case filed in the United States District Court for the District of South Carolina, Columbia Division.

## CIVIL LITIGATION

Motley Rice lawyers and their extensive support staff have experience in a wide variety of civil litigation. The firm's lawyers routinely litigate complex cases involving multiple parties in state and federal jurisdictions throughout the United States, either as sole counsel for the plaintiffs or in association with local counsel and other firms.

Additionally, the firm's lawyers maximize the use of alternative dispute resolution where appropriate, such as negotiation, mediation and arbitration, making it possible to avoid protracted litigation in some cases. Motley Rice LLC employs state-of-the-art technology by using video conferencing, extranet access to institutional clients, and a computer-based document management system that enables the firm to process and enter into the database thousands of articles, liability documents and all other information and documents utilized in litigation proceedings.

3

## BANKRUPTCIES

Motley Rice lawyers serve on several committees in national bankruptcies including:

Class Counsel in *In re Trebol Motors Corporation* and *In re Trebol Motors Distributors Corp.*, actively defending a $143,000,000 class action judgment claim on behalf of a class of defrauded purchasers of Volvo automobiles.

Select counsel to the asbestos Claimants' Committee in the Johns-Manville bankruptcy pending in the United States Bankruptcy Court for the Southern District of New York.

Claimants' Committee in *In re A.H. Robins*, a Chapter 11 Reorganization involving Dalkon Shield victims nationwide and H.K. Porter, National Gypsum, Raytech, Rock Wool and M.H. Detrick asbestos related bankruptcies.

## ACCOLADES

Motley Rice lawyers have received many accolades from the courts, as well as in the press. Some of these include:

*Roberts v. AP Green Industries, Inc.*, No. 49D02-9601-MI-0001-687 (Marion Cty., Ind.) — The judge stated, "That was some of the best final arguments I think I've ever heard. That was a treat. Congratulations to you all. I expected the best, and you delivered the best, and I appreciate it."

*Marsden v. Select Med. Corp.*, No. 04-CV-4020 (E.D. Pa., Order entered Oct. 5, 2006) — "Motley Rice LLC possess[es] the requisite knowledge and skill in securities litigation to ably prosecute this matter on behalf of the class."

*In re NPS Pharm., Inc. Sec. Litig.*, No. 2:06-CV-00570-PGC-PMW (D. Utah, Order entered Nov. 17, 2006) — "As demonstrated by their submissions to the court, [Motley Rice has] expertise and experience in the prosecution of shareholder and securities class actions and, as a result, [is] adequate to represent the interests of the class."

Motley Rice was named to "The Plaintiff's Hot List" by *The National Law Journal* in October 2006.

Motley Rice was listed in the 2007 Litigation edition of *The Legal 500*.

"[Ron Motley is] one of the most influential lawyers in America." — *The National Law Journal*

"[Joe Rice is] one of the five most respected (and feared) plaintiffs' attorneys." — *Corporate Legal Times*

The American Association for Justice honored Ron Motley in 2007 with the David S. Shrager President's Award for his outstanding contributions to the safety and protection of American consumers and the civil justice system.

*Lawyers USA* recognized Member Jack McConnell as a 2006 Lawyer of the Year, citing the Rhode Island lead case.

Motley Rice Member Fidelma Fitzpatrick was named a Lawyer of the Year by *Rhode Island Lawyers Weekly*.



## TEAM BIOGRAPHIES

### THE FIRM'S MEMBERS

### RONALD MOTLEY

Ron Motley is an internationally recognized trial lawyer. Over a career spanning more than three decades, he has brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans — asbestos and tobacco.

Today, Motley is once again advancing cutting-edge litigation as lead counsel for more than 6,500 family members and survivors of the September 11, 2001, terrorist attacks seeking justice against al Qaeda's financiers.

In addition, he currently leads Motley Rice's litigation efforts against several human tissue processing firms in New York funeral home on behalf of the victims of an alleged body harvesting scheme. The firm is currently handling over 500 cases. Motley also serves as co-lead counsel on the tainted tissue MDL.

Motley has won widespread recognition for his legal skills. The American Association for Justice honored Motley in 2007 with the David S. Shrager President's Award for his outstanding contributions to the safety and protection of American consumers and the civil justice system. In 1998, he was named Harry M. Philo Trial Lawyer of the Year by the 50,000-member Association of Trial Lawyers of America and received the President's Award of the National Association of Attorneys General. *Business Week* magazine characterized Motley's courtroom skills as "dazzling." *American Lawyer* dubbed him "The man who took on Manville," and *The National Law Journal* has ranked him, "One of the most influential lawyers in America."

His combination of legal and trial skills, personal charisma and nose-to-the-grindstone hard work has enabled Motley, a 1971 graduate of the University of South Carolina School of Law, to build Motley Rice LLC into one of the world's largest plaintiffs' law firms. He is licensed in South Carolina and admitted to practice before the U.S. Supreme Court and the U.S. Court of Appeals for the Third, Fourth, Fifth and Eleventh Circuits.

### JOSEPH RICE

Motley Rice LLC co-founding Member Joe Rice is a recognized complex litigation settlement negotiator. Rice is known for his central role in working with asbestos victims as related to the Federal Employers Liability Act and in crafting the historic settlement with the tobacco industry. In the Big Tobacco litigation, Rice served as lead counsel for the States Attorneys General, negotiating the breakthrough settlement in which the tobacco industry agreed to reimburse states for smoking-related health costs, resulting in the largest civil settlement in history.

Rice continues to work as an integral negotiator for a multitude of the firm's practice areas, including occupational disease and toxic torts, aviation and other transportation disasters, securities and consumer fraud, and 9/11 and anti-terrorism. Most recently, he executed strategic settlement talks on behalf of families of the victims of the 9/11 attacks in aviation liability and damages cases against multiple defendants.

Rice was named one of the nation's "Five Most Respected Plaintiff Attorneys" in a poll of defense counsel and legal scholars conducted by *Corporate Legal Times*. The article notes, "For all his talents as a shrewd negotiator . . . Rice has earned most of his respect from playing fair and remaining humble." In 2006, Rice was described by *The American Lawyer* as "one of the shrewdest business men practicing law."

In 1998, Rice received the President's Award of the National Association of Attorneys General. In 1999 and 2000, Rice served on the faculty at Duke University School of Law as a Senior Lecturing Fellow. Rice earned Bachelor of Science and J.D. degrees from the University of South Carolina and has also taught classes at the USC and Duke Law Schools on the art of negotiating. He is licensed in South Carolina and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Third, Fourth and Eleventh Circuits, and the U.S. District Court for the District of Nebraska.

### FRED BAKER

Fred Baker divides his time between the Motley Rice Environmental and Securities and Consumer Fraud practice groups. Baker earned a J.D. and LL.M from Duke University School of Law in 1993. He began working with Motley Rice attorneys in 1994. Baker is licensed in New York and South Carolina and admitted to practice before U.S. Court of Appeals for the First, Third and Fourth Circuits, and the U.S. District Court for the District of South Carolina and the Southern District of New York.

### KEVIN DEAN

For over 15 years, Kevin Dean has litigated in the areas of personal injury, wrongful death, professional malpractice, products liability, lender liability and commercial/consumer fraud cases. Dean joined Motley Rice LLC as an Associate in 2004 in the firm's Transportation, Medical and Catastrophic Injury practice groups. He was quickly appointed vehicle defect subgroup leader. In late 2005, Dean was asked to serve as team leader on the firm's newest medical litigation. The litigation, led by Ron Motley, involves the prosecution of cases involving body snatching and recipients of potentially diseased human tissue. Dean was named a Member of Motley Rice LLC in 2006.

Prior to joining Motley Rice, Dean was a partner with the Law Offices of J. Edward Bell III, LLC, in Georgetown, South Carolina. Before moving to South Carolina in 2001, he was a member of the William S. Stone, P.C. law firm in Blakely, Georgia, after beginning

5

his career as an associate with the Bennett Law Firm of Valdosta, Georgia. Dean also served as a County Commissioner on the Early County Georgia Board of Commissioners.

Dean earned an Associate's Degree in Criminal Justice and a Bachelor's Degree in Political Science from Valdosta State University. He received a J.D. degree in 1991 from the Cumberland School of Law at Samford University, where he was selected to serve on one the school's nationally published law reviews, the *American Journal of Trial Advocacy*. Dean co-authored an article titled "Dangerous Doors and Loose Latches," appearing in the November 2004 issue of *Trial Magazine* of the Association of Trial Lawyers of America. He is licensed in Georgia and South Carolina and admitted to practice before the U.S. Court of Appeals for the Fourth and Eleventh Circuits and the U.S. District Court for the Middle District of Georgia, Northern District of Georgia, Southern District of Georgia, Central District of Illinois and District of South Carolina.

## MICHAEL ELSNER

In the groundbreaking anti-terrorism litigation, Mike Elsner leads the investigatory team that is currently scouring the globe gathering liability evidence for 9/11 families' civil action against al Qaeda's financiers and 9/11 aviation litigation.

To date, Elsner and the 9/11 and Anti-Terrorism practice group have acquired more than one million pages of documents in 13 languages about the activities of al Qaeda and the role that its alleged financiers played in providing material support for terrorism.

After graduating from John Carroll University and receiving a law degree from the University of Memphis in 1997, Elsner began work for the Manville Personal Injury Trust. He then teamed with Ron Motley and other lawyers on litigation against Big Tobacco. In 2001, Elsner joined the firm of Weitz & Luxenberg, where he worked on asbestos and toxic tort litigation. Through these positions, Elsner gained complex civil litigation experience in the areas of toxic tort, aviation, security, personal injury, bankruptcy, medical malpractice and whistleblower protections. He officially joined Motley Rice lawyers to work on the 9/11 litigation in 2002 and, in 2006, he became a Motley Rice Member.

Elsner has appeared on CNN, ABC, NBC, Fox, MSNBC, National Public Radio, the BBC and the Canadian Broadcasting Company to discuss terrorism litigation and he frequently lectures on the subject. Elsner is licensed in New York, South Carolina and Virginia and admitted to practice before the U.S. District Court for the Eastern District of New York and the Southern District of New York.

## FIDELMA FITZPATRICK

Fidelma Fitzpatrick helped break new legal ground by holding the lead pigment industry accountable for the childhood lead poisoning crisis. In February 2006, she was trial counsel in the landmark litigation against the lead pigment industry on behalf of the state

of Rhode Island, which ended in an unprecedented verdict for the State.

Fitzpatrick also represents hundreds of lead poisoned children in Wisconsin in legal battles against the lead pigment industry. As a result, the Wisconsin State Supreme Court became the first to recognize the rights of poisoned children to sue the lead pigment manufacturers. She is also working intensively on similar litigation filed by the City of New York, the City and County of San Francisco and several New Jersey municipalities. In 2005, she served as co-counsel in a case resulting in a New Jersey Appellate Court ruling allowing 26 cities and counties to prosecute claims against the lead pigment industry.

Fitzpatrick graduated from Canisius College and received a law degree from the American University in 1994. In 1997, she joined Motley Rice lawyers in the Providence, R.I., office, working first on the Massachusetts, New York and Rhode Island lawsuits against Big Tobacco. Since 1999, she has worked on lead paint and other environmental litigation and for her efforts, she was named a Lawyer of the Year for 2006 by *Rhode Island Lawyer's Weekly*. Fitzpatrick became a Motley Rice LLC Member in 2006. She is licensed in Massachusetts, New York, Rhode Island and Washington, D.C., and admitted to practice before the U.S. Court of Appeals for the First Circuit and the U.S. District Court, District of Massachusetts and District of Rhode Island.

## JODI FLOWERS

Jodi Flowers is a Motley Rice LLC Member committed to the notion that trial lawyers can positively effectuate public justice and social change. Because of her reputation for developing, researching and managing complex litigation and class actions, Flowers was the first associate hired for Ron Motley's team against Big Tobacco. She prepared the case on child targeting by the tobacco industry that led to the restrictions on cartoon ads and the retiring of Joe Camel, as well as and developed expert and whistleblower testimony, synthesizing millions of pages of documents and preparing the tobacco cases for trial.

Flowers is currently the practice group leader for Motley Rice's 9/11 and Anti-Terrorism practice group, representing more than 6,500 family members and survivors in a pioneering civil action against al Qaeda's funders designed to bankrupt terrorism. She also performs pro bono work on a wide variety of cases and heads Motley Rice's charitable contribution committee.

Flowers earned a Bachelor of Arts degree *magna cum laude* from the College of Charleston in 1989 and received a J.D. from the University of South Carolina School of Law in 1993. She began practicing with Motley Rice lawyers upon graduation and is a Motley Rice LLC Member. She is licensed in South Carolina and admitted to practice before the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Court for the District of South Carolina.

## JOHN HERRICK

John Herrick was persuaded to work with Ron Motley, Joe Rice and many other current colleagues some 16 years ago, encouraged and motivated by their high standards. He now approaches his work with the same ambition as a leader of the asbestos team at Motley Rice LLC. Herrick has worked for clients across the country in Alabama, Illinois, Maryland, Tennessee, Texas, Virginia, Wisconsin and others. He currently serves on the Claimants Committee of the C.E. Thurston, Inc., Bankruptcy.

Herrick received a Bachelor of Arts in 1983 and graduated with a J.D. in 1988 from the University of South Carolina. The combination of his innate affection for arguing and his desire to lend a voice to people who might otherwise not be heard drew him to the law and, more specifically, to the plaintiffs' bar. He became a Motley Rice Member in 2003. He is licensed in South Carolina and admitted to practice before the U.S. District Court for the Central District of Illinois, District of South Carolina, Eastern District of Wisconsin, Western District of Wisconsin as well as the Supreme Court of South Carolina.

## ANNE KEARSE

With a background in consumer affairs and asbestos litigation, Anne Kearse approaches every case with two objectives in mind: to be passionate about the clients she represents and to provide top-notch legal counsel. She has represented victims of asbestos exposure in numerous jurisdictions in both individual and mass tort settings. In addition to her asbestos-related work, Kearse represents individuals and families suffering from injuries resulting from defective products and catastrophic accidents.

Beginning her career as a trial paralegal and investigator for Motley Rice lawyers in 1984, she quickly learned the ins and outs of discovery while working on asbestos cases for individual plaintiffs and school districts. Kearse was later encouraged to obtain a law degree so that she could take her commitment and knowledge about plaintiffs' needs and the culpability of defendants to a new level.

In 1998, Kearse graduated *cum laude* from the University of South Carolina School of Law and was admitted to the South Carolina Bar. She became a Member of Motley Rice LLC in 2003 and now leads the asbestos liability team and Catastrophic Injury practice group. She handles toxic and mass tort, premises liability and general civil litigation. Kearse has written and been published on major legal issues, including *forum non conveniens* and defective products abroad, corporate conduct, medico legal aspects of asbestos litigation and mass tort litigation. She is licensed in South Carolina.

## ROBERT MCCONNELL

Bob McConnell joined Motley Rice as a Member in 2003 and has most recently devoted his attention to childhood lead poisoning cases, representing both injured children in lawsuits against negligent property owners and government agencies in public nuisance lawsuits against the lead pigment industry. He has presented to the Rhode Island Bar Association, the Northeast Conference of Attorneys General and various community groups throughout Rhode Island on lead poisoning litigation.

McConnell began his career representing individual asbestos victims and assisting in large consolidated asbestos trials in Maryland, Mississippi and West Virginia. After graduating from Brown University in 1979 and teaching for several years, McConnell earned his law degree in 1987 from Suffolk University.

McConnell then clerked for one year for Rhode Island Supreme Court Justice Donald F. Shea before joining Motley Rice. Hoping to better the state of Rhode Island, McConnell serves on the board of Help Lead Safe Center, whose purpose is to prevent childhood lead poisoning and provide services for children already affected. He is licensed in Massachusetts and Rhode Island and admitted to practice before the U.S. District Court for the District of Massachusetts and the District of Rhode Island as well as the Supreme Court of Rhode Island.

## JOHN MCCONNELL, JR.

Throughout his career, attorney Jack McConnell has fought for justice, taking on Big Tobacco, the asbestos industry, and now, the manufacturers of lead paint, on behalf of many individuals, groups of people, municipalities, counties and states.

McConnell's legal and trial achievements have earned him a host of honors. In 2006, *Lawyers USA* recognized McConnell as a Lawyer of the Year, citing the Rhode Island lead case. He is the recipient of the National Association of Attorneys General's President's Award, the Childhood Lead Action Project's Above and Beyond the Call of Duty Award, the Rhode Island Bar Association's Dorothy Lohman Award, CWRU's Martin Luther King, Jr. Award and the Rhode Island ARC's Silver Bullet Award. He is an Advocate in The National College of Advocacy.

A 1980 Brown University graduate, McConnell earned his law degree from Case Western Reserve University School of Law in 1983. After clerking for the R.I. Supreme Court, he practiced law at the firm of Mandell, Goodman, Famiglietti & Schwartz for two years before beginning work with Motley Rice lawyers in 1986. He became a Motley Rice LLC Member in 2003, serves as one of the six members of the firm's executive committee and manages the firm's Rhode Island office. McConnell is active in his community as well as the state and national Democratic Party. He is licensed in Massachusetts, Ohio, Rhode Island, South Carolina and Washington, D.C., and admitted to practice before the U.S. Court of Appeals for the First and Third Circuits, and the U.S. District Court for the District of Columbia, District of Massachusetts and District of Rhode Island.

## DONALD MIGLIORI

Donald A. Migliori's career has been built handling multi-million dollar asbestos cases, litigating on behalf of the 9/11 families and victims of aviation disasters and helping the States Attorneys General stop Big Tobacco.

Migliori is a frequent speaker on legal issues relating to terrorist financing, aviation security, class-action litigation, premises liability in asbestos litigation and tobacco company liability. He has also appeared on Court TV, Fox News, and The CBS Early Show and is an adjunct professor at Roger William School of Law, teaching mass torts.

After graduating from Brown University, Migliori earned a master's degree from Syracuse University's Maxwell School of Public Citizenry and a J.D. from Syracuse's College of Law. In 1997, he began his work with Motley Rice attorneys. Since becoming a Member of Motley Rice LLC in 2003, Migliori heads the firm's aviation team along with Member Mary Schiavo and tries occupational health, environmental, medical malpractice and other cases before juries. He is licensed in Massachusetts, Minnesota and Rhode Island, and admitted to practice before the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Court for the District of Rhode Island.

## WILLIAM NARWOLD

Bill Narwold directs the Securities and Consumer Fraud practice group, building further on the firm's role in consumer fraud, defective products, whistleblower, antitrust and securities litigation matters throughout the United States.

Narwold joined Motley Rice LLC as a senior Member in January 2004 after spending 25 years at Cummings & Lockwood in Hartford, Connecticut, including a decade as managing partner. He was drawn to the firm by its energy, excitement and creativity and the opportunity to work on litigation that affects people's lives, policy and social change. Narwold plays an active management role as a member of Motley Rice's Executive Committee and heads the firm's appellate practice group. In addition to leading the firm's Securities and Consumer Fraud litigation matters, Narwold frequently acts as an arbitrator and mediator, both through the American Arbitration Association and privately.

A 1974 graduate of Colby College, Narwold earned a law degree *cum laude* from the University of Connecticut School of Law in 1979, where he was Managing Editor of the *Connecticut Law Review*. He is licensed in Connecticut, South Carolina and Washington, D.C., and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Second, Third, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh Circuits, and the U.S. District Court for the District of Connecticut, District of Colorado, Eastern District of New York and Southern District of New York.

## ANN RITTER

Possessing over two decades of courtroom experience in complex class action litigation involving matters as varied as products liability, toxic tort, shareholders' rights and consumer protection, Ann Ritter has worked to confront corporate wrongdoers and hold them accountable for negligence and misconduct.

Ritter is a founding attorney of Motley Rice LLC and serves on the firm's Executive Committee. Additionally she serves in a managing role in Motley Rice's Occupational Disease, Transportation and Securities and Consumer Fraud practice groups.

Currently she serves as Lead Counsel in *In re Dell Inc., Sec. Litig.*, (United States District Court for the Western District of Texas); Co-Lead Counsel in *In re Lear Corp. Shareholders Litig.*, (Del. Ch.), Co-Lead Counsel in *Sheet Metal Workers' National Pension Fund, et al.*, derivatively on behalf of nominal defendant *Baker Hughes Incorporated v. Chad C. Deaton; et al.* (United States District Court for the Southern District of Texas), and has played a key role in the National Home freeze out case (*National Home Co. Sec. Litig.*, (Del. Ch.)).

Ritter earned a Bachelor of Science degree from Florida State University. Ritter was employed in the commercial banking area and also worked in the banking regulatory field as a bank examiner with the State of Florida Office of the Comptroller. She then pursued a law degree from the University of Tennessee. Ritter is co-author of "Asbestos in Schools," published by the National School Boards Association. She serves on the Executive Advisory Council of the International Pleural Mesothelioma Program at Brigham and Women's Hospital at Harvard Medical School, the Advisory Committee for the Tobacco Deposition and Trial Testimony Archives (DATTA) Project. She is licensed in South Carolina, Tennessee, and admitted to practice before the U.S. Court of Appeals for the Third and Eleventh Circuits.

## MARY SCHIAVO

Throughout her career in law and public service, Mary Schiavo has held corporations, institutions and the government accountable for their obligation to protect the public welfare. She continues that mission at Motley Rice LLC as a Member, leader of the aviation team and as a member of the firm's complex litigation team.

Schiavo has held numerous government appointments with the U.S. government. She is a former Assistant U.S. Attorney and served as an assistant to the U.S. Attorney General. As a prosecutor on the Organized Crime and Racketeering Strike Force, she prosecuted high profile criminal cases involving securities, mail and wire fraud. Appointed to Assistant U.S. Secretary of Labor, she investigated union, election and financial irregularities. From 1990 to 1996, Schiavo served as the Inspector General for the U.S. Department of Transportation. Under her direction, Schiavo and her staff secured more than 1,000 criminal convictions and uncovered billions of dollars of fraud, waste and abuse of taxpayers' money at the U.S.D.O.T. Additionally, Schiavo instructed in trial tactics and prosecution of



MotleyRice

white collar investigations at the Federal Law Enforcement Training Academy, the Federal Bureau of Investigation Academy and the Attorney General's Advocacy Institute.

Since leaving the Transportation Department, Schiavo has worked on complex litigation matters to obtain accountability from corporations and wrongdoers for breach of fiduciary duty. She has represented passenger and crew families in complex litigation involving major U.S. aviation disasters as well as private planes. At Motley Rice, she represents clients in major aviation-related litigation, including family members of the passengers and crew aboard the four planes hijacked on September 11, 2001.

Experienced in corporate regulation, Schiavo worked for 10 years on corporate audit committee issues, including helping direct a NYSE corporation through the implementation of Sarbanes-Oxley compliance. Additionally, Schiavo served for 10 years on the Board of Directors of a NYSE-listed corporation and served on the Board of Directors for a Canadian-based corporation.

Schiavo is a *cum laude* graduate of Harvard University and earned a master's degree in public administration from The Ohio State University, where she was a University Fellow. Schiavo earned a J.D. from New York University and was a Root-Tilden Law Scholar. She has also made appearances on behalf of clients in many other U.S. states and several foreign countries.

Schiavo has served as a legal consultant for NBC and ABC news and frequently appears on Fox, CNN, CBS, History and Discovery Channels and the BBC. She is a licensed pilot and has taught aviation and public administration as a professor at The Ohio State University. She is licensed in Maryland, Missouri, South Carolina, Washington, D.C., and admitted to practice before the U.S. Supreme Court, U.S. District Court for the Western District of Missouri, and U.S. Court of Appeals for the Eleventh Circuit.

## FRED THOMPSON

Fred Thompson has over 25 years of trial experience in commercial, personal injury and toxic tort law. Thompson has represented a cross-section of clients in securities litigation, including customers of public brokerage houses, classes of bondholders in defaulted bond issues and purchasers of securities — including limited partnership units, stocks and other forms of securities against the issuing entities, advisers, accountants, brokers, bankers, underwriters, syndicators and other associated professionals in federal, state and bankruptcy forums, as well as in alternative dispute such as arbitration. Thompson currently leads Motley Rice's medical practice group, managing all cases related to defective medical devices, medical malpractice, nursing home abuse and harmful pharmaceutical drugs. He is a frequent speaker on medical litigation topics, and was recently appointed co-chairman of the American Association for Justice Kugel Mesh Litigation Group.

After earning a Bachelor of Arts degree *cum laude* from Yale University in 1973, Thompson served his country in the U.S. Navy. He then attended Duke University School of Law, where he earned his J.D. with distinction in 1979. Thompson has tried cases in every forum in South Carolina from the magistrate's court to the court of appeals. He is licensed in South Carolina and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Court for the District of South Carolina.

## ADDITIONAL SECURITIES LITIGATORS

### WILLIAM APPLEGATE

Originally a small business owner, William Applegate chose to bring his business management background to the firm in 2003.

In his legal career, Applegate has represented individuals and small businesses in civil disputes around the country in both state and federal courts. He litigates securities and consumer fraud class actions and individual commercial torts, including securities fraud litigation and deal cases involving Dell, Witness Systems and MBNA. Additionally, Applegate is familiar with the strategies and casework in admiralty law, the Jones Act and environmental pollution law. He has litigated cases involving the Federal Employer's Liability Act (FELA), assisting in the representation of Motley Rice's 9,000 plaintiffs from across the country who were injured while working for different railroad companies.

Applegate earned Bachelor of Arts degrees in both English and Spanish from the College of Charleston. He received his law degree from the University of South Carolina in 2002. He speaks Spanish fluently. Applegate is licensed in South Carolina and admitted to practice before the U.S. District Court for the District of South Carolina.

### JOHN DUANE

Former federal prosecutor John Duane applies several years of experience litigating criminal matters to his work representing clients with Motley Rice LLC's aviation and securities fraud teams. As an Assistant U.S. Attorney for the District of South Carolina, Duane prosecuted a variety of cases, including white collar and violent crimes. In this role, he also served as the primary trial attorney on several jury trials and trained new prosecutors in caseload management, procedures and trial technique. In 2004, Duane received the Assistant United States Attorney of the Year award for the Charleston Division.

Prior to his role with the U.S. Attorney's Office, Duane served as a law clerk to Senior United States District Judge C. Weston Houck, assisting with all phases of both civil and criminal trials, including pre- and post-trial motions, evidentiary rulings, and research in class actions, products liability cases, medical malpractice and whistleblower actions.

Duane received a Bachelor of Arts in political science from the College of Charleston in 1994 and a Juris Doctor degree from the University of South Carolina in 1998. He is licensed in South Carolina and admitted to practice before the U.S. District Court, District of South Carolina and the U.S. Court of Appeals for the Fourth Circuit.

### JAMES HUGHES, PH.D.

Jim Hughes began his career as a professor, teaching philosophy at the University of Kentucky, Ohio State University, Vassar College and the University of South Carolina. As one who enjoyed the trials of teaching, Hughes decided that joining the legal profession might inspire and further challenge him. He joined Motley Rice attorneys in 1993 and was named Senior Counsel in 2007.

Hughes primarily works with Motley Rice's Securities and Consumer Fraud practice group, writing pleadings and filings prior to lead plaintiff appointment, as well as during the litigation stage.

A Minnesota native, Hughes earned a Bachelor of Arts degree from the University of Minnesota followed by a Master of Arts and Ph.D. in philosophy from the University of Illinois at Chicago. He has spoken at several national conferences on silica topics, such as "Emerging Issues in Silica Litigation," "The Current State of Silica Litigation," "Silica Litigation: The Killing Dust" and "Is Silica the Next Asbestos? The Plaintiff's Perspective." Hughes's law review article, "Informing South Carolina Capital Juries About Parole," was cited in 2000 by Justice John Paul Stevens of the United States Supreme Court in his dissenting opinion in *Ramdass v. Angelone.* He is licensed in South Carolina and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the Fourth Circuit, and the U.S. District Court for the District of South Carolina.

### BADGE HUMPHRIES

Since early in his legal career, Badge Humphries has experienced complex litigation in courtroom environments—first, as law clerk to U.S. District Court Judge Thad Heartfield and, then, as an Associate working with the Motley Rice Occupational Disease and Toxic Tort practice group on asbestos litigation. In 2004, Humphries began devoting a large amount of time to consumer fraud. His responsibilities at Motley Rice have included handling large dockets of asbestos cases and managing complex securities class actions against officers and directors who have breached their fiduciary duties to shareholders. Through his work at the firm, Humphries has experience prosecuting every stage of the litigation process, from filing through appeal.

Humphries graduated *summa cum laude* from Tulane University in 1996 with a B.A. in Latin American Studies. After college, Humphries worked for a non-profit human-rights organization in Austin, Texas, before enrolling at The University of Texas School of Law, where he served as a member of the *Texas Law Review* and earned a J.D. with honors in May 2001. He is licensed in South Carolina and Texas and admitted to practice before the U.S. District Court for the District of South Carolina and the Eastern District of Texas.

### FREDERICK JEKEL

Fritz Jekel has been involved in litigation related to securities fraud, asbestos, groundwater contamination, RICO, personal injury and product liability throughout his career. Most recently, Jekel participated in the discovery in the Clear Channel shareholder litigation (*In re Clear Channel Communications, Inc. Shareholders Litigation,* 408th Judicial District Court of Bexar County, Texas). He also tried lead poisoning personal injury cases in Illinois, Missouri, North Carolina, Ohio and South Carolina.



Jekel also handles toxic mold exposure cases, effectively dealing with the unique challenges of causation and liability. He represented students at Stratford High School in a civil rights action lawsuit in which the students alleged that their constitutional rights were violated when police handcuffed and held them at gunpoint during a drug raid. Jekel earned a Bachelor of Arts degree, M.P.A. and J.D. from the University of South Carolina. He is licensed in South Carolina and admitted to practice before the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Court for the District of South Carolina as well as the Supreme Court of South Carolina.

## MARLON KIMPSON

Marlon Kimpson combines his knowledge of law and the banking industry to work aggressively for Motley Rice clients. Kimpson was actively involved in the firm's case on behalf of seven professional football players against the National Football League and National Football League Players Association alleging that they acted negligently in their endorsement and recommendation of a financial advisory firm that is currently under federal indictment for allegedly embezzling $185 million from a hedge-fund. He has also been actively involved in litigation with the firm's occupational disease, aviation and catastrophic injury teams.

Kimpson earned a Bachelor of Arts degree from Morehouse College. He worked in commercial banking for five years before receiving his law degree from the University of South Carolina. He is an active community participant, and currently is a member of the Carolina Youth Development Center Board of Directors and the University of South Carolina Board of Visitors. He served as Chairman of the South Carolina Election Commission from 2001-2003. Kimpson is licensed in South Carolina.

## GREGG LEVIN

With nearly 20 years of legal experience, attorney Gregg Levin litigates corporate governance, misconduct and securities fraud matters. Prior to joining Motley Rice in 2007, Levin was an associate at Grant & Eisenhofer in Wilmington, Delaware. There, he represented institutional investors in securities fraud class actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases.

Levin is the author of significant portions of the treatise *Shareholder Activism Handbook* (Aspen Publishers; November 2005). He has written and published multiple articles addressing securities fraud litigation. Levin is also the former Vice President and Corporate Counsel for a Delaware Valley-based retail corporation, where he directed the corporation's legal affairs, led internal investigations and maintained corporate compliance in all internal and external policies, procedures and contracts.

Levin earned a Bachelor of Arts in Political Science from the University of Rochester in 1984 and a J.D. from Vanderbilt University

School of Law in 1987. He is licensed in Massachusetts and the District of Columbia and admitted to practice before the U.S. Court of Appeals for the Third and Eleventh Circuits.

## JOSH LITTLEJOHN

Josh Littlejohn began his legal career at Motley Rice in 2002 as a paralegal working on asbestos and prescription drug litigation. He later enrolled in law school while continuing to work at Motley Rice and, in 2007, joined the firm as an attorney with the medical and securities fraud teams.

With five years of experience at Motley Rice, Littlejohn has a background in discovery tactics, motion practice and liability document review. He played a role in prescription drug cases, dealing specifically with marketing practices and privilege log issues. Littlejohn has experience drafting complaints and assisting with securities cases including derivative suits and deal cases. He has also been actively involved with client relations and client intake.

Littlejohn earned a B.A. from the University of North Carolina at Asheville in 1999 and a J.D. from the Charleston School of Law in 2007. He is licensed in South Carolina and admitted to practice before the U.S. Court of Appeals for the Third Circuit.

## INGRID MOLL

After working for two large defense firms, Ingrid Moll made a significant career move in 2004 when she chose to join Motley Rice LLC, attracted by its energy, creativity and role in tobacco and asbestos litigation.

Moll's areas of experience include unfair competition and trade practices, intellectual property, tax and appellate practice. She has partaken in the preparation, briefing and argument for dozens of appeals in various state and federal courts. Moll works primarily in Motley Rice's Securities and Consumer Fraud practice group.

After graduating from Wheaton College with a Bachelor of Arts in Political Science and French, Moll earned a J.D. with honors from the University of Connecticut School of Law, where she was Editor-in-Chief of the *Connecticut Law Review*. Following her graduation from law school, Moll served as a law clerk to the Honorable David M. Borden, Connecticut Supreme Court.

Moll's experience includes serving on the litigation team of cases in unfair trade practices, intellectual property, constitutional law, tax and other areas in Colorado, Connecticut, Georgia, Massachusetts, Minnesota, New York, Ohio and Oklahoma and playing an active role in appeals before the U.S. Court of Appeals for the First and Second Circuit and the state courts of Connecticut, Georgia and Maryland. Moll has also taught moot court class at the University of Connecticut School of Law as an adjunct professor. She is licensed in Connecticut, the District of Columbia and South Carolina and admitted to practice before the U.S. Court of Appeals for

the Fourth Circuit and the U.S. District Court for the District of Connecticut, District of Colorado, Eastern District of New York and the Southern District of New York.

## BILL NORTON

Bill Norton counsels individual and institutional investors in securities class actions, derivative and deal cases as part of Motley Rice LLC's securities litigation team. Prior to joining Motley Rice, Norton was an associate in the New York office of an international law firm, where his experience included representing clients in complex securities litigation in federal court, including several class actions and SEC investigations. Norton handles pre-trial research, pleadings, motions and depositions and is practiced in electronic discovery.

As a law student, Norton worked in the U.S. Attorney's Office for the District of Massachusetts, addressing issues of civil asset forfeiture and money laundering. He has also been involved with multiple legal outreach and community programs.

Norton earned a Bachelor of Arts and Science from the University of South Carolina in 2001 and a Juris Doctor from Boston University School of Law in 2004, where he served as a member of the Boston University Law Review and was a G. Joseph Tauro Distinguished Scholar. He is licensed in New York and Massachusetts and is admitted to practice before the U.S. District Court for the Southern District of New York.

## LANCE OLIVER

With a background in complex and commercial litigation, Lance Oliver litigates securities fraud and shareholder derivative cases as part of the Motley Rice Securities and Consumer Fraud practice group.

Prior to joining Motley Rice, Oliver was an associate in the Washington, D.C., office of a national law firm. Oliver's experience includes complex litigation at both the trial and appellate levels, handling insurance coverage matters and working with The Freedom of Information Act.

Oliver received a B.A. from Samford University in 2001 and a J.D. from Duke University School of Law in 2004. After graduation, Oliver served as a law clerk to the Honorable James Hughes Hancock of the U.S. District Court, Northern District of Alabama. He is licensed in Alabama and the District of Columbia and admitted to practice before the U.S. Court of Appeals for the D.C. and Eleventh Circuits and the U.S. District Court for the District of Columbia.

## MEGHAN OLIVER

After three years as a business litigation and antitrust associate in Washington, D.C., Meghan Oliver joined Motley Rice in 2007. Oliver litigates securities fraud cases for the firm.

Oliver has participated in federal antitrust litigation, including the trial of a multi-district litigation antitrust case, as well as general commercial litigation. Additionally, she has assisted in multiple corporate internal investigations.

Prior to attending law school, Oliver lobbied Congress on behalf of several public health organizations. Oliver received a B.A. in 2000 and a J.D. in 2004 from the University of Virginia. She is licensed to practice in the District of Columbia and Virginia.

## VINCENT PARRETT

Vince Parrett earned a Bachelor of Arts Degree, *cum laude*, in Economics from Yale College, where he authored dual senior theses: "A Tract on the International Currency Swap Market" and "A History of the Securities & Exchange Commission. Sed quis custodiet ipsos Custodes?" He studied European Union Law and Economics in German, at the Goethe Institute in Mannheim, Germany. In 1998 Parrett graduated from New York University School of Law.

He began his legal career in Boston, Massachusetts, in the area of securities, representing clients involved in federal securities litigation and SEC investigations. He was involved in research, document analysis, drafting briefs and interviews with key witnesses involved in securities fraud litigation. Parrett has also served as a Naval Officer in the United States Navy Judge Advocate General's Corps (JAG).

From 2003 through the present, Parrett has represented victims of the September 11th attacks, first with a New York firm and thereafter with Motley Rice. He has represented clients in this multidistrict litigation against financial sponsors of al Qaeda, and against the airlines and security companies who allegedly failed to implement basic security measures and enabled the terrorists to launch the attacks.

Since joining Motley Rice, he has participated in corporate class action litigation representing the direct financial interests of shareholders against under-priced or coercive transactions and shareholders asserting claims against management and directors for violating their fiduciary duties in connection with corporate transactions, such as 'going-private' deals. He also engages in federal class action securities fraud litigation, representing investors injured because of wrongful conduct, including the dissemination of fraudulent statements to the investing public.

Parrett has co-authored several articles and presentations. He is licensed in California, Massachusetts, New York and South Carolina and admitted to practice before the U.S. Supreme Court, the U.S. Court of Appeals for the First, Second and Ninth Circuits and several districts of the U.S. District Court.

## MARTHA RHODES

With a background in corporate, business and insurance litigation, attorney Martha Rhodes has represented companies both small and large in civil litigation. She has taken more than 200 depositions relating to construction litigation and insurance defense and has taken several cases to trial.



Prior to joining Motley Rice, Rhodes was an associate at Buist Moore Smythe McGee P.A. in Charleston, South Carolina. She completed a clerkship with Judge Jackson V. Gregory of the Fourteenth Judicial Circuit of South Carolina and served as a law clerk for the Neighborhood Legal Assistance Program, Inc., in the Charleston community.

Rhodes joined Motley Rice in 2007 as an Associate in the Securities and Consumer Fraud practice group. She is a 1997 graduate of the University of the South, where she earned a Bachelor of Arts in English. She earned her J.D. in 2001 from the University of South Carolina School of Law and served as an Associate Justice of the University of South Carolina Moot Court Bar. She is licensed in South Carolina and admitted to practice before the U.S. District Court for the District of South Carolina.

## DANIEL ROME

Throughout the past 12 years, Dan Rome has served in a variety of roles within the securities industry, ranging from selling securities to working in a client services capacity. Most recently, Rome focused his career on securities compliance and risk management for banking and trading/brokerage service entities.

Rome brings a fundamental understanding of complex securities compliance issues and corporate governance to his work with the Motley Rice LLC securities litigation team. He is a member of the AML Strategic Leadership Group, an organization composed of anti-money laundering professionals from the financial sector and the government, and has crossed the nation conducting audits and training as related to securities compliance, internal controls and investor protection.

Rome expanded on his industry experience while working full-time, earning a Juris Doctor in 2001 from Widener University School of Law. He received a Bachelor of Arts in psychology from West Chester University of Pennsylvania in 1994 and is licensed to practice in Pennsylvania.

## SECURITIES LITIGATION FORENSIC STAFF

### DAVID ABEL

Director of Shareholder Services and Business Analysts David Abel identifies an organization's needs, develops solutions and has a passion for technology. He works with monitored clients and practice group attorneys to monitor clients' financial holdings.

Abel is responsible for communicating with institutional investors interested in Motley Rice's portfolio monitoring service, monitoring portfolios by correlating investment portfolio with current litigation, and analyzing institutional losses for potential/current actions impacting portfolios. He also oversees all client interaction as it relates to settlement recovery, document preparation and calculating recognizable loss.

Prior to joining Motley Rice in 2006, Abel gained valuable professional experiences as Vice President of Operations for a mid-size tour company, as Editor and General Manager for a political e-journal with over 40,000 subscribers and as Marketing Assistant at a full service marketing and public relations agency.

Abel earned a Master of Business Administration from The Citadel. He was a double major at Clemson University, earning Bachelor of Arts degrees in Speech and Communication and Spanish. He currently attends the Charleston School of Law.

### MICHELLE BEYEL

Michelle Beyel joined Motley Rice LLC in February 2008 as a Data Analyst in the Securities and Consumer Fraud practice group. Prior to joining Motley Rice, Beyel gained valuable experience while working as a legal secretary for 4 years during her summers at college. She was also a client administrator in the Corporate Funds Division at The Bank of New York Mellon for two and a half years. Beyel feels that her background in law and banking has given her the experience needed to make a positive contribution to Motley Rice. Beyel graduated *magna cum laude* and earned a B.S. in finance from The Syracuse University Whitman School of Management in May of 2005. She is currently a CFA Candidate.

### ADAM FOULKE

Adam Foulke joined Motley Rice LLC in December 2006 as a Business Analyst for the securities litigation team. Foulke has over 15 years of business experience including post-SOX experience in corporate governance consulting and market regulation compliance analysis.

Foulke was drawn to the securities fraud team at Motley Rice because of his passion for good corporate governance and his belief that in order for the United States capital markets to remain competitive, the market and its participants must act with integrity and individual firms must be accountable for the trust bestowed upon them by the investing public.

Before joining Motley Rice, Foulke served as a Principal in two maritime start-up businesses, a port services and transportation business and a technology venture seeking to market IED detection devices to domestic and international container terminal operators. He also served as a proxy analysis and corporate governance consultant for financial advisory firm, Institutional Shareholder Services (ISS). While working as an analyst at ISS, several of Foulke's articles on corporate governance issues were published in the firm's weekly publication circulated to pension fund investment advisors, money managers and other equities analysts.

Foulke later was a senior analyst in the Listing Qualifications Department at the Nasdaq Stock Market. Foulke earned a B.A. from Roanoke College and a Master of Business Administration from Johns Hopkins University.

## YVONNE GODFREY

Yvonne Godfrey joined Motley Rice in 2004 as a Research Assistant in the firm's Central Research department, supporting the firm's practice groups and active litigation with research and reference services. She was quickly promoted to Supervisor of the department.

Godfrey currently works with the securities litigation team at Motley Rice, specifically on securities-related research and support. She earned a B.A. in English literature from Rhodes College in 2004.

## ELLIE KIMMEL

Business Analyst Ellie Kimmel began working with Motley Rice attorneys in 2000. Prior to her work with the securities litigation team, she was a founding member of the firm's Central Research Unit and also supervised the firm's file management. She currently completes securities research and client portfolio analysis for the firm's securities cases.

Kimmel has a diverse background that includes experience in education as well as the banking industry. She began her career in banking operations, where she served as an operations manager and business analyst in corporate banking support for 14 years. She then spent seven years teaching high school economics, Latin and history before joining Motley Rice.

Kimmel earned degrees in Latin, history and education from the University of South Florida.

## STEFFEN MOERTIZ

As Director of European Investors Relations, Steffen works closely with Motley Rice's Securities and Consumer Fraud practice group to identify, research and communicate the status of securities fraud litigation to European clients. He is responsible for managing the Portfolio Monitoring Service offered by Motley Rice to European clients, monitoring their investment portfolios to determine losses and potential recoveries. Additionally, Moeritz manages the preparation and filing of settlement claims.

Moeritz earned a law degree from Martin Luther University in Germany with an emphasis in economics. After spending several years as a legal consultant and business manager in Germany, Moeritz began working with American securities lawyers and European investors as the Foreign Outreach Manager at a New York-based securities firm. He is fluent in German and English. He joined Motley Rice in 2006.

## SAM WANKEL

Sam serves Motley Rice as a Business Analyst with more than 17 years of experience in complex securities litigation support and consulting. He provides litigation support relating to the economic issues that arise in complex securities fraud litigation.

Wankel's litigation consulting work includes calculating damages in actions brought under federal and state securities laws. In addition, he provides financial and economic analysis of publicly traded securities, financial statements, historical price performance and "peer group" comparisons as well as research on various individual company and/or industry specific issues relating to publicly traded securities.

From 1994 through 1995, he researched and prepared statistical information presented to the United States Congress and the Senate Banking and Finance Committee with respect to public offerings, stock trading and securities class actions and the Private Securities Litigation and Reform Act (PSLRA).

Wankel earned a Bachelor of Arts from Colorado State University and has taken various post graduate courses in finance, accounting, statistics, and investment analysis and portfolio management.



MotleyRice

# SECURITIES NEWS COVERAGE

*As featured in the* San Diego Union-Tribune Online *on August 27, 2007*

## Nigeria a legal trouble spot for oil service firms

By Anna Driver
REUTERS

HOUSTON – Operating in oil-rich Nigeria has always been a challenge for energy-service companies, but new bribery probes by U.S. authorities are raising legal and financial risks that may force them to leave the country.

GlobalSantaFe Corp, Transocean Inc and Pride International Inc have all said in regulatory filings that they received requests for information from the U.S. Department of Justice (DOJ), which is probing whether the oil service companies violated the U.S. Foreign Corrupt Practices Act (FCPA) by bribing customs officials in Nigeria.

The act outlaws bribes paid by U.S. companies or their agents to win business abroad. The U.S. Securities and Exchange Commission (SEC) is also probing a number of companies.

Booming oil prices in recent years have pushed up demand for offshore drilling rigs in West Africa, but lawyers say doing business there inevitably involves taking risks.

"In Nigeria, there are a lot of people who are demanding those services and they are basically going into the Wild West," said Brad Richards of Houston law firm Haynes and Boone." They are going into a market where the way of doing business is to pay bribes."

Transparency International, a global nonprofit group that battles corruption, found in a 2006 poll that bribe paying is the norm in a number of African countries, including Nigeria.

Richards, who advises companies doing business in Nigeria, said the number of FCPA probes grew after the Sarbanes-Oxley governance reforms of 2002 which, among other things, require companies to report more detailed financial information.

"It's going to be a growing problem for companies in that the DOJ and the SEC have it in their bulls-eye," he said.

A Houston-based spokeswoman for the DOJ would not comment.

Other oil service companies facing scrutiny from U.S. authorities or conducting their own probes into possible FCPA violations include Tidewater Inc and Noble Corp. Global Industries Ltd announced in June an internal bribery probe of its West African operations. Nabors Industries Inc. said in a regulatory filing the DOJ was probing one of its customs vendors.

And Swiss logistics and transport group Panalpina said in July it had started an inquiry because U.S. authorities requested documents related to a bribery probe.

The companies have said they are cooperating with the government. But several warned that if they do not get permits to operate in Nigeria, they will have to cancel contracts.

Noble said it had not been able to obtain or renew permits for five of its seven rigs operating in Nigeria due to its probe. If those permits cannot be obtained, "we may need to terminate the drilling contract," it said in an SEC filing.

UNSEALED

So far, U.S. authorities have nabbed two oil services companies, Baker Hughes Inc and Vetco International Ltd, for FCPA violations. Baker Hughes reached a $44.1 million settlement in April with the DOJ and SEC related to a bribery probe of its operations in Nigeria, Angola and Kazakhstan.

Baker Hughes pleaded guilty to FCPA violations and agreed to hire an outside monitor to oversee its compliance.

Two shareholder groups have sued Baker Hughes' officers and directors over the violations. In a federal complaint filed in Houston, shareholders allege the company has failed to comply with the FCPA for more than a decade.

"Companies have a lot of opportunities to do the right thing," Ann Ritter, an attorney with South Carolina based firm Motley Rice, who represents the Sheet Metal Workers' National Pension Fund. "And activist shareholders have a chance to use their voice to try and help them move in the right direction."

A spokesman for Baker Hughes was not available to comment on the lawsuits.

In February, three Vetco subsidiaries pleaded guilty to violating anti-bribery provisions of the FCPA and agreed to a $26 million fine. According to court documents, the wholly owned subsidiaries admitted they violated and conspired to violate the law in connection with the payment of about $2.1 million to Nigerian government officials.

"It's a tough problem for companies," said Cherie Taylor, a law professor at the South Texas College of Law in Houston. "But on the other hand, we've got no hope of getting those countries to get in line if we don't lead by example."

MotleyRice

*As featured in* Business Week *on July 12, 2007*

# Saying No to an LBO

## *Shareholders are fighting "lowball" buyout bids—and finding an ally in the courts*

by Christopher Palmeri

Not long ago, billionaire investor Carl C. Icahn's bid for Lear Corp. (LEA) would have been a slam dunk. The $36-a-share offer, disclosed on Feb. 5, was 80% higher than the stock price a few months earlier. And both the board and Chief Executive Robert E. Rossiter had given their blessing.

But within days, Classic Fund Management, a big investor, sued to block the deal, arguing Rossiter had personal motives for pushing it. The court sided with the plaintiffs. As part of the ruling, Lear had to reveal to shareholders that Rossiter had asked the board to cash out his $11.6 million retirement plan; he later decided not to move forward after consultants said it would alarm investors. The Icahn deal would trigger that payout and allow Rossiter to keep his job. In an opinion on June 15, Delaware State Court Vice-Chancellor Leo E. Strine Jr., who stopped short of blocking the deal outright, noted that Rossiter didn't act improperly but said the deal "presented him with a viable route for accomplishing important personal objectives." Says Lear's general counsel: "We weren't trying to hide anything." Icahn has since upped his bid to $37.25, and the vote is set for July 16. "We think we're paying full price," says Icahn.

Battles like the one at Lear are playing out across the private equity landscape. In recent months shareholders have become increasingly hostile toward managements and boards for accepting what they perceive to be lowball bids, and they have been aggressively filing suits to block deals. Such tactics are nothing new. The difference now is that investors are starting to win. "You're seeing real skepticism," says Kenton J. King, an attorney at Skadden, Arps, Slate, Meagher & Flom. "Judges are asking if there isn't something else going on, other than getting the most value for shareholders."

With the buyout boom turning into a frenzy, private equity firms are feeling pressure from all sides. Politicos are bashing the group's big pay packages and beneficial tax treatments. Trade unions are complaining about the layoffs that often follow deals. Now judges are scolding CEOs who seem to be teaming up with private equity players at the expense of shareholders. The growing backlash comes at a time when borrowing costs are rising and firms are fretting that the bargains are gone. With investors and judges also pushing private equity to boost bids, it raises the likelihood that the current wave of deals will deliver meager returns, if not losses.

The Delaware courts took a bat to the buyout plans of Topps Co. (TOPP). In March, Michael D. Eisner, former CEO OF Walt Disney Co. (DIS), and Chicago private equity firm Madison Dearborn Partners signed a deal to acquire bubble gum and trading-card maker Topps for $9.75-a-share, or $385 million. Three weeks later rival Upper Deck Co. submitted a $10.75 bid to the board. But Topps' board said in a statement that such a merger might raise antitrust concerns and argued that Upper Deck hadn't proved it had enough financing to fund the deal. The company scheduled a vote for Eisner's offer.

The courts, though, decided investors needed more details about potential conflicts. Strine, the same judge in the Lear suit, ruled in mid-June that Topps needed to disclose two previous bids by Upper Deck. He also said management should tell investors that Eisner planned to keep Topps' management in place. CEO Arthur T. Shorin would stay on as a consultant, while Scott Silverstein, his son-in-law and the company's current president, and others would have a spot at the company—assurances Upper Deck didn't make. "Shorin has known that time is running out for him," Strine wrote in his recent opinion. "He was motivated to find a buyer that would guarantee that Shorin and his son-in-law would continue to play leading roles at Topps."

*As featured in the* Wall Street Journal *on July 12, 2007*

# Court Faults Buyouts

## *Delaware Rulings Raise Disclosure Questions in Topps, Lear Deals*

by Peter Lattman and Dana Cimilluca

The private-equity buyout boom has found critics in Congress and among some investors recently. Now the country's most important court for corporate law has raised questions about some deals.

In recent back-to-back opinions, the Delaware Court of Chancery criticized two publicly listed companies that have agreed to sell themselves to private investors.

The rulings expressed concern that Topps Co. and Lear Corp. hadn't disclosed enough information to shareholders about possible incentives the companies' managements may have to agree to the deals. That information is important for shareholders, who must vote to approve them, the court ruled. The rulings require both companies to disclose additional information.

The decisions could slow the pace of some transactions, said Robert Thompson, a corporate law professor at Vanderbilt University. "If you give incomplete information to shareholders, the court will hold up your deal, or worse, make you go back to the drawing board and redo it."

Because the majority of large public companies are incorporated in Delaware, the five-judge Court of Chancery is an influential forum for litigating corporate-governance issues and takeover disputes. There are no juries in the cases.

The author of both opinions, 43-year-old Vice Chancellor Leo E. Strine Jr., is a colorful figure who has emerged as something of a public face of the court. He has also been an important advocate for shareholder rights on the court. "His opinions carry a lot of weight," says Francis Pileggi, a partner at Fox Rothschild LLP in Wilmington, who has known Mr. Strine since 1992, when Mr. Pileggi was running for state representative in Delaware.

In the case of Lear, an auto-parts maker that billionaire financier Carl Icahn is seeking to buy for $2.9 billion, Mr. Strine faulted the company's board for letting Chief Executive Robert E. Rossiter negotiate the deal with Mr. Icahn on his own.

He also said shareholders should have been told more about an issue involving Mr. Rossiter's pension that could give him an incentive that other stockholders didn't share to favor the deal. In the case of Topps, Mr. Strine ruled that the trading-card company should have been more forthcoming about an agreement with the suitor to retain Topps's management.

In another ruling in March aimed at protecting shareholders in private-equity transactions, Mr. Strine criticized Netsmart Technologies Inc. for agreeing to an acquisition by two private-equity firms without canvassing possible corporate buyers. He ordered the company to disclose additional information about the transaction, which closed in April.

Mr. Strine declined to comment for this article.

The Delaware court's increased scrutiny of possible conflicts comes amid rising complaints, and more lawsuits, criticizing buyout deals for allegedly enriching corporate executives at the expense of the shareholders.

The leverage-buyout boom has run into other head winds recently. Congress is threatening to raise taxes on private-equity firms and their executives. Meanwhile, credit investors, until recently eager to finance buyout activity, are also tightening their purse strings.

Some recent shareholder protests have succeeded in forcing companies to go back and secure higher prices from private-equity firms that agreed to buy them. Clear Channel Communications Inc., for example, agreed to a leveraged-buyout deal with the family that runs it and two private-equity firms. Amid several lawsuits and a shareholder outcry claiming the deal shortchanged the public shareholders, the buyers had to

MotleyRice

raise their offer by about $800 million, to more than $19 billion, to win support from key shareholders. At Biomet Inc. and OSI Restaurant Partners Inc., shareholders also fought for and won richer buyout offers.

Some boards appear to have been altering their behavior even before the rulings. The board of Cablevision Systems Inc. waited more than a year before accepting the third offer made by the Dolan family for the New York media company this year. Some shareholders still criticize the $10.6 billion proposal as too low.

In recent weeks, several major law firms have alerted their corporate clients to the Delaware rulings, saying that boards need to be more attuned to the enhanced scrutiny of private-equity deals.

Wilson Sonsini Goodrich & Rosati LLP reminded boards to be candid with their shareholders. "Sometimes more than the literal truth may be required to be disclosed," the firm wrote in a so-called client alert. Quoting the court's opinion, the firm told the boards they need to "avoid making materially misleading disclosures, which tell a distorted rendition of events or obscure material facts."

The issues raised by Mr. Strine differ from the legal concerns that emerged with the buyout boom of the 1980s. That era was marked by so-called corporate raiders. They offered shareholders rich premiums for their companies and vowed to remove existing management and boards. In those deals, Delaware courts examined shareholder allegations that company management and boards had rejected rich, hostile bids to keep their jobs.

In the current buyout craze, many buyout firms retain the management by offering rich pay packages and a stake in the newly private entity. These deals are being challenged in the courts by shareholders who allege that they are getting a meager payout for the company. They say boards are accepting deals based on factors other than the best-available price. In addition, shareholders are accusing boards of running into the friendly arms of private-equity buyers to escape activist hedge funds, who are trying to oust them through proxy battles.

In the case of Topps, the New York producer of trading cards, collectibles and candy, shareholders have accused the board of breaching its duties to get the highest price for the company when it agreed to a deal with a private-equity consortium led by Michael Eisner, the former Walt Disney Co. chief executive. The lawsuit alleges that the board, under pressure from an activist hedge fund, viewed Mr. Eisner as a friendly suitor who had pledged to retain management. While the court found no fault in the board's decision to negotiate exclusively with Mr. Eisner, it criticized Topps for the way in which it prevented a rival, the Upper Deck Co., from launching a tender offer for the company.

The court issued an order postponing the shareholder vote on the deal until Topps discloses the additional information to shareholders. This week, Topps said that its shareholders should reject a tender offer Upper Deck ended up making, but that it would continue talking with its rival to reach agreement on a higher price.

"When directors bias the process against one bidder and toward another not in a reasoned effort to maximize advantage for the stockholders, but to tilt the process toward the bidder more likely to continue current management, they commit a breach of fiduciary duty," Mr. Strine warned in his Topps opinion.

19

*As featured in the* Charleston Gazette *on July 06, 2007*

# Shareholder sues Massey, alleging mismanagement

By Ken Ward Jr., Staff writer

A shareholder who alleges mismanagement at Richmond, Va.-based Massey Energy is suing the coal giant's executives and board members.

The suit was filed earlier this week in Kanawha Circuit Court by a trust that funds asbestos settlements with former Johns Manville Corp. workers.

Massey President Don Blankenship and 13 current corporate board members, executives and former board members were named as defendants.

The case is a shareholder derivative suit. Technically, such suits are filed on behalf of the company by shareholders against corporate managers because of alleged mismanagement of the company.

The suit alleges a "conscious failure" by Massey management "to comply with applicable environmental and worker-safety laws and regulations." It says failure has "caused and will continue to cause severe injury to the company by consciously ignoring Massey Energy's legal obligations to comply with federal and state law, thereby exposing the company to a substantial threat of monetary liability for violations."

Among other things, the suit cites a recent federal lawsuit over repeated water pollution violations, hefty fines for the deaths of two miners in the Aracoma Mine fire, and a nearly $2 million verdict against Massey for firing a worker who complained about safety problems.

The Manville Personal Injury Trust owns about 1,000 shares of Massey stock, according to the lawsuit.

The trust was created in 1986 as part of the bankruptcy reorganization of the Johns Manville Corp.

The trust was formed to compensate workers injured by exposure to asbestos or asbestos-containing products made or sold by Manville. The trust invests its financial holdings in the stock market to fund worker compensation.

The suit was filed on the trust's behalf by former Kanawha Circuit Judge Andrew MacQueen.

The trust is also represented by the South Carolina firm of Motley Rice, whose founder, Ronald L. Motley, was among the first lawyers to take on the asbestos industry, and by the Delaware firm Rigrodsky & Long, which specializes in shareholder lawsuits.

In December 2005, Massey management settled a previous shareholder derivative case filed in Boone Circuit Court. Among other things, the settlement increased the number of board members governing Massey.

Last month, Massey cut two seats from its board, after two hedge fund officials who opposed Blankenship's leadership resigned in frustration.





*Motley Rice LLC*
*Attorneys at Law*
*www.motleyrice.com*
*1.800.768.4026*







MotleyRice




28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9000    **f.** 843.216.9450

321 South Main St., Providence, RI 02940
**o.** 401.457.7700    **f.** 401.457.7708

20 Church St., 17th Floor, Hartford, CT 06103
**o.** 860.882.1681    **f.** 860.882.1682

# EXHIBIT B



## Kazan, McClain, Abrams, Lyons, Greenwood & Harley, PLC"

KAZANLAW.COM

**Firm Profile**

Since its founding in 1974, Kazan, McClain, Abrams, Lyons, Greenwood & Harley, A Professional Law Corporation, has represented many hundreds of people with cancer, especially people suffering from mesothelioma, a cancer whose only known cause is exposure to asbestos. Some of the principals in this law firm are pioneers in asbestos litigation and among the most experienced mesothelioma lawyers in California.

The Firm has a nationwide practice and reputation in asbestos litigation. We have represented clients across the United States, and in Canada, Mexico and the United Kingdom.

We were lead counsel for a group of objectors in the Georgine (CCR) class action, and our briefs helped persuade the U.S. Supreme Court to reject that settlement. We have served on asbestos disease victims creditors' committees in the bankruptcy reorganizations of major asbestos companies, including Johns-Manville, Celotex, Carey Canada, Amatex and H.K. Porter. We were class counsel for plaintiffs in the Fibreboard Global Settlement Litigation, which was an attempt to resolve the dispute between Fibreboard, its insurers, and many thousands of asbestos litigation claimants. The settlement, however, was disallowed by the Supreme Court.

Our firm's practice is limited to cases involving catastrophic injury and death, in particular from exposure to asbestos and other toxic substances.

We pursue products liability, premises liability, negligence and punitive damage causes of action in third party civil cases. We also represent our civil litigation clients in workers' compensation claims, when appropriate.

Our attorneys have been instrumental in winning precedent-setting rulings by the California Appellate and Supreme Courts, such as Buttram, Sullivan, Force, Steele and Rudkin. All of the principals and many of the associates have extensive trial experience.

The Firm is consulted by and gives advice to over a thousand potential clients each year. Over the years, we have filed over two thousand cases and we now file, on average, 20-25 cases per year.

Our staff of over 60 employees, including 17 attorneys, work on this limited number of new cases each year, allowing The Firm to provide quality representation to every client.

We are large enough to have extensive resources and many years of experience, yet small enough to ensure that every client receives individual and outstanding representation. Each case is individually developed and handled by a small team of attorneys, paralegals and investigators. This team also has the resources of the entire office to draw upon, including professional investigators and extensive databases.

Our representation of clients has two important goals. The first is to go as far as possible within the limits of the legal system to redress the wrong done to each of our clients. The second is to have a broader impact: to improve the work-place through public education about occupational health and safety, and through legislative advocacy. We do this in our litigation, by supporting our non-profit Foundation, and by our active participation in WORKSAFE!, a statewide coalition that supports occupational safety and health.

The Firm frequently provides counsel to the Asbestos Victims of America (AVA) when it acts as "friend of the Court" (amicus) in appellate cases. This relationship grew out of The Firm's representation of Jim Vermeulen, AVA's founder. Mr. Vermeulen, a Johns-Manville employee, became an activist for asbestos victims and was the only non-lawyer representative on the Manville Asbestos Victims Creditors' Committee, where The Firm was his personal counsel.

The Firm also maintains an active pro bono practice (that is, we work for free) on behalf of labor organizations and public interest groups, and our attorneys are active in and on the boards of many organizations, including Consumer Attorneys of California, the Alameda-Contra Costa Trial Lawyers Association, the Charles Houston Bar Association, Cal/OSHA's Advisory Committee, the National Lawyers Guild, Santa Clara County Committee on Occupational Safety and Health, the AFL-CIO Lawyers Coordinating Committee, the Labor and Employment Law Section of the State Bar of California, Women Lawyers of Alameda County, Trial Lawyers for Public Justice, and the Association of Trial Lawyers of America.

Click here to obtain more information about some of The Firm's significant trial verdicts and appellate decisions. If you have any questions about The Firm, please contact us or explore our website.

**Kazan, McClain, Abrams, Fernandez, Lyons & Greenwood**
171 Twelfth Street, Third Floor
Oakland, CA 94607
Tel: (510) 302-1000
Fax: (510) 835-4913

© 2008, Kazan, McClain, Abrams, Fernandez, Lyons & Greenwood, PLC All Rights Reserved.