| | |
|---|---|
| Joseph F. Rice (To Be Admitted *Pro Hac Vice*) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (To Be Admitted *Pro Hac Vice*) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC 29464 | Oakland, CA 94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY 10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) | Master File No. C 07-6140 MHP |
| | | **CLASS ACTION** |
| This Document Relates To: | ) ) | **CERTIFICATE OF SERVICE** |
| All Actions | ) ) ) ) | |
| _____ | ) | JUDGE: Hon. Marilyn Hall Patel |

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

5

I hereby certify that on July 8, 2008, I electronically filed the foregoing ***Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel; Declaration of Eran Rubinstein; and Declaration of James M. Hughes*** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List

Date: July 8, 2008

        /s/ James Oberman
Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Joseph F. Rice (To Be Admitted *Pro Hac Vice*)
jrice@motleyrice.com
James M. Hughes (To Be Admitted *Pro Hac Vice*)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (To Be Admitted *Pro Hac Vice*)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682)

Notice by the Israeli Institutional Investor Group of Substitution of Proposed Lead and Liaison Counsel
Master File No. C 07-6140 MHP

6

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

## MAILING INFORMATION FOR CASE C 07-6140 MHP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case

**Aaron M. Sheanin -** ams@girardgibbs.com

**Daniel C. Girard -** dcg@girardgibbs.com

**Jonathan Krasne Levine -** jkl@girardgibbs.com

**Arthur L. Shingler, III -** ashingler@scott-scott.com

**Robert C. Schubert -** rschubert@schubertlawfirm.com

**Steven Noel Williams -** swilliams@cpmlegal.com

**Jeremy A Lieberman -** jalieberman@pomlaw.com

**Mark Cotten Molumphy -** mmolumphy@cpmlegal.com

**Stanley M. Grossman -** smgrossman@pomlaw.com

**Francis A. Bottini, Jr. -** frankb@johnsonbottini.com

**Michael Howard Steinberg -** steinbergm@sullcrom.com

**Brendan P. Cullen -** cullenb@sullcrom.com

**Nicole Catherine Lavallee -** nlavallee@bermanesq.com

Notice by the Israeli Institutional Investor Group of
Substitution of Proposed Lead and Liaison Counsel    7
Master File No. C 07-6140 MHP

1. **Reed R. Kathrein -** reed@hbsslaw.com
2. **Alan Roth Plutzik -** aplutzik@bramsonplutzik.com
3. **Ramzi Abadou -** ramzia@csgrr.com
4. **Timothy Alan DeLange -** timothyd@blbglaw.com
5. **Aaron H. Darsky -** adarsky@schubert-reed.com
6. **Willem F. Jonckheer -** wjonckheer@schubert-reed.com
7. **Darren T. Kaplan -** dkaplan@chitwoodlaw.com
8. **Gregory E. Keller -** gkeller@chitwoodlaw.com
9. **James M. Wilson -** JWilson@chitwoodlaw.com
10. **Martin D. Chitwood -** MChitwood@chitwoodlaw.com