UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>SECURITIES LITIGATION | Master File No.<br>C 07-6140 MHP |
| This Document Relates To: | **[PROPOSED] ORDER** |
| All Actions | **Re: Replacement of Counsel** |

Pursuant to General Order No. 45, Electronic Filing, section IV.C.5, and for good cause shown, in all further proceedings in this consolidated action, counsel and Proposed Lead Counsel Chitwood Harley Harnes LLP for Lead Plaintiff Movant The Israeli Institutional Investor Group is replaced by Motley Rice LLC, and Proposed Liaison Counsel Schubert & Reed LLP is replaced by Kazan, McClain, Abrams, Lyons, Greenwood & Harley, PLC.

IT IS SO ORDERED

Dated:

                                                 MARILYN HALL PATEL
                                               United States District Court Judge
                                               Northern District of California