| | |
|---|---|
| Joseph F. Rice (To Be Admitted *Pro Hac Vice*) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (To Be Admitted *Pro Hac Vice*) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC 29464 | Oakland, CA 94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY 10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>All Actions | **REQUEST FOR ORDER UNDER GENERAL ORDER NO. 45 FOR REPLACEMENT OF COUNSEL**<br><br>JUDGE: Hon. Marilyn Hall Patel |

Lead Plaintiff Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds (collectively, the "Israeli Institutional Investor Group" or "Movants") respectfully request that the Court issue an order replacing Chitwood Harley Harnes LLP ("Chitwood") with Motley Rice LLC ("Motley Rice") as Movants' counsel and Proposed Lead Counsel and Schubert & Reed LLP ("Schubert & Reed") with Kazan, McClain, Abrams, Lyons, Greenwood & Harley, PLC ("Kazan") as Movants' Proposed Liaison Counsel. Movants make this request pursuant to General Order No. 45, Electronic Case Filing, section IV.C.5, which provides: "The replacement of one firm by another as counsel for a party also requires an order of the court." Movants request such an order for the following reasons:

1. On July 3, 2008 Motley Rice attorney Vincent I. Parrett filed a notice of appearance on behalf of Movant The Israeli Institutional Investor Group. (Dkt. 130.)

2. On July 7, 2008 The Israeli Institutional Investor Group filed a Notice of Consent Withdrawal by Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel. (Dkt. 131.)

3. On July 8, 2008 The Israeli Institutional Investor Group filed a Notice of Substitution of Lead Counsel and Liaison Counsel, supported by the Declaration of Eran Rubinstein and the Declaration of James M. Hughes. (Dkt. 133.)

For all of these reasons, The Israeli Institutional Investor Group respectfully requests that the Court order that the Motley Rice firm has replaced the Chitwood firm, and the Kazan firm has replaced Schubert and Reed, as its counsel in this consolidated action. A proposed order is attached.

Date: July 9, 2008

```
                    /s/ James Oberman
            Philip A. Harley (CA Bar No. 147407)
            pharley@kazanlaw.com
            James Oberman (CA Bar No. 120938)
            joberman@kazanlaw.com
            KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD &
            HARLEY, PLC
            171 Twelfth Street, 3rd Floor
            Oakland, CA  94607
            Tel: (510) 302-1000
            Fax: (510) 835-4913
```

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

```
            Joseph F. Rice (To Be Admitted Pro Hac Vice)
            jrice@motleyrice.com
            James M. Hughes (To Be Admitted Pro Hac Vice)
            jhughes@motleyrice.com
            Vincent I. Parrett (CA Bar No. 237563)
            vparrett@motleyrice.com
            MOTLEY RICE LLC
            28 Bridgeside Blvd.
            Mt. Pleasant, SC  29464
            Tel: (843) 216-9000
            Fax: (843) 216-9450

            William H. Narwold (To Be Admitted Pro Hac Vice)
            MOTLEY RICE LLC
            One Corporate Center
            20 Church Street, 17th Floor
            Hartford, CT  06103
            Tel: (860) 882-1681
            Fax: (860) 882-1682)
```

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY 10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*