Case 3:07-cv-06140-MHP    Document 135    Filed 07/09/2008    Page 1 of 5

Martin D. Chitwood (Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr. (Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To:  All Actions | **NOTICE OF CONSENT WITHDRAWAL BY CHITWOOD HARLEY HARNES LLP AND SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP AS COUNSEL; PROPOSED ORDER THEREON** |
| | JUDGE: Hon. Marilyn Hall Patel |

COME NOW Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP and respectfully withdraw, by mutual consent with the clients, as counsel for Lead Plaintiff Movant the Israeli Institutional Investor Group (Prisma Provident Funds, Ltd., Prisma Mutual

Notice of Consent Withdrawal by Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel; Proposed Order Thereon (C 07-6140 MHP)
---

Martin D. Chitwood (Admitted *Pro Hac Vice*)
mchitwood@chitwoodlaw.com
James M. Wilson, Jr. (Admitted *Pro Hac Vice*)
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Gregory E. Keller (Admitted *Pro Hac Vice*)
gkeller@chitwoodlaw.com
Darren T. Kaplan (Admitted *Pro Hac Vice*)
dkaplan@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Proposed Liaison Counsel

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| Document Relates To:  All Actions | **NOTICE OF CONSENT WITHDRAWAL BY CHITWOOD HARLEY HARNES LLP AND SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP AS COUNSEL; PROPOSED ORDER THEREON** |
| | JUDGE: Hon. Marilyn Hall Patel |

COME NOW Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP and respectfully withdraw, by mutual consent with the clients, as counsel for Lead Plaintiff Movant the Israeli Institutional Investor Group (Prisma Provident Funds, Ltd., Prisma Mutual

Notice of Consent Withdrawal by Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel; Proposed Order Thereon (C 07-6140 MHP)

1

Funds, Ltd., Phoenix Insurance Company, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds).  Substitute counsel have appeared for the Israeli Institutional Investor Group [Docket No. 130].  Pursuant to N.D. Cal. Civ. R. 11-5(a), a proposed order effecting the withdrawal is submitted herewith as Exhibit 1.

                                        Respectfully submitted,

Dated: July 7, 2008                  SCHUBERT JONCKHEER KOLBE &
                                           KRALOWEC LLP

By:    s/ Willem F. Jonckheer
Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

*Proposed Liaison Counsel*

CHITWOOD HARLEY HARNES LLP

By:    s/ Martin D. Chitwood
Martin D. Chitwood
James M. Wilson, Jr.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476

CHITWOOD HARLEY HARNES LLP
Gregory E. Keller
Darren T. Kaplan
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

*Counsel for Movants and Proposed Lead Counsel*

Notice of Consent Withdrawal by Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel; Proposed Order Thereon (C 07-6140 MHP)

2

# EXHIBIT 1

| | |
|---|---|
| Martin D. Chitwood (Admitted *Pro Hac Vice*) | Robert C. Schubert (State Bar No. 62684) |
| mchitwood@chitwoodlaw.com | Willem F. Jonckheer (State Bar No. 178748) |
| James M. Wilson, Jr. (Admitted *Pro Hac Vice*) | Aaron H. Darsky (State Bar No. 212229) |
| jwilson@chitwoodlaw.com | SCHUBERT JONCKHEER KOLBE & |
| CHITWOOD HARLEY HARNES LLP | KRALOWEC LLP |
| 2300 Promenade II | Three Embarcadero Center, Suite 1650 |
| 1230 Peachtree Street, N.E. | San Francisco, CA  94111 |
| Atlanta, Georgia 30309 | Telephone: (415) 788-4220 |
| Telephone: (404) 873-3900 | Facsimile:  (415) 788-0161 |
| Facsimile:  (404) 876-4476 | |
| | Proposed Liaison Counsel |

Gregory E. Keller (Admitted *Pro Hac Vice)*
gkeller@chitwoodlaw.com
Darren T. Kaplan (Admitted *Pro Hac Vice)*
dkaplan@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

Attorneys for Movants and Proposed Lead Counsel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. C 07-6140 MHP |
| ) | **CLASS ACTION** |
| ) ) | [~~PROPOSED~~] **ORDER EFFECTING CONSENT WITHDRAWAL OF** |
| Document Relates To:                          ) ) | **CHITWOOD HARLEY HARNES LLP AND SCHUBERT JONCKHEER** |
| All Actions                          ) ) | **KOLBE & KRALOWEC LLP AS COUNSEL** |
| ) ) ) | JUDGE: Hon. Marilyn Hall Patel |
| ) ) | |

Pursuant to Notice of Consent Withdrawal by Chitwood Harley Harnes LLP and

Schubert Jonckheer Kolbe & Kralowec LLP as Counsel, Chitwood Harley Harnes LLP and

Proposed Order Effecting Consent Withdrawal of Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel (C 07-6140 MHP)

1

Schubert Jonckheer Kolbe & Kralowec LLP are hereby removed as counsel for the Israeli Institutional Investor Group (Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Phoenix Insurance Company, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds).

IT IS SO ORDERED

DATED: _July 8, 2008_____

_____
The Honorable
United States

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

submitted by:

SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Robert C. Schubert (State Bar No. 62684)
Willem F. Jonckheer (State Bar No. 178748)
Aaron H. Darsky (State Bar No. 212229)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

*Proposed Liaison Counsel*

CHITWOOD HARLEY HARNES LLP
Martin D. Chitwood
James M. Wilson, Jr.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile:  (404) 876-4476

CHITWOOD HARLEY HARNES LLP
Gregory E. Keller
Darren T. Kaplan
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

*Counsel for Movants and Proposed Lead Counsel*

Proposed Order Effecting Consent Withdrawal of Chitwood Harley Harnes LLP and Schubert Jonckheer Kolbe & Kralowec LLP as Counsel (C 07-6140 MHP)

2