1  Joseph W. Cotchett (36324)
   Nanci E. Nishimura (152621)
2  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:    (650) 697-6000
4  Facsimile:    (650) 697-0577

5  Stanley M. Grossman
   Marc I. Gross
6  Jeremy A. Lieberman
7  **POMERANTZ HAUDEK BLOCK
   GROSSMAN & GROSS LLP**
8  100 Park Avenue
   New York, New York 10017-5516
9  Telephone: (212) 661-1100
   Facsimile: (212) 661-8665

10
   Patrick V. Dahlstrom
11 Joshua B. Silverman
   **POMERANTZ HAUDEK BLOCK
12 GROSSMAN & GROSS LLP**
   One North LaSalle Street, Ste. 2225
13 Chicago, Illinois 60602
   Telephone:    (312) 377-1181
14 Facsimile:    (312) 377-1184

15 **Attorneys for Plaintiffs CLAL Finance Batucha Investment Management Ltd.
   And Direct Investment House (Provident Funds) Ltd.**
16

17
                    **UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA**

19
                                              )
20 IN RE VERIFONE HOLDINGS, INC.              )   No. C 07-06140 MHP
   SECURITIES LITIGATION,                    )
21                                            )   Honorable Marilyn Hall Patel
                                              )   Courtroom 15
22 _____)

23

24                        **CERTIFICATE OF SERVICE**

25

26

27

28

**PROOF OF SERVICE BY ELECTRIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court, I am over the age of 18 and not a party to the within action. My business address is 840 Malcolm Road, Ste. 200, Burlingame, California 94010.

On July 17, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**MEMORANDUM IN OPPOSITION TO ISRAELI INSTITUTIONAL GROUP'S NOTICE OF SUBSTITUTION OF COUNSEL AND IN FURTHER OPPOSITION OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

On all ECF-registered parties in the action and, upon all others not so-registered but instead listed below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States at Burlingame, California. They are:

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Tel: (860) 882-1681
Fax: (860) 882-1682
*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein
eran@rubinsteinlaw.com
Susan Boltz Rubinstein
susan@rubensteinlaw.com
410 Park Avenue, Ste. 1530
New York, NY 10022
Tel: (646) 205-3250
Fax: (646) 205-3251
*Attorneys for the Israeli Institutional Investor Group*

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on July 17, 2008.

/s/
Jeanine H. Acosta

CERTIFICATE OF SERVICE