Joseph F. Rice (*Pro Hac Vice* Applied For)
jrice@motleyrice.com
James M. Hughes (*Pro Hac Vice* Applied For)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (*Pro Hac Vice* Applied For)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS,
LYONS, GREENWOOD &
HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) ) This Document Relates To: ) ) All Actions ) ) ) ) ) | Master File No. C 07-6140 MHP  **CLASS ACTION**  **THE ISRAELI INSTITUTIONAL INVESTOR GROUP'S RESPONSE TO SUPPLEMENTAL MEMORANDUM**  JUDGE: Hon. Marilyn Hall Patel |

Lead Plaintiff Movants The Phoenix Insurance Company, Ltd., Prisma Provident Funds, Ltd., Prisma Mutual Funds, Ltd., Harel Insurance Company, and Harel Pia Mutual Funds (collectively, the "Israeli Institutional Investor Group" ("IIIG") or "Movants") respectfully submit this response to CLAL and Direct's Supplemental Memorandum in Response to the Israeli Institutional Investor Group's Notice of Substitution of Counsel and in Further Opposition to Its Motion for Appointment as Lead Plaintiff ("Suppl. Mem.").

With reported losses totaling less than 20% of the Israeli Institutional Investor Group's, it is not surprising that CLAL and Direct criticize the IIIG's substitution of proposed lead counsel in hopes of replacing the IIIG as the most adequate lead plaintiff candidate. While the Supplemental Memorandum contains a myriad of rambling accusations, CLAL and Direct appear to be claiming that "[i]t is not in the Class's or this Court's best interest to have unappointed counsel substitute lead counsel on the whim of the unappointed counsel's self-interests," Suppl. Mem. at 4, and that "[t]here is simply not enough evidence to demonstrate that Motley Rice and the Rubinstein's [sic] satisfy the adequacy requirement for IIG pursuant to Rule 23(a)(4)," *id.* at 5. However, the issue before this Court is whether (a) the IIIG is the most adequate lead plaintiff and (b) whether the Court should approve IIIG's selection of lead counsel.

CLAL and Direct's "arguments" about the IIIG's adequacy are completely unpersuasive. The IIIG specifically retained Motley Rice LLC to represent them in this litigation by letter of July 3, 2008 – signed by each member of the IIIG – and specifically asked that Motley Rice enter an appearance on its behalf.[1] Thus, CLAL and Direct's speculative and incorrect assertion that "[i]t is questionable whether the members of IIG understand what has been occurring in their names," Suppl. Mem. at 3, is ridiculous. The IIIG is in complete control of the litigation, as evidenced by *its* choice to substitute proposed lead counsel. CLAL and Direct claim, without citation to any authority, that "[n]o explanation was given for the substitution, and no motion has been made to appoint Motley Rice as Lead Counsel or Kazan McClain as Liaison Counsel in this class action." Suppl. Mem. at 2.

---

[1] The IIIG and Motley Rice will be happy to provide a copy of the retainer letter agreement to the Court for in camera inspection should the Court so desire.

The Israeli Institutional Investor Group's
Response to Supplemental Memorandum
Master File No. C 07-6140 MHP

2

1    Neither the IIIG nor its counsel is aware of any requirement that a civil plaintiff in the
2 Northern District of California provide an "explanation" for why they have substituted counsel.
3 Moreover, there is no requirement under the Local Rules of the Northern District of California that a
4 party make a motion to substitute counsel.  *See* N.D. Cal. Local Civ. R. 11-5.[2]  Here, former proposed
5 lead counsel for the IIIG, Chitwood Harley Harnes, withdrew and was relieved by order of the Court
6 (Dkt. 135) after Motley Rice entered an appearance in the case (Dkt. 130).  CLAL and Direct also
7 complain that "[m]issing from any of the documents submitted by Rubinstein or Motley Rice is a
8 signed statement from the client."  Suppl. Mem. at 2.  Unlike other federal district courts in
9 California, however, the Northern District does not require a party to submit a written substitution of
10 attorney signed by the party and the withdrawing and substituted attorneys.[3]  Northern District of
11 California General Order No. 45, Electronic Case Filing, section IV.C.5, does provides that: "The
12 replacement of one firm by another as counsel for a party also requires an order of the court."  The
13 IIIG has requested this order from the Court.  (Dkt. 134.)
14    CLAL and Direct try to focus the Court's attention on the Rubinsteins, who have been on all
15 the pleadings the IIIG has filed and have been admitted pro hac vice.  For example, CLAL and Direct

---

[2] Local Civil Rule 11-5 provides:

**11-5. Withdrawal from Case.**

**(a) Order Permitting Withdrawal.**  Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.

**(b) Conditional Withdrawal.**  When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear *pro se*, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the Clerk, if the Court so directs), unless and until the client appears by other counsel or *pro se*.  When this condition is imposed, counsel must notify the party of this condition.  Any filed consent by the party to counsel's withdrawal under these circumstances must include acknowledgment of this condition.

[3] *Compare* N.D. Cal. Local Civ. R. 11-5 *with* C.D. Cal. Local Civ. R. 83-2.9.2.2; E.D. Cal. Local Civ. R. 83-182(g); S.D. Local Civ. R. 83.3.g.2.  *See also Williams v. Am. Airlines*, No. C 07-540 CW, 2008 WL 149146, at *1 (N.D. Cal. Jan. 14, 2008) (noting that notice of substitution of counsel was filed and that the court ordered shortly thereafter that plaintiff's counsel be substituted).

1 claim that "[t]here simply is not enough evidence to demonstrate that Motley Rice *and the*

2 *Rubinstein's* [sic] satisfy the adequacy requirement for IIG pursuant to Rule 23(a)(4)." Suppl. Mem.

3 at 5. CLAL and Direct completely miss the point. The question is whether IIIG is the most adequate

4 plaintiff, and whether the Court should appoint Motley Rice (not the Rubinsteins) as lead counsel.

5 As the Ninth Circuit has made clear:

> Selecting a lawyer in whom a litigant has confidence is an important client prerogative and we will not lightly infer that Congress meant to take away this prerogative from securities plaintiffs. And, indeed, it did not. While the appointment of counsel is made subject to the approval of the court, *the Reform Act clearly leaves the choice of class counsel in the hands of the lead plaintiff*.

*In re Cavanaugh*, 306 F.3d 726, 734 (9th Cir. 2002) (emphasis added).

In its Notice of Substitution of Counsel, the IIIG made clear that Motley Rice is experienced as a lead plaintiff in securities fraud class actions, including such cases as *In re UBS AG Securities Litigation*, No. 1:07-cv-11225-RJS (S.D.N.Y.), *In re Dell, Inc. Securities Litigation*, No. A-06-CA726-SS (W.D. Tex.), *In re Molson Coors Brewing Co. Securities Litigation*, No. 1:05-294-KAJ (D. Del.), *In re NPS Pharmaceuticals, Inc. Securities Litigation*, No. 2:06-CV-00570-PGC-PMW (D. Utah), *Marsden v. Select Medical Corp.*, No. 04-CV-4020 (E.D. Pa.), *Baker v. MBNA Corp.*, No. 05-272 (D. Del.), and *Abrams v. Micrus Endovascular Corp.*, No. 07-22601 (S.D. Fla.).

## CONCLUSION

For all of the above reasons, and in light of the pleadings and documents submitted by the IIIG in this consolidated action, the IIIG respectfully requests that the Court appoint the IIIG as lead plaintiff and approve its selection of Motley Rice as lead counsel.

Date: July 18, 2008

The Israeli Institutional Investor Group's
Response to Supplemental Memorandum
Master File No. C 07-6140 MHP

4

        /s/ James Oberman
Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Joseph F. Rice (*Pro Hac Vice* Applied For)
jrice@motleyrice.com
James M. Hughes (*Pro Hac Vice* Applied For)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (*Pro Hac Vice* Applied For)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682)

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

| | |
|---|---|
| Joseph F. Rice (*Pro Hac Vice* Applied For) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (*Pro Hac Vice* Applied For) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC  29464 | Oakland, CA  94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |
| | |
| William H. Narwold (*Pro Hac Vice* Applied For) | *Proposed Liaison Counsel for the* |
| bnarwold@motleyrice.com | *Israeli Institutional Investor Group* |
| One Corporate Center | |
| 20 Church Street, 17th Floor | Eran Rubinstein (Admitted *Pro Hac Vice*) |
| Hartford, CT  06103 | eran@rubinsteinlaw.com |
| Tel: (860) 882-1681 | Susan Boltz Rubinstein (Admitted *Pro Hac Vice*) |
| Fax: (860) 882-1682 | susan@rubinsteinlaw.com |
| | 410 Park Avenue, Suite 1530 |
| *Proposed Lead Counsel for the Israeli* | New York, NY  10022 |
| *Institutional Investor Group* | Tel: (646) 205-3250 |
| | Fax: (646) 205-3251 |
| | |
| | *Attorneys for the Israeli Institutional Investor Group* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C 07-6140 MHP |
| | | **CLASS ACTION** |
| This Document Relates To: | | **CERTIFICATE OF SERVICE** |
| All Actions | | |
| | | JUDGE: Hon. Marilyn Hall Patel |

The Israeli Institutional Investor Group's
Response to Supplemental Memorandum
Master File No. C 07-6140 MHP

7

I hereby certify that on July 18, 2008, I electronically filed the foregoing ***The Israeli Institutional Investor Group's Response to Supplemental Memorandum*** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List

Date: July 18, 2008

        /s/ James Oberman
Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Joseph F. Rice (*Pro Hac Vice* Applied For)
jrice@motleyrice.com
James M. Hughes (*Pro Hac Vice* Applied For)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (*Pro Hac Vice* Applied For)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682)

*Proposed Lead Counsel for the Israeli Institutional  Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

## MAILING INFORMATION FOR CASE C 07-6140 MHP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case

**Aaron M. Sheanin -** ams@girardgibbs.com

**Daniel C. Girard -** dcg@girardgibbs.com

**Jonathan Krasne Levine -** jkl@girardgibbs.com

**Arthur L. Shingler, III -** ashingler@scott-scott.com

**Robert C. Schubert -** rschubert@schubertlawfirm.com

**Steven Noel Williams -** swilliams@cpmlegal.com

**Jeremy A. Lieberman -** jalieberman@pomlaw.com

**Mark Cotten Molumphy -** mmolumphy@cpmlegal.com

**Stanley M. Grossman -** smgrossman@pomlaw.com

**Francis A. Bottini, Jr. -** frankb@johnsonbottini.com

**Michael Howard Steinberg -** steinbergm@sullcrom.com

**Brendan P. Cullen -** cullenb@sullcrom.com

**Nicole Catherine Lavallee -** nlavallee@bermanesq.com

**Reed R. Kathrein -** reed@hbsslaw.com

**Alan Roth Plutzik -** aplutzik@bramsonplutzik.com

**Ramzi Abadou -** ramzia@csgrr.com

1. **Timothy Alan DeLange -** timothyd@blbglaw.com
2. **Aaron H. Darsky -** adarsky@schubert-reed.com
3. **Willem F. Jonckheer -** wjonckheer@schubert-reed.com
4. **Darren T. Kaplan -** dkaplan@chitwoodlaw.com
5. **Gregory E. Keller -** gkeller@chitwoodlaw.com
6. **James M. Wilson -** JWilson@chitwoodlaw.com
7. **Martin D. Chitwood -** MChitwood@chitwoodlaw.com