| | |
|---|---|
| Joseph F. Rice (*Pro Hac Vice* Applied For) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (*Pro Hac Vice* Applied For) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC  29464 | Oakland, CA  94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |

William H. Narwold (*Pro Hac Vice* Applied For)
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY  10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) | Master File No. C 07-6140 MHP  **CLASS ACTION** |
| This Document Relates To:  All Actions | ) ) ) ) ) ) ) | **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3-7(d)**  JUDGE: Hon. Marilyn Hall Patel |

Certification of Counsel Pursuant to
Local Rule 3-7(d)
Master File No. C 07-6140 MHP

1

1  Pursuant to Northern District of California Rule 3-7(d), I affirm under penalty of perjury that
2  none of the proposed Lead Counsel of the Israeli Institutional Investor Group owns or otherwise has a
3  beneficial interest in the securities that are the subject of this action.
4
5  Dated: July 18, 2008

6  　　　　　　　　　　　　　　　　　　　　　*/s/ Vincent I. Parrett*
　　　　　　　　　　　　　　　　　　　　　　Vincent I. Parrett (CA Bar. No. 237563)

Certification of Counsel Pursuant to
Local Rule 3-7(d)　　　　　　　　　2
Master File No. C 07-6140 MHP

| | |
|---|---|
| Joseph F. Rice (*Pro Hac Vice* Applied For) | Philip A. Harley (CA Bar No. 147407) |
| jrice@motleyrice.com | pharley@kazanlaw.com |
| James M. Hughes (*Pro Hac Vice* Applied For) | James Oberman (CA Bar No. 120938) |
| jhughes@motleyrice.com | joberman@kazanlaw.com |
| Vincent I. Parrett (CA Bar No. 237563) | KAZAN, McCLAIN, ABRAMS, |
| vparrett@motleyrice.com | LYONS, GREENWOOD & |
| MOTLEY RICE LLC | HARLEY, PLC |
| 28 Bridgeside Blvd. | 171 Twelfth Street, 3rd Floor |
| Mt. Pleasant, SC  29464 | Oakland, CA  94607 |
| Tel: (843) 216-9000 | Tel: (510) 302-1000 |
| Fax: (843) 216-9450 | Fax: (510) 835-4913 |
| | |
| William H. Narwold (*Pro Hac Vice* Applied For) | *Proposed Liaison Counsel for the* |
| bnarwold@motleyrice.com | *Israeli Institutional Investor Group* |
| One Corporate Center | |
| 20 Church Street, 17th Floor | Eran Rubinstein (Admitted *Pro Hac Vice*) |
| Hartford, CT  06103 | eran@rubinsteinlaw.com |
| Tel: (860) 882-1681 | Susan Boltz Rubinstein (Admitted *Pro Hac Vice*) |
| Fax: (860) 882-1682 | susan@rubinsteinlaw.com |
| | 410 Park Avenue, Suite 1530 |
| *Proposed Lead Counsel for the Israeli* | New York, NY  10022 |
| *Institutional Investor Group* | Tel: (646) 205-3250 |
| | Fax: (646) 205-3251 |
| | |
| | *Attorneys for the Israeli Institutional Investor Group* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C 07-6140 MHP  **CLASS ACTION**  **CERTIFICATE OF SERVICE**  JUDGE: Hon. Marilyn Hall Patel |
| This Document Relates To: | | |
| All Actions | | |

Certification of Counsel Pursuant to
Local Rule 3-7(d)
Master File No. C 07-6140 MHP

3

1  I hereby certify that on July 18, 2008, I electronically filed the foregoing ***Certification of Counsel Pursuant to Local Rule 3-7(d)*** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List

Date: July 18, 2008

      /s/ James Oberman
Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS, LYONS, GREENWOOD & HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

Joseph F. Rice (*Pro Hac Vice* Applied For)
jrice@motleyrice.com
James M. Hughes (*Pro Hac Vice* Applied For)
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold (*Pro Hac Vice* Applied For)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682)

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Eran Rubinstein (Admitted *Pro Hac Vice*)
eran@rubinsteinlaw.com
Susan Boltz Rubinstein (Admitted *Pro Hac Vice*)
susan@rubinsteinlaw.com
410 Park Avenue, Suite 1530
New York, NY 10022
Tel: (646) 205-3250
Fax: (646) 205-3251

*Attorneys for the Israeli Institutional Investor Group*

## MAILING INFORMATION FOR CASE C 07-6140 MHP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case

**Aaron M. Sheanin -** ams@girardgibbs.com

**Daniel C. Girard -** dcg@girardgibbs.com

**Jonathan Krasne Levine -** jkl@girardgibbs.com

**Arthur L. Shingler, III -** ashingler@scott-scott.com

**Robert C. Schubert -** rschubert@schubertlawfirm.com

**Steven Noel Williams -** swilliams@cpmlegal.com

**Jeremy A. Lieberman -** jalieberman@pomlaw.com

**Mark Cotten Molumphy -** mmolumphy@cpmlegal.com

**Stanley M. Grossman -** smgrossman@pomlaw.com

**Francis A. Bottini, Jr. -** frankb@johnsonbottini.com

**Michael Howard Steinberg -** steinbergm@sullcrom.com

**Brendan P. Cullen -** cullenb@sullcrom.com

**Nicole Catherine Lavallee -** nlavallee@bermanesq.com

**Reed R. Kathrein -** reed@hbsslaw.com

**Alan Roth Plutzik -** aplutzik@bramsonplutzik.com

**Ramzi Abadou -** ramzia@csgrr.com

1. **Timothy Alan DeLange -** timothyd@blbglaw.com
2. **Aaron H. Darsky -** adarsky@schubert-reed.com
3. **Willem F. Jonckheer -** wjonckheer@schubert-reed.com
4. **Darren T. Kaplan -** dkaplan@chitwoodlaw.com
5. **Gregory E. Keller -** gkeller@chitwoodlaw.com
6. **James M. Wilson -** JWilson@chitwoodlaw.com
7. **Martin D. Chitwood -** MChitwood@chitwoodlaw.com