Clerk's Use Only

Initial for fee pd.:

_____

James M. Hughes
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843)216-9000

**FILED**

08 JUL 10 PM 2: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

Plaintiff(s),

v.

Defendant(s).          /

**CASE NO.** C 07-6140 MHP

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James M. Hughes                  , an active member in

good standing of the bar of  the State of South Carolina                  , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Israeli Inst'l Investor Group          in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

James Oberman, Kazan, McCalin, Abrams, Lyons Greenwood & Harley, PLC,
171 Twelfth St., 3d Floor, Oakland, CA  94607

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  *July 8, 2008*                  *James M. Hughes*

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021141
Cashier ID: bucklem
Transaction Date: 07/10/2008
Payer Name: motley rice

PRO HAC VICE
 For: james m hughes
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: joseph f rice
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00

CHECK
 Check/Money Order Num: 37108
 Amt Tendered: $420.00

Total Due:    $420.00
Total Tendered: $420.00
Change Amt:   $0.00

c07-6140mhp

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.