RECEIVED

08 JUL 10 PM 2:20

UNITED STATES DISTRICT COURT

Northern District of California

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

**CASE NO. C 07-6140 MHP**

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).
_____/

James M. Hughes ▣ , an active member in good standing of the bar of

the State of South Carolina ▣ whose business address and telephone number

(particular court to which applicant is admitted)

is

MOTLEY RICE LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC  29464, (843) 216-9000

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the Israeli Institutional Investor Group ▣ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____

United States District       Judge

UNITED STATES DISTRICT COURT
For the Northern District of California