| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843)216-9000

FILED
08 JUL 10 PH 2: 20
RICHARD W. [WIEKING]
CLERK U.S. [...]
[...] DISTRICT COURT
[...] OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

                    Plaintiff(s),

            v.

                    Defendant(s).

CASE NO. C 07-6140 MHP

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Joseph F. Rice, an active member in good standing of the bar of South Carolina, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Israeli Inst'l Investor Group in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

James Oberman, Kazan, McClain, Abrams, Lyons, Greenwod & Harley, PLC
171 Twelfth St., 3rd Floor, Oakland, CA 94607

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/9/08