DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021141
Cashier ID: bucklem
Transaction Date: 07/10/2008
Payer Name: motley rice

PRO HAC VICE
 For: james m hughes
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: joseph f rice
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 37106
 Amt Tendered:   $420.00

Total Due:       $420.00
Total Tendered:  $420.00
Change Amt:      $0.00

c07-6140mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.