| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

William H. Narwold
MOTLEY RICE LLC
One Corporate Center, 20 Church St., 17th Floor
Hartford, CT 06103
(860) 882-1681

FILED
08 JUL 10 PM 2:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

Plaintiff(s),

CASE NO. C 07-6140 MHP

v.

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

Pursuant to Civil L.R. 11-3, William H. Narwold, an active member in good standing of the bar of Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Israeli Inst'l Investor Group in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
James Oberman, Kazan, McClain, Abrams, Lyons, Greenwod & Harley, PLC
171 Twelfth St., 3rd Floor, Oakland, CA 94607

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/09/08                                                                    [signature]

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021140
Cashier ID: bucklen
Transaction Date: 07/10/2008
Payer Name: motley rice
----------------------------------------
PRO HAC VICE
 For: william h narwold
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 1215
 Amt Tendered: $210.00
----------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c07-6140mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```