RECEIVED
08 JUL 10 PM 2:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

CASE NO. C 07-6140 MHP

Plaintiff(s),

v.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

William H. Narwold ☐ , an active member in good standing of the bar of the State of Connecticut ☐ whose business address and telephone number (particular court to which applicant is admitted) is

MOTLEY RICE LLC, One Corporate Center, 20 Church Street, 17th Floor, Hartford, CT 06103 (860) 882-1681
,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Israeli Institutional Investor Group ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Marilyn Hall Patel
United States District   Judge