RECEIVED
08 JUL 10 PM 2:20

**UNITED STATES DISTRICT COURT**

**Northern District of California**

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION

CASE NO. C 07-6140 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),

v.

Defendant(s).

---

James M. Hughes, an active member in good standing of the bar of the State of South Carolina whose business address and telephone number (particular court to which applicant is admitted) is

MOTLEY RICE LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464, (843) 216-9000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Israeli Institutional Investor Group.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 22, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel