<pre>
                        UNITED STATES DISTRICT COURT
                        Northern District of California


IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION
                                              CASE NO.  C 07-6140 MHP

                                                  (Proposed)
               Plaintiff(s),                 ORDER GRANTING APPLICATION
       v.                                    FOR ADMISSION OF ATTORNEY
                                             PRO HAC VICE


               Defendant(s).
                                        /

Joseph F. Rice                      , an active member in good standing of the bar of
the State of South Carolina         whose business address and telephone number
(particular court to which applicant is admitted)
is
MOTLEY RICE LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC  29464, (843) 216-9000

                                                                                   ,

having applied in the above-entitled action for admission to practice in the Northern District of
California on a pro hac vice basis, representing the Israeli Institutional Investor Group          .
       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac
vice. Service of papers upon and communication with co-counsel designated in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, Electronic Case Filing.


Dated: July 22, 2008
</pre>



IT IS SO ORDERED
Judge Marilyn H. Patel