1   Reed R. Kathrein (139304)
    Peter E. Borkon (212596)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, CA 94710
    Telephone: (510) 725-3000
4   Facsimile: (510) 725-3001
    reed@hbsslaw.com
5   peterb@hbsslaw.com

6   Lewis S. Kahn (*Pro Hac Vice)*
    KAHN GAUTHIER SWICK, LLC
7   650 Poydras Street, Suite 2150
    New Orleans, LA  70130
8   Telephone: (504) 455-1400
    Facsimile: (504) 455-1498
9   lewis.kahn@kgscounsel.com

10  Attorneys for Plaintiff

11

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16  IN RE VERIFONE HOLDINGS, INC.        )   Master File No. C 07-6140 MHP
    SECURITIES LITIGATION                )
17                                        )   CLASS ACTION
                                          )
18                                        )   NOTICE OF WITHDRAWAL AS
                                          )   COUNSEL OF RECORD AND
19                                        )   [PROPOSED] ORDER GRANTING
    This Document Relates To: All Actions )   WITHDRAWAL
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                        )
                                          )
24  _____)

25

26

27

28

    No. 07-6237 MHP

    010006-13  256561 V1

1          1.          WHEREAS, on February 4, 2008, WestEnd Capital Management, LLC

2   ("WestEnd") filed a motion seeking to be appointed as Lead Plaintiff and for approval of Hagens

3   Berman Sobol Shapiro LLP ("Hagens Berman") and Kahn Gauthier Swick, LLC as Co-Lead

4   Counsel;

5          2.          WHEREAS, that same day six competing motions were filed seeking to appoint

6   other movants as Lead Plaintiff and for approval of their selected Lead Counsel;

7          3.          WHEREAS, on March 17, 2008, the Court heard oral argument on the competing

8   motions to appoint Lead Plaintiff and approve Lead Plaintiffs' selection of Lead Counsel;

9          4.          WHEREAS,  WestEnd was provided with notice of Hagens Berman's intention to

10  withdraw from representing WestEnd in this case in advance of this filing and all parties to this

11  case have been provided with notice of Hagens Berman's intention to withdraw from representing

12  WestEnd in accordance with Local Rule 11-5;

13         5.          WHEREAS, WestEnd will continue to be represented by Kahn Gauthier Swick

14  LLC;

15         NOW, THEREFORE Hagens Berman respectfully submits this Notice of Withdrawal and

16  Proposed Order allowing them to withdraw as counsel of record for WestEnd.

Dated: August 12, 2008                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By: /s/ Reed R. Kathrein
                                               REED R. KATHREIN

                                          Reed R. Kathrein (139304)
                                          Peter E. Borkon (212596)
                                          715 Hearst Avenue, Suite 202
                                          Berkeley, CA  94710
                                          Telephone:  (510) 725-3000
                                          Facsimile:  (510) 725-3001
                                          reed@hbsslaw.com
                                          peterb@hbsslaw.com

NOTICE OF WITHDRAWAL AND
[PROPOSED] ORDER – No. 07-6237 MHP                    - 1 -

010006-13  256561 V1

**PROPOSED ORDER**

Pursuant to Local Rule 11-5, the Court grants Hagens Berman Sobol Shapiro LLP's request

to be relieved as counsel of record for WestEnd Capital Management LLC in this consolidated

action.  WestEnd Capital Management LLC shall continue to be represented by Kahn Gauthier

Swick, LLC.

IT IS SO ORDERED.

_____

Hon. Marilyn Hall Patel
United States District Court Judge

- 3 -

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on August 12, 2008 I electronically filed the foregoing with the Clerk

3    of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5    that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6    CM/ECF participants indicated on the attached Manual Notice List.

7

8                                             /s/ Reed R. Kathrein
                                             REED R. KATHREIN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     NOTICE OF WITHDRAWAL AND
      [PROPOSED] ORDER  - No. 07-6237 MHP                      - 3 -

     010006-13  256561 V1

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,mmetzger@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com

- **William H. Narwold**
  bnarwold@motleyrice.com

- **James Lyndon Oberman**
  joberman@kazanlaw.com,efile@kmesa.com,mramirez@kmesa.com

- **Vincent Ian Parrett**

vparrett@motleyrice.com,MRECF@motleyrice.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use
your mouse to select and copy this list into your word processing program in order to create notices or labels for
these recipients.

- (No manual recipients)