1   Reed R. Kathrein (139304)
    Peter E. Borkon (212596)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, CA  94710
    Telephone:  (510) 725-3000
4   Facsimile:  (510) 725-3001
    reed@hbsslaw.com
5   peterb@hbsslaw.com

6   Steve W. Berman
    HAGENS BERMAN SOBOL SHAPIRO LLP
7   1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
8   Telephone:  (206) 623-7292
    Facsimile:  (206) 623-0594
9   steve@hbsslaw.com

10  Eran Rubinstein (*Pro Hac Vice*)
    Susan Boltz Rubinstein (*Pro Hac Vice*)
11  HAGENS BERMAN SOBOL SHAPIRO LLP
    410 Park Avenue, Suite 1530
12  New York, NY  10022
    Telephone:  (212) 231-8378
13  Facsimile:  (212) 231-8379
    eranr@hbsslaw.com
14  susanr@hbsslaw.com

15  *Attorneys for the Israeli Institutional Investor Group*

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19

20  IN RE VERIFONE HOLDINGS, INC.        )   Master File No. C 07-6140 MHP
    SECURITIES LITIGATION                )
21                                       )   CLASS ACTION
                                         )
22                                       )   NOTICE OF FIRM AFFILIATION AND
                                         )   FURTHER INFORMATION IN
23                                       )   SUPPORT OF MOTION TO APPOINT
    This Document Relates To: All Actions )   LEAD PLAINTIFF AND APPROVE
24                                       )   LOCAL COUNSEL
                                         )
25                                       )
                                         )
26                                       )
                                         )
27  _____ )

28
    NO. 07-CV-6140

    010006-13  254622 V1

1    TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    WHEREAS, on July 3, 2008, the Israeli Institutional Investor Group specifically retained

3    Eran Rubinstein and Susan Boltz Rubinstein ("Rubinsteins"), along with Motley Rice LLC

4    ("Motley Rice"), to represent the Israeli Institutional Investor Group in this litigation.  The

5    retention letter was signed and stamped by each member of the Israeli Institutional Investor Group

6    and specifically asked that the Rubinsteins enter appearances on their behalf.

7    WHEREAS, the Rubinsteins have been actively involved with each member of the Israeli

8    Institutional Investor Group in the development and litigation of the lead plaintiff filings on behalf

9    of the Institutional Investor Group;

10    WHEREAS, on July 8, 2008, the Rubinsteins entered appearances on behalf of the Israeli

11    Institutional Investor Group as co-counsel with Motley Rice.

12    WHEREAS, since that time, the Rubinsteins have become affiliated with the law firm of

13    Hagens Berman Sobol Shapiro LLP ("Hagens Berman").

14    WHEREAS, the Israeli Institutional Investor Group has been advised of this change of

15    affiliation of the Rubinsteins, in writing, and were advised that this filing would be made.

16    WHEREAS, the Rubinsteins, as affiliated with Hagens Berman, continue to represent the

17    Israeli Institutional Investor Group as co-lead counsel with Motley Rice.

18    WHEREAS, accompanying this Notice of Firm Affiliation and Further Information in

19    Support of Motion to Appoint Lead Plaintiff and Approve Local Counsel is the Declaration of

20    Reed R. Kathrein in support, providing further details and the qualifications of the Hagens Berman

21    firm to be appointed co-lead counsel with Motley Rice.

22    PLEASE TAKE NOTICE that effective August 12, 2008, Eran Rubinstein and Susan Boltz

23    Rubinstein, counsel of record for proposed Lead Plaintiffs, the Israeli Institutional Investor Group,

24    are now affiliated with the law firm of Hagens Berman Sobol Shapiro LLP.  Copies of future

25    correspondence and service should be addressed as follows:

26    Eran Rubinstein
      Susan Boltz Rubinstein
27    HAGENS BERMAN SOBOL SHAPIRO LLP
      410 Park Avenue, Suite 1530
28    New York, NY  10022

1

Telephone: (212) 231-8378
Facsimile: (212) 231-8379
eranr@hbsslaw.com
susanr@hbsslaw.com

2

3

4

Reed R. Kathrein
Peter E. Borkon

5

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202

6

Berkeley, CA 94710
Telephone: (510) 725-3000

7

Facsimile: (510) 725-3001
reed@hbsslaw.com

8

peterb@hbsslaw.com

9

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP

10

1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

11

Telephone: (206) 623-7292
Facsimile: (206) 623-0594

12

steve@hbsslaw.com

13

Dated: August 12, 2008                    HAGENS BERMAN SOBOL SHAPIRO LLP

14

By: /s/ Reed R. Kathrein

15

REED R. KATHREIN

16

17

Reed R. Kathrein (139304)
Peter E. Borkon (212596)

18

715 Hearst Avenue, Suite 202
Berkeley, CA 94710

19

Telephone: (510) 725-3000
Facsimile: (510) 725-3001

20

reed@hbsslaw.com
peterb@hbsslaw.com

21

Steve W. Berman

22

HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

23

Seattle, WA 98101
Telephone: (206) 623-7292

24

Facsimile: (206) 623-0594
steve@hbsslaw.com

25

Eran Rubinstein

26

Susan Boltz Rubinstein
HAGENS BERMAN SOBOL SHAPIRO LLP

27

410 Park Avenue, Suite 1530
New York, NY 10022

28

Telephone: (212) 231-8378

NOT. OF FIRM AFFILIATION                    - 2 -
NO. 07-CV-6140
010006-13 254622 V1

1

Facsimile:  (212) 231-8379
eranr@hbsslaw.com

2

susanr@hbsslaw.com

3

*Attorneys for the Israeli Institutional Investor Group*

4

    I, Reed R. Kathrein, am the ECF User whose ID and password are being used to file this

5

NOTICE OF FIRM AFFILIATION AND FURTHER INFORMATION IN SUPPORT OF
MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LOCAL COUNSEL.  In

6

compliance with General Order 45, X.B., I hereby attest that Eran Rubinstein and Susan Boltz
Rubinstein have concurred in this filing.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5   that I have mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7

8                                              /s/ Reed R. Kathrein
                                             REED R. KATHREIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,mmetzger@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com

- **William H. Narwold**
  bnarwold@motleyrice.com

- **James Lyndon Oberman**
  joberman@kazanlaw.com,efile@kmesa.com,mramirez@kmesa.com

- **Vincent Ian Parrett**

vparrett@motleyrice.com,MRECF@motleyrice.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use
your mouse to select and copy this list into your word processing program in order to create notices or labels for
these recipients.

- `(No manual recipients)`