1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA  94710
   Telephone:  (510) 725-3000
4  Facsimile:  (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Steve W. Berman
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
8  Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
9  steve@hbsslaw.com

10 Eran Rubinstein (*Pro Hac Vice*)
   Susan Boltz Rubinstein (*Pro Hac Vice*)
11 HAGENS BERMAN SOBOL SHAPIRO LLP
   410 Park Avenue, Suite 1530
12 New York, NY  10022
   Telephone:  (212) 231-8378
13 Facsimile:  (212) 231-8379
   eranr@hbsslaw.com
14 susanr@hbsslaw.com

15 *Attorneys for the Israeli Institutional Investor Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) ) ) ) ) This Document Relates To: All Actions ) ) ) ) ) ) ) ) | Master File No. C 07-6140 MHP<br><br>CLASS ACTION<br><br>DECLARATION OF REED R. KATHREIN IN SUPPORT OF NOTICE OF FIRM AFFILIATION AND FURTHER INFORMATION IN SUPPORT OF MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LOCAL COUNSEL |

010006-13  256436 V1

I, REED R. KATHREIN, declare as follows:

1. I am a member in good standing of the state bar of California. I am an attorney at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), proposed co-lead counsel with Motley Rice LLC for the Israeli Institutional Investor Group. I submit this declaration in support of the notice of firm affiliation and further information for motion to appoint lead plaintiff and approve local counsel.

2. Eran Rubinstein and Susan Rubinstein ("Rubinsteins") became affiliated with Hagens Berman, as Of Counsel, effective July 28, 2008.

3. The members of the Israeli Institutional Investor Group have been informed of this change of affiliation and were advised that a filing would be made with the Court concerning this change of affiliation. At the same time, the Israeli Institutional Investor Group was informed that this filing would address allegations raised in the recent filings by the Pomerantz firm regarding the Rubinsteins, and qualifications of the Rubinsteins, to litigate this action.

4. I am informed that the Israeli Institutional Investor Group has met on numerous occasions by telephone and in person regarding this case and their representation in this case. I also am aware that representatives of the Israeli Institutional Investor Group have one another's contact information and have communicated in writing concerning this case, the filings in this case, and their representation.

5. The Rubinsteins have been actively involved with each member of the Israeli Institutional Investor Group in the development and litigation of the lead plaintiff filings on behalf of the Israeli Institutional Investor Group.

6. The Israeli Institutional Investor Group specifically reaffirmed its retention of the Rubinsteins on July 3, 2008 when, at the same time, it retained Motley Rice to act in a co-counsel capacity. That retention letter can be made available to the Court for review, if so asked.

7. On August 3, 2008, the Israeli Institutional Investor Group was informed, in writing, of the Rubinsteins' new affiliation and the fact that this filing would be made.

8. Hagens Berman, with whom the Rubinsteins are now affiliated, is well qualified to approve as co-lead counsel for the class if the Israeli Institutional Investor Group, or any of its

1   members, are appointed lead plaintiff.  This Court is familiar with the qualifications of many of its

2   attorneys from prior cases and that the firm works well with the Court.  Attached as Exhibit A is

3   the Hagens Berman firm resume.

4         9.     In addition, Hagens Berman has offices in the San Francisco area (Berkeley) which

5   will aid in appearances before this Court, Defendants and witnesses.

6        10.    Finally, Hagens Berman has worked with Motley Rice in the past and has a good

7   working relationship with that firm.

8        I declare, under penalty of perjury of the laws of the United States, that the foregoing is

9   true and correct to the best of my knowledge.

10        Executed this 12th day of August, 2008.

11                                          /s/ Reed R. Kathrein
                                         REED R. KATHREIN

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                  /s/ Reed R. Kathrein
                                                  REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,mmetzger@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com

- **William H. Narwold**
  bnarwold@motleyrice.com

- **James Lyndon Oberman**
  joberman@kazanlaw.com,efile@kmesa.com,mramirez@kmesa.com

- **Vincent Ian Parrett**

vparrett@motleyrice.com,MRECF@motleyrice.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)