Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:     (650) 697-6000
Facsimile:      (650) 697-0577

Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
Joshua B. Silverman
**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS LLP**
One North LaSalle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.
And Direct Investment House (Provident Funds) Ltd.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, | No. C 07-06140 MHP |
| | Honorable Marilyn Hall Patel Courtroom 15 |

**SUPPLEMENTAL SUBMISSION OF CLAL FINANCE BATUCHA INVESTMENT
MANAGEMENT, LTD. AND DIRECT INVESTMENT HOUSE (PROVIDENCE
FUNDS) LTD. REGARDING RECENT DEVELOPMENTS IN THIS ACTION**

1      Lead Plaintiff Movants Clal Finance Batucha Investment Management, Ltd. ("Clal") and

2  Direct Investment House (Providence Funds) Ltd. ("Direct") respectfully submit this supplemental

3  memorandum to advise the Court that Verifone Holdings, Inc. ("Verifone" or the "Company")

4  concluded its investigation of its previously announced accounting errors and has issued a

5  restatement.

6      The restatement for the nine months ended July 31, 2007 are found in the Company's Form

7  10Q/A (Amendment No.1), Note 2 "Restatement of Condensed Consolidated Financial Statements"

8  filed with the Securities and Exchange Commission on August 19, 2008 (annexed hereto as Exhibit

9  A).

10      Significantly, the Company found "no evidence that any period prior to fiscal year 2007

11  required restatement." This conclusion bolsters Clal and Direct's argument that the only appropriate

12  Class Period for determining the movants' financial interest in this litigation is March 1, 2007

13  through December 3, 2007.  As the first financial statement in the fiscal year 2007 occurred on

14  March 1, 2007, there are no facts before this Court to support any allegations that any of Verifone's

15  financial statements made prior to that date were false and misleading.  Accordingly, there is no basis

16  to extend the Class Period prior to March 1, 2007.

17

18  Dated: August 21, 2008

19                                  Respectfully Submitted,

20                                  **COTCHETT, PITRE & McCARTHY**

21                                  Joseph W. Cotchett
22                                  San Francisco Airport Office Center
                                    840 Malcolm Road, Suite 200
23                                  Burlingame, California  94010
                                    Telephone:    (650) 697-6000
24                                  Facsimile:    (650) 697-0577

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____/s/_____
Stanley M. Grossman
Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS, LLP**
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-866

Patrick V. Dahlstrom
Joshua B. Silverman
**POMERANTZ HAUDEK BLOCK**
  **GROSSMAN & GROSS, LLP**
One North LaSalle Street
Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**Attorneys for CLAL Finance**
**Batucha Investment Management, Ltd.**
**And Direct Investment House (Providence Funds) Ltd.**