1  Joseph W. Cotchett
   Steven N. Williams
2  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:  (650) 697-6000
4  Facsimile:  (650) 697-0577

5  Stanley M. Grossman                          Patrick V. Dahlstrom
   Marc I. Gross                                Joshua B. Silverman
6  Jeremy A. Lieberman                          **POMERANTZ HAUDEK BLOCK**
7  **POMERANTZ HAUDEK BLOCK**                   **GROSSMAN & GROSS LLP**
     **GROSSMAN & GROSS LLP**                   One North LaSalle Street
8  100 Park Avenue                              Suite 2225
   New York, New York 10017-5516                Chicago, Illinois 60602
9  Telephone: (212) 661-1100                    Telephone: (312) 377-1181
   Facsimile: (212) 661-8665                    Facsimile: (312) 377-1184
10
   **Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.**
11 **And Direct Investment House (Provident Funds) Ltd.**

12
                     **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**

14

15 IN RE VERIFONE HOLDINGS, INC.     )    No. C 07-06140 MHP
   SECURITIES LITIGATION,            )
16                                   )    Honorable Marilyn Hall Patel
                                     )    Courtroom 15
17 _____  )

18

19

20                         **CERTIFICATE OF SERVICE**

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing SUPPLEMENTAL SUBMISSION OF CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD. AND DIRECT INVESTMENT HOUSE (PROVIDENCE FUNDS) LTD. REGARDING RECENT DEVELOPMENTS IN THIS ACTION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record registered with the CM/ECF system.

This 21st day of August, 2008.

/s/ Liliana Vega
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-866