COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. 3:07-cv-06140-MHP CLASS ACTION |
| ) This Document Relates To: ) ) ALL ACTIONS. ) ) | STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE |

1    Pursuant to Civil L.R. 7-12, the parties hereby stipulate, and the Court hereby Orders, as follows:

1.    On February 5, 2008, this Court entered the parties' Stipulation and Order Consolidating Related Cases, providing that defendants shall respond to the consolidated complaint within 60 days after service.

2.    The Court's February 5, 2008 Order did not set deadlines for the filing of: (a) the consolidated complaint; (b) any opposition to defendants' motion to dismiss; or (c) defendants' reply in support of any motion to dismiss.

3.    The parties have met and conferred and agree on the following schedule for filing and briefing in connection with plaintiffs' consolidated complaint:

-    Deadline for plaintiffs to file the consolidated complaint: October 31, 2008

-    Deadline for defendants to file any motions to dismiss: December 31, 2008

-    Deadline for plaintiffs to oppose any motions to dismiss: February 20, 2009

-    Deadline for defendants to file any reply briefing: March 20, 2009

IT IS SO STIPULATED.

DATED: August 29, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
ELI R. GREENSTEIN


      /s/ Eli R. Greenstein
         ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
DONALD J. CAPUANO
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE
- 3:07-cv-06140-MHP                                                                                                                      - 1 -

| | |
|---|---|
| DATED: August 29, 2008 | SULLIVAN & CROMWELL LLP<br>BRENDAN P. CULLEN<br>SCOTT C. HALL |
| | /s/ Scott C. Hall<br>SCOTT C. HALL |
| | 1870 Embarcadero Road<br>Palo Alto, CA 94303-3308<br>Telephone: 650/461-5600<br>650/461-5700 (fax) |
| | SULLIVAN & CROMWELL LLP<br>MICHAEL H. STEINBERG<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310/712-6600<br>310/712-8800 (fax) |
| | Attorneys for Defendants |

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Establishing Briefing Schedule. In compliance with General Order No. 45, X.B., I hereby attest that Scott C. Hall has concurred in this filing.

/s/ Eli R. Greenstein
ELI R. GREENSTEIN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Verifone 07\STP00053729.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2008.

       /s/ Eli R. Greenstein
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: elig@csgrr.com

**Mailing Information for a Case 3:07-cv-06140-MHP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,mmetzger@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.com

- **William H. Narwold**
  bnarwold@motleyrice.com

- **James Lyndon Oberman**
  joberman@kazanlaw.com,efile@kmesa.com,mramirez@kmesa.com

- **Vincent Ian Parrett**
  vparrett@motleyrice.com,MRECF@motleyrice.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,mcompesi@cpmlegal.com,sgross@cpmlegal.com,medling@cpmlegal.cc

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)