1 | Reed R. Kathrein (139304)
  | Peter E. Borkon (212596)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
  | 715 Hearst Avenue, Suite 202
3 | Berkeley, CA 94710
  | Telephone: (510) 725-3000
4 | Facsimile: (510) 725-3001
  | reed@hbsslaw.com
5 | peterb@hbsslaw.com

6 | Lewis S. Kahn (*Pro Hac Vice*)
  | KAHN GAUTHIER SWICK, LLC
7 | 650 Poydras Street, Suite 2150
  | New Orleans, LA  70130
8 | Telephone: (504) 455-1400
  | Facsimile: (504) 455-1498
9 | lewis.kahn@kgscounsel.com

10 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | CLASS ACTION |
| | NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL |
| This Document Relates To: All Actions | |

No. 07-6237 MHP

010006-13 256561 V1

1. WHEREAS, on February 4, 2008, WestEnd Capital Management, LLC ("WestEnd") filed a motion seeking to be appointed as Lead Plaintiff and for approval of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Kahn Gauthier Swick, LLC as Co-Lead Counsel;

2. WHEREAS, that same day six competing motions were filed seeking to appoint other movants as Lead Plaintiff and for approval of their selected Lead Counsel;

3. WHEREAS, on March 17, 2008, the Court heard oral argument on the competing motions to appoint Lead Plaintiff and approve Lead Plaintiffs' selection of Lead Counsel;

4. WHEREAS, WestEnd was provided with notice of Hagens Berman's intention to withdraw from representing WestEnd in this case in advance of this filing and all parties to this case have been provided with notice of Hagens Berman's intention to withdraw from representing WestEnd in accordance with Local Rule 11-5;

5. WHEREAS, WestEnd will continue to be represented by Kahn Gauthier Swick LLC;

NOW, THEREFORE Hagens Berman respectfully submits this Notice of Withdrawal and Proposed Order allowing them to withdraw as counsel of record for WestEnd.

Dated: August 12, 2008               HAGENS BERMAN SOBOL SHAPIRO LLP

                                     By: /s/ Reed R. Kathrein
                                          REED R. KATHREIN

                                     Reed R. Kathrein (139304)
                                     Peter E. Borkon (212596)
                                     715 Hearst Avenue, Suite 202
                                     Berkeley, CA  94710
                                     Telephone:  (510) 725-3000
                                     Facsimile:  (510) 725-3001
                                     reed@hbsslaw.com
                                     peterb@hbsslaw.com

NOTICE OF WITHDRAWAL AND
[PROPOSED] ORDER – No. 07-6237 MHP           - 1 -

010006-13  256561 V1

1

**~~PROPOSED~~ ORDER**

Pursuant to Local Rule 11-5, the Court grants Hagens Berman Sobol Shapiro LLP's request to be relieved as counsel of record for WestEnd Capital Management LLC in this consolidated action. WestEnd Capital Management LLC shall continue to be represented by Kahn Gauthier Swick, LLC.

IT IS SO ORDERED.  9/3/2008



_____
United States District Judge
Judge Marilyn H. Patel

NOTICE OF WITHDRAWAL AND
[PROPOSED] ORDER - No. 07-6237 MHP

- 2 -

010006-13 256561 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Reed R. Kathrein
          REED R. KATHREIN

# Mailing Information for a Case 3:07-cv-06140-MHP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,cma@girardgibbs.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **James Michael Hughes**
  jhughes@motleyrice.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,mmetzger@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com

- **William H. Narwold**
  bnarwold@motleyrice.com

- **James Lyndon Oberman**
  joberman@kazanlaw.com,efile@kmesa.com,mramirez@kmesa.com

- **Vincent Ian Parrett**

vparrett@motleyrice.com,MRECF@motleyrice.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)