1  Joseph W. Cotchett
   Mark Molumphy
2  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:   (650) 697-6000
4  Facsimile:   (650) 697-0577

5  Stanley M. Grossman                     Patrick V. Dahlstrom
   Marc I. Gross                           Joshua B. Silverman
6  Jeremy A. Lieberman                     **POMERANTZ HAUDEK BLOCK**
   **POMERANTZ HAUDEK BLOCK**              **GROSSMAN & GROSS LLP**
7  **GROSSMAN & GROSS LLP**                One North LaSalle Street
   100 Park Avenue                         Suite 2225
8  New York, New York 10017-5516           Chicago, Illinois 60602
   Telephone: (212) 661-1100               Telephone: (312) 377-1181
9  Facsimile: (212) 661-8665               Facsimile: (312) 377-1184

10 Attorneys for Plaintiff CLAL Finance Batucha Investment Management Ltd.
   And Direct Investment House (Providence Funds) Ltd.
11

12                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
13

14 IN RE VERIFONE HOLDINGS, INC.      )
15 SECURITIES LITIGATION,             )
                                      )
                                      )   No. C 07-06140 MHP
16                                    )
                                      )
17 _____    )

18
19        **DECLARATION OF YOSSI ALHARAL IN SUPPORT OF**
          **CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD'S**
20        **MOTION FOR RECONSIDERATION OF THE AUGUST 22, 2008 ORDER**

21
22
23
24
25
26
27
28 DECLARATION OF YOSSI ALHARAL IN SUPPORT OF CLAL FINANCE BATUCHA INVESTMENT
   MANAGEMENT, LTD.'S MOTION FOR RECONSIDERATION OF THE AUGUST 22, 2008 ORDER

I, Yossi Alharal, declare and state as follows:

1. I submit this declaration in support of CLAL Finance Batucha Investment Management, Ltd.'s ("CLAL") Motion for Reconsideration of the Court' Order Appointing Lead Plaintiff in the above-referenced action dated August 22, 2008 ("August 22, 2008 Order" or "Order") (Docket Entry No. 155).

2. I am the Chief Executive Officer ("CEO") of CLAL. Prior to my appointment as CEO, I served as CLAL's Chief Operating Officer ("COO"). As CEO and COO, I have come to know the trading operations of CLAL with respect to investments in Verifone Holdings, Inc. ("Verifone") common stock.

3. On March 17, 2008, I was present before the Court during the oral argument on the competing motions for Lead Plaintiff in this action. I was introduced to the Court and assisted counsel in answering questions posed by the Court regarding CLAL's Lead Plaintiff motion, in general, and CLAL's trading and portfolio, specifically.

4. None of the trades in Verifone common stock for Account 248004, referenced in the Order at page 15, were executed as part of a "day trading" strategy or executed by a day trader.

5. None of the trades in Verifone common stock in any of the accounts submitted by CLAL in support of its motion for appointment as lead counsel were executed as part of a "day trading" strategy or executed by a "day trader." Indeed, CLAL did not employ any "day trading" strategies for accounts that purchased or sold Verifone common stock during the Class Period.

6. All of the transactions by CLAL in Verifone common stock during the Class Period were made in consideration of the price of Verifone common stock and Verifone's public

DECLARATION OF YOSSI ALHARAL IN SUPPORT OF CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD.'S MOTION FOR RECONSIDERATION OF THE AUGUST 22, 2008 ORDER

statements and filings made to the United States Securities and Exchange Commission, as well as analyst reports covering Verifone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___4___ day of September, 2008, in Tel Aviv, Israel.

_____
Yossi Alharal
Chief Executive Officer
*CLAL Finance Batucha Investment Management, Ltd.*

DECLARATION OF YOSSI ALHARAL IN SUPPORT OF CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD.'S MOTION FOR RECONSIDERATION OF THE AUGUST 22, 2008 ORDER         -2-