1  JORDAN ETH (State Bar No. 121617)
   D. ANTHONY RODRIGUEZ (State Bar No. 162587)
2  BRIAN L. LEVINE (State Bar No. 246726)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
5  jeth@mofo.com
   trodriguez@mofo.com
6  blevine@mofo.com

7
   Attorneys for Defendant
8  BARRY ZWARENSTEIN

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13

14 | In re VERIFONE HOLDINGS, INC.         Master File No. 3:07-cv-06140-MHP
   | SECURITIES LITIGATION,
15 |                                       CLASS ACTION

16 | This Document Relates to:             **NOTICE OF SUBSTITUTION OF COUNSEL**

17 |     ALL ACTIONS.                      .
                                           Courtroom: 15, 18th Floor
18 |                                       Judge:     Hon. Marilyn H. Patel

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL,
CASE NO. 3:07-cv-06140-MPH
pa-1309526

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that, effective immediately, counsel of record for defendant Barry Zwarenstein has changed. Barry Zwarenstein hereby substitutes Jordan Eth, D. Anthony Rodriguez, and Brian L. Levine of the law firm of Morrison & Foerster LLP, 425 Market Street San Francisco, California, 94105, in place of Brendan P. Cullen, Scott C. Hall, and Sverker K. Hogberg of Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California, 94303, as his attorneys of record in this action.

Dated:  December 31, 2008

By  /s/ Barry Zwarenstein
Barry Zwarenstein

The following attorneys accept this substitution of counsel:

Dated: December 31, 2008           MORRISON & FOERSTER LLP

By  /s/ Jordan Eth
Jordan Eth

Dated: December 31, 2008           SULLIVAN & CROMWELL LLP

By  /s/ Brendan P. Cullen
Brandon P. Cullen

E-Filing Attestation: I, Jordan Eth, am the ECF User whose ID and password are being used to file this Substitution of Counsel. In compliance with General Order 45, X.B., I hereby attest that Barry Zwarenstein and his counsel at Sullivan & Cromwell LLP have concurred in this filing.

**ORDER**

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated:  1/5/2009

The H[on.]
UNITED STA[TES] [JU]DGE

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF SUBSTITUTION OF COUNSEL,    1
CASE NO. 3:07-cv-06140-MPH
pa-1309526