Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, WILLIAM G. ATKINSON
and CRAIG A. BONDY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.<br><br>CV 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY BRIEF LENGTH**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br>Hearing Date: April 20, 2009<br>Hearing Time: 2:00 p.m. |

1  Whereas, on December 31, 2008, Defendants VeriFone Holdings, Inc., Douglas Bergeron,
2  William Atkinson and Craig Bondy filed a motion to dismiss the consolidated class action complaint
3  ("VeriFone Motion to Dismiss");
4  Whereas, on December 31, 2008 Defendant Barry Zwarenstein filed a motion to dismiss
5  the consolidated class action complaint ("Zwarenstein Motion to Dismiss");
6  Whereas, on February 17, 2009, the parties agreed and stipulated to permit Plaintiff to
7  file a combined omnibus brief in opposition to the VeriFone Motion to Dismiss and the Zwarenstein
8  Motion to Dismiss, not to exceed forty (40) pages, rather than filing two briefs of twenty-five (25) pages;
9  Whereas, on February 20, 2009, Plaintiff filed its omnibus opposition to defendants'
10  motion to dismiss ("Plaintiff's Opposition");
11  Whereas, pursuant to Civil Local Rule 7-3(c), Defendants VeriFone, Bergeron, Atkinson
12  and Bondy are permitted to file a reply brief or memorandum in response to Plaintiff's Opposition, not
13  to exceed fifteen (15) pages of text;
14  Whereas, Plaintiff has agreed that it has no objection to Defendants VeriFone, Bergeron,
15  Atkinson and Bondy filing a reply brief not to exceed twenty (20) pages of text.
16  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
17  and Defendants, by and through their respective counsel, that:
18  The reply brief of Defendants VeriFone, Bergeron, Atkinson and Bondy will not exceed
19  twenty (20) pages of text.
20  IT IS SO STIPULATED.

21  Dated: March 16, 2009

COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS LLP
CHRISTOPHER P. SEEFER
ELI R. GREENSTIEN

/s/
Eli R. Greenstein

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

Lead Counsel for Plaintiffs

| | |
|---|---|
| Dated: March 16, 2009 | SULLIVAN & CROMWELL LLP<br>BRENDAN P. CULLEN<br>SCOTT C. HALL |
| | /s/<br>―――――――――――――――――<br>Brendan P. Cullen |
| | 1870 Embarcadero Road<br>Palo Alto, CA  94303-3308<br>Telephone: 650/461-5600<br>Facsimile: 650/461-5700 |
| | Attorneys for Defendants VeriFone Holdings, Inc., Douglas Bergeron, William Atkinson and Craig Bondy |

I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY BRIEF LENGTH.  In compliance with General Order 45, X.B., I hereby attest that Eli. R. Greenstein concurred in this filing.

/s/
―――――――――――――――――
Brendan P. Cullen

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 3/17/2009



_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE