Joseph F. Rice
jrice@motleyrice.com
James M. Hughes
jhughes@motleyrice.com
Vincent I. Parrett (CA Bar No. 237563)
vparrett@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9450

William H. Narwold
bnarwold@motleyrice.com
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel: (860) 882-1681
Fax: (860) 882-1682

*Proposed Lead Counsel for the Israeli Institutional Investor Group*

Philip A. Harley (CA Bar No. 147407)
pharley@kazanlaw.com
James Oberman (CA Bar No. 120938)
joberman@kazanlaw.com
KAZAN, McCLAIN, ABRAMS,
LYONS, GREENWOOD &
HARLEY, PLC
171 Twelfth Street, 3rd Floor
Oakland, CA  94607
Tel: (510) 302-1000
Fax: (510) 835-4913

*Proposed Liaison Counsel for the Israeli Institutional Investor Group*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. C 07-6140 MHP |
| | **CLASS ACTION** |
| This Document Relates To: | [~~PROPOSED~~] **ORDER EFFECTING CONSENT WITHDRAWAL** |
| All Actions | |
| | JUDGE: Hon. Marilyn Hall Patel |

The Court has reviewed the motion of James Oberman, counsel for former lead plaintiff movant Israeli Institutional Investor Group ("IIIG"), for an Order granting his and other associated counsels' withdrawal from the above-captioned case. Given that the Court has denied movant IIIG's

motion to be appointed lead plaintiff, and that the class will continue to be represented by Court-appointed lead counsel Coughlin Stoia Geller Rudman & Robbins LLP, the Court hereby Grants the motion and directs the clerk to remove the following attorneys from the service list:

Joseph F. Rice
James M. Hughes
Vincent I. Parrett
William H. Narwold
Philip A. Harley
James Oberman

**SO ORDERED.**

Dated: 3/19/2009

