1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  CHRISTOPHER P. SEEFER (201197)
   ELI R. GREENSTEIN (217945)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  chriss@csgrr.com
   elig@csgrr.com
6
   Lead Counsel for Plaintiffs
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  In re VERIFONE HOLDINGS, INC.   )   Master File No. 3:07-cv-06140-MHP
    SECURITIES LITIGATION           )
                                    )   CLASS ACTION
11                                  )
    This Document Relates To:       )   STIPULATION AND [PROPOSED] ORDER
12                                  )   REGARDING THE AMENDED
       ALL ACTIONS.                 )   CONSOLIDATED COMPLAINT AND
                                    )   BRIEFING SCHEDULE
13

1        WHEREAS, on May 26, 2009, this Court issued a Memorandum & Order Re: Defendants'
2   Motion to Dismiss that granted defendants' motions to dismiss with leave to amend and directed
3   plaintiffs to file an amended complaint within 30 days of the date of the order; and
4        WHEREAS, the parties have met and conferred and agreed, subject to Court approval, to a
5   schedule for the filing of the amended complaint and defendants' responses thereto;
6        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
7   through their undersigned counsel, as follows:
8        1.   Plaintiff shall file and serve the amended consolidated complaint on July 24, 2009;
9        2.   Defendants shall file and serve their motions to dismiss the amended consolidated
10  complaint on September 4, 2009;
11       3.   Plaintiff shall file and serve its opposition to defendants' motions to dismiss the
12  amended consolidated complaint on October 9, 2009;
13       4.   Defendants shall file and serve their replies in support of their motions to dismiss the
14  amended consolidated complaint on November 6, 2009; and
15       5.   The hearing on defendants' motions to dismiss the amended consolidated complaint
16  shall be on November 20, 2009 at 2:00 p.m.
17       IT IS SO STIPULATED.

DATED: June 4, 2009                    COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                       CHRISTOPHER P. SEEFER
                                       ELI R. GREENSTEIN


                                            /s/ Christopher P. Seefer
                                       CHRISTOPHER P. SEEFER

                                       100 Pine Street, Suite 2600
                                       San Francisco, CA 94111
                                       Telephone: 415/288-4545
                                       415/288-4534 (fax)

                                       Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING THE AMENDED CONSOLIDATED
COMPLAINT AND BRIEFING SCHEDULE - 3:07-cv-06140-MHP                              - 1 -

| | | |
|---|---|---|
| 1 | DATED:  June 4, 2009 | SULLIVAN & CROMWELL LLP<br>BRENDAN P. CULLEN<br>SCOTT C. HALL |

                                                        /s/ Scott C. Hall
                                                    SCOTT C. HALL

1870 Embarcadero Road
Palo Alto, CA  94303-3308
Telephone: 650/461-5600
650/461-5700 (fax)

SULLIVAN & CROMWELL LLP
MICHAEL H. STEINBERG
1888 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: 310/712-6600
310/712-8800 (fax)

Attorneys for Defendants VeriFone Holdings, Inc., Douglas G. Bergeron, William G. Atkinson and Craig A. Bondy

DATED:  June 4, 2009                         MORRISON & FOERSTER LLP
                                                                               JORDAN ETH
                                                                                 D. ANTHONY RODRIGUEZ
                                                                                 BRIAN L. LEVINE

                                                          /s/ Jordan Eth
                                                            JORDAN ETH

425 Market Street
San Francisco, CA  94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendant Barry Zwarenstein

       I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Amended Consolidated Complaint and Briefing Schedule.  In compliance with General Order No. 45, X.B., I hereby attest that Scott C. Hall and Jordan Eth have concurred in this filing.

                                                            /s/ Christopher P. Seefer
                                                            CHRISTOPHER P. SEEFER

1                                    *     *     *

2                                **O R D E R**

3           PURSUANT TO STIPULATION, IT IS SO ORDERED

4

5    DATED: June 5, 2009                    _____
                                            THE HONORABLE MARILYN H. PATEL
6                                           UNITED STATES DISTRICT JUDGE

7    S:\casesSD\verifone 07\STP00059867.doc

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2009.

   s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: chriss@csgrr.com

STIPULATION AND [PROPOSED] ORDER REGARDING THE AMENDED CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE - 3:07-cv-06140-MHP - 4 -

**Mailing Information for a Case 3:07-cv-06140-MHP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,derekw@johnsonbottini.com,paralegal@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com

- **Eli Greenstein**
  e_file_sf@csgrr.com,Elig@csgrr.com,e_file_sd@csgrr.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,gohn@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,cpeplinski@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,mcompesi@cpmlegal.com,pmenzel@cpmlegal.con

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`