1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  CHRISTOPHER P. SEEFER (201197)
   ELI R. GREENSTEIN (217945)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  chriss@csgrr.com
   elig@csgrr.com
6
   Lead Counsel for Plaintiffs
7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

| | | |
|---|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 3:07-cv-06140-MHP <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [PROPOSED] ORDER STAYING PENDING DEADLINES UNTIL COMPLETION OF MEDIATION |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

1   WHEREAS, on May 26, 2009, this Court issued a Memorandum & Order Re: Defendants' Motion to Dismiss that granted defendants' motions to dismiss with leave to amend and directed plaintiffs to file an amended complaint within 30 days;

WHEREAS, on June 5, 2009, the Court signed the parties' Stipulation and [Proposed] Order Regarding the Amended Consolidated Complaint and Briefing Schedule ("Stipulated Order") adopting the following deadlines in connection with the filing of plaintiffs' amended consolidated complaint:

1. Plaintiffs' amended consolidated complaint due: July 24, 2009;
2. Defendants' motions to dismiss due: September 4, 2009;
3. Plaintiffs' opposition to defendants' motions to dismiss due: October 9, 2009;
4. Defendants' replies due: November 6, 2009; and
5. Hearing on defendants' motions to dismiss: November 20, 2009 at 2:00 p.m.;

WHEREAS, subsequent to the June 5, 2009 Stipulated Order, the parties met and conferred and agreed to make a good faith effort at mediation;

WHEREAS, the parties have agreed to a mediator, Judge William J. Cahill (Ret.), and are currently scheduling the mediation for the week of October 5, 2009;

WHEREAS, the parties believe it is reasonable to stay all current deadlines pending completion of the mediation to avoid expending additional time and resources of both the Court and the parties that may become unnecessary if the mediation is successful; and

WHEREAS, in the event the mediation is unsuccessful, the parties will meet and confer and submit to the Court a revised schedule with the same briefing intervals as the schedule adopted by the Court above.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, as follows:

1. All current deadlines set forth in the Court's June 5, 2009 Stipulated Order are hereby stayed until the completion of the parties mediation; and

2.   In the event the mediation is unsuccessful, the parties shall submit a stipulation and [proposed] order with a revised schedule of deadlines in connection with plaintiffs' consolidated amended complaint.

IT IS SO STIPULATED.

DATED: July 2, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER
ELI R. GREENSTEIN

_____/s/_____
ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

DATED: July 2, 2009

SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
SCOTT C. HALL

_____/s/_____
BRENDAN P. CULLEN

1870 Embarcadero Road
Palo Alto, CA 94303-3308
Telephone: 650/461-5600
650/461-5700 (fax)

SULLIVAN & CROMWELL LLP
MICHAEL H. STEINBERG
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/712-6600
310/712-8800 (fax)

Attorneys for Defendants VeriFone Holdings, Inc., Douglas G. Bergeron, William G. Atkinson and Craig A. Bondy

| | | |
|---|---|---|
| 1 | DATED: July 2, 2009 | MORRISON & FOERSTER LLP<br>JORDAN ETH |
| 2 | | D. ANTHONY RODRIGUEZ<br>BRIAN L. LEVINE |

/s/
JORDAN ETH

425 Market Street
San Francisco, CA  94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendant Barry Zwarenstein

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Amended Consolidated Complaint and Briefing Schedule.  In compliance with General Order No. 45, X.B., I hereby attest that Brendan P. Cullen and Jordan Eth have concurred in this filing.

/s/
ELI R. GREENSTEIN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 7, 2009                           _____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel (seal: United States District Court, Northern District of California)*

S:\CasesSD\Verifone 07\sTP00060316.doc

STIPULATION AND [PROPOSED] ORDER STAYING PENDING DEADLINES UNTIL
COMPLETION OF MEDIATION - 3:07-cv-06140-MHP                                                          - 3 -

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I hereby certify that on July 2, 2009, I electronically filed the foregoing with the Clerk of the

3 Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4 denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5 foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6 indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on July 2, 2009.

            /s/
        ELI R. GREENSTEIN

        COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
        100 Pine Street, 26th Floor
        San Francisco, CA 94111
        Telephone: 415/288-4545
        415/288-4534 (fax)

        E-mail: Elig@csgrr.com

**Mailing Information for a Case 3:07-cv-06140-MHP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@btkmc.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,brett@johnsonbottini.com,derekw@johnsonbottini.com,paralegal@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com

- **Eli Greenstein**
  e_file_sf@csgrr.com,Elig@csgrr.com,e_file_sd@csgrr.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,gohn@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,cpeplinski@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,mcompesi@cpmlegal.com,pmenzel@cpmlegal.

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)