1 | Robert A. Sacks (SBN 150146)
  | (sacksr@sullcrom.com)
2 | SULLIVAN & CROMWELL LLP
  | 1888 Century Park East
3 | Los Angeles, California  90067
  | Telephone:     (310) 712-6600
4 | Facsimile:     (310) 712-8800

5 | Brendan P. Cullen (SBN 194057)
  | (cullenb@sullcrom.com)
6 | Scott C. Hall (SBN 232492)
  | (halls@sullcrom.com)
7 | Sverker K. Hogberg (SBN 244640)
  | (hogbergs@sullcrom.com)
8 | SULLIVAN & CROMWELL LLP
  | 1870 Embarcadero Road
9 | Palo Alto, California 94303
  | Telephone:     (650) 461-5600
10 | Facsimile:     (650) 461-5700

11 | Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   | DOUGLAS G. BERGERON, WILLIAM G. ATKINSON
12 | and CRAIG A. BONDY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. |
|---|---|---|
| This Document Relates To: | ) ) | CV 07-6140 MHP |
| ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br>Hearing Date: April 19, 2010<br>Hearing Time: 2:00 p.m. |

S<small>ULLIVAN</small>
&
C<small>ROMWELL LLP</small>

1

STIPULATION ESTABLISHING BRIEFING SCHEDULE
C<small>ASE</small> N<small>O</small>. CV 07-6140 MHP

1    WHEREAS, on May 26, 2009, the Court granted Defendants' motion to dismiss
2 Plaintiff's consolidated class action complaint, allowing Plaintiff leave to amend its complaint within
3 thirty (30) days;
4    WHEREAS, on June 5, 2009, the Court signed the parties' Stipulation and [Proposed]
5 Order Regarding the Amended Consolidated Complaint and Briefing Schedule;
6    WHEREAS, subsequent to June 5, 2009, the parties met and conferred and agreed to
7 make a good faith effort at mediation;
8    WHEREAS, on July 7, 2009, the Court signed the parties' Stipulation and [Proposed]
9 Order Staying Pending Deadlines Until Completion of Mediation;
10   WHEREAS, the mediation, held on October 8, 2009 before Judge William J. Cahill
11 (Ret.), was unsuccessful in resolving this Action;
12   WHEREAS, the parties in this Action have agreed to the same briefing schedule as the
13 one approved by the Court in the related shareholder derivative action, *In re VeriFone Holdings, Inc.*
14 *Shareholder Derivative Litigation,* No. C 07-06347 MHP (N.D. Cal.).
15   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff
16 and Defendants, by and through their respective counsel, that the parties adopt the following deadlines
17 in connection with the filing of Plaintiff's amended class action complaint:
18   1.   Plaintiff's amended complaint due on or before:  December 3, 2009;
19   2.   Defendants' motions to dismiss due on or before:  January 25, 2010;
20   3.   Plaintiff's opposition to defendants' motions to dismiss due on or before:
21        March 10, 2010;
22   4.   Defendants' replies due on or before:  March 25, 2010;
23   5.   Hearing on defendants' motions to dismiss:  April 19, 2009 at 2:00 p.m.
24   IT IS SO STIPULATED.

S<small>ULLIVAN</small>
&
C<small>ROMWELL LLP</small>

2

STIPULATION ESTABLISHING BRIEFING SCHEDULE
C<small>ASE</small> N<small>O.</small> C 07-6140 MHP

| | |
|---|---|
| Dated: October 29, 2009 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>CHRISTOPHER P. SEEFER<br>ELI R. GREENSTIEN |

/s/
Eli R. Greenstein

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
Facsimile: 415/288-4534

Lead Counsel for Plaintiffs

Dated: October 29, 2009                    SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
SCOTT C. HALL

/s/
Brendan P. Cullen

1870 Embarcadero Road
Palo Alto, CA  94303-3308
Telephone: 650/461-5600
Facsimile: 650/461-5700

Attorneys for Defendants VeriFone Holdings, Inc., Douglas Bergeron, William Atkinson and Craig Bondy

   I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY BRIEF LENGTH.  In compliance with General Order 45, X.B., I hereby attest that Eli R. Greenstein concurred in this filing.

/s/
Brendan P. Cullen

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____    _____
                                  THE HONORABLE MARILYN H. PATEL
                                  UNITED STATES DISTRICT JUDGE