COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
elig@csgrr.com
   – and –
PATRICK J. COUGHLIN (111070)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140-MHP <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF COMPLAINT AND MODIFICATION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties stipulate as follows:

WHEREAS, on November 3, 2009, this Court entered the parties' stipulated schedule for the filing of an amended complaint and corresponding briefing schedule for defendants' motions to dismiss. Docket No. 199;

WHEREAS, the stipulation set deadlines of December 3, 2009, for the filing of an amended complaint and January 25, 2010, for the filing of defendants' motions to dismiss;

WHEREAS, on December 3, 2009, plaintiff filed the First Amended Consolidated Complaint for Violations of the Federal Securities Laws. Docket No. 205;

WHEREAS, pursuant to a temporary tolling agreement between plaintiff and former VeriFone Holdings, Inc. supply-chain controller Paul Periolat ("Periolat"), plaintiff agreed to temporarily defer naming Periolat as a defendant, without prejudice. *See* Declaration of Eli R. Greenstein Pursuant to Civil Local Rule 6-2(a) in Support of Stipulation and [Proposed] Order, ¶¶3-6, filed herewith;

WHEREAS, plaintiff and Periolat have mutually agreed to terminate the tolling agreement;

WHEREAS, plaintiff will file a Second Amended Complaint in conjunction with this stipulation to add Periolat as a defendant in the case;

WHEREAS, in accordance with Federal Rule of Civil Procedure 15(a)(2), and by this stipulation, all current defendants hereby consent to plaintiff's amendment of the complaint to add Periolat as a defendant. *See* Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with ***the opposing party's written consent*** or the court's leave.") (emphasis added);

WHEREAS, Periolat's counsel has requested 45 days to respond or move to dismiss plaintiff's Second Amended Complaint;

WHEREAS, the current deadline of January 25, 2010 does not provide adequate time for Periolat to respond to the Second Amended Complaint;

WHEREAS, the parties, including proposed defendant Periolat, respectfully submit that modification of the current briefing schedule to coordinate Periolat's motion to dismiss with the motions of all other defendants would be more efficient, less costly and more convenient for the

1  Court and the parties. A modified briefing schedule would allow the Court to assess all motions at
2  the same time and hear all motions in one omnibus hearing; and
3      WHEREAS, a modification of the current briefing schedule will not impact or disrupt any
4  other deadlines in the case;
5      1.    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
6  through their undersigned counsel, that the current briefing schedule set forth in the November 3,
7  2009 stipulated order shall be modified as follows:

- Plaintiff's Second Amended Complaint due: January 19, 2010
- Defendants' motions to dismiss the Second Amended Complaint due: March 5, 2010
- Plaintiff's opposition to motions to dismiss due: April 19, 2010
- Defendants' replies due: May 3, 2010
- Hearing on defendants' motions to dismiss: May 17, 2010 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: January 12, 2010

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
ELI R. GREENSTEIN

                /s/
ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: January 12, 2010 | SULLIVAN & CROMWELL LLP |
| 2 | | BRENDAN P. CULLEN |
| | | SCOTT C. HALL |
| 3 | | SVERKER K. HOGBERG |

DATED: January 12, 2010                    SULLIVAN & CROMWELL LLP
                                            BRENDAN P. CULLEN
                                            SCOTT C. HALL
                                            SVERKER K. HOGBERG


                                                        /s/
                                            _____
                                                   BRENDAN P. CULLEN

                                            1870 Embarcadero Road
                                            Palo Alto, CA  94303-308
                                            Telephone: 650/461-5600
                                            650/461-5700 (fax)

                                            Attorneys for Defendants VeriFone Holdings,
                                            Inc., Douglas Bergeron, William Atkinson and
                                            Craig Bondy

DATED: January 12, 2010                     MORRISON & FOERSTER LLP
                                            JORDAN D. ETH
                                            D. ANTHONY RODRIGUEZ
                                            BRIAN L. LEVINE


                                                        /s/
                                            _____
                                                    JORDAN D. ETH

                                            425 Market Street
                                            San Francisco, CA  94105-2406
                                            Telephone: 415/268-7000
                                            415/268-7522 (fax)

                                            Attorneys for Defendant Barry Zwarenstein

DATED: January 12, 2010                     SHEARMAN & STERLING LLP
                                            PATRICK D. ROBBINS


                                                        /s/
                                            _____
                                                  PATRICK D. ROBBINS

                                            525 Market Street
                                            San Francisco, CA  94105
                                            Telephone: 415/616-1100
                                            415/616-1199 (fax)

                                            Attorneys for Defendant Paul Periolat

STIPULATION & [PROPOSED] ORDER ALLOWING AMENDMT OF COMPLAINT &
MODIFICATION OF BRIEFING SCHEDULE FOR DEFS' MTNS TO DISMISS - 3:07-cv-06140-MHP        - 3 -

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Amendment of Complaint and Modification of Briefing Schedule for Defendants' Motions to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Brendan P. Cullen, Jordan D. Eth and Patrick D. Robbins have concurred in this filing.

/s/
_____
ELI R. GREENSTEIN

\* \* \*

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 1/13/2010    _____
THE HON...
UNITED ST...

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2010.

       s/ Eli R. Greenstein
       ELI R. GREENSTEIN

       COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
       100 Pine Street, 26th Floor
       San Francisco, CA 94111
       Telephone: 415/288-4545
       415/288-4534 (fax)

       E-mail: elig@csgrr.com

## Mailing Information for a Case 3:07-cv-06140-MHP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,brett@johnsonbottini.com,derekw@johnsonbottini.com,paralegal@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejon@sullcrom.com,singhl@sullcrom.com,halls@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,sfs@girardgibbs.com

- **Eli Greenstein**
  e_file_sf@csgrr.com,Elig@csgrr.com,e_file_sd@csgrr.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jthigpen@cpmlegal.com,oszeto@cpmlegal.com,bgoldman@cpmlegal.com,jacosta@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,cpeplinski@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,mcompesi@cpmlegal.com,pmenzel@cpmlegal.

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)