```
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANFORD SVETCOV (36561)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
sandys@csgrr.com
elig@csgrr.com
        – and –
PATRICK J. COUGHLIN (111070)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com

Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 3:07-cv-06140-MHP<br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING CONSOLIDATED BRIEFING IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

512786_1

1   Pursuant to Civil L.R. 7-12, the parties hereby stipulate as follows:

2   1.   On January 14, 2010, this Court entered the parties' Stipulation and Order Regarding
3   Amendment of Complaint and Modification of Briefing Schedule for Defendants' Motions to
4   Dismiss;

5   2.   On January 19, 2010, plaintiff filed the Second Amended Consolidated Complaint for
6   Violations of the Federal Securities Laws;

7   3.   On March 5, 2010, defendants filed three separate motions to dismiss, as follows:
8   (1) defendants VeriFone Holdings, Inc., Douglas Bergeron, William Atkinson and Craig Bondy filed
9   one 25-page motion to dismiss; (2) defendant Barry Zwarenstein filed one 11-page motion to
10  dismiss; and (3) defendant Paul Periolat ("Periolat") filed one 21-page motion to dismiss;

11  4.   Defendants' respective motions to dismiss joined in and incorporated all other
12  motions by reference;

13  5.   The deadline for plaintiff's opposition brief(s) is April 19, 2010;

14  6.   Pursuant to Civil L.R. 7-3(a) and (c), plaintiff ~~is permitted to~~ **shall** file ~~three separate 25-page briefs~~ **one 35-page** brief in opposition to **non-Periolat** defendants' motions to dismiss; and

16  7.   Plaintiff has opted to oppose defendant Periolat's motion in a separate 25-page
17  opposition brief;

18  8.   Plaintiff and the non-Periolat defendants believe it would be more efficient and cost
19  effective to allow plaintiff to consolidate briefing for the non-Periolat defendants into one combined
20  brief.

512786_1   STIPULATION AND [PROPOSED] ORDER ALLOWING CONSOLIDATED BRIEFING IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - 3:07-cv-06140-MHP   - 1 -

1   9. Although the non-Periolat defendants believe that such a combined brief should not

2 exceed 40 pages, as the parties previously stipulated in connection with plaintiff's prior opposition to

3 the motions to dismiss the previous Consolidated Complaint (Docket Entries 173-174), the non-

4 Periolat defendants have agreed to plaintiff's request for a combined opposition brief not to exceed

5 ~~45~~ **35** pages in order to avoid a potential administrative motion on the issue.

6   IT IS SO STIPULATED.

7 DATED: March 30, 2010    COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
8           SANFORD SVETCOV
           ELI R. GREENSTEIN

9

10
               /s/
11           ELI R. GREENSTEIN

12           100 Pine Street, Suite 2600
           San Francisco, CA  94111
13           Telephone:  415/288-4545
           415/288-4534 (fax)

14
           COUGHLIN STOIA GELLER
15             RUDMAN & ROBBINS LLP
           PATRICK J. COUGHLIN
16           655 West Broadway, Suite 1900
           San Diego, CA  92101
17           Telephone:  619/231-1058
           619/231-7423 (fax)

18
           Lead Counsel for Plaintiffs
19
 DATED: March 30, 2010    SULLIVAN & CROMWELL LLP
20           BRENDAN P. CULLEN
           SCOTT C. HALL
21

22
               /s/
23           SCOTT C. HALL

24           1870 Embarcadero Road
           Palo Alto, CA  94303-3308
25           Telephone: 650/461-5600
           650/461-5700 (fax)

26
           Attorneys for DefendantsVeriFone Holdings,
27           Inc., Douglas Bergeron, William Atkinson and
           Craig Bondy
28

512786_1

STIPULATION AND [PROPOSED] ORDER ALLOWING CONSOLIDATED BRIEFING IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - 3:07-cv-06140-MHP         - 2 -

| | | |
|---|---|---|
| 1 | DATED: March 30, 2010 | MORRISON & FOERSTER, LLP |
| 2 | | BRIAN L. LEVINE |

                                                          /s/
                                         BRIAN L. LEVINE

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendant Barry Zwarenstein

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER ALLOWING CONSOLIDATED BRIEFING IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Scott C. Hall and Brian L. Levine have concurred in this filing.

                                                          /s
                                          ELI R. GREENSTEIN

                                       *      *      *

### O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED. **AS MODIFIED**

DATED:  3/31/2010

THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 30, 2010.

/s/
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: elig@csgrr.com

STIPULATION AND [PROPOSED] ORDER ALLOWING CONSOLIDATED BRIEFING IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - 3:07-cv-06140-MHP - 4 -

512786_1

## Mailing Information for a Case 3:07-cv-06140-MHP

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,brett@johnsonbottini.com,derekw@johnsonbottini.com,paralegal@johnsonbottini.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com,singhl@sullcrom.com,halls@sullcrom.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,akl@girardgibbs.com

- **Eli Greenstein**
  e_file_sf@csgrr.com,Elig@csgrr.com,e_file_sd@csgrr.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com,bgoldman@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,cpeplinski@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,ras@girardgibbs.com,amv@girardgibbs.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Sean Travis Strauss**
  sean.strauss@shearman.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,medling@cpmlegal.com,pmenzel@cpmlegal.co

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)