IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS INC SECURITIES LITIGATION
_____________________________________/

No. CV 07-06140 MHP

**JUDGMENT IN A CIVIL CASE**

**() Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that defendants' motions to dismiss are granted with prejudice.

Dated: March 8, 2011

Richard W. Wieking, Clerk

By: Anthony Bowser
Deputy Clerk
to the Honorable Marilyn Hall Patel