UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: VERIFONE HOLDINGS, INC. SECURITIES LITIGATION,

NATIONAL ELEVATOR INDUSTRY PENSION FUND, Lead plaintiff on behalf of itself and all others similarly situated,

      Plaintiff - Appellant,

 v.

VERIFONE HOLDINGS, INC.; et al.,

      Defendants - Appellees.

No. 11-15860

D.C. No. 3:07-cv-06140-MHP
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered December 21, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Theresa Benitez
Deputy Clerk