**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

March 4, 2013

CASE NUMBER: **CV 07-06140 MHP**
CASE TITLE: **JOEL EICHENHOLTZ-v- VERIFONE HOLDINGS**
DATE MANDATE FILED: 3/4/13

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Gina Agustine
Case Systems Administrator

Distribution: CIVIL - Counsel of Record

CRIMINAL - Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16