JORDAN ETH (State Bar No. 121617)
D. ANTHONY RODRIGUEZ (State Bar No. 162587)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
JEth@mofo.com
DRodriguez@mofo.com

Attorneys for Defendant
BARRY ZWARENSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, | Master File No. 3:07-cv-06140-EMC |
|---|---|
| | CLASS ACTION |
| This Document Relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ALL ACTIONS. | |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 3:07-cv-06140-EMC

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Brian L. Levine, who is listed as one of the attorneys representing Defendant Barry Zwarenstein in this case, is no longer employed by Morrison & Foerster LLP and hereby withdraws his appearance as counsel. Jordan Eth and D. Anthony Rodriguez, attorneys at Morrison & Foerster LLP, will continue to represent Defendant Barry Zwarenstein in this case.

Dated: March 5, 2013

MORRISON & FOERSTER LLP
JORDAN ETH
D. ANTHONY RODRIGUEZ

By: /s/ D. Anthony Rodriguez
     D. Anthony Rodriguez

Attorneys for Defendant
BARRY ZWARENSTEIN

NOTICE OF WITHDRAWAL OF COUNSEL     1
CASE NO. 3:07-cv-06140-EMC

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 5, 2013.

Dated: March 5, 2013       By:    /s/  D. Anthony Rodriguez
                                         D. Anthony Rodriguez

                                         Morrison & Foerster LLP
                                         425 Market Street
                                         San Francisco, CA 94105
                                         Telephone: 415.268.7000
                                         Fax: 415.268.7522