ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
cwood@rgrdlaw.com
    – and –
PATRICK J. COUGHLIN (111070)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
fdigiacco@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140-EMC |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF APPEARANCE OF COUNSEL |
| ALL ACTIONS. | |

819224_1

1  Please note the appearance of the undersigned Francis A. Digiacco of Robbins Geller
2  Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101; phone number
3  (619) 231-1058; e-mail fdigiacco@rgrdlaw.com as additional counsel on behalf of lead plaintiff
4  National Elevator Industry Pension Fund in this action. The undersigned respectfully requests to be
5  included via e-mail on the Court's notification of all electronic filings in this action.

6  DATED: March 5, 2013

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
FRANCIS A. DIGIACCO


      s/ Francis A. DiGiacco
FRANCIS A. DIGIACCO

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHRISTOPHER P. SEEFER
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2013.

s/ Francis A. DiGiacco
FRANCIS A. DIGIACCO

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: fdigiacco@rgrdlaw.com

819224_1

**Mailing Information for a Case 3:07-cv-06140-EMC**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jiyoun Chung**
  jiyoun.chung@shearman.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com,greenn@sullcrom.com,carrejoa@sullcrom.com,McCauleyr@sullcrom.com

- **Timothy Alan DeLange**
  kelly.mcdaniel@blbglaw.com,timothyd@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com,jrahman@mofo.com

- **Linda M. Fong**
  lfong@kaplanfox.com,amcandrew@kaplanfox.com

- **Daniel C. Girard**
  dcg@girardgibbs.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Brian Lawrence Levine**
  BLevine@mofo.com,vvandergrift@mofo.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,jthigpen@cpmlegal.com,obacigalupi@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,lyan@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Aaron M. Sheanin**
  asheanin@pswplaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,elsono@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  invalidaddress@invalidaddress.com,sstrauss@steinlubin.com

- **Sanford Svetcov**
  sandys@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jschmidt@cpmlegal.com,azapala@cpmlegal.com,gkim@cpmlegal.com,pmenzel@cpmlegal.com,lclark@cpmlegal.c

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,khuang@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey         P. Campisi
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 14th Floor
New York, NY 10022
```