
1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA 90067
   Telephone:    (310) 712-6600
4  Facsimile:    (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
7  Nathaniel L. Green (SBN 260568)
   (greenn@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:    (650) 461-5600
10 Facsimile:    (650) 461-5700

11 Attorneys for VERIFONE SYSTEMS, INC.
   and Douglas Bergeron

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140 EMC<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER<br><br>Assigned to: Hon. Edward M. Chen<br>Courtroom 5<br>Date Action Filed: December 4, 2007 |

WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron, and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third Amended Complaint (Dkt. #264);

WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended Memorandum and Order Re: Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt. #282);

WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860, Dkt. #58);

WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for rehearing en banc (Case No. 11-15860, Dkt. #61);

WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

WHEREAS, defendants requested, and plaintiff agreed, to extend the time for defendants to answer so that the parties could prepare for and participate in a mediation, which took place on March 26, 2013;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff and defendants, by and through their respective counsel, that:

1. Defendants will file their answers to the plaintiff's Third Amended Complaint on or before April 30, 2013.

DATED: April 1, 2013           /s/ Brendan P. Cullen

Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

*Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

DATED: April 1, 2013           /s/ Jordan Eth

Jordan Eth (SBN 121617)
D. Anthony Rodriguez (SBN 162587)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Barry Zwarenstein*

DATED: April 1, 2013           /s/ Christopher P. Seefer

Christopher P. Seefer (SBN 201197)
Christopher M. Wood (SBN 254908)
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534

*Attorneys for Lead Plaintiff National Elevator Industry Pension Fund*

I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: April 1, 2013

    /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (CSB 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

*Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

1 **ORDER**

2 THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
3

4

5  Dated: _____

6                                              THE HONORABLE EDWARD M. CHEN
                                               UNITED STATES DISTRICT JUDGE