1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA  90067
   Telephone:    (310) 712-6600
4  Facsimile:    (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
7  Nathaniel L. Green (SBN 260568)
   (greenn@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:    (650) 461-5600
10 Facsimile:    (650) 461-5700

11 Attorneys for VERIFONE SYSTEMS, INC.
   and Douglas Bergeron

12

13

14                 **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16

17 In re VERIFONE HOLDINGS, INC.        )    Master File No. 3:07-cv-06140 EMC
   SECURITIES LITIGATION                )
18                                       )    **CLASS ACTION**
                                         )
19                                       )    STIPULATION AND [~~PROPO~~SED] ORDER
                                         )    EXTENDING TIME TO ANSWER
20                                       )
                                         )    Assigned to: Hon. Edward M. Chen
21                                       )    Courtroom 5
                                         )    Date Action Filed: December 4, 2007
22 _____ )

23

24

25

26

27

28

1    WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension

2    Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

3    WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron,

4    and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third

5    Amended Complaint (Dkt. #264);

6    WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended

7    Memorandum and Order Re:  Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint,

8    granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with

9    prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

10

11    WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order

12    Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt.

13    #282);

14

15    WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order

16    Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860,

17    Dkt. #58);

18    WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for

19    rehearing en banc (Case No. 11-15860, Dkt. #61);

20    WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with

21    Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

22

23    WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

24    WHEREAS, defendants requested, and plaintiff agreed, to extend the time for defendants

25    to answer so that the parties could prepare for and participate in a mediation, which took place on March

26    26, 2013;

27    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff

28    and defendants, by and through their respective counsel, that:

SULLIVAN
&
CROMWELL LLP

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER
MASTER FILE NO. 3:07-CV-06140

1          1.          Defendants will file their answers to the plaintiff's Third Amended Complaint on

2    or before April 30, 2013.

3

4    DATED: April 1, 2013                    /s/ Brendan P. Cullen

5                                            Brendan P. Cullen (SBN 194057)
                                             Sverker K. Hogberg (SBN 244640)
6                                            Nathaniel L. Green (SBN 260568)
                                             SULLIVAN & CROMWELL LLP
7                                            1870 Embarcadero Road
                                             Palo Alto, California  94303-3308
8                                            Telephone:  (650) 461-5600
                                             Facsimile:  (650) 461-5700
9
                                             Robert A. Sacks (SBN 150146)
10                                           SULLIVAN & CROMWELL LLP
                                             1888 Century Park East
11                                           Los Angeles, California  90067-1725
                                             Telephone:  (310) 712-6640
12                                           Facsimile:  (310) 712-8800

13                                           *Attorneys for VeriFone Systems, Inc. and Douglas*
                                             *Bergeron*
14

15   DATED: April 1, 2013                    /s/ Jordan Eth

16                                           Jordan Eth (SBN 121617)
                                             D. Anthony Rodriguez (SBN 162587)
17                                           MORRISON & FOERSTER LLP
                                             425 Market Street
18                                           San Francisco, California  94105-2482
                                             Telephone:  (415) 268-7000
19                                           Facsimile:  (415) 268-7522

20                                           *Attorneys for Barry Zwarenstein*

21

22   DATED: April 1, 2013                    /s/ Christopher P. Seefer

23                                           Christopher P. Seefer (SBN 201197)
                                             Christopher M. Wood (SBN 254908)
24                                           Robbins Geller Rudman & Dowd LLP
                                             One Montgomery Street, Suite 1800
25                                           San Francisco, CA 94104
                                             Telephone: (415) 288-4545
26                                           Facsimile:  (415) 288-4534

27                                           *Attorneys for Lead Plaintiff National Elevator*
                                             *Industry Pension Fund*
28

SULLIVAN
&
CROMWELL LLP

1        I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to

2   file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER.  In

3   compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred

4   in this filing.

5   Dated: April 1, 2013

6

7                                         /s/ Brendan P. Cullen

8                                    Brendan P. Cullen (SBN 194057)
                                 Sverker K. Hogberg (SBN 244640)

9                                    Nathaniel L. Green (SBN 260568)
                                 SULLIVAN & CROMWELL LLP

10                                    1870 Embarcadero Road
                                 Palo Alto, California  94303-3308

11                                    Telephone:  (650) 461-5600
                                 Facsimile:  (650) 461-5700

12                                    Robert A. Sacks (CSB 150146)

13                                    SULLIVAN & CROMWELL LLP
                                 1888 Century Park East

14                                    Los Angeles, California  90067-1725
                                 Telephone:  (310) 712-6640

15                                    Facsimile:  (310) 712-8800

16                                    *Attorneys for VeriFone Systems, Inc. and*
                                 *Douglas Bergeron*

17

18

19

20

21

22

23

24

25

26

27

28

1

2   THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

3

4                    4/3/13

5   Dated: _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED

Judge Edward M. Chen

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER
MASTER FILE NO. 3:07-CV-06140