1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, CA  90067
   Telephone:     (310) 712-6600
4  Facsimile:     (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
7  Nathaniel L. Green (SBN 260568)
   (greenn@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
9  Palo Alto, California 94303
   Telephone:     (650) 461-5600
10 Facsimile:     (650) 461-5700

11 Attorneys for VERIFONE SYSTEMS, INC.
   and Douglas Bergeron

12

13

14                  **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16

17 In re VERIFONE HOLDINGS, INC.          )  Master File No. 3:07-cv-06140 EMC
   SECURITIES LITIGATION                  )
18                                         )  **CLASS ACTION**
                                           )
19                                         )  STIPULATION AND [PROPOSED] ORDER
                                           )  EXTENDING TIME TO ANSWER AND
20                                         )  EXCHANGE INITIAL DISCLOSURES
                                           )
21                                         )  Assigned to: Hon. Edward M. Chen
                                           )  Courtroom 5
22 _____ )  Date Action Filed: December 4, 2007

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

1      WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension

2  Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

3      WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron,

4  and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third

5  Amended Complaint (Dkt. #264);

6      WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended

7  Memorandum and Order Re:  Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint,

8  granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with

9  prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

10      WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order

11  Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt.

12  #282);

13      WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order

14  Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860,

15  Dkt. #58);

16      WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for

17  rehearing en banc (Case No. 11-15860, Dkt. #61);

18      WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with

19  Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

20      WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

21      WHEREAS, the parties participated in a mediation on March 26, 2013;

22      WHEREAS, the mediation is still ongoing;

23      WHEREAS, on April 3, 2013, the Court entered a Case Management Conference Order

24  in Reassigned Case, which set a case management conference for June 27, 2013;

25      WHEREAS, on April 3, 2013, the Court so-ordered the parties' Stipulation and Order

26  Extending Time to Answer, which extended defendants' time to answer until April 30, 2013;

27      WHEREAS, the parties wish to further extend the time for defendants to answer the

28  complaint and for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P 26(a)(1);

SULLIVAN
&
CROMWELL LLP

1          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff

2   and defendants, by and through their respective counsel, that:

3          1.     Defendants will file their answers to the plaintiff's Third Amended Complaint on

4   or before May 20, 2013;

5          2.     Plaintiff and defendants will exchange their initial disclosures pursuant to Fed. R.

6   Civ. P. 26(a)(1) on or before May 20, 2013.

7

8   DATED: April 30, 2013          /s/ Brendan P. Cullen

                                        Brendan P. Cullen (SBN 194057)

9                             Sverker K. Hogberg (SBN 244640)

                             Nathaniel L. Green (SBN 260568)

10                            SULLIVAN & CROMWELL LLP

                             1870 Embarcadero Road

11                            Palo Alto, California  94303-3308

                             Telephone:  (650) 461-5600

12                            Facsimile:  (650) 461-5700

13                            Robert A. Sacks (SBN 150146)

                             SULLIVAN & CROMWELL LLP

14                            1888 Century Park East

                             Los Angeles, California  90067-1725

15                            Telephone:  (310) 712-6640

                             Facsimile:  (310) 712-8800

16

17                            *Attorneys for VeriFone Systems, Inc. and Douglas*

                            *Bergeron*

18

19   DATED: April 30, 2013          /s/ Jordan Eth

20                            Jordan Eth (SBN 121617)

                             D. Anthony Rodriguez (SBN 162587)

21                            MORRISON & FOERSTER LLP

                             425 Market Street

22                            San Francisco, California  94105-2482

                             Telephone:  (415) 268-7000

23                            Facsimile:  (415) 268-7522

24                            *Attorneys for Barry Zwarenstein*

25

26

27

28

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1

2 DATED: April 30, 2013                          /s/ Christopher P. Seefer

3                                                Christopher P. Seefer (SBN 201197)
                                                 Christopher M. Wood (SBN 254908)
4                                                ROBBINS GELLER RUDMAN & DOWD LLP
                                                 One Montgomery Street, Suite 1800
5                                                San Francisco, CA 94104
                                                 Telephone: (415) 288-4545
6                                                Facsimile:  (415) 288-4534

7                                                Patrick J. Coughlin (SBN 111070)
                                                 Francis A. Digiacco (SBN 265625)
8                                                ROBBINS GELLER RUDMAN & DOWD LLP
                                                 655 West Broadway, Suite 1900
9                                                San Diego, CA 92101
                                                 Telephone:  (619) 231-1058
10                                               Facsimile:  (619) 231-7423

11                                               *Attorneys for Lead Plaintiff National Elevator
                                                 Industry Pension Fund*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1          I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to

2    file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND

3    EXCHANGE INITIAL DISCLOSURES.  In compliance with General Order 45, X.B, I hereby attest

4    that the other signatories listed have concurred in this filing.

5    Dated: April 30, 2013

6                                           /s/ Brendan P. Cullen

7                                           Brendan P. Cullen (SBN 194057)
                                       Sverker K. Hogberg (SBN 244640)

8                                           Nathaniel L. Green (SBN 260568)
                                       SULLIVAN & CROMWELL LLP

9                                           1870 Embarcadero Road
                                       Palo Alto, California  94303-3308

10                                          Telephone:  (650) 461-5600
                                       Facsimile:  (650) 461-5700

11                                          Robert A. Sacks (CSB 150146)

12                                          SULLIVAN & CROMWELL LLP
                                       1888 Century Park East

13                                          Los Angeles, California  90067-1725
                                       Telephone:  (310) 712-6640

14                                          Facsimile:  (310) 712-8800

15                                          *Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE No. 3:07-CV-06140 EMC

1

**ORDER**

2  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.

3

4

5  Dated: _____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC