1  Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
1888 Century Park East
3  Los Angeles, CA  90067
Telephone:     (310) 712-6600
4  Facsimile:     (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
6  Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
7  Nathaniel L. Green (SBN 260568)
(greenn@sullcrom.com)
8  SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
9  Palo Alto, California 94303
Telephone:     (650) 461-5600
10  Facsimile:     (650) 461-5700

11  Attorneys for VERIFONE SYSTEMS, INC.
and Douglas Bergeron

12

13

14  **UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA**

16

17  In re VERIFONE HOLDINGS, INC.          )          Master File No. 3:07-cv-06140 EMC
SECURITIES LITIGATION                   )
18                                       )          **CLASS ACTION**
                                         )
19                                       )          STIPULATION AND [P~~ROPOS~~ED] ORDER
                                         )          EXTENDING TIME TO ANSWER AND
20                                       )          EXCHANGE INITIAL DISCLOSURES
                                         )
21                                       )          Assigned to: Hon. Edward M. Chen
                                         )          Courtroom 5
22  _____ )          Date Action Filed: December 4, 2007

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1          WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension

2 Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

3          WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron,

4 and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third

5 Amended Complaint (Dkt. #264);

6          WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended

7 Memorandum and Order Re:  Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint,

8 granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with

9 prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

10          WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order

11 Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt.

12 #282);

13          WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order

14 Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860,

15 Dkt. #58);

16          WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for

17 rehearing en banc (Case No. 11-15860, Dkt. #61);

18          WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with

19 Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

20          WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

21          WHEREAS, the parties participated in a mediation on March 26, 2013;

22          WHEREAS, the mediation is still ongoing;

23          WHEREAS, on April 3, 2013, the Court entered a Case Management Conference Order

24 in Reassigned Case, which set a case management conference for June 27, 2013;

25          WHEREAS, on April 3, 2013, the Court so-ordered the parties' Stipulation and Order

26 Extending Time to Answer, which extended defendants' time to answer until April 30, 2013;

27          WHEREAS, the parties wish to further extend the time for defendants to answer the

28 complaint and for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P 26(a)(1);

2

1          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff

2    and defendants, by and through their respective counsel, that:

3          1.      Defendants will file their answers to the plaintiff's Third Amended Complaint on

4    or before May 20, 2013;

5          2.      Plaintiff and defendants will exchange their initial disclosures pursuant to Fed. R.

6    Civ. P. 26(a)(1) on or before May 20, 2013.

7

8    DATED: April 30, 2013                    /s/ Brendan P. Cullen

9                                             Brendan P. Cullen (SBN 194057)
                                              Sverker K. Hogberg (SBN 244640)
                                              Nathaniel L. Green (SBN 260568)
10                                            SULLIVAN & CROMWELL LLP
                                              1870 Embarcadero Road
11                                            Palo Alto, California  94303-3308
                                              Telephone:  (650) 461-5600
12                                            Facsimile:  (650) 461-5700

13                                            Robert A. Sacks (SBN 150146)
                                              SULLIVAN & CROMWELL LLP
14                                            1888 Century Park East
                                              Los Angeles, California  90067-1725
15                                            Telephone:  (310) 712-6640
                                              Facsimile:  (310) 712-8800
16
                                              *Attorneys for VeriFone Systems, Inc. and Douglas*
17                                            *Bergeron*

18

19   DATED: April 30, 2013                    /s/ Jordan Eth

20                                            Jordan Eth (SBN 121617)
                                              D. Anthony Rodriguez (SBN 162587)
21                                            MORRISON & FOERSTER LLP
                                              425 Market Street
22                                            San Francisco, California  94105-2482
                                              Telephone:  (415) 268-7000
23                                            Facsimile:  (415) 268-7522

24                                            *Attorneys for Barry Zwarenstein*

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1

2   DATED: April 30, 2013                     /s/ Christopher P. Seefer

3                                          Christopher P. Seefer (SBN 201197)
                                           Christopher M. Wood (SBN 254908)
4                                          ROBBINS GELLER RUDMAN & DOWD LLP
                                           One Montgomery Street, Suite 1800
5                                          San Francisco, CA 94104
                                           Telephone: (415) 288-4545
6                                          Facsimile:  (415) 288-4534

7                                          Patrick J. Coughlin (SBN 111070)
                                           Francis A. Digiacco (SBN 265625)
8                                          ROBBINS GELLER RUDMAN & DOWD LLP
                                           655 West Broadway, Suite 1900
9                                          San Diego, CA 92101
                                           Telephone:  (619) 231-1058
10                                         Facsimile:  (619) 231-7423

11                                         *Attorneys for Lead Plaintiff National Elevator
                                           Industry Pension Fund*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

4

1         I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to

2   file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND

3   EXCHANGE INITIAL DISCLOSURES.  In compliance with General Order 45, X.B, I hereby attest

4   that the other signatories listed have concurred in this filing.

5   Dated: April 30, 2013

6                                          /s/ Brendan P. Cullen

7                                       Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)

8                                       Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP

9                                       1870 Embarcadero Road
Palo Alto, California  94303-3308

10                                       Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

11

12                                       Robert A. Sacks (CSB 150146)
SULLIVAN & CROMWELL LLP

13                                       1888 Century Park East
Los Angeles, California  90067-1725

14                                       Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

15                                       *Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1

**ORDER**

2  THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

3

4                      5/2/13

5  Dated:   _____                          _____

6                                              THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

7

IT IS SO ORDERED

8
Judge Edward M. Chen

9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

6