Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Nathaniel L. Green (SBN 260568)
(greenn@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for VERIFONE SYSTEMS, INC.
and Douglas Bergeron

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140 EMC<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES<br><br>Assigned to: Hon. Edward M. Chen<br>Courtroom 5<br>Date Action Filed: December 4, 2007 |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron, and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third Amended Complaint (Dkt. #264);

WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended Memorandum and Order Re: Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt. #282);

WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860, Dkt. #58);

WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for rehearing en banc (Case No. 11-15860, Dkt. #61);

WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

WHEREAS, the parties participated in a mediation on March 26, 2013;

WHEREAS, the mediation is still ongoing;

WHEREAS, on April 3, 2013, the Court entered a Case Management Conference Order in Reassigned Case, which set a case management conference for June 27, 2013;

WHEREAS, on April 3, 2013, the Court so-ordered the parties' Stipulation and Order Extending Time to Answer, which extended defendants' time to answer until April 30, 2013;

SULLIVAN & CROMWELL LLP

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140

1  WHEREAS, on May 2, 2013, the Court so-ordered the parties' Stipulation and Order
2  Extending Time to Answer and Exchange Initial Disclosures, which extended defendants' time to
3  answer and the parties' time to exchange initial disclosures until May 20, 2013;

4  WHEREAS, the parties wish to further extend the time for defendants to answer the
5  complaint and for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P 26(a)(1);

6  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff
7  and defendants, by and through their respective counsel, that:

8  1.  Defendants will file their answers to the plaintiff's Third Amended Complaint on
9  or before June 14, 2013;

10 2.  Plaintiff and defendants will exchange their initial disclosures pursuant to Fed. R.
11 Civ. P. 26(a)(1) on or before June 14, 2013.

12

13 DATED: May 17, 2013                    /s/ Brendan P. Cullen
                                         Brendan P. Cullen (SBN 194057)
14                                       Sverker K. Hogberg (SBN 244640)
                                         Nathaniel L. Green (SBN 260568)
15                                       SULLIVAN & CROMWELL LLP
                                         1870 Embarcadero Road
16                                       Palo Alto, California  94303-3308
                                         Telephone:  (650) 461-5600
17                                       Facsimile:  (650) 461-5700

18                                       Robert A. Sacks (SBN 150146)
                                         SULLIVAN & CROMWELL LLP
19                                       1888 Century Park East
                                         Los Angeles, California  90067-1725
20                                       Telephone:  (310) 712-6640
                                         Facsimile:  (310) 712-8800
21
                                         *Attorneys for VeriFone Systems, Inc. and Douglas*
22                                       *Bergeron*

23
   DATED: May 17, 2013                    /s/ Jordan Eth
24                                       Jordan Eth (SBN 121617)
                                         D. Anthony Rodriguez (SBN 162587)
25                                       MORRISON & FOERSTER LLP
                                         425 Market Street
26                                       San Francisco, California  94105-2482
                                         Telephone:  (415) 268-7000
27                                       Facsimile:  (415) 268-7522

28                                       *Attorneys for Barry Zwarenstein*

DATED: May 17, 2013        /s/ Christopher P. Seefer

Christopher P. Seefer (SBN 201197)
Christopher M. Wood (SBN 254908)
ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534

Patrick J. Coughlin (SBN 111070)
Francis A. Digiacco (SBN 265625)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

*Attorneys for Lead Plaintiff National Elevator Industry Pension Fund*

SULLIVAN & CROMWELL LLP

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1  I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to
2 file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND
3 EXCHANGE INITIAL DISCLOSURES.  In compliance with General Order 45, X.B, I hereby attest
4 that the other signatories listed have concurred in this filing.
5 Dated: May 17, 2013

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (CSB 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

*Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

1 **ORDER**

2 THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
3

5 Dated: _____5/20/13_____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

SULLIVAN & CROMWELL LLP

5
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC