Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Nathaniel L. Green (SBN 260568)
(greenn@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for VERIFONE SYSTEMS, INC.
and Douglas Bergeron

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140 EMC<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PR~~OPOSED~~] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES<br><br>Assigned to: Hon. Edward M. Chen<br>Courtroom 5<br>Date Action Filed: December 4, 2007 |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

WHEREAS, on September, 15, 2010, lead plaintiff National Elevator Industry Pension Fund ("plaintiff") filed its Third Amended Consolidated Complaint (Dkt. #262);

WHEREAS, on October 5, 2010, defendants VeriFone Systems, Inc., Douglas Bergeron, and Barry Zwarenstein (collectively, "defendants") filed their Motion to Dismiss plaintiff's Third Amended Complaint (Dkt. #264);

WHEREAS, on March 8, 2011, the Hon. Marilyn H. Patel issued an Amended Memorandum and Order Re: Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, granting defendants' Motion to Dismiss and dismissing plaintiff's Third Amended Complaint with prejudice ("Order Granting Motion to Dismiss") (Dkt. #275);

WHEREAS, on April 5, 2011, plaintiff filed a Notice of Appeal of Judge Patel's Order Granting Motion to Dismiss with the Court of Appeals for the Ninth Circuit ("Ninth Circuit") (Dkt. #282);

WHEREAS, on December 21, 2012, the Ninth Circuit panel reversed, in part, the Order Granting Motion to Dismiss, and reinstated plaintiff's Third Amended Complaint (Case No. 11-15860, Dkt. #58);

WHEREAS, on January 30, 2013, the Ninth Circuit denied defendants' petition for rehearing en banc (Case No. 11-15860, Dkt. #61);

WHEREAS, on February 8, 2013, the Ninth Circuit issued a mandate in accordance with Fed. R. App. Proc. 41 and Ninth Cir. Rule 41-1 & -2 remanding the action back to the District Court;

WHEREAS, the parties held a Rule 26(f) conference on February 26, 2013;

WHEREAS, the parties participated in a mediation on March 26, 2013;

WHEREAS, the mediation is still ongoing;

WHEREAS, on April 3, 2013, the Court entered a Case Management Conference Order in Reassigned Case, which set a case management conference for June 27, 2013;

WHEREAS, on April 3, 2013, the Court so-ordered the parties' Stipulation and Order Extending Time to Answer, which extended defendants' time to answer until April 30, 2013;

SULLIVAN & CROMWELL LLP

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140

WHEREAS, on May 2, 2013, the Court so-ordered the parties' Stipulation and Order Extending Time to Answer and Exchange Initial Disclosures, which extended defendants' time to answer and the parties' time to exchange initial disclosures until May 20, 2013;

WHEREAS, on May 20, 2013, the Court so-ordered the parties' Stipulation and Order Extending Time to Answer and Exchange Initial Disclosures, which extended defendants' time to answer and the parties' time to exchange initial disclosures until June 14, 2013;

WHEREAS, the parties wish to further extend the time for defendants to answer the complaint and for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P 26(a)(1);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff and defendants, by and through their respective counsel, that:

1. Defendants will file their answers to the plaintiff's Third Amended Complaint on or before July 12, 2013;

2. Plaintiff and defendants will exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before July 12, 2013.

DATED: June 14, 2013          /s/ Brendan P. Cullen

Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

*Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

DATED: June 14, 2013          /s/ Jordan Eth

Jordan Eth (SBN 121617)
D. Anthony Rodriguez (SBN 162587)
MORRISON & FOERSTER LLP

425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Barry Zwarenstein*

DATED: June 14, 2013          /s/ Christopher P. Seefer

Christopher P. Seefer (SBN 201197)
Christopher M. Wood (SBN 254908)
ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Patrick J. Coughlin (SBN 111070)
Francis A. Digiacco (SBN 265625)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Lead Plaintiff National Elevator Industry Pension Fund*

SULLIVAN & CROMWELL LLP

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC

1   I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to
2  file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND
3  EXCHANGE INITIAL DISCLOSURES. In compliance with General Order 45, X.B, I hereby attest
4  that the other signatories listed have concurred in this filing.

5  Dated: June 14, 2013

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert A. Sacks (CSB 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

*Attorneys for VeriFone Systems, Inc. and Douglas Bergeron*

**ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____6/24/13_____      _____
                                THE HONORABLE EDWARD M. CHEN
                                UNITED STATES DISTRICT JUDGE

*[GRANTED stamp — Judge Edward M. Chen, United States District Court, Northern District of California]*

SULLIVAN & CROMWELL LLP

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND EXCHANGE INITIAL DISCLOSURES
MASTER FILE NO. 3:07-CV-06140 EMC