ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
cwood@rgrdlaw.com
     – and –
PATRICK J. COUGHLIN (111070)
RANDI D. BANDMAN (145212)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
randib@rgrdlaw.com
fdigiacco@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION </br></br> This Document Relates To: </br></br> ALL ACTIONS. | Master File No. 3:07-cv-06140-EMC </br></br> <u>CLASS ACTION</u> </br></br> STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DATE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

851199_1

1  WHEREAS, on February 8, 2013, the Ninth Circuit issued a formal mandate in accordance
2  with Fed. R. App. Proc. 41 and Ninth Cir. Rules 41-1 and 41-2 remanding the action back to the
3  District Court;

4  WHEREAS, on April 3, 2013, the Court issued a Case Management Conference Order in
5  Reassigned Cases, which set a case management conference for June 27, 2013, and pursuant to
6  which the parties are currently to file a case management conference statement by June 20, 2013
7  (Dkt. No. 296);

8  WHEREAS, on March 26, 2013, as set forth in the parties' previous filings with the Court
9  (Dkt. Nos. 298, 300, 302), the parties participated in a full-day meditation in this action and
10  settlement discussions continued thereafter;

11  WHEREAS, on June 17, 2013, the parties reached an agreement in principle that would
12  resolve this action in its entirety, subject to Court approval; and

13  WHEREAS, the parties therefore respectfully submit that the interests of judicial economy
14  would be best served by vacating the case management conference set for June 27, 2013, as well as
15  the requirement that the parties file a case management conference statement by June 20, 2013, and
16  by setting a date for the filing of a motion for preliminary approval of settlement and supporting
17  papers;

18  NOW THEREFORE, IT IS HEREBY AGREED between plaintiffs and defendants, by and
19  through their respective counsel, subject to Court approval, that:

20  1. The case management conference currently set for June 27, 2013, and the case
21  management conference statement due June 20, 2013, are hereby vacated.

22  2. The deadlines for defendants to file their answers to plaintiffs' Third Amended
23  Complaint, as well as for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P.
24  26(a)(1), are vacated.

25
26
27
28

3. The parties intend to file a motion for preliminary approval of settlement in late July, and such motion shall be filed no later than August 9, 2013.

DATED: June 19, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER
CHRISTOPHER M. WOOD


      s/ Christopher M. Wood
CHRISTOPHER M. WOOD

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
RANDI D. BANDMAN
FRANCIS A. DIGIACCO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: June 19, 2013

SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
SVERKER K. HOGBERG
NATHANIEL L. GREEN


      s/ Brendan P. Cullen
BRENDAN P. CULLEN

1870 Embarcadero Road
Palo Alto, CA  94303-308
Telephone:  650/461-5600
650/461-5700 (fax)

SULLIVAN & CROMWELL LLP
ROBERT A. SACKS
1888 Century Park East
Los Angeles, CA 90067
Telephone:  310/712-6600
310/712-8800 (fax)

Attorneys for Defendants VeriFone Holdings, Inc. and Douglas Bergeron

851199_1

STIP & [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DATE FOR FILING MOTION FOR PRELIM APPROVAL OF SETTLEMENT - 3:07-cv-06140-EMC   - 2 -

DATED: June 19, 2013          MORRISON & FOERSTER LLP
                                                JORDAN ETH
                                                D. ANTHONY RODRIGUEZ

                                                       s/ Jordan Eth
                                                         JORDAN ETH

                                                425 Market Street
                                                San Francisco, CA  94105-2406
                                                Telephone:  415/268-7000
                                                415/268-7522 (fax)

                                                Attorneys for Defendant Barry Zwarenstein

**Certificate Pursuant to Local Rule 5-1(i)(3)**

       I, Christopher M. Wood, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Vacating Case Management Conference and Setting Date for Filing Motion for Preliminary Approval of Settlement.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Brendan P. Cullen and Jordan D. Eth have concurred in this filing.

Dated:  June 19, 2013                                  s/ Christopher M. Wood
                                                     CHRISTOPHER M. WOOD

\*   \*   \*

**O R D E R**

       Based on the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

           1.      The case management conference currently set for June 27, 2013 and the case management conference statement due June 20, 2013, are hereby vacated.

           2.      The deadlines for defendants to file their answers to plaintiffs' Third Amended Complaint, as well as for the parties to exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), are vacated.

851199_1

STIP & [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DATE FOR FILING MOTION FOR PRELIM APPROVAL OF SETTLEMENT - 3:07-cv-06140-EMC    - 3 -

1    3. The parties shall file a motion for preliminary approval of settlement on or
2 before August 9, 2013.

3    IT IS SO ORDERED.    CMC is reset for 10/17/13 at 9:00 a.m.  An update joint
cmc statement shall be filed by 10/10/13.

4
5 DATED:  6/24/13    _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIP & [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING
DATE FOR FILING MOTION FOR PRELIM APPROVAL OF SETTLEMENT - 3:07-cv-06140-EMC    - 4 -

851199_1

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2013.

> s/ Christopher M. Wood
> CHRISTOPHER M. WOOD
>
> ROBBINS GELLER RUDMAN
>      & DOWD LLP
> Post Montgomery Center
> One Montgomery Street, Suite 1800
> San Francisco, CA  94104
> Telephone:  415/288-4545
> 415/288-4534 (fax)
> E-mail: cwood@rgrdlaw.com

851199_1

**Mailing Information for a Case 3:07-cv-06140-EMC**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jiyoun Chung**
  jiyoun.chung@shearman.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrjo@sullcrom.com,s&cmanagingclerk@sullcrom.com,greenn@sullcrom.com,carrejoa@sullcrom.com,McCauleyr@sullcrom.com

- **Timothy Alan DeLange**
  kelly.mcdaniel@blbglaw.com,timothyd@blbglaw.com

- **Francis Anthony DiGiacco**
  fdigiacco@rgrdlaw.com

- **Jordan Eth**
  jeth@mofo.com,jrahman@mofo.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,jsy@girardgibbs.com,cap@girardgibbs.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,brgilles@locklaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,lyan@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,elsono@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  sstrauss@truckerhuss.com,mbresso@truckerhuss.com

- **Sanford Svetcov**
  sandys@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jschmidt@cpmlegal.com,azapala@cpmlegal.com,gkim@cpmlegal.com,pmenzel@cpmlegal.com,lclark@cpmlegal.c

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,khuang@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey          P. Campisi
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 14th Floor
New York, NY 10022
```