ROBBINS GELLER RUDMAN
 & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
cwood@rgrdlaw.com
 – and –
PATRICK J. COUGHLIN (111070)
RANDI D. BANDMAN (145212)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
randib@rgrdlaw.com
fdigiacco@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) | Master File No. 3:07-cv-06140-EMC |
| ) | <u>CLASS ACTION</u> |
| ) ) | |
| This Document Relates To: ) ) | SUPPLEMENTAL DECLARATION OF CHRISTOPHER P. SEEFER IN SUPPORT |
| ALL ACTIONS. ) ) | OF LEAD PLAINTIFF'S RESPONSE TO THE OBJECTIONS OF DAVID STERN |
| | DATE: February 14, 2014<br>TIME: 3:00 p.m.<br>CTRM: The Honorable Edward M. Chen |

905527_1

I, Christopher P. Seefer, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, lead counsel of record for plaintiffs in the above-entitled action. I make this supplemental declaration in support of Lead Plaintiff's Response to the Objections of David Stern. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Letter to the U.S. Securities and Exchange Commission from Yael Almog, Senior Adviser to the Chairman and Director of International Affairs Department of the Israel Securities Authority, dated February 18, 2011; and

Exhibit 2: Affidavit of Katherine Stephens, Corporate Legal Director of VeriFone Holdings, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of January, 2014, at San Francisco, California.

                                                                           s/ Christopher P. Seefer
                                                                            CHRISTOPHER P. SEEFER

905527_1

SUPPLEMENTAL DECLARATION OF CHRISTOPHER P. SEEFER IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO THE OBJECTIONS OF DAVID STERN - 3:07-cv-06140-EMC - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 16, 2014.

s/ Christopher P. Seefer<br>
CHRISTOPHER P. SEEFER<br>
<br>
ROBBINS GELLER RUDMAN<br>
&amp; DOWD LLP<br>
Post Montgomery Center<br>
One Montgomery Street, Suite 1800<br>
San Francisco, CA  94104<br>
Telephone:  415/288-4545<br>
415/288-4534 (fax)<br>
E-mail: chriss@rgrdlaw.com

905527_1

# Mailing Information for a Case 3:07-cv-06140-EMC Eichenholtz v. Verifone Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Jiyoun Chung**
  jiyoun.chung@shearman.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrjo@sullcrom.com,s&cmanagingclerk@sullcrom.com,greenn@sullcrom.com,carrejoa@sullcrom.com,McCauleyr@sullcrom.com

- **Timothy Alan DeLange**
  kelly.mcdaniel@blbglaw.com,timothyd@blbglaw.com

- **Francis Anthony DiGiacco**
  fdigiacco@rgrdlaw.com

- **Jordan Eth**
  jeth@mofo.com,jrahman@mofo.com

- **Howard David Finkelstein**
  hdf@classactionlaw.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com

- **Nathaniel Lyon Green**
  greenn@sullcrom.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Sverker Kristoffer Hogberg**
  carrjo@sullcrom.com,hogbergs@sullcrom.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark L. Knutson**
  mlk@classactionlaw.com,ajd@classactionlaw.com

- **Jeffrey R. Krinsk**
  jrk@classactionlaw.com,trk@classactionlaw.com,mlk@classactionlaw.com,llg@classactionlaw.com,fk@classactionlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,brgilles@locklaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,lyan@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,elsono@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David Stern**
  jrk@classactionlaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  sstrauss@truckerhuss.com,mbresso@truckerhuss.com,cdyke@truckerhuss.com,ssimon@truckerhuss.com

- **Sanford Svetcov**
  sandys@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,pmenzel@cpmlegal.com,gkim@cpmlegal.com,bdoe@cpmlegal.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)