ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
CHRISTOPHER M. WOOD (254908)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@rgrdlaw.com
cwood@rgrdlaw.com
      – and –
PATRICK J. COUGHLIN (111070)
RANDI D. BANDMAN (145212)
FRANCIS A. DIGIACCO (265625)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
randib@rgrdlaw.com
fdigiacco@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-06140-EMC |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO THE OBJECTIONS OF JEFF M. BROWN |
| | DATE: February 14, 2014<br>TIME: 3:00 p.m.<br>CTRM: The Honorable Edward M. Chen |

906891_1

I, Christopher M. Wood, declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am an associate of the law firm of Robbins Geller Rudman & Dowd LLP, lead counsel of record for plaintiffs in the above-entitled action. I make this declaration in support of Lead Plaintiff's Response to the Objections of Jeff M. Brown. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: *In the Matter of Joseph Darrell Palmer*, No. 125147, Case No. 12-O-16924, Notice of Disciplinary Charges (State Bar Court, Los Angeles);

Exhibit B: E-mail chain among Darrell Palmer of the Law Offices of Darrell Palmer P.C., and Patrick Coughlin, Christopher P. Seefer and Christopher M. Wood of Robbins Geller Rudman & Dowd LLP, dated January 7-8, 2014;

Exhibit C: *In re Deepwater Horizon – Appeals of the Medical Benefits Class Action Settlement*, No. 13-30221, Appellant-Objectors, Micahel Sturdivant, Patricia Sturdivant, and Susan Forsyth's FRAP 42(b) Joint Motion to Dismiss Appeal (5th Cir. November 22, 2013); and

Exhibit D: Patrick Coughlin, "The New SEC: Is It An Improvement?," *Daily Journal*, dated September 21, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of January, 2014, at San Francisco, California.

                                                s/ Christopher M. Wood
                                                CHRISTOPHER M. WOOD

906891_1

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO THE OBJECTIONS OF JEFF M. BROWN - 3:07-cv-06140-EMC - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 16, 2014.

      s/ Christopher M. Wood
      CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: cwood@rgrdlaw.com

906891_1

## Mailing Information for a Case 3:07-cv-06140-EMC Eichenholtz v. Verifone Holdings, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Jiyoun Chung**
  jiyoun.chung@shearman.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrjo@sullcrom.com,s&cmanagingclerk@sullcrom.com,greenn@sullcrom.com,carrejoa@sullcrom.com,McCauleyr@sullcrom.com

- **Timothy Alan DeLange**
  kelly.mcdaniel@blbglaw.com,timothyd@blbglaw.com

- **Francis Anthony DiGiacco**
  fdigiacco@rgrdlaw.com

- **Jordan Eth**
  jeth@mofo.com,jrahman@mofo.com

- **Howard David Finkelstein**
  hdf@classactionlaw.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com

- **Nathaniel Lyon Green**
  greenn@sullcrom.com

- **Eli Greenstein**
  egreenstein@ktmc.com

- **Stanley M. Grossman**
  smgrossman@pomlaw.com

- **Sverker Kristoffer Hogberg**
  carrjo@sullcrom.com,hogbergs@sullcrom.com

- **Lewis S. Kahn**
  lewis.kahn@kgscounsel.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark L. Knutson**
  mlk@classactionlaw.com,ajd@classactionlaw.com

- **Jeffrey R. Krinsk**
  jrk@classactionlaw.com,trk@classactionlaw.com,mlk@classactionlaw.com,llg@classactionlaw.com,fk@classactionlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,amv@girardgibbs.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Joseph Darrell Palmer**
  darrell.palmer@palmerlegalteam.com,maria.carapia@palmerlegalteam.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,brgilles@locklaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,lyan@mofo.com

- **Eran Rubinstein**
  erubinstein@chitwoodlaw.com

- **Robert Andrew Sacks**
  sacksr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Aaron M. Sheanin**
  asheanin@pswlaw.com,yberry@pswlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com,elsono@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David Stern**
  jrk@classactionlaw.com

- **Joel B. Strauss**
  jstrauss@kaplanfox.com

- **Sean Travis Strauss**
  sstrauss@truckerhuss.com,mbresso@truckerhuss.com,cdyke@truckerhuss.com,ssimon@truckerhuss.com

- **Sanford Svetcov**
  sandys@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,jlein@cpmlegal.com,azapala@cpmlegal.com,pmenzel@cpmlegal.com,gkim@cpmlegal.com,bdoe@cpmlegal.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)