FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (SBN 109234)
jrk@classactionlaw.com
MARK L. KNUTSON (SBN 131770)
mlk@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, CA 92101
Tel: (619) 238-1333
Fax: (619) 238-5425

Attorneys for Objector David Stern
and the Putative Class of
Tel Aviv Stock Exchange Purchasers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-6140-EMC |
| | **CLASS ACTION** |
| This Document Relates to: ALL ACTIONS. | **OBJECTION OF DAVID STERN TO PROPOSED ORDER APPROVING THE SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

Israeli resident David Stern ("Stern"), on behalf of himself and the putative class of purchasers of VeriFone Holdings, Inc. common stock on the Tel Aviv Stock Exchange from March 7, 2007 through December 2, 2007, objects to the Proposed Order Approving the Settlement and Order of Dismissal with Prejudice submitted to this Court by the US Lead Plaintiff (Dkt. # 363-4).

The US Lead Plaintiff states, in part, in its Proposed Order Approving the Settlement and Order of Dismissal with Prejudice:

> 9. Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of this Final Order shall have, fully, finally, and forever released, relinquished, and discharged Lead Plaintiff, each and all of the Class Members and Lead Plaintiff's counsel, from all claims (including Unknown Claims), whether under U.S. or any foreign law, arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

> 12. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their respective Related Parties, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or their respective Related Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Defendants and/or their respective Related Parties may file the Stipulation and/or this Final Order from this action in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

Stern believes these provisions of the proposed settlement to be in conflict with the Court's Minute Order Approving Motion for Settlement and Attorney's fees (Dkt. 357) and the Court's Order Granting Plaintiff's Motion for Final Approval and for Attorneys' Fees (Dkt. 359).

In the February 14, 2014 hearing on Final Settlement, the Court specifically stated that:

> I will also state -- and I'm going to make this express as a matter of sort of international [comity] comedy(sic) that I'm approving this settlement knowing that it contains a release that extends to foreign claims, not only domestic claims.

1

1    <u>This -- but my approval is not intended to dictate or attempt to bind any other</u>
     <u>foreign jurisdiction, which is obvious in any event.</u>

2
          <u>But as a matter of [comity] comedy(sic) and deference, I don't want to</u>
3    <u>leave the impression that somehow I'm going to dictate to the Israeli courts</u>
     <u>whether or not that waiver and release is effective or not</u>. So in a way that also
4    addresses the *Morrison* problem to a certain extent because, at the end of the day,
     it's not my call. It may be that these releases have no effect for those who did not
5    file and did not expressly obtain compensation, but that's the law.

6    Hearing Transcript, at 65:3-16. (emphasis added)

7          Further, the Court stated in its Order Granting Plaintiff's Motion for Final Approval and for

8    Attorneys' Fees:

9          However, as the Court noted on the record and reiterates here, this order
     granting final approval is not intended to dictate to the Israeli courts (nor does this
10   Court opine on) the enforceability of the releases contained in the settlement
     agreement or the application of *Morrison* should the Israeli investors' claims be
11   permitted to proceed in Israel.

12   Dkt. # 359, at 6.

13         Objector believes that the Court has already issued its Order Granting Plaintiff's Motion for

14   Final Approval and for Attorneys' Fees (Dkt 359) concluding this matter and that no further order is

15   necessary. However, if any additional order is necessary regarding final approval of the Settlement

16   of this case, Stern respectfully requests that the Court add the above statement from the Order

17   Granting Plaintiff's Motion Final Approval and for Attorney's Fees so as to avoid any ambiguity

18   between the Court's ruling and the scope of the Release and Judgment in the Proposed Order.

19

20                                         Respectfully submitted,

21   Dated: February 21, 2014              FINKELSTEIN & KRINSK LLP

22                                         By:   ___/s/ Jeffrey R. Krinsk_____
23                                               JEFFREY R. KRINSK
                                                 MARK L. KNUTSON
24                                               Attorneys for Objectors

25

26

27

28
                                           2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2014, I authorized the electronic filing of the foregoing **OBJECTION OF DAVID STERN TO PROPOSED ORDER APPROVING THE SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2014.

FINKELSTEIN & KRINSK LLP

 /s/ Jeffrey R. Krinsk
JEFFREY R. KRINSK
MARK L. KNUTSON
FINKELSTEIN & KRINSK LLP
501 W. Broadway, STE 1250
San Diego, CA 92101
Telephone:     (619) 218-1333
Fax:               (619) 238-5425

Attorneys for Objectors

OBJECTION OF DAVID STERN TO PROPOSED ORDER APPROVING THE SETTLEMENT AND ORDER OF
DISMISSAL WITH PREJUDICE

1 | **Mailing Information for a Case 3:07-cv-6140-EMC**

2 | **Electronic Mail Notice List**

3 | The following are those who are currently on the list to receive e-mail notices for this case.

4 |

Christopher P. Seefer
chriss@rgrdlaw.com

Christopher M. Wood
cwood@rgrdlaw.com

Patrick J. Coughlin
patc@rgrdlaw.com

Randi D. Bandman
randib@rgrdlaw.com

Francis A. Digiacco
fdigiacco@rgrdlaw.com

Steve W. Berman
steve@hbsslaw.com
robert@hbsslaw.com
heatherw@hbsslaw.com

Francis A. Bottini , Jr
fbottini@bottinilaw.com
sammirati@bottinilaw.com

Jiyoun Chung
jiyoun.chung@shearman.com

Brendan P. Cullen
cullenb@sullcrom.com carrjo@sullcrom.coms
emanagingclerk@sullcrom.com
greenn@sullcrom.com
carrejoa@sullcrom.com
McCauleyr@sullcrom.com

Timothy Alan DeLange
kelly.mcdaniel@blbglaw.com
timothyd@blbglaw.com

Francis Anthony DiGiacco
fdigiscco@rgrdlaw.com

Jordan Eth
jeth@mofocomjrahmsn@mofo.com

Linda M. Fong
lfong@kaplanfox.com

Robert C. Schubert
rschubert@schubertlawfirm.com

Daniel C. Girard
dcg@girardgibbs.com mce@girardgibbs.com

Nathaniel Lyon Green
greenn@sullcrom.com

Eli Greenstein
egreenstein@ktmc.com

Stanley M. Grossman
smgrossman@pomlaw.com

Sverker Kristoffer Hogberg
carrjo@sullcrom.com
hogbergs@sullcrom.com

Lewis S. Kahn
lewis.kshn@kgscounsel.com

Reed R. Kathrein
reed@hbsslaw.com peterb@hbsslaw.com
pashad@hbsslaw.com
sf_filings@hbsslaw.com

Nicole Catherine Lavallee
nlavallee@bermsndevalerio.com
ysoboleva@bermandevalerio.com

Jonathan Krasne Levine
jkl@girardgibbs.com anw@girardgibbs.com

Jeremy A Lieberman
jaliebermsn@pomlaw.com

Mark Cotton Molumphy
mmolumphy@cpmlegal.com
rbarghi@cpmlegal.com
obacigalupi@cpmlegal.com
jacosta@cpmlegal.com

Alan Roth Plutzik
aplutzik@brsmsonplutzik.com

Juden Justice Reed
plee@schubert-reed.com akeng@schubert-reed.com rschubert@schubert-reed.com

4

Christopher Paul Seefer
chriss@rgrdlaw.com khuang@rgrdlaw.com
ptiffith@rgrdlaw.com e_file_sd@rgrdlaw.com
e_file_sf@rgrdlaw.com

Aaron M. Sheanin
asheanin@pswlaw.com ybeny@pswlaw.com

Arthur L. Shingler, III
ashingler@scott-scott.com
efile@scott-scott.com

Michael Howard Steinberg
steinbergm@sullcrom.com
elsono@sullcrom.com
s&cmanagingclerk@sullcrom.com

Joel B. Strauss
jstrauss@kaplanfox.com

Sean Travis Strauss
sstrauss@truckerhuss.com
mbresso@truckerhuss.com
cdyke@truckerhuss.com
ssimon@truckerhuss.com

Sanford Svetcov
sandys@rgrdlaw.com efile_sd@rgrdlaw.com
e_filesf@rgrdlaw.com

Joseph J. Tabacco , Jr
jtabacco@bermandevalerio.com
ysoboleva@bermandevalerio.com

David Conrad Walton
davew@rgrdlaw.com

Karen Hanson Riebel
khriebel@locklaw.com brgilles@locklaw.com

Darren Jay Robbins
e_file_sd@rgrdlaw.com

Patrick David Robbins
probbins@shearman.com
rcheatham@shearman.com

Dana Anthony Rodriguez
drodriguez@mofo.com lyan@mofo.com

Eran Rubinstein
erubinstein@chitwoodlaw.com

Robert Andrew Sacks
sacksr@sullcrom.com
s&cmanagingclerk@sullcrom.com

Shawn A. Williams
shawnw@rgrdlaw.com khuang@rgrdlaw.com
e_file_sd@rgrdlaw.com
e_file_sf@rgrdlaw.com

Steven Noel Williams
silliams@cpmlegal.com
jverducci@cpmlegal.com jlein@cpmlegal.com
azapala@cpmlegal.com
pmenzel@cpmlegal.com gkim@cpmlegal.com
bdoe@cpmlegal.com

Christopher Martin Wood
cwood@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case:

Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer, LLP
805 Third Avenue, 14th Floor
New York, NY 10022

OBJECTION OF DAVID STERN TO PROPOSED ORDER APPROVING THE SETTLEMENT AND ORDER OF
DISMISSAL WITH PREJUDICE