**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTE ORDER**

**Date:**                     February 24, 2014

**Case No. and Name:**        C07-6140 EMC Eichenholtz v. Verifone Holdings, et al.

**Judge:**                    Edward M. Chen

**Deputy Clerk:**             Betty Lee

**ORDER:**

IT IS SO ORDERED that the uninvited objection filed by Stern (Docket # 364) is overruled.