United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC.
SECURITIES LITIGATION.

Master File No. C-07-6140 EMC

_____

**JUDGMENT**

This Document Relates To:

        ALL ACTIONS.

_____/

        In accordance with the Court's February 25, 2014 Order Approving the Settlement and Order

of Dismissal with Prejudice, judgment is hereby entered.


Dated:  February 25, 2014                    RICHARD W. WIEKING, CLERK


                                             By: _____
                                                 Betty Lee
                                                 Deputy Clerk