Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objector Jeff M. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Case No. 3:07-cv-06140-EMC<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Notice is hereby given that Jeff M. Brown, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Approving The Settlement; And Order Of Dismissal With Prejudice [Doc. 366], Order Approving Plan Of Allocation Of Settlement Proceeds [Doc. 367], Order Awarding Attorneys' Fees And Expenses [Doc. 368], and Judgment [Doc. 369], all entered in this action on February 25, 2014.


Dated:   March 27, 2014                By: /s/ Joseph Darrell Palmer _____
                                            Joseph Darrell Palmer
                                         Attorney for Objector Jeff M. Brown

1

Ninth Circuit Rule 3-2 Representation Statement

Pursuant to Ninth Circuit Rule No. 3-2 and FRAP 12(b), Objector Jeff M. Brown states the following counsel represent the following parties to the appeal as stated herein:

| Plaintiff/Appellee | | |
|---|---|---|
| **Joel Eichenholtz**<br>*Individually And On Behalf of All Others Similarly Situated* | Represented by | **Aaron M. Sheanin**<br>Pearson, Simon & Warshaw, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>415-433-9000 / Fax: 415-433-9008<br>Email: asheanin@pswlaw.com |
| | | **Daniel C. Girard**<br>**Jonathan Krasne Levine**<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94104<br>415-981-4800 / Fax: 415-981-4846<br>Email: dcg@girardgibbs.com<br>Email: jkl@girardgibbs.com |
| | | **Arthur L. Shingler , III**<br>Scott + Scott, LLP<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>619-233-4565 / Fax: 619-233-0508<br>Email: ashingler@scott-scott.com |
| | | **Robert C. Schubert**<br>Schubert Jonckheer & Kolbe LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>415-788-4220 / Fax: 415-788-0161<br>Email: rschubert@schubertlawfirm.com |
| **Plaintiff/Appellee**<br><br>**CLAL Finance Batucha Investment Management Ltd.** | Represented by | **Steven Noel Williams**<br>Cotchett Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>650-697-6000 / Fax: 650-697-0577<br>Email: swilliams@cpmlegal.com |

**Jeremy A Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100 / Fax: 212-661-8665
Email: jalieberman@pomlaw.com

**Stanley M. Grossman**
Pomerantz, Haudek, Block, Grossman
100 Park Avenue, 26th Floor
New York, NY 10017-5516
212-661-1100 / Fax: 212-661-8665
Email: smgrossman@pomlaw.com

**Mark Cotton Molumphy**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, Ca 94010
650-697-6000 / Fax: 650-697-0577
Email: mmolumphy@cpmlegal.com

| | | |
|---|---|---|
| **Plaintiff/Appellee** <br><br> **Brian Vaughn** | Represented by | **Francis A. Bottini , Jr.** <br> Bottini & Bottini, Inc. <br> 7817 Ivanhoe Avenue, Suite 102 <br> La Jolla, CA 92037 <br> 858-914-2001 / Fax: 858-914-2002 <br> Email: fbottini@bottinilaw.com |
| **Plaintiff/Appellee** <br><br> **National Elevator Industry Pension Fund** | Represented by | **Christopher Paul Seefer** <br> **Christopher Martin Wood** <br> **Sanford Svetcov** <br> Robbins Geller Rudman & Dowd LLP <br> One Montgomery Street, Suite 1800 <br> San Francisco, CA 94104 <br> 415-288-4545 / Fax: 415-288-4534 <br> Email: chriss@rgrdlaw.com <br> Email: cwood@rgrdlaw.com <br> Email: sandys@rgrdlaw.com <br><br> **Eli Greenstein** <br> Kessler Topaz Meltzer & Check, LLP <br> One Sansome Street, Suite 1850 <br> San Francisco, CA 94104 <br> 415-400-3000 / Fax: 415-400-3001 <br> Email: egreenstein@ktmc.com |

3

| | | |
|---|---|---|
| 1 | | **Francis Anthony DiGiacco** |
| 2 | | Coughlin Stoia et al |
| 3 | | 655 W Broadway, Suite 1900 |
| | | San Diego, CA 92101 |
| 4 | | 619-231-1058 / Fax: 619-231-7423 |
| 5 | | Email: fdigiacco@rgrdlaw.com |
| 6 | **Plaintiff/Appellee** | Represented **Lewis S. Kahn** |
| | | by Kahn Swick & Foti, LLC |
| 7 | **Peter Lien** | 206 Covington Street |
| | *Individually and On Behalf of All* | Madisonville, LA 70447 |
| 8 | *Others Similarly Situated* | 504-455-1400 / Fax: 504-455-1498 |
| 9 | | Email: lewis.kahn@kgscounsel.com |
| 10 | | **Reed R. Kathrein** |
| | | Hagens Berman Sobol Shapiro LLP |
| 11 | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| 12 | | 510-725-3000 / Fax: 510-725-3001 |
| 13 | | Email: reed@hbsslaw.com |
| | | **Steve W. Berman** |
| 14 | | Hagens Berman Sobol Shapiro LLP |
| | | 1918 Eighth Avenue, Suite 3300 |
| 15 | | Seattle, WA 98101 |
| 16 | | 206-623-7292 / Fax: 206-623-0594 |
| | | Email: steve@hbsslaw.com |
| 17 | | |
| 18 | **Plaintiff/Appellee** | Represented **Jeffrey Philip Campisi** |
| 19 | | by **Joel B. Strauss** |
| | **Edward Feitel** | Kaplan Fox and Kilsheimer LLP |
| 20 | **Kurt Hill** | 850 Third Ave., 14th Floor |
| | *on behalf of himself and all others* | New York, NY 10022 |
| 21 | *similarly situated* | 212-687-1980 / Fax: 212-687-7714 |
| 22 | | Email: jcampisi@kaplanfox.com |
| | | Email: jstrauss@kaplanfox.com |
| 23 | | |
| | | **Karen Hanson Riebel** |
| 24 | | Lockridge Grindal Nauen |
| 25 | | 100 Washington Ave South, Suite 2200 |
| | | Minneapolis, MN 55401 2179 |
| 26 | | 612-339-6900 / Fax: 612-339-0981 |
| | | Email: khriebel@locklaw.com |
| 27 | | |
| 28 | | |

4

| | | |
|---|---|---|
| | | **Linda M. Fong**<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>415-772-4700 / Fax: 415-772-4707<br>Email: lfong@kaplanfox.com |
| **Plaintiff/Appellee**<br><br>**Albert L. Feldman**<br>**Eleanor Jean Feldman**<br>*Individually and on Behalf of All Others Similarly Situated* | Represented by | **Joseph J. Tabacco, Jr.**<br>**Nicole Catherine Lavallee**<br>Berman DeValerio<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>415-433-3200 / Fax: 415-433-6382<br>Email: jtabacco@bermandevalerio.com<br>Email: nlavallee@bermandevalerio.com |
| **Plaintiff/Appellee**<br><br>**Daniel Offutt**<br>*Individually and on Behalf of All Others Similarly Situated* | Represented by | **Darren Jay Robbins**<br>**David Conrad Walton**<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619-231-1058 / Fax: 619-231-7423<br>Email: e_file_sd@rgrdlaw.com<br>Email: davew@rgrdlaw.com |
| | | **Shawn A. Williams**<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>415-288-4545 / Fax: 415-288-4534<br>Email: shawnw@rgrdlaw.com |
| **Defendants/Appellees**<br><br>**VeriFone Systems, Inc.**<br>**Douglas G. Bergeron**<br>**William G. Atkinson**<br>**Craig A. Bondy** | Represented by | **Michael Howard Steinberg**<br>**Robert Andrew Sacks**<br>Sullivan & Cromwell<br>1888 Century Park East<br>Los Angeles, CA 90067<br>310-712-6600 / Fax: 310 712 8800<br>Email: steinbergm@sullcrom.com<br>Email: sacksr@sullcrom.com |

|   |   |   |   |
|---|---|---|---|
| | | | **Brendan P. Cullen**<br>**Nathaniel Lyon Green**<br>**Sverker Kristoffer Hogberg**<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>650-461-5600 / Fax: 650-461-5700<br>Email: cullenb@sullcrom.com<br>Email: greenn@sullcrom.com<br>Email: hogbergs@sullcrom.com |
| **Defendant/Appellee**<br><br>**Barry Zwarenstein** | Represented<br>by | **Jordan Eth**<br>**Dana Anthony Rodriguez**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>415-268-7000 / Fax: 415-268-7522<br>Email: jeth@mofo.com<br>Email: drodriguez@mofo.com |
| **Defendant/Appellee**<br><br>**Paul Periolat** | Represented<br>by | **Jiyoun Chung**<br>**Patrick David Robbins**<br>Shearman & Sterling LLP<br>4 Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>415-616-1100 / Fax: 415-616-1199<br>Email: jiyoun.chung@shearman.com<br>Email: probbins@shearman.com |
| | | **Sean T. Strauss**<br>Shearman & Sterling<br>525 Market, Suite 1500<br>San Francisco, CA 94105<br>415-616-1207 / Fax: 415-616-1407<br>Email: Unknown |

Dated:   March 27, 2014            By: /s/ Joseph Darrell Palmer_____
                                       Joseph Darrell Palmer
                                 Attorney for Objector Jeff M. Brown

6

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer