

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 01, 2014

| | |
|---|---|
| No.: | 14-15627 |
| D.C. No.: | 3:07-cv-06140-EMC |
| Short Title: | Joel Eichenholtz, et al v. VeriFone Systems, Inc., et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency **within 14 days** will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, | No. 14-15627 |
| | D.C. No. 3:07-cv-06140-EMC |
| JOEL EICHENHOLTZ, individually and on behalf of all others similarly situated; CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT, LTD.; BRIAN VAUGHN; NATIONAL ELEVATOR INDUSTRY PENSION FUND; PETER LIEN, individually and on behalf of all others similarly situated; EDWARD FEITEL; KURT HILL; ALBERT L. FELDMAN; ELEANOR JEAN FELDMAN; DANIEL OFFUTT, | U.S. District Court for Northern California, San Francisco

**TIME SCHEDULE ORDER** |
| Plaintiffs - Appellees, | |
| JEFF M. BROWN, | |
| Objector - Appellant, | |
| v. | |
| VERIFONE SYSTEMS, INC.; DOUGLAS G. BERGERON; WILLIAM G. ATKINSON; CRAIG A. BONDY; BARRY ZWARENSTEIN; PAUL PERIOLAT, | |
| Defendants - Appellees. | |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., April 8, 2014** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., April 28, 2014** | Transcript shall be ordered. |
| **Tue., May 27, 2014** | Transcript shall be filed by court reporter. |
| **Mon., July 7, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., August 4, 2014** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Ruben Talavera
> Deputy Clerk